# UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

-------------------------------------------------------------X

Eugene Martin LaVergne; *543 Cedar Ave, W. Long Branch NJ. 07164*
Frederick John LaVergne; *32 Wallace St. Delanco, NJ. 08075*
Leonard P. Marshall, and *303 Spinnaker Way Neptune, NJ. 07753*
Scott Neuman, *1325 Englemere Boulevard Toms River, NJ. 08757*

*Plaintiffs,*

vs.

 

**(1) United States House of Representatives,**
    *a body politic created and constituted by*
    *Article I of the United States Constitution,*
    *as amended;*
**(2) Individual Members of the United States**
    **House of Representatives from the 50**
    **States that have been seated so far at**
    **the One Hundred Fifteenth Congress**
    *(435 Representatives Apportioned to date*
    *out of the minimum of 6,230*
    *Representatives Constitutionally Required*
    *to be Apportioned);*
**(3) Honorable Paul Ryan,** *United States*
    *Representative from the State of*
    *Wisconsin;*
**(4) Honorable David S. Ferriero,** *Archivist of*
    *the United States;*
**(5) Honorable Wilbur Ross,** *United States*
    *Secretary of Commerce;*
**(6) Honorable Donald J. Trump,** *President*
    *of the United States;* and
**(7) Honorable Karen L. Haas,** *Clerk of the*
    *United States House of Representatives;*

**VIRGINIA STATE OFFICIALS:**
**(8) Honorable Terry McAuliffe,** *Governor of*
    *Virginia;*

Case: 1:17-cv-00793        (F-Deck)
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/28/2017
Description: Pro Se Gen. Civil

**COMPLAINT**

- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

-------------------------------------------------------X

**Eugene Martin LaVergne;**
**Frederick John LaVergne;**
**Leonard P. Marshall, and**
**Scott Neuman,**

*Plaintiffs,*

*vs.*

(1) **United States House of Representatives,**
   *a body politic created and constituted by*
   *Article I of the United States Constitution,*
   *as amended;*
(2) **Individual Members of the United States**
   **House of Representatives from the 50**
   **States that have been seated so far at**
   **the One Hundred Fifteenth Congress**
   *(435 Representatives Apportioned to date*
   *out of the minimum of 6,230*
   *Representatives Constitutionally Required*
   *to be Apportioned);*
(3) **Honorable Paul Ryan,** *United States*
   *Representative from the State of*
   *Wisconsin;*
(4) **Honorable David S. Ferriero,** *Archivist of*
   *the United States;*
(5) **Honorable Wilbur Ross,** *United States*
   *Secretary of Commerce;*
(6) **Honorable Donald J. Trump,** *President*
   *of the United States;* and
(7) **Honorable Karen L. Haas,** *Clerk of the*
   *United States House of Representatives;*

   **VIRGINIA STATE OFFICIALS:**
(8) **Honorable Terry McAuliffe,** *Governor of*
   *Virginia;*

Civil Action No._____

**COMPLAINT**

- 1 -

**(9) Honorable Mark Herring,** *Virginia State*          :
 *Attorney General*                                       :
**(10) Honorable Kelly Thomasson,** *Secretary of*        :
 *the Commonwealth of Virginia;*                          :
**(11) Virginia State Senate**                            :
 (40 State Senators)                                       :
**(12) Virginia House of Delegates**                      :
 (100 State Delegates)                                     :
                                                           :
 **CONNECTUCUT STATE OFFICIALS:**                          :
**(13) Honorable Daniel P. Malloy,** *Governor of*        :
 *Connecticut;*                                            :
**(14) Honorable George Jepsen,** *Connecticut*           :
 *State Attorney General;*                                 :
**(15) Honorable Denise W. Merrill,** *Connecticut*       :
 *Secretary of State;*                                     :
**(16) Connecticut State Senate**                         :
 (36 State Senators);                                      :
**(17) Connecticut State House of Representatives** :
 (151 State Representatives);                              :
                                                           :
 **KENTUCKY STATE OFFICIALS:**                             :
**(18) Honorable Matt Bevin,** *Governor of*              :
 *Kentucky;*                                               :
**(19) Honorable Andy Beshear,**                          :
 *Kentucky State Attorney General;*                        :
**(20) Honorable Alison Lundergan Grimes,**               :
 *Kentucky Secretary of State;*                            :
**(21) Kentucky State Senate**                            :
 (30 state Senators);                                      :
**(22) Kentucky State House of Representatives**          :
 (100 State Representatives)                               :
                                                           :
 ***STATE OFFICIALS FROM THE OTHER***                     :
 ***47 STATES:***                                          :
                                                           :
 **ALABAMA STATE OFFICIALS:**                              :
**(23) Honorable Robert Bentley;** *Governor of*          :
 *Alabama;*                                                :
**(24) Honorable Luther Strange,** *Alabama State*        :
 *Attorney General;*                                       :
**(25) Honorable John H. Merrill,** *Alabama*             :
 *Secretary of State;*                                     :
**(26) Alabama State Senate**                             :
 (35 State Senators);                                      :

(27)  **Alabama State House of Representatives**
     (105 State Representatives);

     **ALASKA STATE OFFICIALS:**

(28)  **Honorable Bill Walker,** *Governor of Alaska;*

(29)  **Honorable Jahna Lindemuth,** *Alaska State*
     *Attorney General;*

(30)  **Honorable Josephine Bahnke,** *Director*
     *Alaska Division of Elections;*

(31)  **Alaska State Senate**
     (20 State Senators);

(32)  **Alaska State House of Representatives**
     (40 State Representatives);

     **ARIZONA STATE OFFICIALS:**

(33)  **Honorable Doug Ducey,** *Governor of*
     *Arizona;*

(34)  **Honorable Mark Brnovich,** *Arizona State*
     *Attorney General;*

(35)  **Honorable Michele Reagan,** *Secretary of*
     *State of Arizona;*

(36)  **Arizona State Senate**
     (30 State Senators);

(37)  **Arizona State House of Representatives**
     (60 State Representatives);

     **ARKANSAS STATE OFFICIALS:**

(38)  **Honorable Asa Hutchinson,** *Governor of*
     *Arkansas;*

(39)  **Honorable Leslie Rutledge,** *Arkansas State*
     *Attorney General;*

(40)  **Honorable Mark Martin,** *Arkansas*
     *Secretary of State;*

(41)  **Arkansas State Senate**
     (35 State Senators);

(42)  **Arkansas State House of Representatives**
     (100 State Representatives);

     **CALIFORNIA STATE OFFICIALS:**

(43)  **Honorable Edmund G. Brown, Jr.,**
     *Governor of California;*

(44)  **Honorable Xavier Becerra,** *California*
     *State Attorney General;*

(45)  **Honorable Alex Padilla,** *California*
     *Secretary of State;*

(46) **California State Senate**
    (40 State Senators);

(47) **California State Assembly**
    (80 State Representatives);

**COLORADO STATE OFFICIALS:**

(48) **Honorable John Hickenlooper,** *Governor of Colorado;*

(49) **Honorable Cynthia H. Coffman,** *Colorado State Attorney General;*

(50) **Honorable Wayne W. Williams,** *Colorado Secretary of State;*

(51) **Colorado State Senate**
    (40 State Senators)

(52) **Colorado State House of Representatives**
    (80 State Representatives)

**DELAWARE STATE OFFICIALS:**

(53) **Honorable John Carney,** *Governor of Delaware;*

(54) **Honorable Matthew Denn,** *Delaware State Attorney General;*

(55) **Honorable Elaine Manlove,** *Department of Elections;*

(56) **Delaware State Senate**
    (21 State Senators);

(57) **Delaware State House of Representatives**
    (41 State Representatives);

**FLORIDA STATE OFFICIALS**

(58) **Honorable Rick Scott,** *Governor of Florida;*

(59) **Honorable Pam Bondi,** *Florida State Attorney General;*

(60) **Honorable Ken Detzner,** *Florida Secretary of State;*

(61) **Florida State Senate**
    (35 State Senators);

(62) **Florida State House of Representatives**
    (105 State Representatives);

**GEORGIA STATE OFFICIALS:**

(63) **Honorable Nathan Deal,** *Governor of Georgia;*

(64) **Honorable Christopher M. Carr,** *Georgia State Attorney General;*

(65) Honorable Brian P. Kemp, *Georgia Secretary of State;*  :
(66) **Georgia State Senate**  :
    (56 State Senators);  :
(67) **Georgia State House of Representatives**  :
    (180 State Representatives);  :
    :
**HAWAII STATE OFFICIALS:**  :
(68) **Honorable David Y. Ige,** *Governor of Hawaii;*  :
(69) **Honorable Doug Chinm,** *Hawaii Attorney General;*  :
(70) **Honorable Scott T. Nago,** *Chief Election Officer;*  :
(71) **Hawaii State Senate**  :
    (25 State Senators);  :
(72) **Hawaii State House of Representatives**  :
    (51 State Representatives);  :
    :
**IDAHO STATE OFFICIALS:**  :
(73) **Honorable C. L. "Butch" Otter,** *Governor of Idaho;*  :
(74) **Honorable Lawrence Wasden,** *Idaho Attorney General;*  :
(75) **Honorable Lawrence Denney,** *Idaho Secretary of State;*  :
(76) **Idaho State Senate**  :
    (35 State Senators);  :
(77) **Idaho State House of Representatives**  :
    (70 State Representatives);  :
    :
**ILLINOIS STATE OFFICIALS:**  :
(78) **Honorable Bruce Rauner,** *Governor of Illinois;*  :
(79) **Honorable Lisa Madigan,** *Illinois State Attorney General;*  :
(80) **Honorable Steve Sandvoss,** *Executive Director, Illinois State Board of Elections;*  :
(81) **Illinois State Senate**  :
    (59 State Senators);  :
(82) **Illinois State House of Representatives**  :
    (70 State Representatives);  :
    :

**INDIANA STATE OFFICIALS:**

(83) **Honorable Eric J. Holcomb,** *Governor of Indiana;*

(84) **Honorable Curtis Hill,** *Indiana State Attorney General;*

(85) **Honorable Connie Lawson,** *Indiana Secretary of State;*

(86) **Indiana State Senate,** (50 State Senators);

(87) **Indiana State House of Representatives** (100 State Representatives);

**IOWA STATE OFFICIALS:**

(88) **Honorable Terry Branstad,** *Governor of Iowa;*

(89) **Honorable Tom Miller,** *Iowa State Attorney General;*

(90) **Honorable Paul D. Pate,** *Iowa Secretary of State;*

(91) **Iowa State Senate** (35 State Senators);

(92) **Iowa State House of Representatives** (105 State Senators);

**KANSAS STATE OFFICIALS:**

(93) **Honorable Sam Brownback,** *Governor of Kansas;*

(94) **Honorable Derek Schmidt,** *Kansas State Attorney General;*

(95) **Honorable Kris W. Kobach,** *Kansas Secretary of State;*

(96) **Kansas State Senate** (40 State Senators);

(97) **Kansas State House of Representatives** (125 State Senators);

**LOUISIANA STATE OFFICIALS:**

(98) **Honorable John Bel Edwards,** *Governor of Louisiana;*

(99) **Honorable Jeff Landry,** *Louisiana Attorney General;*

(100) **Honorable Tom Schedler,** *Louisiana Secretary of State;*

(101) **Louisiana State Senate** (39 State Senators);

(102) **Louisiana State House of Representatives**
     (105 State Representatives);

**MAINE STATE OFFICIALS:**
(103) **Honorable Paul LePage,** *Governor of Maine;*
(104) **Honorable Janet T. Mills,** *Maine State Attorney General;*
(105) **Honorable Matthew Dunlap,** *Maine Secretary of State;*
(106) **Maine State Senate**
     (35 State Senators);
(107) **Maine State House of Representatives**
     (151 State Representatives);

**MARYLAND STATE OFFICIALS:**
(108) **Honorable Larry Hogan,** *Governor of Maryland;*
(109) **Honorable Brian Frosh,** *Maryland State Attorney General;*
(110) **Honorable John C. Wobensmith,** *Maryland Secretary of State;*
(111) **Maryland State Senate**
     (47 State Senators);
(112) **Maryland State House of Delegates**
     (141 State Delegates);

**MASSACHUSETTS STATE OFFICIALS:**
(113) **Charlie Baker,** *Governor of Massachusetts;*
(114) **Honorable Maura Healey,** *Massachusetts State Attorney General;*
(115) **Honorable William Francis Galvin,** *Secretary of the Commonwealth of Massachusetts;*
(116) **Massachusetts State Senate**
     (40 State Senators);
(117) **Massachusetts State House of Representatives**
     (160 Representatives);

**MICHIGAN STATE OFFICIALS:**
(118) **Honorable Rick Snyder,** *Governor of Michigan;*

- 7 -

(119) **Honorable Bill Schultte,** *Michigan State*  :
      *Attorney General;*  :
(120) **Honorable Ruth Johnson,** *Michigan*  :
      *Secretary of State;*  :
(121) **Michigan State Senate**  :
      (38 State Senators);  :
(122) **Michigan State House of Representatives**  :
      (110 State Representatives);  :
        :
      **MINNESOTA STATE OFFICIALS:**  :
(123) **Honorable Mark Dayton,** *Governor of*  :
      *Minnesota;*  :
(124) **Honorable Lori Swanson,** *Minnesota State*  :
      *Attorney General;*  :
(125) **Honorable Steve Simon,** *Minnesota*  :
      *Secretary of State;*  :
(126) **Minnesota State Senate**  :
      (67 State Senators);  :
(127) **Minnesota State House of Representatives** :
      (134 State Representatives);  :
        :
      **MISSISSIPPI STATE OFFICIALS:**  :
(128) **Honorable Phil Bryant,** *Governor of*  :
      *Mississippi;*  :
(129) **Honorable Jim Hood,** *Mississippi State*  :
      *Attorney General;*  :
(130) **Honorable Delbert Hosemann,** *Mississippi* :
      *Secretary of State;*  :
(131) **Mississippi State Senate**  :
      (52 State Senators);  :
(132) **Mississippi State House of Representatives** :
      (122 State Representatives);  :
        :
      **MISSOURI STATE OFFICIALS:**  :
(133) **Honorable Eric Greitens,** *Governor of*  :
      *Missouri;*  :
(134) **Honorable Joshua Hawley,** *Missouri*  :
      *Attorney General;*  :
(135) **Honorable John R. Ashcroft,** *Missouri*  :
      *Secretary of State;*  :
(136) **Missouri State Senate**  :
      (34 State Senators);  :
(137) **Missouri State House of Representatives**  :
      (163 State Representatives);  :
        :

**MONTANA STATE OFFICIALS:**

(138) **Honorable Steve Bullock,** *Governor of Montana;*

(139) **Honorable Tim Fox,** *Montana Attorney General;*

(140) **Honorable Corey Stapleton,** *Montana Secretary of State;*

(141) **Montana State Senate** (50 State Senators);

(142) **Montana State House of Representatives** (100 State Representatives);

**NEBRASKA STATE OFFICIALS:**

(143) **Honorable Pete Ricketts,** *Governor of Nebraska;*

(144) **Honorable Doug Peterson,** *Nebraska Attorney General;*

(145) **Honorable John A. Gale,** *Nebraska Secretary of State;*

(146) **Nebraska Unicameral State Legislature** (49 Members);

**NEVADA STATE OFFICIALS:**

(147) **Honorable Brian Sandoval,** *Governor of Nevada;*

(148) **Honorable Adam Paul Laxalt,** *Nevada State Attorney General;*

(149) **Honorable Barbara K. Cegavske,** *Nevada Secretary of State;*

(150) **Nevada State Senate** (21 State Senators);

(151) **Nevada State House of Representatives** (42 State Representatives);

**NEW HAMPSHIRE STATE OFFICIALS:**

(152) **Honorable Chris Sununu,** *Governor of New Hampshire;*

(153) **Honorable Joseph Foster,** *New Hampshire State Attorney General;*

(154) **Honorable William M. Gardner,** *New Hampshire Secretary of State;*

(155) **New Hampshire State Senate** (24 State Senators);

(156) **New Hampshire State House of**

**Representatives**
(400 State Representatives);

**NEW JERSEY STATE OFFICIALS:**
(157) Honorable Chris Christie, *Governor of New Jersey;*
(158) **Honorable Kim Guadagno,** *Lt. Governor / Secretary of State;*
(159) **Honorable Christopher S. Porrino,** *Acting New Jersey State Attorney General;*
(160) **New Jersey State Senate**
(40 State Senators);
(161) **New Jersey State General Assembly**
(80 State Representatives);

**NEW MEXICO STATE OFFICIALS:**
(162) **Honorable Susana Martinez,** *Governor of New Mexico;*
(163) **Honorable Hector Balderas,** *New Mexico State Attorney General;*
(164) **Honorable Dianna Duran,** *New Mexico Secretary of State;*
(165) **New Mexico State Senate**
(24 State Senators);
(166) **New Mexico State House of Representatives**
(70 State Representatives);

**NEW YORK STATE OFFICIALS:**
(167) **Honorable Andrew Cuomo,** *Governor of New York;*
(168) **Honorable Eric Schneiderman,** *New York State Attorney General;*
(169) **Honorable Rossana Rosado,** *New York Secretary of State;*
(170) **New York State Senate**
(63 State Senators);
(171) **New York State House of Representatives**
(150 State Representatives);

**NORTH CAROLINA STATE OFFICIALS:**
(172) **Honorable Ray Cooper,** *Governor of North Carolina;*
(173) **Honorable Josh Stein,** *North Carolina*

- 10 -

*State Attorney General;*
(174) **Honorable Elaine F. Marshall,** *North Carolina Secretary of State;*
(175) **North Carolina State Senate** (50 State Senators);
(176) **North Carolina State House of Representatives** (120 State Representatives);

**NORTH DAKOTA STATE OFFICIALS:**
(177) **Honorable Doug Burgum,** *Governor of North Dakota;*
(178) **Honorable Wayne Stenehjem,** *North Dakota Attorney General* ;
(179) **Honorable Al Jaeger,** *North Dakota Secretary of State;*
(180) **North Dakota State Senate** (47 State Senators);
(181) **North Dakota State House of Representatives** (94 State Representatives);

**OHIO STATE OFFICIALS:**
(182) **Honorable John Kasich,** *Governor of Ohio;*
(183) **Honorable Mike DeWine,** *Ohio State Attorney General;*
(184) **Honorable Jon Husted,** *Ohio Secretary of State;*
(185) **Ohio State Senate** (33 State Senators);
(186) **Ohio State House of Representatives** (99 State Representatives);

**OKLAHOMA STATE OFFICIALS:**
(187) **Honorable Mary Fallin,** *Governor of Oklahoma;*
(188) **Honorable Mike Hunter,** *Oklahoma State Attorney General;*
(189) **Honorable Hike Hunter,** *Oklahoma Secretary of State;*
(190) **Oklahoma State Senate** (48 State Senators);

(191) **Oklahoma State House of Representatives**
(101 State Representatives);

**OREGON STATE OFFICIALS:**
(192) **Honorable Kate Brown,** *Governor of Oregon;*
(193) **Honorable Ellen F. Rosenblum,** *Oregon State Attorney General;*
(194) **Honorable Dennis Richardson,** *Oregon Secretary of State;*
(195) **Oregon State Senate**
(30 State Senators);
(196) **Oregon State House of Representatives**
(60 State Representatives);

**PENNSYLVANIA STATE OFFICIALS:**
(197) **Honorable Tom Wolf,** *Governor of Pennsylvania;*
(198) **Honorable Josh Shapiro,** *Pennsylvania State Attorney General;*
(199) **Honorable Pedro A. Cortes,** *Pennsylvania Secretary of State;*
(200) **Pennsylvania State Senate**
(50 State Senators);
(201) **Pennsylvania State House of Representatives**
(203 State Representatives);

**RHODE ISLAND STATE OFFICIALS:**
(202) **Honorable Gina Raimondo,** *Governor of Rhode Island;*
(203) **Honorable Peter F. Kilmartin,** *Rhode Island Attorney General;*
(204) **Honorable Nellie M. Gorbea,** *Rhode Island Secretary of State;*
(205) **Rhode Island State Senate**
(38 State Senators);
(206) **Rhode Island State House of Representatives**
(75 State Representatives);

**SOUTH CAROLINA STATE OFFICIALS:**
(207) **Honorable Henry McMaster,** *Governor of South Carolina;*

- 12 -

(208) **Honorable Alan Wilson,** *South Carolina Attorney General;*

(209) **Honorable Mark Hammond,** *South Carolina Secretary of State;*

(210) **South Carolina State Senate** (46 State Senators);

(211) **South Carolina State House of Representatives** (179 State Representatives);

**SOUTH DAKOTA STATE OFFICIALS:**

(212) **Honorable Dennis Daugaard,** *Governor of South Dakota;*

(213) **Honorable Marty Jackley,** *South Dakota Attorney General;*

(214) **Honorable Shantel Krebs,** *South Dakota Secretary of State;*

(215) **South Dakota State Senate** (35 State Senators);

(216) **South Dakota State House of Representatives** (70 State Representatives);

**TENNESSEE STATE OFFICIALS:**

(217) **Honorable Bill Haslam,** *Governor of Tennessee;*

(218) **Honorable Herbert R. Slattery, III,** *Tennessee Attorney General;*

(219) **Honorable Tre Hargett,** *Tennessee Secretary of State;*

(220) **Tennessee State Senate** (33 State Senators);

(221) **Tennessee State House of Representatives** (99 State Representatives);

**TEXAS STATE OFFICIALS:**

(222) **Honorable Greg Abbott,** *Governor of Texas;*

(223) **Honorable Ken Paxton,** *Texas State Attorney General;*

(224) **Honorable Rolando Pablos,** *Texas Secretary of State;*

(225) **Texas State Senate**
    (31 State Senators);
(226) **Texas State House of Representatives**
    (150 State Representatives);

**UTAH STATE OFFICIALS:**
(227) **Honorable Gary R. Herbert,** *Governor of Utah;*
(228) **Honorable Sean D. Reyes,** *Utah Attorney General;*
(229) **Honorable Spencer J. Cox,** *Utah Lieutenant Governor;*
(230) **Utah State Senate**
    (29 State Senators);
(231) **Utah State House of Representatives**
    (75 State Representatives);

**VERMONT STATE OFFICIALS:**
(232) **Honorable Phil Scott,** *Governor of Vermont;*
(233) **Honorable TJ Donovan,** *Vermont Attorney General;*
(234) **Honorable Jim Condos,** *Vermont Secretary of State;*
(235) **Vermont State Senate**
    (30 State Senators);
(236) **Vermont State House of Representatives**
    (150 State Representatives);

**WASHINGTON STATE OFFICIALS:**
(237) **Honorable Jay Inslee,** *Governor of Washington;*
(238) **Honorable Bob Ferguson,** *Washington State Attorney General;*
(239) **Honorable Kim Wyman,** *Washington Secretary of State;*
(240) **Washington State Senate**
    (49 State Senators);
(241) **Washington State House of Representatives**
    (98 State Representatives);

- 14 -

**WEST VIRGINIA STATE OFFICIALS:** :

(242) **Honorable Jim Justice,** *Governor of West* :
       *Virginia;*

(243) **Honorable Patrick Morrisey,** *West* :
       *Virginia State Attorney General;*

(244) **Honorable Mac Warner,** *West Virginia* :
       *Secretary of State;*

(245) **West Virginia State Senate** :
       (34 State Senators);

(246) **West Virginia State House of** :
       **Representatives**
       (100 State Representatives);

**WISCONSIN STATE OFFICIALS:** :

(247) **Honorable Scott Walker,** *Governor of* :
       *Wisconsin;*

(248) **Honorable Brad Schimel,** *Wisconsin State* :
       *Attorney General;*

(249) **Honorable Doug La Follette,** *Wisconsin* :
       *Secretary of State;*

(250) **Wisconsin State Senate** :
       (33 State Senators);

(251) **Wisconsin State House of Representatives** :
       (99 State Representatives);

**WYOMING STATE OFFICIALS:** :

(252) **Honorable Matthew Mead,** *Governor of* :
       *Wyoming;*

(253) **Honorable Peter K. Michael,** *Wyoming* :
       *State Attorney General;*

(254) **Honorable Ed Murray,** *Wyoming* :
       *Secretary of State;*

(255) **Wyoming State Senate** :
       (30 State Senators);

(256) **Wyoming State House of Representatives** :
       (60 State Representatives);

*Defendants;* :

**and** :

(257)  **Michael Pence,** *Vice President of the* :
        *United States and President of the United* :
        *States Senate,* :

(258) **United States Senate,** *a body politic created* :

- 15 -



*and constituted by Article I of the United* :
*States Constitution, as amended;* :

**(259) Individual Members of the United States** :
**Senate from the 50 States that have been** :
**seated at the One Hundred Fifteenth** :
**Congress;** :
:

***Interested Parties.*** :
:
:
-----------------------------------------------------------------**X**

Plaintiffs Eugene Martin LaVergne, Frederick John LaVergne, Leonard P. Marshall and Scott Neuman by way of Complaint against the named Defendants, say as follows:

## I. JURISDICTION, VENUE, AND CONVENING A THREE JUDGE COURT:

### A. Jurisdiction:

1. Jurisdiction to entertain Plaintiffs'' Federal Constitutional legal claims is conferred on the United Sates District Court pursuant to 28 *U.S.C.* §1391 and 28 *U.S.C.* §2284(a). Jurisdiction to entertain Plaintiffs' legal claims challenging Federal Agency action or inaction is conferred on the United States District Court pursuant to 5 *U.S.C.* §702. Additionally, Plaintiffs have a non-statutory right to bring this action to challenge the lawfulness of what is Article II Executive Branch Action and to seek to enjoin its wrongful implementation and / or failure to implement by Federal Officials. *See Chamber of Commerce of the United States v. Reich*, 74 *F.3d* 1322 (3d Cir. 1996). Plaintiffs' claims for declaratory and injunctive relief is authorized by 28 *U.S.C.* §2201 and 28 *U.S.C.* §2202 ("Federal Declaratory Judgments Act"), by 28 *U.S.C.* §1361

("Federal Mandamus Act"), by *Rule* 57 and *Rule* 65 of the *Federal Rules of Civil Procedure,* by *L.Cv.R.* 65.1 of the *Rules of the United States District Court for the District of Columbia,* and by general legal and equitable powers of this Court. Cumulatively and / or alternatively, Plaintiffs' claims for declaratory and injunctive relief against the Virginia State Officials, Connecticut State Officials and Kentucky State Officials to compel each State to provide "official notice" to the Archivist of the United States of their respective State Legislature's unreported ratification action on *Article the First* is conferred pursuant to 28 *U.S.C.* §1367 and by the *Code of Virginia* §8.01 – 184, *Connecticut General Statute* 59-29 and *Kentucky Revised Statutes* 418.045, 418.050 and 418.055.

**B.   Venue:**

2.   Venue is proper in the District of the District of Columbia pursuant to the requirements of 28 *U.S.C.* §1391.

**C.   Convening a Three Judge Court:**

3.   The Plaintiffs herein are challenging the validity and Constitutionality of the 2010 Apportionment of the United States House of Representatives.   28 *U.S.C.* §2284(a) provides as follows:

> **(a)** A district court of three judges ***shall be convened*** when otherwise required by Act of Congress, or ***when an action is filed challenging the constitutionality of the apportionment of congressional districts*** or the apportionment of any statewide legislative body. (emphasis added).

[28 *U.S.C.* §2284(a)].

4.     The cited statute by its express terms clearly requires that "… [a] *district court of three judges **shall be convened** … when an action is filed challenging the constitutionality of the apportionment of congressional districts …*" *Id.* As this case is clearly an action "challenging the constitutionality of the apportionment of congressional districts" within the meaning of 28 *U.S.C.* §2284(a), a district court of three judges "… ***shall*** …" be convened to hear this case. *Id.* The procedures for convening a three judge court when required by 28 *U.S.C.* §2284(a) are outlined in 28 *U.S.C.* §2284(b). Plaintiffs are moving contemporaneously with the filing of this case by way of Order to Show Cause for a Three Judge District Court to be convened in accordance with the referenced law.

## II.  THE PARTIES:

1.     Plaintiffs Eugene Martin LaVergne, Frederick John LaVergne, Leonard P. Marshall and Scott Neuman are all citizens of the United States and residents of the State of New Jersey.  Plaintiffs each access and use the internet for business, personal and health purposes through various commercial Internet Service Providers ("ISPs") who Plaintiffs pay a fee to for accessing the internet which also allows Plaintiffs to access, use and administer email accounts and web sites.  Plaintiffs claim rights to privacy regarding personal, business and health information and object to ISPs collecting and selling or otherwise disseminating any information whatsoever regarding Plaintiffs personal, business and health information to third parties.  ISPs collecting and selling or otherwise disseminating Plaintiffs' personal, business and health information as accumulated by the ISP to third parties proximately causes damage to Plaintiffs.  On Friday December 2, 2016 the Federal Communications Commission ("FCC") published a new Agency Rule

- 18 -

entitled "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services" in the *Federal Register,* at Volume 81, No. 232 (Friday December 2, 2016) pages 87274 through 87346. The new Agency Rule operates to protect the privacy interests of Plaintiffs and others similarly situated by Federal Law and among other things, bars ISPs from collecting and selling or otherwise disseminating Plaintiffs' personal, business and health information as accumulated by the ISP to third parties for free or for profit. Under the *Congressional Review Act,* the new FCC Rule "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services" would automatically become final binding Federal Law unless the Senate and House of Representatives pass, and the President signs, a "disapproval resolution" in accordance with the procedures outlined therein. *See 5 U.S.C. sec.* 802. On March 28, 2017, with the Senate having introduced and approved a "disapproval resolution" known as S.J. Res. 34, the United Sates House of Representatives also then and there voted to approve S.J. Res. 34 rejecting the new FCC Rule "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services". However, on March 28, 2017 the United States House of Representatives of the One Hundred and Fifteenth Congress was not apportioned in accordance with *Article the First* with a minimum of 6,230 Representatives among the 50 States, and with only 435 Representatives, had not yet achieved the mandatory Article I *Quorum* of 50% +1 of the membership present (or 3,116 Representatives) to conduct business, and as such the March 28, 2017 vote in the House of Representatives approving S.J. Res. 34 was illegal, invalid, a nullity and unconstitutional. Nevertheless, on April 3, 2017 Article II President Donald J. Trump signed S.J. Res. 34 into law, rejecting new FCC Rule "Protecting the Privacy of

Customers of Broadband and Other Telecommunications Services", thereby allowing ISPs to now, without violating any Federal Laws, to collect and sell or otherwise disseminating Plaintiffs' personal, business and health information as accumulated by the ISP to third parties.   S.J. Res. 34 is now identified as Public Law No:   115-22 (04/03/2017).   Plaintiffs have Article III Standing to challenge the legality and constitutional validity of S.J. Res. 34 / Public Law No:  115-22 (04/03/2017) on the basis that the March 28, 2017 vote in the House of Representatives was conducted without the necessary Article I *Quorum* to conduct business rendering the vote invalid, illegal, a nullity and unconstitutional, which in turn means that the "bi-camerality" requirements of the Constitution have not yet been met and that S.J. Res. 34 / Public Law No:  115-22 (04/03/2017) is not valid law.  Additionally and cumulatively, Plaintiffs have Article III "Standing" to bring this lawsuit because, as citizens of the United States and residents and voters of New Jersey, Plaintiffs are generally damaged by having a United States House of Representatives not properly apportioned in accordance with the mandatory standards of *Article the First* with a minimum of 6,230 Representatives apportioned among the 50 States, and specifically and directly damages by their home State of New Jersey only having been apportioned 12 Representatives to represent their interests in the United States House of Representatives at the One Hundred and Fifteenth Congress when in fact the State of New Jersey is Constitutionally required to have been apportioned a total of a minimum of 177 Representatives at the One Hundred and Fifteenth Congress, leaving the State of New Jersey with 165 vacancies for Representatives, thereby unconstitutionally diluting Plaintiffs representation at the One Hundred and Fifteenth Congress.

2.      Defendant United States House of Representatives is a national body politic created and constituted by Article I of the *United States Constitution*, as amended, which exercises legislative powers in the United States Government's Constitutional law making process. The *United States Constitution's* Article I requires the presence of a *quorum*, which is 50%+ of the Representatives Constitutionally apportioned among the States in the Union after a given Decennial Apportionment, before any legislative business (including the election of a "Speaker of the House" and the March 28, 2017 third vote on S.J Res. 34) may be conducted. The principal place of business of Defendant United States House of Representatives is located at United States Capitol Building, Room H154, Washington, D.C. 20515.

3.      Defendant Individual Members of the United States House of Representatives from the 50 States that have been seated so far at the One Hundred Fifteenth Congress consists of the Members who were elected to serve during the One Hundred and Fifteenth Congress at the November 8, 2016 General Elections held in each of the 50 States. The individual names of each Member, and the State that they represent, is listed in "Official List of Members of the House of Representatives of the United States and Their Places and Residence – One Hundred Fifteenth Congress, March 1, 2017", compiled by Karen L. Haas, clerk of the House of Representatives", a true copy attached hereto at **"Exhibit A"**, the contents of which are hereby adopted and incorporated herein by reference. The general principal place of business of each Representative elected to the One Hundred and Fifteenth Congress is as listed in **"Exhibit B".**

4.      Defendant Honorable Paul Ryan is an elected Member of the United States House of Representative from the First Congressional District of the State of Wisconsin.

Defendant Honorable Paul Ryan was purportedly elected to the position of "Speaker of the United States House of Representatives" on January 3, 2017 by a majority vote of the Representatives then and there present. However, as the number of Representatives then and there present on January 3, 2017 was less than the minimum number of Representatives necessary to constitute a Constitutional *quorum* necessary for conducting business which includes choosing a "Speaker". Due to the absence of a Constitutional *quorum* in the One Hundred Fifteenth Congress, and due to the fact that a Constitutional *quorum* can not be achieved unless and until special elections to fill vacancies are held in accordance with   2 *U.S.C.* §2(c) in the States, until such time as at least 3,116 Representatives of the Constitutionally mandatory minimum number of 6,230 Representatives Apportioned among the 50 States in the Union have been elected, have presented their credentials to Defendant Karen L. Haas and then taken the required oath of office, Defendant Honorable Paul Ryan has not, or has not yet, been validly elected as the Speaker of the United States House of Representatives at the One Hundred and Fifteenth Congress. Defendant Honorable Paul Ryan has a specific principal place of business located at: 1233 Longworth House Office Building, Washington, D.C. 20515.

5.      Defendant David S. Ferriero, Archivist of the United States, is presently serving as the Archivist of the United States of America, the Chief Administrator of the National Archives and Records Administration.  The Archivist has the non-discretionary ministerial legal obligation to declare and publish and promulgate a proposed amendment to the United States Constitution when he has received official notification that a sufficient number of State Legislatures ratified a proposed amendment so that the amendment was fully ratified and automatically consummated as law. *See* 1 *U.S.C.*

§106(b). The Archivist has a principal place of business located at National Archives and Records Administration, 700 Pennsylvania Avenue NW, Washington, D.C. 20408.

6.      Defendant Willbur Ross, a resident of the State of California, is the United States Secretary of Commerce and has a principal place of business located at 1401 Constitution Avenue, NW, Washington, D.C.

7.      Donald J. Trump is the duly elected Article II President of the United States and has a principal place of business located at 1600 Pennsylvania Avenue NW, Washibngton, D.C.

8.      Defendant Karen L. Haas is the Clerk of the United States House of Representatives at the One Hundred Fifteenth Congress, having previously served as the Clerk in the One Hundred and Fourteenth and earlier Congresses. Defendant Karen L. Haas has a principal place of business located at United States Capitol, Room H154, Washington, D.C.

9.      The Virginia, Connecticut and Kentucky State Officials named in the caption of this lawsuit are the State Officials responsible for "officially reporting" their State Legislature's ratification votes on proposed Constitutional amendments to the Archivist of the United States and are the State Officials responsible for issuing writs for special elections to fill vacancies in the United States House of Representatives in their States and are responsible for administering such special elections. The addresses and principal place of business of such State Officials are as found in **"Exhibit C"** attached hereto which is incorporated herein by reference.

10.     Other State Officials are the State Officials responsible for issuing writs for special elections to fill vacancies in the United States House of Representatives in their

- 23 -

States and are responsible for administering such special elections. The addresses and principal place of business of such State Officials are as found in **"Exhibit C"** attached hereto which is incorporated herein by reference.

11.    Interested Party Michael Pence is the duly elected Vice President of the United States whose principal place of business is located at Office of the Vice President, United States Capitol, Washington, D.C.

12.    Interested United States Senate is a body politic created and constituted by Article I of the United States Constitution, as amended. The principal place of business of this Interested Party is Office of the Secretary of the Senate, United States Capitol, Washington, D.C.

13.    Interested Parties individual Members of the United States Senate have an address and principal place of business as found in **"Exhibit D"** and **"Exhibit E"** attached hereto which is incorporated herein by reference.

## III.  LEGAL CLAIMS:

### FIRST COUNT:

1.    The text of the *United States Constitution's* Article V itself confirms that the ratification vote in a State Legislature is not part of a regular State Law making process requiring the participation or approval of any State's Executive Branch or adherence to any other State Law making process or procedure but rather is a specific and unique grant of legal authority conferred directly by the Federal Constitution itself to the States to participate in the Federal Constitutional Law making process (through the approval and

- 24 -

affirmative ratification vote of the State "Legislature" or alternatively by ratification vote at State Convention) with the other States in the Union. As the United States Supreme Court has observed, "… *[t]he function of a state legislature in ratifying a proposed amendment to the Federal Constitution, like the function of Congress in proposing the amendment, is a federal function derived from the Federal Constitution …*" *Hawke v. Smith (No. 2)*, 252 *U.S.* 368, 376 (1921).

2.      As the ratification vote of a State Legislature is part of a constitutionally defined Federal process for making Federal Constitutional law, State lawmaking process and procedure as otherwise outlined in a State's own Constitution or other rules of procedure regarding lawmaking do not govern and rather the required actions of the State Legislature for a valid ratification are only as defined in the *United States Constitution's* Article V itself. The *United States Constitution's* Article V requires only that a State Legislature meet and cast an affirmative vote of assent for the Legislature to have taken the requisite Article V positive action and to have affirmatively "ratified" an amendment. There is no requirement that a bi-cameral state legislatures take action at the same session or in the same year for that matter. As the literal text of Article V states, a proposed amendment: "… *shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States …*". More directly stated, a proposed amendment is validly ratified by a State's Legislature at the moment that an affirmative vote of assent of the entirety of a "State's Legislature" for Article V purposes is cast. Moreover, the fact that the special Federal action taken by a State's Legislature may not be formally memorialized in a Resolution or Legislative Journal until some later date, if even ever, is also of no moment. The text of Article V does not state

that an amendment is ratified by a State when their Legislature casts the affirmative vote of assent ... *and then does some further action.*    Rather, the Federal Article V action is complete upon the affirmative vote of assent.  The *United States Constitution's* Article V is an automatic and self enacting process in that a proposed amendment is automatically consummated as positive Federal Constitutional Law when the threshold "three fourth" State's Legislature has affirmatively voted to adopt and ratify an amendment.  No further action is constitutionally required other than the actual affirmative vote or assent of "... *the Legislatures of three fourths of the several States ...*".

3.    Whether or not an amendment, positively ratified by the *Constitution's* Article V's standards has been "officially reported" to the other States or to any organ of the Federal Government does not affect the legal sustaining validity of a State Legislature's ratification vote once cast.  This merely affects whether or when the People know.  Having once been ratified by a State's Legislature in accordance with the standards of Article V, an amendment remains so ratified as of the date of the vote whether or not the ratification action is published, known, or the record of the State Legislature's ratification is intentionally ignored or temporarily forgotten about and lost in time.  This clear and simple interpretation of how the Constitution's Article V works is born out by the literal text of Article V itself, and this interpretation of how Article V works is concurred in by historical precedent and by formal legal opinions of the Article II Executive Branch (*see* "Congressional Pay Amendment", Memorandum Opinion for the Counsel to the President, by Timothy E. Flanigan, Acting Assistant Attorney General, Office of Legal Counsel, reported at 16 *O.L.C.* 85 (May 13, 1992); and Memorandum Opinion for the Counsel to the President, by Timothy E. Flanigan, Acting Assistant Attorney General,

Office of Legal Counsel, reported at 16 *O.L.C.* 87 (November 2, 1992)) and formal judicial opinion of the Article III United States Supreme Court (*see Dillon v. Gloss,* 256 U.S. 368 (1921)).

4.      Additionally, historical precedent and by formal legal opinions of the Article II Executive Branch (*see* MEMORANDUM OPINION FOR THE COUNSEL TO THE PRESIDENT – "Power of a State Legislature to Rescind its Ratification of a Constitutional Amendment", by John M. Harmm, *Acting Attorney General, Office of Legal Counsel,* 77-7 *O.L.C.* (February 15, 1977)), confirm that once an affirmative vote has been cast by a State's Legislature, it may not be rescinded by a later sitting State Legislature.   This legal opinion is supported by historical precedent (Fourteenth and Fifteenth Amendments) and, most directly, by the so called "Civil War" which commenced when the State of South Carolina sought to rescind its prior ratification of the United States Constitution to leave the Union.   These are very basic and easy to understand concepts.

5.      On September 28, 1789, at a time that there were Eleven States in the Union, the First Session of the First Congress meeting in New York City proposed, in accordance with the procedures outlined in the *United States Constitution's* Article V, twelve specific amendments to the then newly enacted *Constitution* denominated at "*Article the First*" through "*Article the Twelfth*".

6.      The date of the initial proposal by Congress, and the accurate historical record of the vote of assent of each State Legislatures that affirmatively voted to ratify *Article the First* over time, the number of States in the Union as changed over time at the time of

each ratification vote, and whether the ratification vote was reported to any organ of the Federal Government, is as follows:

I.  **INITIAL PROPOSAL:**  *Article the First* was proposed to the State Legislatures of the then Eleven States in the Union as an amendment to the *United States Constitution* on September 28, 1789 in accordance with the *United States Constitution's* Article V.  On October 3, 1789 a copy of the Resolution of Congress proposing *Article the First* (along with another Eleven Proposed Amendments denominated *Article the Third* through *Article the Twelfth*) was then transmitted to the Governor of each of the Eleven States in the Union and to the Governors of North Carolina and Rhode Island under cover letter signed by President George Washington.

II.  **RATIFICATION VOTES IN THE STATE LEGISLATURES:**

**(\*The process starts with Eleven States in the Union:  Massachusetts, New Hampshire, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, South Carolina and Georgia)**

(1.)  **Connecticut State Legislature:**  Ratified *Article the First* by the *United States Constitution's* Article V's standards October 1789 (\*or alternatively May 1790 if the "Upper House Council" is part of the "Legislature" for Article V purposes).  **(UNREPORTED)**

(2.)  **New Jersey State Legislature:**  Ratified *Article the First* by the *United States Constitution's* Article V's standards on November 19, 1789 (\* or November 20, 1789).  **(REPORTED)**

**(\*November 28, 1789 now Twelve States in the Union:  North Carolina ratified the *United States Constitution* at statewide convention of November 28, 1789 and joined the Union of States)**

(3.)  **Virginia State Legislature:**  Ratified *Article the First* by the United States Constitution's Article V's standards on December 15, 1789. **(UNREPORTED)**
\*After the First Decennial Census results were reported in October 1791, and in anticipation of the first Decennial Apportionment of the United States House of Representatives, the Virginia State Legislature ratified *Article the First* by the United States Constitution's Article V's standards *a second time* on November 3, 1789.
**(IMMEDIATELY AND SINGULARLY REPORTED)**
\*After the Virginia State Legislature later ratified *Article the Third* through *Article the Twelfth* (some for the second time) on December 15, 1789, the November 3, 1791 singular ratification of *Article the First* was

reported for a second time, this time in a collective instrument of ratification of all twelve proposed amendments.
**(SECOND NOVEMBER 3, 1791 RATIFICATION REPORTED A SECOND TIME WITH OTHER ELEVEN AMENDMENTS)**

**(4.)**   **Maryland State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on December 19, 1789. **(REPORTED)**

**(5.)**   **North Carolina State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on December 22, 1789. **(REPORTED)**

**(6.)**   **South Carolina State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on January 19, 1790. **(REPORTED)**

**(7.)**   **New Hampshire State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on January 25, 1790. **(REPORTED)**

**(8.)**   **New York State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on February 24, 1790. **(REPORTED)**

**(*May 29, 1790 now Thirteen States in the Union:  Rhode Island ratified the *United States Constitution* at statewide convention of May 29, 1790 and joined the Union of States.)**

**(9.)**   **Rhode Island State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on June 7, 1790. **(REPORTED)**

**(*March 3, 1791 now Fourteen States in the Union:  Vermont was admitted as the Fourteenth State in the Union by Act of Congress taking effect March 4, 1791.)**

**(10.)**   **Pennsylvania State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on September 24, 1791. **(REPORTED)**

**(11.)**   **Vermont State Legislature:**   Ratified *Article the First* by the United States Constitution's Article V's standards on November 1, 1791. **(REPORTED)**

(*June 1, 1792 now Fifteen States in the Union:  Kentucky was admitted as the Fifteenth State in the Union by Act of Congress taking effect June 1, 1792.)

(12.)    **Kentucky State Legislature:**  Ratified *Article the First* by the United States Constitution's Article V's standards on June 21, 1792. **(UNREPORTED)**

[*See How "Less" is "More": The Story of the Real First Amendment to the United States Constitution,* by Eugene Martin LaVergne, published by First Amendment Free Press, New York, New York (2016) at pages 521-522].

7.    *Article the First*, the first ever amendment proposed by Congress to the *United States Constitution* on September 28, 1789, was ratified by the State Legislatures of three fourths of the States at the time of ratification in accordance with the Constitution's Article V's standards and therefore has been fully ratified and fully consummated as a permanent part of the United States Constitution since at least June 21, 1792, if not earlier.  The reasons how these facts were lost in history for over 220 years are detained in *How "Less" is "More": The Story of the Real First Amendment to the United States Constitution,* by Eugene Martin LaVergne, published by First Amendment Free Press, New York, New York (2016) and will be documented and presented in detail at time of trial.

8.    The *United States Constitution's* Article V itself does not by its terms expressly vest authority in any organ of State or Federal to announce or declare or proclaim when a proposed amendment has met the three fourths consummation threshold in Article V and has therefore been fully ratified and automatically consummated as a permanent part of the United States Constitution.

- 30 -

9.      The odd fact of history is that though *Article the Third* through *Article the Twelfth* as proposed by Congress to the State Legislatures on September 28, 1789 are generally acknowledged in history as having been affirmatively ratified by a sufficient number of State Legislatures to met the three fourths full ratification and automatic consummation threshold in Article V, and though *Article the Third* through *Article the Twelfth* as proposed by Congress on September 28, 1789 are today uniformly editorially re-numbered and commonly referred to as the *First Amendment* through the *Tenth Amendment,* and also collectively referred to as the "Bill of Rights", the fact of history is that there never was any specific contemporaneous generally agreed upon formal and official acknowledgement, declaration or proclamation by any organ or State or Federal Government that such proposed amendments were ever fully ratified and automatically consummated as law and were therefore now a permanent part of the *United States Constitution.*

10.     It would be twenty nine years in the future before Congress and the President would first address this gap in the law and promulgation process of Constitutional Amendments.  Specifically, by *Act* of April 20, 1818, Congress and the President passed a new Federal statute which provided in part as follows:

> \* \* \*
>
> Sect. 2. *And be it further enacted,* That whenever official notice shall have been received, at the Department of State, that any amendment which heretofore has been, or may be proposed to the constitution of the United states, has been adopted, according to the provisions of the constitution, it shall be the duty of the said Secretary of State forthwith to cause the said amendment to be published in the said newspapers authorized to promulgate the laws, with his certificate, specifying the states by which the same may have been adopted, and that the same has become valid, to

all intents and purposes, as a part of the constitution of the United States.

[ *See An ACT to provide for the Publication of the Laws of the United States, and for other purposes,* (Approved April 20, 1818), *Laws of the United States of America from the 4th of March, 1815, to the 4th of March 1821* (Volume VI), WASHINGTON CITY: Printed and Published by Davis & Force, Pennsylvania Avenue (1822) at pages 307 – 310, Section 2 at page 308, later republished at 2 *Stat.* 439 (1818)].

11.     The original 1818 Act originally vested the ministerial counting authority and promulgation authority in the Secretary of State, was later amended to vest such ministerial authority in the General Services Administrator, and today vests the ministerial counting and promulgation authority in the Archivist of the United States. After various amendments over the time, the *Act*, originally passed in 1818, and as amended over time, is now codified at 1 *U.S.C.* §106(b) and today in its present form reads as follows:

> Whenever official notice is received at the National Archives and Records Administration that any amendment proposed to the Constitution of the Untied States has been adopted, according to the provisions of the Constitution, the Archivist of the United States shall forthwith cause the amendment to be published, with his certificate, specifying the States by which the same may have been adopted, and that the same has become valid, to all intents and purposes, as a part of the Constitution of the Untied States.

[1 *U.S.C.* §106(b)].

12.     Under 1 *U.S.C.* §106(b) the Archivist of the United States is required, upon receipt of "… *official notice* …" of ratification from three fourths of the State Legislatures at the time of ratification that numerically confirm full ratification and automatic consummation, to in turn take ministerial action and publish and promulgate

any such amendment to the *United States Constitution* along with his official certificate specifying that the amendment has become valid to all intents and purposes, as a permanent part of the *United States Constitution.*

13.   To date the Archivist of the United States has promulgated a constitutional amendment in accordance with 1 *U.S.C.* §106(b) only once. *Article the Second,* initially proposed by Congress on September 28, 1789, was certified and declared and published by former Archivist Don Wilson, Archivist of the United States, to be a valid part of the *United States Constitution* under the authority of 1 *U.S.C.* §106(b) on May 18, 1992. (but omitting the UNREPORTED June 24, 1792 Kentucky State Legislature's ratification of *Article the Second*).

14.   Plaintiffs, private citizens, have reviewed the evidence today on official record with the National Archives regarding what "reporting" State Legislature's ratified *Article the First* and when they did so. Plaintiffs, private citizens, have also specifically provided *"actual notice"* of the UNREPORTED ratifications of *Article the First* by the Connecticut State Legislature in October 1789, by the Virginia State Legislature on December 15, 1789, and by the Kentucky State Legislature on June 24, 1792 to Defendant David Ferriero, Archivist of the United States, along with a demand that he promulgate *Article the First* as a part of the *United States Constitution* as required by 1 *U.S.C.* §106(b). Plaintiffs have further requested that the official May 18, 1992 Archivists Certification regarding *Article the Second* be revised and corrected and republished to include the June 24, 1992 ratification of such amendment by the Kentucky State Legislature. Plaintiffs' demands have been ignored.

15.   28 *U.S.C.* §2201(a) provides in relevant part as follows:

> (a) In a case of actual controversy within its jurisdiction … any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought,  Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

[28 *U.S.C.* §2201(a)].

16.     28 *U.S.C.* §2202 provides as follows:

> Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment.

[28 *U.S.C.* §2202].

17.     28 *U.S.C.* §1361 provides as follows:

> The district courts shall have original jurisdiction of any action in the nature of mandamus to compel any officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

[28 *U.S.C.* §1361].

18.     For purposes of this Count I the named Virginia State Official Defendants, the named Connecticut State Official Defendants, and the named Kentucky State Official Defendants all qualify as an "… *officer … of the United States* …" within the meaning of 28 *U.S.C.* §1361 as they are being called upon to take further action in the special hybrid Article V Federal Constitutional Law making process and under and in furtherance of Federal Constitutional authority and obligation and are not being called upon to take any action under State authority.

19.     The factors to be considered and the evaluation process for an Article III Court to use when determining whether to issue a *mandamus* pursuant to 28 *U.S.C.* §1361 are outlined by the United States Supreme Court in *Cheney v. United States District Court,* 542 *U.S.* 367 (2004).   For a writ of *mandamus* to issue, the moving party must show (1) that there is no other adequate means to obtain the relief desired, (2) that the right to the issuance of the writ is "clear and undisputable", and (3) the Court must find that the issuance of the writ is appropriate under the circumstances. *Id.* at 380-381.

20.     Cumulatively and   / or alternatively, Plaintiffs' claims for declaratory and injunctive relief against the Virginia State Officials, Connecticut State Officials and Kentucky State Officials to compel each State to provide "official notice" to the Archivist of the United States of their respective State Legislature's unreported ratification action on *Article the First* is conferred pursuant to 28 *U.S.C.* §1367 and by the *Code of Virginia* §8.01 – 184, *Connecticut General Statute* 59-29 and *Kentucky Revised Statutes* 418.045, 418.050 and 418.055.

20.     5 *U.S.C.* §702 provides in relevant part as follows:

> A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.  An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensible party. * * *

[5 *U.S.C.* §702].

- 35 -

**WHEREFORE**, Plaintiffs demand Judgment on the factual and legal claims in Count I as follows:

A.)   Judgment pursuant to 28 *U.S.C.* §2201(a), 28 *U.S.C.* §2202, 28 *U.S.C.* §1361 and *Cheney v. United States District Court,* 542 *U.S.* 367 (2004) and / or 28 *U.S.C.* §1367 and the *Code of Virginia* §8.01 – 184, *Connecticut General Statute* 59-29 and *Kentucky Revised Statutes* 418.045, 418.050 and 418.055 directing by way of *mandamus* and compelling the named Virginia State Officials, Connecticut State Officials and Kentucky State Officials to take measures and to actually provide "official notice" of the unreported ratification actions of their respective State Legislatures as enumerated in Plaintiffs' Complaint to Defendant Archivist of the United States;

B.)   Judgment pursuant to 5 *U.S.C.* §702, 28 *U.S.C.* §2201(a), 28 *U.S.C.* §2202, 28 *U.S.C.* §1361 and *Cheney v. United States District Court,* 542 *U.S.* 367 (2004) directing by way of *mandamus* and compelling Defendant David Ferriero, Archivist to the United States, upon receipt of "official notice" from the named Virginia State Officials, Connecticut State Officials and Kentucky State Officials of the unreported ratification actions of their respective State Legislatures regarding *Article the First* as enumerated in Plaintiffs' Complaint, to then in turn immediately declare, certify and publish that *Article the First* has having become valid, to all intents and purposes, as a part of the Constitution of the Untied States, as he is ministerial required to do by 1 *U.S.C.* §106(b).

C.)   Judgment providing such other further relief as the Court deems fair, just and equitable.

### SECOND COUNT:

1.    Plaintiffs hereby repeat and re-allege each and every prior allegation again as if set forth fully at length herein.

2.    There is a problem in that there was a "Scrivener's Error" made in the original fourteen "copies" of the original 14 hand engrossed Resolutions proposing *Article the First* and the other amendments, which "Scrivener's Error" was then unknowingly and unintentionally converted into a "Printing Error" in the literal text of *Article the First*. This is described in detail in Chapter 7 (page 129-178) and Chapter 8 (page 179-220) of the book *How "Less" is "More": The Story of the Real First Amendment to the United States Constitution*, by Eugene Martin LaVergne, published by First Amendment Free Press, New York, New York (2016), which facts are hereby incorporated by reference as if set forth fully at length herein.

3.    As to the meaning, Plaintiffs cite to an Archivist's December 7, 2010 Press Release:  "The National Archives Presents the ORIGINAL Bill of Rights – with 12 Amendments", where the Archivist notes, regarding *Article the First*, that …

> " * * * Had this been ratified, there would be far more than 435 Members of Congress – nearly 6,000.  Currently, each member represents on average about 650,000 people."

[*See* **"Exhibit F"**].

4.    The actual literal text of Article the First as approved by both the House of Representatives and the Senate as of September 15, 1789 was as follows:

> **[Line 1]** After the fist enumeration, required by the first Article of the Constitution, there shall be one Representatives for ever thirty thousand, until the number shall amount to one hundred,

- 37 -

[Line 2] after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor less than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred,

[Line 3]after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor less than one Representative for every fifty thousand persons.

[*See* "Exhibit G"].

5.      On September 24, 1789, a Committee on Conference while considering other unresolved proposed amendments, made an unsolicited recommendation that there be a last minute "Less" to "More" change in the text of *Article the First*, with the specific recommendation being written out in a single "Report" (never printed) prepared in the hand of Senator Oliver Ellsworth of Connecticut, which read as to Article the First as follows:

* * *

The Committee were also of opinion it would be proper for both Houses to agree to amend the first Article, by striking out the word "less" in the last line but one, and inserting in its place, the word "more", and accordingly recommend that the said Article be reconsidered for that purpose.

["Exhibit H".]

6.      This single September 24, 1789 Committee on Conference hand written Report was locked away for almost 200 years in Senate Records.  The Official Journal of the House (printed) thereafter inaccurately paraphrased where the change was directed to have been made (as approved by Congress)  *see* **"Exhibit I",** which resulted in the noted "Scrivener's Error" made in the original fourteen "copies" of the original 14 hand engrossed Resolutions proposing *Article the First* and the other amendments, which

- 38 -

"Scrivener's Error" was then unknowingly and unintentionally converted into a "Printing Error" in the literal text of *Article the First* in the first official printing and all printings thereafter (as checked against the inaccurate *House Journal*). The First Official Printing contained the "less" to "more" mistake in Line 3 of *Article the First* and also printed the word "imprisonments" in place of "punishments" in *Article the Tenth*. **"Exhibit J".**

7.      The correct literal text of Article the First, as approved by Congress, and as ratified by the State Legislatures, is as follows:

> **[Line 1]** After the fist enumeration, required by the first Article of the Constitution, there shall be one Representatives for ever thirty thousand, until the number shall amount to one hundred,
> **[Line 2]** after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor ***more*** than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred,
> **[Line 3]**after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor less than one Representative for every fifty thousand persons.

8.      The "Scrivener's Error Doctrine" is a common law doctrine that allows Courts encountering text in documents that is in error due to a *vitium scriptoris* – literally "the mistake of a scribe", or any "Clerical error in writing" – to ignore the error and apply instead the actual correct literal text. *See Church of the Holy Trinity v. United States,* 143 *U.S.* 457 (1892).

**WHEREFORE,** Plaintiffs demand that this Court apply the "Scrivener's Error Doctrine" and declare and confirm that the correct, fully ratified and consummated, literal text of *Article the First* is as follows:

[Line 1] After the fist enumeration, required by the first Article of the Constitution, there shall be one Representatives for ever thirty thousand, until the number shall amount to one hundred,

[Line 2] after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor ***more*** than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred,

[Line 3]after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor less than one Representative for every fifty thousand persons.

## THIRD COUNT:

1.      Plaintiffs hereby repeat and re-allege each and every prior allegation again as if set forth fully at length herein.

2.      Article I, Section 1 of the *United States Constitution* (commonly known as the "Vesting Clause") provides that "… *All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.*"

3.      Article I, Section 4 of the *United States Constitution* provides as follows:  "*The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.*"  This Section has been revised and altered and supplemented over time by several Constitutional Amendments, specifically: Amendment XIV, Section 2 (Stating in part that:  *"[W]hen the right to vote at any election for the choice of electors for President*

- 40 -

*and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United states, or in any way abridged, except for participation in rebellion, or other crimes, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.*"); Amendment XV (Right to vote shall not be denied or abridged "... *on account of race, color, or previous condition of servitude.*"); Amendment [XVII] (Senators to be directly elected by the People); Amendment [XIX] (Guaranteeing all women the right to vote); Amendment [XXIV] (Barring States from charging a "Poll Tax" to participate in elections); Amendment [XXVI] (Guaranteeing citizens 18 year old and above the right to vote).

4.        Under the *United States Constitution's* Article I, Section 3:  "*each State, irrespective of population, is apportioned two Senators who serve six year terms.*" Under the *United States Constitution* as originally ratified and enacted, the two Senators apportioned to each State were elected not by the People bur rather were elected by each respective State's Legislature.  Each United States Senator serves a 6 year term, with all terms staggered, so that approximately 1/3 of the Senate is up for election every 2 years. Amendment [XVII] to the *United States Constitution*, acknowledged as fully ratified and consummated as law in 1913, altered the election process so that United States Senators would henceforth be directly elected by the People at General Elections rather than by the State Legislatures.

5.     The only organ of Federal Government where members were directly elected by the People in the original form of the *United States Constitution* was the United States House of Representatives.  The number of Representatives to be apportioned to each State was to be based upon each State's "Apportionment and Direct Federal Tax Population", with each State guaranteed at least one Representative irrespective of that State's "Apportionment and Direct Federal Tax Population".  The Article I process of determining the number of Representatives ("Apportioning") each State as originally proposed and as originally ratified and enacted in the *United States Constitution* required a three (today two) step process:  **First** a "census" (a literal counting of all persons in the nation) was required to be conducted so that the "Actual Population" figures for each State could be determined.  **Second**, the number of slaves in each state were to be subtracted, then counted as 3/5 of a person, with that 3/5 number then added back to establish each State's "Apportionment and Direct Federal Tax Population".  **Third,** each State's "Apportionment and Direct Federal Tax Population" was then relied upon by Congress dually as a basis for assessing any direct Federal Taxes and as a basis for Apportioning Representatives in the United States House of Representatives among the States.  The census process and the Apportionment process was (and is) specifically Constitutionally required to be conducted every 10 years.

6.     Until the First Decennial Census was to be completed, the text of Article I of the Constitution itself temporarily "Constitutionally Apportioned" 65 Representatives among the contemplated original 13 States – based upon census estimates – to remain in effect until the first Statutory Decennial Census and first Decennial statutory Apportionment of the United States House of Representatives was completed.

7.    The "First Decennial Census" was commenced in 1790 and completed and reported in October 1791 (save for the figures from South Carolina which were not reported, with extension, until March 1792) under the supervision of then United States Secretary of State Thomas Jefferson.  Every ten years thereafter (Second Decennial Census in 1800, Third Decennial Census in 1810, Fourth Decennial Census in 1820, Fifth Second Decennial Census in 1830, Sixth Decennial Census in 1840, Seventh Decennial Census in 1850, Eighth Decennial Census in 1860, Ninth Decennial Census in 1870, Tenth Decennial Census in 1880, Eleventh Decennial Census in 1890, Twelfth Decennial Census in 1900, Thirteenth Decennial Census in 1910, Fourteenth Decennial Census in 1920, Fifteenth Decennial Census in 1930; Sixteenth Decennial Census in 1940; Seventeenth Decennial Census in 1950; Eighteenth Decennial Census in 1960; Nineteenth Decennial Census in 1970; Twentieth Decennial Census in 1980; Twenty First Decennial Census in 1990; Twenty Second Decennial Census in 2000; and Twenty Third Decennial Census in 2010) Congress has met the Constitutional mandate in Article I that a "Census" be held.  In operation today, and pursuant to the Constitutional mandate, Congress has enacted the "Census Act", now codified at 13 *U.S.C.* §1 *et seq.,* which since 1902 has delegated the authority to conduct the actual Decennial Census to the Defendant United States Secretary of Commerce.

8.    The *United States Constitution* as originally ratified and enacted conferred complete discretion in Congress in the future Decennial Apportionment Process of the House of Representatives constrained by only four specific enumerated Constitutional requirements:  **First,** that "*Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective*

- 43 -

*Numbers* ...", with the "respective numbers" being those as determined in the State's "Apportionment and Direct Federal Tax Population" (as that evolved over time); **Second,** "... *The number of Representatives shall not exceed one for every thirty Thousand ...*"; **Third**, that "... *each State shall have at Lease one Representative ...*", and **Fourth**, that Representative may only be Apportioned to one state and within a given State's political boundaries (*ie.* no crossing State lines).

9.     During the ratification debates before, at, and after the various State Conventions, the manner of the future Apportioning of Representatives among the State's was the most hotly debated and volatile topic.  The People had just fought a bloody Revolution over taxes and representation.  Having now earned their freedom, the only organ of Federal Government where the People directly elected anyone in the proposed new *Constitutional* Government was in the Article I House of Representatives.

10.     The People frankly did not trust future Congresses to protect the interests of the People in a fair and adequate representation in the House of Representatives and did not trust that, left to their own discretion, future Congresses would continually increase the size of the House of Representatives as States were added to the Union and as population inevitably increased over time.  The Federal Legislature was not to be, nor was it ever intended to be, an elitist governing body and rather the intent of the framers and those State Conventions that ratified the Constitution was always that over time the size of the United States House of Representatives would be substantially equal in size to the total number of the members of the various State Legislatures combined together.  It is noted with irony that concerns came true because today there are **435** voting Representatives in

the United States House of Representatives, whereas today the total number of the voting members in the various State Legislatures combined together is **7,605.**

11.    To address the objection to leaving discretion in Congress to determine the future size of the House of Representatives, various State Ratifying Conventions demanded an immediate amendment to the Article I process for Apportioning Representatives. Congress honored such demands at the First Session of the First Congress by proposing *Article the First* (along with a package of eleven other proposed amendments) to the State Legislatures for ratification on September 25, 1789. *See* Count I, and Count II, *supra.* However, *Article the First* to the United States Constitution was temporarily forgotten about, intentionally hidden or ignored, or lost in history, but it is law today nonetheless. *See How "Less is More": The Story of the Real First Amendment to the United States Constitution*, by Eugene Martin LaVergne, Published by First Amendment Free Press, Inc., New York, New York (2016).

12.    Unaware, or not yet aware, that *Article the First* had been fully ratified and become law, in an overt politically divisive and partisan legislative process, the First Session of the Second Congress passed their first effort at the Constitutionally mandated fist statutory apportionment of the House of Representatives in March of 1792 which Bill was vetoed by President George Washington. This is the first exercise of the "veto" power by the Article II President in history. After Congress failed to override President Washington's veto, Congress passed, and on April 14, 1792 President Washington signed, *An ACT for apportioning Representatives among the several States, according to the first enumeration.* *See* Acts passed at the Second Congress of the United States of America: Begun and Held at the City of Philadelphia, in the State of Pennsylvania, on

Monday, the Twenty-Fourth of October, One Thousand Seven Hundred and Ninety-One; and of the Independence of the United States the Sixteenth, (PUBLISHED BY AUTHORITY) PHILADELPHIA: Printed by Francis Childs and John Swaine, Printers of the Laws of the United States [1792] at page 89. Thereafter, every ten years Congress conducted a Decennial Census and, as States were added to the Union and as the actual national population increased, Congress by statute also increased the size of the United States House of Representatives, until 1840. After the Sixth Decennial Census in 1840 Congress decreased the size of the House of Representatives for the first and only time. Starting at the Seventh Decennial Census in 1850 Congress resumed and thereafter continued increasing the size of the House of Representatives every ten years by statute. After passage of Amendment XIV to the United States Constitution and starting with the Ninth Decennial Census in 1870, all persons, including now former slaves, were now counted as "1" when calculating the "Apportionment and Direct Federal Tax Population" (which was now a two step process). Every ten years thereafter going forward each successive Act of Congress Apportioning the House of Representatives resulted in an increase in the number of Representatives as the number of States and the population continued to increase over time.

13.     By the time of the Thirteenth Decennial Census in 1910 there were now 48 States in the Union and an actual population (which now, by virtue of the 14th Amendment, had now become the "Apportionment and Direct Federal Tax Population") of 92,228,496 People.

14.     In the Spring of 1911 Congress passed, and the President signed, an Act Apportioning the United States House of Representatives relying upon a math theory

known as the "Method of Major Fractions". Relying upon the "Method of Major Fractions" Congress Apportioned now 433 Representatives among the 46 States, and made provision for 1 Representative for each of the then Territories of Arizona and New Mexico, both of whom were pending Statehood, if and when each was admitted to the Union, to remain in effect until the next Decennial Apportionment. Unknown at that time is the reality that, notwithstanding the clear Article I Constitutional mandate of perpetual Decennial Apportionment, there would not be another Decennial Apportionment of the United States House of Representatives for another 20 years in the future, until after the Fifteenth Decennial Census in 1930.

15. On February 25, 1913 Amendment XVI to the United States Constitution was acknowledged as fully ratified and automatically consummated as Federal Constitutional law. This Amendment provided that "*The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration*". As such, the Apportionment of the United States House of Representatives was no longer directly related to any direct taxes that the Federal Government sought to impose, and what had initially been known as the "Apportionment and Direct Federal Tax Population", was now just the "Apportionment Population", or not simply the "Census Population".

16. Several months later, on May 31, 1913, Amendment [XVII] was acknowledged as fully ratified and automatically consummated as Federal Constitutional law. This amendment now provided in relevant that that: "*The Senate of the United states shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. …*" From then forward, the two United States

- 47 -

Senators from each State were to be elected directly by the People and not by the state Legislatures.

17.   On August 26, 1920 Amendment [XIX] was acknowledged as fully ratified and automatically consummated as Federal Constitutional law.  This amendment provided in relevant part that that: *"The right of citizens to the United States to vote shall not be denied or abridged by the United states or by any State on account of sex."*  As such, now women – any by virtue of Amendment XIII black women too – enjoyed the right to vote in all Elections.

18.   In 1920 the Fourteenth Decennial Census reported a national population of 106,021,537.  This was the first time that the nation's recorded national population exceeded 100 million People.

19.   On November 2, 1920 Republican Party candidate Warren G. Harding, a candidate selected primarily at the Republican Political Party's candidate by wealthy business interests, was elected President of the United States.

20.   The Sixty Seventh Congress convened on March 4, 1921 with 435 Representatives in the United States House of Representatives (as Arizona and New Mexico had now become States).  There was a Republican Political Party solid majority in the United States Senate and there was a solid Republican Political Party majority in the United States House of Representatives.  The President Warren G. Harding was a member of the Republican Political Party.

21.   Notwithstanding the Constitution's Article I clear mandate that the House of Representatives be Apportioned among the now 48 States in the Union in accordance with the population figures from the Fourteenth Decennial Census, the Republican

- 48 -

Political Party that now controlled both houses of Congress and the Presidency, and the business interests that controlled them, fearful that their future political influence would be severely diminished after an Apportionment of the House of Representatives due to the combination of all of the recent populist changes in the Constitutional and political process that had taken place in the last 10 years, simply refused to follow the Constitutional mandate and Apportion the United States House of Representatives.

22.    The unconstitutional refusal by a succession of Republican Political party controlled Congresses and Presidential administrations continued throughout the entire decade of the 1920s, with Democratic Political Party, Socialist Political Party, and Independent members of the House of Representatives objecting and repeatedly demanding that Congress  Apportion the House of Representatives in accordance with the Fourteenth Decennial Census.  Each time such calls being voted down by the Republican Party majority.

23.    In June 18, 1929, prior to the Fifteenth Decennial Census, and now under immense national public pressure to Apportion the House of Representatives which has not been done since twenty years earlier in 1910, Congress finally passed what is today commonly referred to as "Automatic Apportionment Act of 1929", actually titled as follows:  *CHAP. 28. – An Act To provide for the fifteenth and subsequent decennial censuses and to provide for apportionment of Representatives in Congress.*  *See* Act of June 18, 1929, Ch. 28, 46 Stat. 21 (1929).  Section 22 of that Act provided in relevant part as follows:

> \* \* \*
> Sec. 22.

(a)  On the first day, or within one week thereafter, of the second regular session of the Seventy-first Congress and of each fifth Congress thereafter, the President shall transmit to the Congress a statement showing the whole number of persons in each State, excluding Indians not taxed, as ascertained under the fifteenth and each subsequent decennial census of the population, and the number of Representatives to which each State would be entitled under an apportionment of the then existing number of Representatives made in each of the following manners:

(1)  By apportioning the then existing number of Representatives among the several States according to the respective numbers of the several States as ascertained under such census, by the method used in the last preceding apportionment, no State to receive less than one Member;

(2)  By apportioning the then existing number of Representatives among the several States according to the respective numbers of the several States as ascertained under such census, by the method known as the method of major fractions, no State to receive less than one Member; and

(3)    By apportioning the then existing number of Representatives among the several States according to the respective numbers of the several States as ascertained under such census, by the method known as the method of equal proportions, no State to receive less than one Member.

(b)  If the Congress to which this statement required by subdivision (a) of this section is transmitted, fails to enact a law apportioning Representatives among the several States, then each State shall be entitled, in the second succeeding Congress and in each Congress thereafter until the taking effect of a reapportionment under this Act or subsequent statute, to the number of Representatives shown in the statement based upon the method used in the last preceding apportionment. It shall be the duty of the Clerk of the last House of Representatives forthwith to send to the executive of each state a certificate of the number of Representatives to which such State is entitled under this section.  In case of a vacancy in the office of the Clerk, or of his absence or inability to discharge this duty, then such duty shall devolve upon the officer who, under section 32 or 33 of the Revised Statutes, is charged with preparation of the roll of Representatives-elect.

\* \* \*

24.    The "Automatic Apportionment Act of 1929" never anywhere stated the arbitrary number of "435 Representatives", and rather referred to "... *the then existing number of Representatives* ..." – which was 435 – as the number of Representatives to be Apportioned among the 48 States based upon each State's population.   The Act, specifically *Sec.* 22(a), required the President to send a "Statement" to Congress to show three different possible calculations for Apportioning the 435 Representatives among the now 48 States.   First the Presidents Statement was charged to show the number of Representatives apportioned to each of the 48 States using the *"...the method used in the last preceding apportionment, no State to  receive less than one Member..."*.   See Sec. 22(a)(1).   As circumstances were, the "method used in the last preceding apportionment" was in fact the math method known as "the method of major fractions".   Second, the Presidents Statement was to show the number of Representatives apportioned to each State using "... *the method known as the method of major fractions, no State to receive less than one Member* ...".   *See Sec.* 22(a)(2).   This was literally the same calculations required by *Sec.* 22(a)(1).   Thirdly, the President's Statement was to show the number of Representatives apportioned to each State using "...*the method of equal proportions, no State to receive less than one Member* ...".   *See Sec.* 22(a)(3).   If Congress, after being provided with the President's Statement, failed affirmatively act and pass a separate Apportionment Bill, then the calculations "... *shown in the statement based upon the method used in the last preceding apportionment* ..." (which was an Apportionment of 435 based upon the method of major fractions) would become law.   This way, if Congress refused to act and Apportion the House of Representatives after the 1930

Decennial Census as they had refused to do after the 1920 Decennial Census, the Article I Constitutional mandate would "automatically" he complied with.

25.   As circumstances developed, the calculations for Apportioning 435 Representatives among the 48 States based upon the "Method of Major Fractions" and the "Method of Equal Proportions" worked out to be literally identical, so Congress took no action.   Technically by Congresses inaction the Fifteenth Decennial Apportionment was conducted using the "Method of Major Fractions." *See Sec.* 22(a)(1).   The Clerk of the United States House of Representatives, using the calculations provided, sent a "Certificate" to the Governor of each of the 48 States notifying of how many Representatives their State would be entitled to in the next Congress and in succeeding Congresses.

26.   After the Sixteenth Decennial Census in 1940 the "Automatic Apportionment Act of 1929" was still in effect.   However, this time, there was a difference between an Apportionment conducted using the "Method of Major Fractions" and that using the "Method of Equal Propositions".   As such, Congress left intact the "Automatic Apportionment Act of 1929" but then amended it so that henceforth the President's Statement would only and exclusively use and rely upon the "Method of Equal Proportions" when making the calculations. *See Act* of November 15, 1941, Chapter 470, Section 1 (55 *Stat.* 761), as amended by Public Law 104-186, Title II, Section 201.

27.   Through inertia more than conscious thought, the size of the United States House of Representatives has remained at the arbitrary number of 435 Representatives except for a brief period at the end of the 1950 when the number was temporarily increased to 437 when 1 Representative was temporarily added for Alaska and 1 Representative was

temporarily added for Hawaii to remain in place until after the next Decennial Apportionment unless Congress ordered otherwise.   As Congress later took no independent action, after the Eighteenth Decennial Census in 1960, the size of the House of Representatives was reduced back to 435 Representatives Apportioned among the now 50 States at Eighteenth Decennial Apportionment.

28.   After further amendment in 1996 (Public Law 104-186, Title II, Section 201, August 20, 1996 (110 *Stat.* 1724)) the "Automatic Apportionment Act of 1929" is still in effect today, still operates automatically, and still relies exclusively upon the "Method of Equal Proportions" against the base number of 435, 50 States, and each State's population.

29.   The "Automatic Apportionment Act of 1929" is now codified at 2 *U.S.C.* §2, and reads in its present for as follows:

> (a)  On the first day, or within one week thereafter, of the first regular session of the Eighty-second Congress and of each fifth Congress thereafter, the President shall transmit to the Congress a statement showing the whole number of persons in each State, excluding Indians not taxed, as ascertained under the seventeenth and each subsequent decennial census of the population, and the number of Representatives to which each State would be entitled ***under an apportionment of the then existing number of Representatives by the method known as the method of equal proportions***, no State to receive less than one Member.
> (b)   Each State shall be entitled, in the Eighty-third Congress and in each Congress thereafter until the taking effect of a reapportionment under this section or subsequent statute, to the number of Representatives shown in the statement required by subsection (a) of this section, no State to receive less than one Member.  It shall be the duty of the Clerk of the House of Representatives, within fifteen calendar days after the receipt of such statement, to send to the executive of each State a certificate of the number of

Representatives to which such State is entitled under this section. In case of a vacancy in the office of the Clerk, or of his absence or inability to discharge this duty, then such duty shall devolve upon the Sergeant at Arms of the House of Representatives.

(c) Until a State is redistricted in the manner provided by the law thereof after any apportionment, the Representatives to which such State is entitled under such apportionment shall be elected in the following manner: (1) If there is no change in the number of Representatives, they shall be elected from the districts then prescribed by the law of such State, and in any of them are elected from the State at large they shall continue to be so elected; (2) if there is an increase in the number of Representatives, such additional Representative or Representatives shall be elected from the State at large and the other Representatives from the districts then prescribed by the law of such State; (3) is there is a decrease in the number of Representatives but the number of districts in such State is equal to such decreased number of Representatives, they shall be elected from the districts then prescribed by the law of such States; (4) if there is a decrease in the number of Representatives but the number of districts in such State is less than such number of Representatives, the number of Representatives by which such number of districts is exceeded shall be elected from the State at large and the other Representatives from the districts then prescribed by the law of such States; or (5) if there is a decrease in the number of Representatives and the number of districts in such State exceeds such decreased number of Representatives, they shall be elected from the State at large.

[2 *U.S.C.* §2].

30.     In *Department of Commerce v. Montana*, 502 *U.S.* 422 (1992), the United States Supreme Court affirmed the Constitutionality of the "Automatic Apportionment Act of 1929", as amended, now codified at 2 *U.S.C.* §2. The Supreme Court noted that despite the earlier historical precedent prior to 1930 of Congress passing a separate Decennial Apportionment Law every 10 years, that the arbitrary number of 435, taken and then

Apportioned among the 50 States using the "Method of Equal Proportions" and the automatic process, resulted in complying with the (then) known Constitutional limitations on Congress' discretion: Each State was apportioned at least one Representative, no one Representative represented less than 30,000 people, and no Representative was apportioned to more than one State. The Court recognized that the State of Montana's 1 Apportioned Representative indeed represented hundreds of thousands of more People than other Representatives on average in other States, and noted the "1 man 1 vote" principles applied to intra State Redistricting, but nevertheless found that "…[t]he constitutional guarantee of a minimum of one Representative for each state inexorably compels a significant departure from the ideal". *Id.* at 463. Significantly, the Court found that the Automatic process – which through the years utilized several different math formulas for Apportioning – was allowed and permissible as a way to meet the Article I Constitutional Mandate. Otherwise stated, since the "automatic process" satisfied the constitutional limits placed on an Apportionment of the United States House of Representatives,

### The 2010 Twenty Third Decennial Census and Apportionment:

31.    In accordance with the Automatic Apportionment Act of 1929 the Secretary of Commerce prepared a "2010 Decennial Apportionment Table" showing the apportionment population of each State, as well as the number of Representatives to which each State is entitled to at and after the One Hundred and Thirteenth Congress, based on the 2010 apportionment population in each State, 435 Representatives, and the "Method of Equal Proportions". This was transmitted to the Article II President. **"Exhibit K".**

- 55 -

32.     In accordance with the Automatic Apportionment Act of 1929 the Article II President used this information and prepared a "2010 Decennial Apportionment Table" showing the apportionment population of each State, as well as the number of Representatives to which each State is entitled to at and after the One Hundred and Thirteenth Congress and thereafter, based on the 2010 apportionment population in each State, 435 Representatives, and the "Method of Equal Proportions".  This was transmitted to the Article I Congress.  **"Exhibit L".**

33.     In accordance with the Automatic Apportionment Act of 1929 Karen L. Hass, Clerk of the United States House of Representatives, upon receipt of the "President's Apportionment Statement", in turn prepared and sent to the executive of each State a "House Clerk's 2 *U.S.C.* §2(b) Certificate" enumerating the number of Representatives to which such State is entitled in the United States House of Representatives at the One Hundred and Thirteenth Congress and thereafter.  The Certificate sent to New Jersey where Plaintiffs all live advised that twelve Representatives were apportioned to New Jersey, when in fact the number should have been One Hundred and Seventy Seven.  .  **"Exhibit L".**

### Severability:

34.     The language "... ***under an apportionment of the then existing number of Representatives by the method known as the method of equal proportions...***" in 2 *U.S.C.* §2(a) is unconstitutional and / or is otherwise superseded by the correct text in Line 3 of *Article the First* that reads as follows: " * * * *that there shall not be less than two hundred Representatives, nor less than one Representative for every fifty thousand persons* ...", so that the 2 *U.S.C.* §2(a) would now read as follows:

- 56 -

(a)  On the first day, or within one week thereafter, of the first regular session of the Eighty-second Congress and of each fifth Congress thereafter, the President shall transmit to the Congress a statement showing the whole number of persons in each State, excluding Indians not taxed, as ascertained under the seventeenth and each subsequent decennial census of the population, and the number of Representatives to which each State would be entitled *__that there shall not be less than two hundred Representatives, nor less than one Representative for every fifty thousand persons__*, no State to receive less than one Member.

35.     The standard for determining whether certain language in a statutory scheme may be judicially severed and removed or replaced with superseding text is well settled:

> The standard for determining the severability of an unconstitutional provision is well established:  Unless it is evident that the Legislature would not have enacted those provisions which are within its power, independently of that which is not, the invalid part may be dropped if what is left is fully operative as law.

[*Alaska Airlines, Inc. v. Brock,* 480 *U.S.* 678, 684 (1987) (internal quotation marks omitted)].

36.     The Automatic Apportionment Act of 1929 itself did not contain a severability clause.  "In the absence of a severability clause, … Congress' silence is just that – silence – and does not raise a presumption against severability."  *Alaska Airlines, Inc. v. Brock, supra,* 480 *U.S.* at 686.

37.     In light of the cited principles the offending and superseded language (replacing the Method of Equal Proportions with the text of Line 3 of *Article the First*) may be severed and replaced without doing violence to the rest of the Automatic Apportionment Act.  Indeed, the Automatic Act as originally enacted used several methods to be implemented automatically based upon each State's Apportionment Population, only

settling on the permanent use of the Method of Equal Proportions after the 1940 census. Therefore, use of the Method of Equal Proportions is not an integral part of the legislation, but rather it is the automatic process using some standard. The purpose of the legislation was, to the best extent possible,  take politics out of the Apportionment Process.  As Line 3 of *Article the First* literally reduces the Decennial Apportionment Process to a simple math process similar to the way that the Method of Equal Proportions does, having those calculations performed by the Executive Branch and reported (just as been done in the past albeit using the Method of Equal Propositions as the formula) does no violence to the statutory scheme and in fact is directly in keeping with the statutory scheme.

**WHEREFORE**, Plaintiffs demand Judgment on the factual and legal claims in Count III as follows:

**A.)**    Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 declaring that the specific text in 2 *U.S.C.* §2(a) that reads "...*under an apportionment of the then existing number of Representatives by the method known as the method of equal proportions* ..." is unconstitutional and / or has been superseded with the non-discretionary legal standards for Apportioning the United States House of Representatives as stated in Line 3 of *Article the First,* an amendment to the *United States Constitution;*

**B.)**    Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 judicially severing out of 2 *U.S.C.* §2(a) the specific text that reads "...*under an apportionment of the then existing number of Representatives by the method known as the method of equal proportions* ..." and replacing and supplanting and superseding such text

with the mandatory non-discretionary legal standards for Apportioning the United States House of Representatives as stated in Line 3 of *Article the First,* an amendment to the *United States Constitution,* to wit: "… *that there shall be not less than two hundred Representatives, nor more than one Representative for every fifty thousand persons* …";

C.)   Judgment pursuant to 5 *U.S.C.* §702, 28 *U.S.C.* §2201(a), 28 *U.S.C.* §2202, 28 *U.S.C.* §1361 and *Cheney v. United States District Court,* 542 *U.S.* 367 (2004) directing by way of *mandamus* and compelling Defendant the Honorable Wilbur Ross, United States Secretary of Commerce, to recalculated and transmit to the President of the United States a corrected and revised "Table" showing the apportionment population of each State, as well as the number of Representatives to which each State is entitled to at and after the One Hundred and Fifteenth Congress, based on the 2010 apportionment population in each State and the mandatory non-discretionary constitutional standard in Line 3 of *Article the First* "… *that there shall be not less than two hundred Representatives, nor more than one Representative for every fifty thousand persons* …", showing in the revised "Table" that the following States are now entitled to the following number of Representatives at the One Hundred Fifteenth Congress, to wit:  **ALABAMA** – 96 Representatives;  **ALASKA** – 15 Representatives;  **ARIZONA** – 129 Representatives;  **ARKANSAS** – 59 Representatives;  **CALIFORNIA** – 747 Representatives;  **COLORADO** – 101 Representatives;  **CONNECTICUT** – 72 Representatives;  **DELAWARE** – 19 Representatives;  **FLORIDA** – 379 Representatives;  **GEORGIA** – 195 Representatives;  **HAWAII** – 28

Representatives; **IDAHO** – 32 Representatives; **ILLINOIS** – 258 Representatives; **INDIANA** – 131 Representatives; **IOWA** – 62 Representatives; **KANSAS** – 58 Representatives; **KENTUCKY** – 88 Representatives; **LOUISIANA** – 112 Representatives; **MAINE** – 25 Representatives; **MARYLAND** – 116 Representatives; **MASSACHUSETTS** – 132 Representatives; **MICHIGAN** – 199 Representatives; **MINNESOTA** – 107 Representatives; **MISSISSIPPI** – 60 Representatives; **MISSOURI** – 121 Representatives; **MONTANA** – 20 Representatives; **NEBRASKA** – 37 Representatives; **NEVADA** – 55 Representatives; **NEW HAMPSHIRE** – 27 Representatives; **NEW JERSEY** – 177 Representatives; **NEW MEXICO** – 42 Representatives; **NEW YORK** – 389 Representatives; **NORTH CAROLINA** – 192 Representatives; **NORTH DAKOTA** – 14 Representatives; **OHIO** – 232 Representatives; **OKLAHOMA** – 76 Representatives; **OREGON** – 77 Representatives; **PENNSYLVANIA** – 225 Representatives; **RHODE ISLAND** – 22 Representatives; **SOUTH CAROLINA** – 93 Representatives; **SOUTH DAKOTA** – 17 Representatives; **TENNESSEE** – 128 Representatives; **TEXAS** – 506 Representatives; **UTAH** – 56 Representatives; **VERMONT** – 13 Representatives; **VIRGINIA** – 161 Representatives; **WASHINGTON** – 136 Representatives; **WEST VIRGINIA** – 38 Representatives; **WISCONSIN** – 114 Representatives and **WYOMING** – 12 Representatives;

**D.)** Judgment pursuant to 5 *U.S.C.* §702, 28 *U.S.C.* §2201(a), 28 *U.S.C.* §2202, 28 *U.S.C.* §1361 and *Cheney v. United States District Court,* 542 *U.S.* 367 (2004) directing by way of *mandamus* and compelling Defendant the Honorable Donald

J. Trump, President of the United States, to use information in the revised "Table" received from Defendant Secretary of Congress to prepare a revised "President's 2 *U.S.C.* §2(a) Apportionment Statement", and for the President to transmit to Congress this revised "President's Apportionment Statement" "… showing the whole number of person in each State, excluding Indians not taxed, … and the number of Representatives to which each State would be entitled …", with the number of Representatives Apportioned to each State in the One Hundred and Fifteenth Congress and thereafter in the revised "President's 2 *U.S.C.* §2(a) Apportionment Statement" being as follows: **ALABAMA** – 96 Representatives; **ALASKA** – 15 Representatives; **ARIZONA** – 129 Representatives; **ARKANSAS** – 59 Representatives; **CALIFORNIA** – 747 Representatives; **COLORADO** – 101 Representatives; **CONNECTICUT** – 72 Representatives; **DELAWARE** – 19 Representatives; **FLORIDA** – 379 Representatives; **GEORGIA** – 195 Representatives; **HAWAII** – 28 Representatives; **IDAHO** – 32 Representatives; **ILLINOIS** – 258 Representatives; **INDIANA** – 131 Representatives; **IOWA** – 62 Representatives; **KANSAS** – 58 Representatives; **KENTUCKY** – 88 Representatives; **LOUISIANA** – 112 Representatives; **MAINE** – 25 Representatives; **MARYLAND** – 116 Representatives; **MASSACHUSETTS** – 132 Representatives; **MICHIGAN** – 199 Representatives; **MINNESOTA** – 107 Representatives; **MISSISSIPPI** – 60 Representatives; **MISSOURI** – 121 Representatives; **MONTANA** – 20 Representatives; **NEBRASKA** – 37 Representatives; **NEVADA** – 55 Representatives; **NEW HAMPSHIRE** – 27 Representatives; **NEW JERSEY** –

177 Representatives; **NEW MEXICO** – 42 Representatives; **NEW YORK** – 389 Representatives; **NORTH CAROLINA** – 192 Representatives; **NORTH DAKOTA** – 14 Representatives; **OHIO** – 232 Representatives; **OKLAHOMA** – 76 Representatives; **OREGON** – 77 Representatives; **PENNSYLVANIA** – 225 Representatives; **RHODE ISLAND** – 22 Representatives; **SOUTH CAROLINA** – 93 Representatives; **SOUTH DAKOTA** – 17 Representatives; **TENNESSEE** – 128 Representatives; **TEXAS** – 506 Representatives; **UTAH** – 56 Representatives; **VERMONT** – 13 Representatives; **VIRGINIA** – 161 Representatives; **WASHINGTON** – 136 Representatives; **WEST VIRGINIA** – 38 Representatives; **WISCONSIN** – 114 Representatives and **WYOMING** – 12 Representatives;

**E.)** Judgment pursuant to 5 *U.S.C.* §702, 28 *U.S.C.* §2201(a), 28 *U.S.C.* §2202, 28 *U.S.C.* §1361 and *Cheney v. United States District Court,* 542 *U.S.* 367 (2004) directing by way of *mandamus* that Defendant Karen L. Hass, Clerk of the United States House of Representatives, upon receipt of the revised "President's Apportionment Statement", to send to the executive of each State a revised and corrected "House Clerk's 2 *U.S.C.* §2(b) Certificate" enumerating the number of Representatives to which such State is entitled in the United States House of Representatives at the One Hundred and Fifteenth Congress and thereafter, and the present number of vacancies for Representatives at the One Hundred and Fifteenth Congress and thereafter, for each State under an Apportionment conducted in accordance with the standards of *Article the First,* an amendment to the United States Constitution, to wit: **ALABAMA:** 96 Representatives (89

Vacancies); **ALASKA:** 15 Representatives (14 Vacancies); **ARIZONA:** 129 Representatives (120 Vacancies); **ARKANSAS:** 59 Representatives (55 Vacancies); **CALIFORNIA:** 747 Representatives (694 Vacancies); **COLORADO:** 101 Representatives (94 Vacancies); **CONNECTICUT:** 72 Representatives (67 Vacancies); **DELAWARE:** 19 Representatives (18 Vacancies); **FLORIDA:** 379 Representatives (352 Vacancies); **GEORGIA:** 195 Representatives (181 Vacancies); **HAWAII:** 28 Representatives (26 Vacancies); **IDAHO:** 32 Representatives (30 Vacancies); **ILLINOIS:** 258 Representatives (240 Vacancies); **INDIANA:** 131 Representatives (122 Vacancies); **IOWA:** 62 Representatives (58 Vacancies); **KANSAS:** 58 Representatives (54 Vacancies); **KENTUCKY:** 88 Representatives (82 Vacancies); **LOUISIANA:** 112 Representatives (106 Vacancies); **MAINE:** 25 Representatives (23 Vacancies); **MARYLAND:** 116 Representatives (108 Vacancies); **MASSACHUSETTS:** 132 Representatives (123 Vacancies); **MICHIGAN:** 119 Representatives (105 Vacancies); **MINNESOTA:** 107 Representatives (99 Vacancies); **MISSISSIPPI:** 60 Representatives (56 Vacancies); **MISSOURI:** 121 Representatives (113 Vacancies); **MONTANA:** 20 Representatives (19 Vacancies); **NEBRASKA:** 37 Representatives (34 Vacancies); **NEVADA:** 55 Representatives (51 Vacancies); **NEW HAMPSHIRE:** 27 Representatives (25 Vacancies); **NEW JERSEY:** 177 Representatives (165 Vacancies); **NEW MEXICO:** 42 Representatives (39 Vacancies); **NEW YORK:** 389 Representatives (362 Vacancies); **NORTH CAROLINA:** 192 Representatives (179 Vacancies); **NORTH DAKOTA:** 14 Representatives (13 Vacancies);

**OHIO:** 232 Representatives (216 Vacancies); **OKLAHOMA:** 76 Representatives (71 Vacancies); **OREGON:** 77 Representatives (72 Vacancies); **PENNSYLVANIA:** 225 Representatives (237 Vacancies); **RHODE ISLAND:** 22 Representatives (20 Vacancies); **SOUTH CAROLINA:** 93 Representatives (86 Vacancies); **SOUTH DAKOTA:** 17 Representatives (16 Vacancies); **TENNESSEE:** 128 Representatives (119 Vacancies); **TEXAS:** 506 Representatives (470 Vacancies); **UTAH:** 56 Representatives (52 Vacancies); **VERMONT:** 13 Representatives (12 Vacancies); **VIRGINIA:** 161 Representatives (150 Vacancies); **WASHINGTON:** 136 Representatives (126 Vacancies); **WEST VIRGINIA:** 38 Representatives (35 Vacancies); **WISCONSIN:** 114 Representatives (106 Vacancies) and **WYOMING:** 12 Representatives (11 Vacancies);

F.) Judgment pursuant to 5 *U.S.C.* §702, 28 *U.S.C.* §2201(a), 28 *U.S.C.* §2202, 28 *U.S.C.* §1361 and *Cheney v. United States District Court,* 542 *U.S.* 367 (2004) directing by way of *mandamus* that the Defendant Governors in each of the 50 States to issue, pursuant to the authority of Article I, Section 2 of the *United States Constitution,* Writs of Election to fill the vacancies remaining in each respective State, and the Defendant named State Officials from each of the States to administer, at large special elections in each State as required for vacancies in accordance with 2 *U.S.C.* §2(c), to wit: **ALABAMA:** 89 Vacancies; **ALASKA:** 14 Vacancies; **ARIZONA:** 120 Vacancies; **ARKANSAS:** 55 Vacancies; **CALIFORNIA:** 694 Vacancies; **COLORADO:** 94 Vacancies; **CONNECTICUT:** 67 Vacancies; **DELAWARE:** 18 Vacancies; **FLORIDA:**

352 Vacancies; **GEORGIA:** 181 Vacancies; **HAWAII:** 26 Vacancies; **IDAHO:** 30 Vacancies; **ILLINOIS:** 240 Vacancies; **INDIANA:** 122 Vacancies; **IOWA:** 58 Vacancies; **KANSAS:** 54 Vacancies; **KENTUCKY:** 82 Vacancies; **LOUISIANA:** 106 Vacancies; **MAINE:** 23 Vacancies; **MARYLAND:** 108 Vacancies; **MASSACHUSETTS:** 123 Vacancies; **MICHIGAN:** 105 Vacancies; **MINNESOTA:** 99 Vacancies; **MISSISSIPPI:** 56 Vacancies; **MISSOURI:** 113 Vacancies; **MONTANA:** 19 Vacancies; **NEBRASKA:** 34 Vcancies; **NEVADA:** 51 Vacancies; **NEW HAMPSHIRE:** 25 Vacancies; **NEW JERSEY:** 165 Vacancies; **NEW MEXICO:** 39 Vacancies; **NEW YORK:** 362 Vacancies; **NORTH CAROLINA:** 179 Vacancies; **NORTH DAKOTA:** 13 Vacancies; **OHIO:** 216 Vacancies; **OKLAHOMA:** 71 Vacancies; **OREGON:** 72 Vacancies; **PENNSYLVANIA:** 237 Vacancies; **RHODE ISLAND:** 20 Vacancies; **SOUTH CAROLINA:** 86 Vacancies; **SOUTH DAKOTA:** 16 Vacancies; **TENNESSEE:** 119 Vacancies; **TEXAS:** 470 Vacancies; **UTAH:** 52 Vacancies; **VERMONT:** 12 Vacancies; **VIRGINIA:** 150 Vacancies; **WASHINGTON:** 126 Vacancies; **WEST VIRGINIA:** 35 Vacancies; **WISCONSIN:** 106 Vacancies and **WYOMING:** 11 Vacancies;

**G.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 declaring that with a minimum number of 6,230 Representatives constitutionally required to be Apportioned among the 50 States, that 3,116 Representatives must be appear, present their credentials, and be sworn and take their seats before the United States House of Representatives at the One Hundred and Fifteenth Congress will

have achieved the Majority "… *Quorum to do Business …"* required by Article I, Section 5 of the *United States Constitution;*

**H.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 specifically declaring "Resolution 2" of January 3, 2017 of Defendant United States House of Representatives finding a *Quorum* present for the One Hundred Fifteenth Congress to conduct business invalid and void as the required 3,116 Majority "… *Quorum to do Business …"* required by Article I, Section 5 of the *United States Constitution* Representatives had not yet appeared, presented their credentials, been sworn and been seated;

**I.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 specifically declaring the January 3, 2017 vote of Defendant United States House of Representatives for the One Hundred Fifteenth Congress purportedly electing Defendant Honorable Paul Ryan to the constitutional position of "Speaker of the House" for the One Hundred Fifteenth Congress void as the required 3,116 Majority "… *Quorum to do Business …"* required by Article I, Section 5 of the *United States Constitution* Representatives had not yet appeared, presented their credentials, been sworn and taken their seats;

**J.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 specifically declaring any and all Business and votes taken by Defendant United States House of Representatives for the One Hundred Fifteenth Congress void *ab initio* because the required 3,116 Majority "… *Quorum to do Business …"* required by Article I, Section 5 of the *United States Constitution* Representatives had not yet appeared, presented their credentials, been sworn and taken their seats;

- 66 -

**K.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 specifically enjoining and restraining each individually named Representative, whether acting individually or together with other Representatives, who have to date appeared, presented their credentials, been sworn, and taken their seats, from conducting any Article I legislative business unless and until such time as 3,116 Representatives, the Majority "… *Quorum to do Business …"* required by Article I, Section 5 of the *United States Constitution* Representatives, have appeared, presented their credentials, been sworn and taken their seats;

**L.)** Judgment providing such other further relief as the Court deems fair, just and equitable.

## **FOURTH COUNT:**

**1.** Plaintiffs hereby repeat and re-allege each and every prior allegation again as if set forth fully at length herein.

**2.** On Friday December 2, 2016 the Federal Communications Commission ("FCC") published a new Agency Rule entitled "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services" in the *Federal Register,* at Volume 81, No. 232 (Friday December 2, 2016) pages 87274 through 87346.

**3.** In the official "Synopsis" published along with the new FCC Rule the FCC made the following relevant findings and declarations:

> \* \* \*
>
> 2. Internet access is a critical tool for consumers – it expands our access to vast amounts of information and countless new services. It allows us to seek jobs and expand our career horizons; find and take advantage of educational opportunities; communicate with our health care providers; engage with our government; create and

deepen our ties with family, friends and communities; participate in online commerce; and otherwise receive the benefits of being digital citizens.   Broadband providers provide the "on ramp" to the Internet.   These providers therefore have access to vase amounts of information about their customers including when we are online, where we are physically located when we are online, how long we stay online, what devices we use to access the Internet, what Web sites we visit, and what applications we use.

      3.      Without appropriate privacy protections, use or disclosure of information that our broadband providers collect about us would be at odds with our privacy interests. * * *

[*See Federal Register,* at Volume 81, No. 232 (Friday December 2, 2016) page 87274].

4.      In this new FCC Rule the FCC applied the privacy requirements of the *Communications Act of 1934,* as amended, to broadband Internet access service (BIAS) and other telecommunications services, and specifically implemented the statutory requirement that telecommunications carriers and internet service providers (ISPs") protect the confidentiality of customer personal and proprietary information.   Among the various requirements and restrictions in the new FCC Rule was a specific provision that protected consumers from having their data sold or otherwise disseminated by internet service providers ("ISPs") to third parties without the consumer's express permission first being given.  Without this FCC Rule, ISPs would be permitted to sell customer's personal and proprietary information without limitation or restriction, with much or all of the information permitted to be sold being information that consumers reasonably expect to otherwise remain confidential and private information.   Moreover, most egregious, consumers will not even be made aware that this private information is being sold or

- 68 -

otherwise made public and there is no mechanism for consumers to stop or block the sale or dissemination.

5.      Plaintiffs each use Broadband Internet Access Service ("BIAS") through Internet Service Providers ("ISPs") for business and personal and health care purposes. Plaintiffs each object to and are alarmed at the fact that their private and proprietary business, personal and health care information can be made available for dissemination and / or sale by ISPs without notice to them and without their right or legal to object which actions by ISPs may constitute *per se* violations of the *Health Insurance Portability and Accountability Act of 1996* ("HIPPA"). Plaintiffs will suffer damage and irreparable harm if ISPs are allowed to sell and / or otherwise disseminate the business and personal and health care information of Plaintiffs.

6.      Under the *Congressional Review Act,* the new FCC Rule "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services" published in the Federal Register on Friday December 2, 2016 becomes final binding Federal Law unless the Senate and House of Representatives pass, and the President approves, a "disapproval resolution" in accordance with the procedures outlined therein. *See 5 U.S.C. sec.* 802.

7.      On March 7, 2017 in accordance with the terms and conditions and procedures of the *Congressional Review Act,* Senator Jeff Flake of Arizona, sponsored and introduced a formal "disapproval resolution" in the Senate to reject the new FCC Rule "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services". The "disapproval resolution" was thereafter assigned and identified as Senate Joint Resolution Number 34 of the 115th Congress ("S.J. Res. 34").

- 69 -

8.    On March 23, 2017 Senate considered S.J. Res. 34. *See Congressional Record –*

*Senate,* March 23, 2017 at pages S1942 - S1943 (Senate debate at pages S1947 through

S1955). On recorded Senate Roll Call vote No. 94, S.J. Res. 34 was approved by a close

vote of 50 "Yeas" to 48 "Nays", with 2 Senators (Senator Isakson of Georgia and Senator

Paul of Kentucky) absent.  As approved by the full Senate on March 23, 2017, S.J. Res.

34 read verbatim as follows:

**115th CONGRESS**              **1st SESSION**

**S.J. RES. 34**
**JOINT RESOLUTION**

Providing for congressional disapproval under chapter 8 of
        title 5, United States Code, of the rule submitted by
        the Federal Communications Commission relating to
        "Protection the Privacy of Customers of Broadband and
        Other Telecommunications Services".

*Resolved by the Senate and House of Representatives*
*of the United States of America in Congress assembled,*
That Congress disapproves the rule submitted by the Fed-
eral Communications Commission relating to "Protecting
the Privacy of Customers of Broadband and Other Tele-
communications Services" (81 Fed. Reg. 87274 (Decem-
ber 2, 2016)), and such rule shall have no force or effect.

[*See* True copy at "Exhibit ___"; *see also Congressional Record – Senate,* March 23,
2017 at pages S1954 – 1955].

9.    On January 3, 2017, the House of Representatives erroneously determined that

they had achieved the required Article I *quorum* to conduct business.  *See* Res. 2 (House)

One Hundred Fifteenth Congress.  The House of Representatives calculated the *quorum*

based upon 435 voting Representatives apportioned among the 50 States in the Union

whereas the Constitution's *Article the First* requires a minimum of 6,230 Representatives

apportioned among the 50 States.  The minimum number of Representatives to constitute

an Article I *quorum* is 3,116 Representatives (50% +1 of the mandatory minimum 6,230 Representatives).

10.     Notwithstanding the Constitutional reality that the House of Representatives lacks the required Article I *quorum* to Conduct any business, the House of Representatives nevertheless substantively considered S.J.Res. 34.   On March 28, 2017, on second reading and House Roll Call vote No. 200, S.J. Res. 34 was approved by the United States House of Representatives by a comfortable majority of those present – but not with the Constitutionally mandated *quorum* present being present.   Specifically by a vote of 231 "Ayes" to 189 "Noes", with 9 Representatives absent, the House purportedly approved S.J. Res. 34 at the second of the required three readings.   *See Congressional Record – House,* March 28, 2017 at pages , H2488 – H2489.   Immediately thereafter that same day there was debate in the House meeting in a Committee of the Whole, *see Congressional Record – House,* March 28, 2017 at pages 2489 – 2501, after which S.J. Res. 34 was read the required third and last time, and after which there was a third and final vote where "… *the Speaker pro tempore announced that the ayes appeared to have it.*" *See Congressional Record – House,* March 28, 2017 at page 2501.   The March 28, 2017 third vote in the House of Representatives approving S.J. Res. 34 was invalid, ultra vires, and in violation of the Constitution's Article I's "*Quorums* Clause" as there were not at least 3,116 Representatives (50% +1 of the mandatory minimum 6,230 Representatives) that had  appeared, presented their credentials, been sworn, and taken their seats.

11.     On March 30, 2017 S.J. Res. 34, having been validly passed by the Article I Senate and having been believed to have been validly passed by the Article I House of

Representatives, was then presented to the Article II President by the Senate for his approval or disapproval.

12.     On April 3, 2017 Article II President Donald J. Trump signed and approved S.J. Res. 34 (now identified as Public Law No: 115-22 (04/03/2017)).

13.     As there was not a Constitutionally sufficient and valid Article I *quorum* in the House of Representatives on March 28, 2017 when S.J. Res. 34 was approved in the House of Representatives after the third and last reading, to date S.J. Res. 34 has only been validly approved by the Article I Senate (by majority vote with the mandatory Article I *quorum* present on March 23, 2017) and Article II President (on April 3, 2017), but not by the Article I United States House of Representatives.  For these reasons, S.J. Res. 34 is not valid Federal Law yet as the bi-camerality requirements of the United States Constitution have not been met yet as the House of Representatives does not yet have an Article I *quorum* to conduct business and will not unless and until such time as at least 3,116 Representatives (50% +1 of the mandatory minimum 6,230 Representatives required to be apportioned among the 50 States) have appeared, presented their credentials, been sworn, and formally taken their seats.

**WHEREFORE**, Plaintiffs demand Judgment on the factual and legal claims in Count III as follows:

**A.)**     Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 specifically declaring that S.J. Res 34 enacted at the First Session of the One Hundred and Fifteenth Congress is invalid as the House of Representatives has not yet satisfied the *United States Constitution's* Article I, Section 5's "*Quorum's* Clause", that therefore the March 28, 2017 third vote approving S.J. Res 34 was invalid and a

nullity, and that therefore S.J. Res. 34 has not yet met the vesting and bi-camerality requirements of the *United States Constitution's* Article I and Article II and is not valid Federal Law (*See I.N.S. v. Chada*, 462 *U.S.* 919 (1983) and *Clinton v. New York*, 524 *U.S.* 417 (1996));

**B.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 declaring that with a minimum number of 6,230 Representatives constitutionally required to be Apportioned among the 50 States at the One Hundred and Fifteenth Congress, that 3,116 Representatives must be appear, present their credentials, and be sworn and take their seats before the United States House of Representatives at the One Hundred and Fifteenth Congress will have achieved the Majority "... *Quorum to do Business ...*" required by Article I, Section 5 of the *United States Constitution;*

**C.)** Judgment pursuant to 28 *U.S.C.* §2201(a) and 28 *U.S.C.* §2202 specifically enjoining and restraining each individually named Representative, whether acting individually or together with other Representatives, who have to date appeared, presented their credentials and been sworn and taken their seats, from conducting any Business unless and until the minimum 3,116 Representatives Majority "... *Quorum to do Business ...*" required by Article I, Section 5 of the *United States Constitution* have appeared, presented their credentials and been sworn and taken their seats; and

**D.)** Judgment providing such other further relief as the Court deems fair, just and equitable.

EUGENE MARTIN LaVERGNE
543 CEDAR AVENUE
WEST LONG BRANCH, NEW JERSEY   07764
TELEPHONE:  (732) 515-8229
PLAINTIFF *PRO SE*

DATED: _____

FREDERICK JOHN LaVERGNE
312 WALNUT STREET
DELANCO, NEW JERSEY 08075
TELEPHONE:  (609) 276-1630
PLAINTIFF *PRO SE*

DATED: _____

LEONARD P. MARSHALL
303 SPINNAKER WAY
NEPTUNE, NEW JERSEY  07753
TELEPHONE:  (732) 233-9613
PLAINTIFF *PRO SE*

DATED: _____

SCOTT NEUMAN
1325 ENGLEMERE BOULEVARD
TOMS RIVER, NEW JERSEY  08757
TELEPHONE:  (848) 333-8899
PLAINTIFF *PRO SE*

DATED: _____

- 74 -

# List of Exhibits:

**"Exhibit A":**    List of the Names of the Representatives Elected to the United States House of Representatives at the One Hundred and Fifteenth Congress to date.

**"Exhibit B":**    List of the Address of each Representative Elected to the United States House of Representatives at the One Hundred and Fifteenth Congress to date.

**"Exhibit C":**    List of Name and Address of the Governor, Attorney General, Chief State Election Official, and State Legislature of each of the 50 States to date.

**"Exhibit D":**    List of the Names of the Senators Elected to the United States Senate at the One Hundred and Fifteenth Congress to date.

**"Exhibit E":**    List of the Address of each Senator Elected to the United States Senate at the One Hundred and Fifteenth Congress to date.

**"Exhibit F":**    True copy of Archivist's Press Release: "The National Archives Presents the ORIGINAL Bill of Rights – With 12 Amendments!", National Archives and Records Administration, Washington, D.C. (December 7, 2010).

**"Exhibit G":**    September 1789 Senate Printing of House Amendments (printed by Thomas Greenleaf of new York City) with the final text of Article the First as agreed upon by a vote of 2/3 in the House of Representatives which is the same identical version of text the Senate ultimately agreed to on September 15, 1789 (after the House had rejected a proposed Senate alteration). This was the final literal version of the agreed upon text of *Article the First* prior to the Committee on Conference meeting on September 24, 1789 to resolve disputes between the houses regarding other unrelated issues.

i

**"Exhibit H":**    True copy of September 24, 1789 Conference Committee Report in the hand of Senator Oliver Ellsworth of Connecticut.

**"Exhibit I":**    True copy of excerpts (Title page and page 152 for September 25, 1789) from the official *Journal of the United States House of Representatives.*

**"Exhibit J":**    True copy of excerpts (Title page and pages 92 & 93) from first official printing of the *Acts Passed at a Congress .....* (with "less" to "more" Scrivener's and Printing Error in Line 3 of *Article the First* and "imprisonments" in place of "punishments" printing error in *Article the Tenth*)

**"Exhibit K":**    True copy of December 21, 2010 cover letter from then Secretary of Commerce Gary Locke  (1 page) enclosing Chart with final census figures and the 2 *U.S.C. sec.* 2 apportionment chart using the census figures in each State and the Method of Equal Proportions (1 page).

**"Exhibit L":**    True copy of President's January 5, 2011 "Report on the Apportionment Population for Each State as of April 1, 2010, and the Number of Representatives to Which each State Would be Entitled, Pursuant to 2 *U.S.C.* 2a(a) and 13 *U.S.C.* 141(b)", identified as House Document 112-5, 112th Congress, 1st Session, U.S. Government Printing Office, Washington:  2011 (3 pages).

**"Exhibit M":**    True copy of House Clerk's January 12, 2011 cover letter (1 page) and enclosed 2 *U.S.C.* 2a(b) "Certificate of Entitlement" stating that the State of New Jersey shall be entitled to twelve Representatives "… in the One Hundred Thirteenth Congress and in Each Congress Thereafter Until a Subsequent Reapportionment Shall take Effect Under Applicable Statute" (1 page)

**"Exhibit N":**    "Twenty Third Decennial Census United States House of Representatives Apportionment Survey and Correction Chart"(2 pages).

**"Exhibit O":**    "2016 House Vacancy Chart by State" (2 pages).

**"Exhibit P":**    True copy of Senate Joint Resolution 34 ("S.J. Res. 34") of the First Session of the One Hundred Fifteenth Congress ("S.J.Res. 34") (2 pages).

"Exhibit A"

# OFFICIAL LIST OF MEMBERS

———— OF THE ————

## HOUSE OF REPRESENTATIVES *of the* UNITED STATES
### AND THEIR PLACES OF RESIDENCE

## ONE HUNDRED FIFTEENTH CONGRESS · MARCH 1, 2017

Compiled by KAREN L. HAAS, Clerk of the House of Representatives
**http://clerk.house.gov**

Republicans in roman (237); Democrats in *italic* (193); vacancies (5) CA34, GA06, KS04, MT00, SC05; total 435. The number preceding the name is the Member's district.

### ALABAMA

1 Bradley Byrne .............................................. Fairhope
2 Martha Roby ................................................ Montgomery
3 Mike Rogers ................................................ Anniston
4 Robert B. Aderholt ...................................... Haleyville
5 Mo Brooks .................................................... Huntsville
6 Gary J. Palmer ............................................ Hoover
7 *Terri A. Sewell* ............................................ Birmingham

### ALASKA
#### AT LARGE

Don Young ...................................................... Fort Yukon

### ARIZONA

1 *Tom O'Halleran* ............................................ Sedona
2 Martha McSally ............................................ Tucson
3 *Raúl M. Grijalva* .......................................... Tucson
4 Paul A. Gosar .............................................. Prescott
5 Andy Biggs .................................................. Gilbert
6 David Schweikert ........................................ Fountain Hills
7 *Ruben Gallego* ............................................ Phoenix
8 Trent Franks ................................................ Peoria
9 *Kyrsten Sinema* .......................................... Phoenix

### ARKANSAS

1 Eric A. "Rick" Crawford ............................. Jonesboro
2 J. French Hill .............................................. Little Rock
3 Steve Womack .............................................. Rogers
4 Bruce Westerman ........................................ Hot Springs

### CALIFORNIA

1 Doug LaMalfa .............................................. Oroville
2 *Jared Huffman* ............................................ San Rafael
3 *John Garamendi* .......................................... Walnut Grove
4 Tom McClintock .......................................... Roseville

(1)

2

| | | |
|---|---|---|
| 5 | *Mike Thompson* | St. Helena |
| 6 | *Doris O. Matsui* | Sacramento |
| 7 | *Ami Bera* | Elk Grove |
| 8 | Paul Cook | Yucca Valley |
| 9 | *Jerry McNerney* | Stockton |
| 10 | Jeff Denham | Turlock |
| 11 | *Mark DeSaulnier* | Concord |
| 12 | *Nancy Pelosi* | San Francisco |
| 13 | *Barbara Lee* | Oakland |
| 14 | *Jackie Speier* | Hillsborough |
| 15 | *Eric Swalwell* | Pleasanton |
| 16 | *Jim Costa* | Fresno |
| 17 | *Ro Khanna* | Fremont |
| 18 | *Anna G. Eshoo* | Atherton |
| 19 | *Zoe Lofgren* | San José |
| 20 | *Jimmy Panetta* | Carmel Valley |
| 21 | David G. Valadao | Hanford |
| 22 | Devin Nunes | Tulare |
| 23 | Kevin McCarthy | Bakersfield |
| 24 | *Salud O. Carbajal* | Santa Barbara |
| 25 | Stephen Knight | Palmdale |
| 26 | *Julia Brownley* | Westlake Village |
| 27 | *Judy Chu* | Monterey Park |
| 28 | *Adam B. Schiff* | Burbank |
| 29 | *Tony Cárdenas* | Pacoima |
| 30 | *Brad Sherman* | Sherman Oaks |
| 31 | *Pete Aguilar* | Redlands |
| 32 | *Grace F. Napolitano* | Norwalk |
| 33 | *Ted Lieu* | Torrance |
| 34 | ____ ____ [1] | |
| 35 | *Norma J. Torres* | Pomona |
| 36 | *Raul Ruiz* | Coachella |
| 37 | *Karen Bass* | Los Angeles |
| 38 | *Linda T. Sánchez* | Whittier |
| 39 | Edward R. Royce | Fullerton |
| 40 | *Lucille Roybal-Allard* | Downey |
| 41 | *Mark Takano* | Riverside |
| 42 | Ken Calvert | Corona |
| 43 | *Maxine Waters* | Los Angeles |
| 44 | *Nanette Diaz Barragán* | San Pedro |
| 45 | Mimi Walters | Irvine |
| 46 | *J. Luis Correa* | Santa Ana |
| 47 | *Alan S. Lowenthal* | Long Beach |
| 48 | Dana Rohrabacher | Costa Mesa |
| 49 | Darrell E. Issa | Vista |
| 50 | Duncan Hunter | Alpine |
| 51 | *Juan Vargas* | San Diego |
| 52 | *Scott H. Peters* | San Diego |
| 53 | *Susan A. Davis* | San Diego |

[1] Vacancy due to the resignation of Xavier Becerra, January 24, 2017.

## COLORADO

| | | |
|---|---|---|
| 1 | *Diana DeGette* | Denver |
| 2 | *Jared Polis* | Boulder |
| 3 | Scott R. Tipton | Cortez |
| 4 | Ken Buck | Windsor |
| 5 | Doug Lamborn | Colorado Springs |

3

6 Mike Coffman ................................................ Aurora
7 *Ed Perlmutter* ............................................. Golden

## CONNECTICUT

1 *John B. Larson* ............................................ East Hartford
2 *Joe Courtney* ............................................... Vernon
3 *Rosa L. DeLauro* ......................................... New Haven
4 *James A. Himes* ........................................... Cos Cob
5 *Elizabeth H. Esty* ........................................ Cheshire

## DELAWARE
### AT LARGE

*Lisa Blunt Rochester* ..................................... Wilmington

## FLORIDA

1 Matt Gaetz .................................................. Fort Walton Beach
2 Neal P. Dunn ............................................... Panama City
3 Ted S. Yoho ................................................. Gainesville
4 John H. Rutherford ....................................... Jacksonville
5 *Al Lawson, Jr.* ............................................. Tallahassee
6 Ron DeSantis ............................................... Palm Coast
7 *Stephanie N. Murphy* .................................... Winter Park
8 Bill Posey ................................................... Rockledge
9 *Darren Soto* ................................................ Kissimmee
10 *Val Butler Demings* ..................................... Orlando
11 Daniel Webster ........................................... Clermont
12 Gus M. Bilirakis .......................................... Palm Harbor
13 *Charlie Crist* .............................................. St. Petersburg
14 *Kathy Castor* .............................................. Tampa
15 Dennis A. Ross ........................................... Lakeland
16 Vern Buchanan ........................................... Sarasota
17 Thomas J. Rooney ........................................ Okeechobee
18 Brian J. Mast .............................................. Palm City
19 Francis Rooney ........................................... Naples
20 *Alcee L. Hastings* ........................................ Delray Beach
21 *Lois Frankel* ............................................... West Palm Beach
22 *Theodore E. Deutch* ..................................... Boca Raton
23 *Debbie Wasserman Schultz* ............................ Weston
24 *Frederica S. Wilson* ..................................... Miami Gardens
25 Mario Diaz-Balart ....................................... Miami
26 Carlos Curbelo ............................................ Miami
27 Ileana Ros-Lehtinen ..................................... Miami

## GEORGIA

1 Earl L. "Buddy" Carter ................................. Pooler
2 *Sanford D. Bishop, Jr.* .................................. Albany
3 A. Drew Ferguson IV ..................................... West Point
4 *Henry C. "Hank" Johnson, Jr.* ........................ Lithonia
5 *John Lewis* ................................................. Atlanta
6 ____ ____ ¹ ................................................
7 Rob Woodall ............................................... Lawrenceville
8 Austin Scott ............................................... Tifton
9 Doug Collins ............................................... Gainesville
10 Jody B. Hice .............................................. Monroe
11 Barry Loudermilk ........................................ Cassville
12 Rick W. Allen ............................................. Augusta
13 *David Scott* ............................................... Atlanta

4

14 Tom Graves ............................................................... Ranger

[1] Vacancy due to the resignation of Tom Price, February 10, 2017.

## HAWAII

1 *Colleen Hanabusa* ...................................... Honolulu
2 *Tulsi Gabbard* .............................................. Kailua

## IDAHO

1 Raúl R. Labrador ...................................... Eagle
2 Michael K. Simpson ................................... Idaho Falls

## ILLINOIS

1 *Bobby L. Rush* .............................................. Chicago
2 *Robin L. Kelly* ............................................. Matteson
3 *Daniel Lipinski* ........................................... Western Springs
4 *Luis V. Gutiérrez* ........................................ Chicago
5 *Mike Quigley* ............................................... Chicago
6 Peter J. Roskam ....................................... Wheaton
7 *Danny K. Davis* ............................................ Chicago
8 *Raja Krishnamoorthi* .................................. Schaumburg
9 *Janice D. Schakowsky* .................................. Evanston
10 *Bradley Scott Schneider* ............................. Deerfield
11 *Bill Foster* .................................................. Naperville
12 Mike Bost ................................................. Murphysboro
13 Rodney Davis ............................................ Taylorville
14 Randy Hultgren .......................................... Plano
15 John Shimkus ........................................... Collinsville
16 Adam Kinzinger ......................................... Channahon
17 *Cheri Bustos* ............................................... Moline
18 Darin LaHood ............................................ Peoria

## INDIANA

1 *Peter J. Visclosky* ....................................... Merrillville
2 Jackie Walorski ........................................ Elkhart
3 Jim Banks .................................................. Columbia City
4 Todd Rokita ............................................... Brownsburg
5 Susan W. Brooks ........................................ Carmel
6 Luke Messer .............................................. Greensburg
7 *André Carson* .............................................. Indianapolis
8 Larry Bucshon ........................................... Newburgh
9 Trey Hollingsworth .................................... Jeffersonville

## IOWA

1 Rod Blum .................................................. Dubuque
2 *David Loebsack* ............................................ Iowa City
3 David Young ............................................... Van Meter
4 Steve King ................................................. Kiron

## KANSAS

1 Roger W. Marshall ..................................... Great Bend
2 Lynn Jenkins ............................................. Topeka
3 Kevin Yoder .............................................. Overland Park
4 _____ _____ [1] ...................................................

[1] Vacancy due to the resignation of Mike Pompeo, January 23, 2017.

## KENTUCKY

1 James Comer .............................................. Tompkinsville
2 Brett Guthrie ............................................. Bowling Green

5

3 *John A. Yarmuth* .......................................... Louisville
4 Thomas Massie ........................................... Garrison
5 Harold Rogers ............................................ Somerset
6 Andy Barr .................................................. Lexington

## LOUISIANA

1 Steve Scalise .............................................. Jefferson
2 *Cedric L. Richmond* ................................... New Orleans
3 Clay Higgins ............................................... Lafayette
4 Mike Johnson ............................................. Benton
5 Ralph Lee Abraham ..................................... Alto
6 Garret Graves ............................................ Baton Rouge

## MAINE

1 *Chellie Pingree* .......................................... North Haven
2 Bruce Poliquin ............................................ Oakland

## MARYLAND

1 Andy Harris ................................................ Cockeysville
2 *C. A. Dutch Ruppersberger* .......................... Cockeysville
3 *John P. Sarbanes* ....................................... Baltimore
4 *Anthony G. Brown* ...................................... Mitchellville
5 *Steny H. Hoyer* .......................................... Mechanicsville
6 *John K. Delaney* ......................................... Potomac
7 *Elijah E. Cummings* ..................................... Baltimore
8 *Jamie Raskin* ............................................. Takoma Park

## MASSACHUSETTS

1 *Richard E. Neal* .......................................... Springfield
2 *James P. McGovern* ..................................... Worcester
3 *Niki Tsongas* ............................................. Lowell
4 *Joseph P. Kennedy III* ................................. Newton
5 *Katherine M. Clark* .................................... Melrose
6 *Seth Moulton* ............................................ Salem
7 *Michael E. Capuano* .................................... Somerville
8 *Stephen F. Lynch* ....................................... South Boston
9 *William R. Keating* ..................................... Bourne

## MICHIGAN

1 Jack Bergman .............................................. Watersmeet
2 Bill Huizenga .............................................. Zeeland
3 Justin Amash .............................................. Cascade Township
4 John R. Moolenaar ...................................... Midland
5 *Daniel T. Kildee* ......................................... Flushing
6 Fred Upton ................................................. St. Joseph
7 Tim Walberg ............................................... Tipton
8 Mike Bishop ............................................... Rochester
9 *Sander M. Levin* ......................................... Royal Oak
10 Paul Mitchell ............................................. Dryden
11 David A. Trott ............................................ Birmingham
12 *Debbie Dingell* ......................................... Dearborn
13 *John Conyers, Jr.* ...................................... Detroit
14 *Brenda L. Lawrence* ................................... Southfield

## MINNESOTA

1 *Timothy J. Walz* ......................................... Mankato
2 Jason Lewis ................................................ Woodbury

6

| 3 Erik Paulsen | Eden Prairie |
| *4 Betty McCollum* | St. Paul |
| *5 Keith Ellison* | Minneapolis |
| 6 Tom Emmer | Delano |
| *7 Collin C. Peterson* | Detroit Lakes |
| *8 Richard M. Nolan* | Crosby |

## MISSISSIPPI

| 1 Trent Kelly | Saltillo |
| *2 Bennie G. Thompson* | Bolton |
| 3 Gregg Harper | Pearl |
| 4 Steven M. Palazzo | Biloxi |

## MISSOURI

| *1 Wm. Lacy Clay* | St. Louis |
| 2 Ann Wagner | Ballwin |
| 3 Blaine Luetkemeyer | St. Elizabeth |
| 4 Vicky Hartzler | Harrisonville |
| *5 Emanuel Cleaver* | Kansas City |
| 6 Sam Graves | Tarkio |
| 7 Billy Long | Springfield |
| 8 Jason Smith | Salem |

## MONTANA
### AT LARGE

1 ..............

¹ Vacancy due to the resignation of Ryan K. Zinke, March 1, 2017.

## NEBRASKA

| 1 Jeff Fortenberry | Lincoln |
| 2 Don Bacon | Papillion |
| 3 Adrian Smith | Gering |

## NEVADA

| *1 Dina Titus* | Las Vegas |
| 2 Mark E. Amodei | Carson City |
| *3 Jacky Rosen* | Henderson |
| *4 Ruben Kihuen* | Las Vegas |

## NEW HAMPSHIRE

| *1 Carol Shea-Porter* | Rochester |
| *2 Ann M. Kuster* | Hopkinton |

## NEW JERSEY

| *1 Donald Norcross* | Camden City |
| 2 Frank A. LoBiondo | Ventnor |
| 3 Thomas MacArthur | Toms River |
| 4 Christopher H. Smith | Hamilton |
| *5 Josh Gottheimer* | Wyckoff |
| *6 Frank Pallone, Jr.* | Long Branch |
| 7 Leonard Lance | Clinton Township |
| *8 Albio Sires* | West New York |
| *9 Bill Pascrell, Jr.* | Paterson |
| *10 Donald M. Payne, Jr.* | Newark |
| 11 Rodney P. Frelinghuysen | Morristown |
| *12 Bonnie Watson Coleman* | Ewing Township |

7

## NEW MEXICO

1 *Michelle Lujan Grisham* ............................. Albuquerque
2 Stevan Pearce ............................................. Hobbs
3 *Ben Ray Luján* ........................................... Nambé

## NEW YORK

1 Lee M. Zeldin ............................................. Shirley
2 Peter T. King ............................................. Seaford
3 *Thomas R. Suozzi* ....................................... Glen Cove
4 *Kathleen M. Rice* ....................................... Garden City
5 *Gregory W. Meeks* ....................................... Queens
6 *Grace Meng* ............................................. Queens
7 *Nydia M. Velázquez* ..................................... Brooklyn
8 *Hakeem S. Jeffries* ..................................... Brooklyn
9 *Yvette D. Clarke* ....................................... Brooklyn
10 *Jerrold Nadler* ........................................ New York
11 Daniel M. Donovan, Jr. ................................. Staten Island
12 *Carolyn B. Maloney* .................................... New York
13 *Adriano Espaillat* ..................................... New York
14 *Joseph Crowley* ........................................ Queens/Bronx
15 *José E. Serrano* ....................................... Bronx
16 *Eliot L. Engel* ........................................ Bronx
17 *Nita M. Lowey* ......................................... Harrison
18 *Sean Patrick Maloney* .................................. Cold Spring
19 John J. Faso ............................................ Kinderhook
20 *Paul Tonko* ............................................ Amsterdam
21 Elise M. Stefanik ...................................... Willsboro
22 Claudia Tenney ......................................... New Hartford
23 Tom Reed ............................................... Corning
24 John Katko ............................................. Syracuse
25 *Louise McIntosh Slaughter* ............................ Fairport
26 *Brian Higgins* ........................................ Buffalo
27 Chris Collins .......................................... Clarence

## NORTH CAROLINA

1 *G. K. Butterfield* ..................................... Wilson
2 George Holding ......................................... Raleigh
3 Walter B. Jones ........................................ Farmville
4 *David E. Price* ........................................ Chapel Hill
5 Virginia Foxx .......................................... Banner Elk
6 Mark Walker ............................................ Greensboro
7 David Rouzer ........................................... McGee's Crossroad
8 Richard Hudson ......................................... Concord
9 Robert Pittenger ....................................... Charlotte
10 Patrick T. McHenry ..................................... Lake Norman
11 Mark Meadows ........................................... Skyland
12 *Alma S. Adams* ......................................... Charlotte
13 Ted Budd ............................................... Advance

## NORTH DAKOTA
### AT LARGE

Kevin Cramer ............................................. Bismarck

## OHIO

1 Steve Chabot ........................................... Cincinnati
2 Brad R. Wenstrup ....................................... Cincinnati

8

| | | |
|---|---|---|
| 3 | *Joyce Beatty* | Columbus |
| 4 | Jim Jordan | Urbana |
| 5 | Robert E. Latta | Bowling Green |
| 6 | Bill Johnson | Marietta |
| 7 | Bob Gibbs | Lakeville |
| 8 | Warren Davidson | Troy |
| 9 | *Marcy Kaptur* | Toledo |
| 10 | Michael R. Turner | Dayton |
| 11 | *Marcia L. Fudge* | Warrensville Heights |
| 12 | Patrick J. Tiberi | Galena |
| 13 | *Tim Ryan* | Warren |
| 14 | David P. Joyce | Russell Township |
| 15 | Steve Stivers | Columbus |
| 16 | James B. Renacci | Wadsworth |

### OKLAHOMA

| | | |
|---|---|---|
| 1 | Jim Bridenstine | Tulsa |
| 2 | Markwayne Mullin | Westville |
| 3 | Frank D. Lucas | Cheyenne |
| 4 | Tom Cole | Moore |
| 5 | Steve Russell | Oklahoma City |

### OREGON

| | | |
|---|---|---|
| 1 | *Suzanne Bonamici* | Washington County |
| 2 | Greg Walden | Hood River |
| 3 | *Earl Blumenauer* | Portland |
| 4 | *Peter A. DeFazio* | Springfield |
| 5 | *Kurt Schrader* | Canby |

### PENNSYLVANIA

| | | |
|---|---|---|
| 1 | *Robert A. Brady* | Philadelphia |
| 2 | *Dwight Evans* | Philadelphia |
| 3 | Mike Kelly | Butler |
| 4 | Scott Perry | Dillsburg |
| 5 | Glenn Thompson | Howard |
| 6 | Ryan A. Costello | West Chester |
| 7 | Patrick Meehan | Chadds Ford |
| 8 | Brian K. Fitzpatrick | Levittown |
| 9 | Bill Shuster | Hollidaysburg |
| 10 | Tom Marino | Williamsport |
| 11 | Lou Barletta | Hazleton |
| 12 | Keith J. Rothfus | Sewickley |
| 13 | *Brendan F. Boyle* | Philadelphia |
| 14 | *Michael F. Doyle* | Pittsburgh |
| 15 | Charles W. Dent | Allentown |
| 16 | Lloyd Smucker | Lancaster |
| 17 | *Matt Cartwright* | Moosic |
| 18 | Tim Murphy | Pittsburgh |

### RHODE ISLAND

| | | |
|---|---|---|
| 1 | *David N. Cicilline* | Providence |
| 2 | *James R. Langevin* | Warwick |

### SOUTH CAROLINA

| | | |
|---|---|---|
| 1 | Mark Sanford | Charleston |
| 2 | Joe Wilson | Springdale |
| 3 | Jeff Duncan | Laurens |

9

| 4 Trey Gowdy | Spartanburg |
| 5 _____ _____ [1] | |
| 6 *James E. Clyburn* | Columbia |
| 7 Tom Rice | Myrtle Beach |

[1] Vacancy due to the resignation of Mick Mulvaney, February 16, 2017.

## SOUTH DAKOTA
### AT LARGE

| Kristi L. Noem | Castlewood |

## TENNESSEE

| 1 David P. Roe | Johnson City |
| 2 John J. Duncan, Jr. | Knoxville |
| 3 Charles J. "Chuck" Fleischmann | Chattanooga |
| 4 Scott DesJarlais | South Pittsburg |
| 5 *Jim Cooper* | Nashville |
| 6 Diane Black | Gallatin |
| 7 Marsha Blackburn | Brentwood |
| 8 David Kustoff | Germantown |
| 9 *Steve Cohen* | Memphis |

## TEXAS

| 1 Louie Gohmert | Tyler |
| 2 Ted Poe | Atascocita |
| 3 Sam Johnson | Plano |
| 4 John Ratcliffe | Heath |
| 5 Jeb Hensarling | Dallas |
| 6 Joe Barton | Ennis |
| 7 John Abney Culberson | Houston |
| 8 Kevin Brady | The Woodlands |
| 9 *Al Green* | Houston |
| 10 Michael T. McCaul | Austin |
| 11 K. Michael Conaway | Midland |
| 12 Kay Granger | Fort Worth |
| 13 Mac Thornberry | Clarendon |
| 14 Randy K. Weber, Sr. | Friendswood |
| 15 *Vicente Gonzalez* | McAllen |
| 16 *Beto O'Rourke* | El Paso |
| 17 Bill Flores | Bryan |
| 18 *Sheila Jackson Lee* | Houston |
| 19 Jodey C. Arrington | Lubbock |
| 20 *Joaquin Castro* | San Antonio |
| 21 Lamar Smith | San Antonio |
| 22 Pete Olson | Sugar Land |
| 23 Will Hurd | San Antonio |
| 24 Kenny Marchant | Coppell |
| 25 Roger Williams | Austin |
| 26 Michael C. Burgess | Pilot Point |
| 27 Blake Farenthold | Corpus Christi |
| 28 *Henry Cuellar* | Laredo |
| 29 *Gene Green* | Houston |
| 30 *Eddie Bernice Johnson* | Dallas |
| 31 John R. Carter | Round Rock |
| 32 Pete Sessions | Dallas |
| 33 *Marc A. Veasey* | Fort Worth |
| 34 *Filemon Vela* | Brownsville |
| 35 *Lloyd Doggett* | Austin |

10

36 Brian Babin .................................................. Woodville

## UTAH

1 Rob Bishop ................................................ Brigham City
2 Chris Stewart ................................................ Farmington
3 Jason Chaffetz ................................................ Alpine
4 Mia B. Love ................................................ Saratoga Springs

## VERMONT
### AT LARGE

*Peter Welch* .................................................. Norwich

## VIRGINIA

1 Robert J. Wittman ....................................... Montross
2 Scott Taylor ................................................ Virginia Beach
3 *Robert C. "Bobby" Scott* ............................. Newport News
4 *A. Donald McEachin* .................................. Henrico
5 Thomas A. Garrett, Jr. ............................... Scottsville
6 Bob Goodlatte ............................................. Roanoke
7 Dave Brat ................................................... Glen Allen
8 *Donald S. Beyer, Jr.* .................................... Alexandria
9 H. Morgan Griffith ...................................... Salem
10 Barbara Comstock ...................................... McLean
11 *Gerald E. Connolly* .................................... Fairfax

## WASHINGTON

1 *Suzan K. DelBene* ....................................... Medina
2 *Rick Larsen* ............................................... Everett
3 Jaime Herrera Beutler ................................ Battle Ground
4 Dan Newhouse ............................................. Sunnyside
5 Cathy McMorris Rodgers ........................... Spokane
6 *Derek Kilmer* .............................................. Gig Harbor
7 *Pramila Jayapal* .......................................... Seattle
8 David G. Reichert ....................................... Auburn
9 *Adam Smith* ............................................... Bellevue
10 *Denny Heck* ............................................... Olympia

## WEST VIRGINIA

1 David B. McKinley ...................................... Wheeling
2 Alexander X. Mooney ................................. Charles Town
3 Evan H. Jenkins ......................................... Huntington

## WISCONSIN

1 Paul D. Ryan .............................................. Janesville
2 *Mark Pocan* ............................................... Madison
3 *Ron Kind* ................................................... La Crosse
4 *Gwen Moore* ............................................... Milwaukee
5 F. James Sensenbrenner, Jr. ...................... Menomonee Falls
6 Glenn Grothman ......................................... Glenbeulah
7 Sean P. Duffy ............................................. Wausau
8 Mike Gallagher ........................................... Green Bay

## WYOMING
### AT LARGE

Liz Cheney ................................................... Wilson

11

## PUERTO RICO

RESIDENT COMMISSIONER

Jenniffer González-Colón ............................ San Juan

## AMERICAN SAMOA

DELEGATE

Aumua Amata Coleman Radewagen ......... Pago Pago

## DISTRICT OF COLUMBIA

DELEGATE

*Eleanor Holmes Norton* ............................... District of Columbia

## GUAM

DELEGATE

*Madeleine Z. Bordallo* ................................ Hagatna

## NORTHERN MARIANA ISLANDS

DELEGATE

*Gregorio Kilili Camacho Sablan* ................ Saipan

## VIRGIN ISLANDS

DELEGATE

*Stacey E. Plaskett* ......................................... St. Croix

"Exhibit B"

The Honorable Ralph Lee Abraham
417 Cannon House Office Building
Washington, DC 20515-1805

The Honorable Alma S. Adams
222 Cannon House Office Building
Washington, DC 20515-3312

The Honorable Robert B. Aderholt
235 Cannon House Office Building
Washington, DC 20515-0104

The Honorable Pete Aguilar
1223 Longworth House Office Building
Washington, DC 20515-0531

The Honorable Rick W. Allen
426 Cannon House Office Building
Washington, DC 20515-1012

The Honorable Justin Amash
114 Cannon House Office Building
Washington, DC 20515-2203

The Honorable Mark E. Amodei
332 Cannon House Office Building
Washington, DC 20515-2802

The Honorable Jodey C. Arrington
1029 Longworth House Office Building
Washington, DC 20515-4319

The Honorable Brian Babin
316 Cannon House Office Building
Washington, DC 20515-4336

The Honorable Don Bacon
1516 Longworth House Office Building
Washington, DC 20515-2702

The Honorable Jim Banks
509 Cannon House Office Building
Washington, DC 20515-1403

The Honorable Lou Barletta
2049 Rayburn House Office Building
Washington, DC 20515-3811

The Honorable Andy Barr
1427 Longworth House Office Building
Washington, DC 20515-1706

The Honorable Nanette Diaz Barragán
1320 Longworth House Office Building
Washington, DC 20515-0544

The Honorable Joe Barton
2107 Rayburn House Office Building
Washington, DC 20515-4306

The Honorable Karen Bass
2241 Rayburn House Office Building
Washington, DC 20515-0537

The Honorable Joyce Beatty
133 Cannon House Office Building
Washington, DC 20515-3503

The Honorable Ami Bera
1431 Longworth House Office Building
Washington, DC 20515-0507

The Honorable Jack Bergman
414 Cannon House Office Building
Washington, DC 20515-2201

The Honorable Donald S. Beyer Jr.
1119 Longworth House Office Building
Washington, DC 20515-4608

The Honorable Andy Biggs
1626 Longworth House Office Building
Washington, DC 20515-0305

The Honorable Gus M. Bilirakis
2112 Rayburn House Office Building
Washington, DC 20515-0912

The Honorable Mike Bishop
428 Cannon House Office Building
Washington, DC 20515-2208

The Honorable Rob Bishop
123 Cannon House Office Building
Washington, DC 20515-4401

The Honorable Sanford D. Bishop Jr.
2407 Rayburn House Office Building
Washington, DC 20515-1002

The Honorable Diane Black
1131 Longworth House Office Building
Washington, DC 20515-4206

The Honorable Marsha Blackburn
2266 Rayburn House Office Building
Washington, DC 20515-4207

The Honorable Rod Blum
1108 Longworth House Office Building
Washington, DC 20515-1501

The Honorable Earl Blumenauer
1111 Longworth House Office Building
Washington, DC 20515-3703

The Honorable Lisa Blunt Rochester
1123 Longworth House Office Building
Washington, DC 20515-0800

The Honorable Suzanne Bonamici
439 Cannon House Office Building
Washington, DC 20515-3701

The Honorable Madeleine Z. Bordallo
2441 Rayburn House Office Building
Washington, DC 20515-5301

The Honorable Mike Bost
1440 Longworth House Office Building
Washington, DC 20515-1312

The Honorable Brendan F. Boyle
1133 Longworth House Office Building
Washington, DC 20515-3813

The Honorable Kevin Brady
1011 Longworth House Office Building
Washington, DC 20515-4308

The Honorable Robert A. Brady
2004 Rayburn House Office Building
Washington, DC 20515-3801

The Honorable Dave Brat
1628 Longworth House Office Building
Washington, DC 20515-4607

The Honorable Jim Bridenstine
216 Cannon House Office Building
Washington, DC 20515-3601

The Honorable Mo Brooks
2400 Rayburn House Office Building
Washington, DC 20515-0105

The Honorable Susan W. Brooks
1030 Longworth House Office Building
Washington, DC 20515-1405

The Honorable Anthony G. Brown
1505 Longworth House Office Building
Washington, DC 20515-2004

The Honorable Julia Brownley
1019 Longworth House Office Building
Washington, DC 20515-0526

The Honorable Vern Buchanan
2104 Rayburn House Office Building
Washington, DC 20515-0916

The Honorable Ken Buck
1130 Longworth House Office Building
Washington, DC 20515-0604

The Honorable Larry Bucshon
1005 Longworth House Office Building
Washington, DC 20515-1408

The Honorable Ted Budd
118 Cannon House Office Building
Washington, DC 20515-3313

The Honorable Michael C. Burgess
2336 Rayburn House Office Building
Washington, DC 20515-4326

The Honorable Cheri Bustos
1009 Longworth House Office Building
Washington, DC 20515-1317

The Honorable G. K. Butterfield
2080 Rayburn House Office Building
Washington, DC 20515-3301

The Honorable Bradley Byrne
119 Cannon House Office Building
Washington, DC 20515-0101

The Honorable Ken Calvert
2205 Rayburn House Office Building
Washington, DC 20515-0542

The Honorable Michael E. Capuano
1414 Longworth House Office Building
Washington, DC 20515-2107

The Honorable Salud O. Carbajal
212 Cannon House Office Building
Washington, DC 20515-0524

The Honorable Tony Cárdenas
1510 Longworth House Office Building
Washington, DC 20515-0529

The Honorable André Carson
2135 Rayburn House Office Building
Washington, DC 20515-1407

The Honorable Earl L. "Buddy" Carter
432 Cannon House Office Building
Washington, DC 20515-1001

The Honorable John R. Carter
2110 Rayburn House Office Building
Washington, DC 20515-4331

The Honorable Matt Cartwright
1034 Longworth House Office Building
Washington, DC 20515-3817

The Honorable Kathy Castor
2052 Rayburn House Office Building
Washington, DC 20515-0914

The Honorable Joaquin Castro
1221 Longworth House Office Building
Washington, DC 20515-4320

The Honorable Steve Chabot
2371 Rayburn House Office Building
Washington, DC 20515-3501

The Honorable Jason Chaffetz
2236 Rayburn House Office Building
Washington, DC 20515-4403

The Honorable Liz Cheney
416 Cannon House Office Building
Washington, DC 20515-5000

The Honorable Judy Chu
2423 Rayburn House Office Building
Washington, DC 20515-0527

The Honorable David N. Cicilline
2244 Rayburn House Office Building
Washington, DC 20515-3901

The Honorable Katherine M. Clark
1415 Longworth House Office Building
Washington, DC 20515-2105

The Honorable Yvette D. Clarke
2058 Rayburn House Office Building
Washington, DC 20515-3209

The Honorable Wm. Lacy Clay
2428 Rayburn House Office Building
Washington, DC 20515-2501

The Honorable Emanuel Cleaver
2335 Rayburn House Office Building
Washington, DC 20515-2505

The Honorable James E. Clyburn
242 Cannon House Office Building
Washington, DC 20515-4006

The Honorable Mike Coffman
2443 Rayburn House Office Building
Washington, DC 20515-0606

The Honorable Steve Cohen
2404 Rayburn House Office Building
Washington, DC 20515-4209

The Honorable Tom Cole
2467 Rayburn House Office Building
Washington, DC 20515-3604

The Honorable Chris Collins
1117 Longworth House Office Building
Washington, DC 20515-3227

The Honorable Doug Collins
1504 Longworth House Office Building
Washington, DC 20515-1009

The Honorable James Comer
1513 Longworth House Office Building
Washington, DC 20515-1701

The Honorable Barbara Comstock
229 Cannon House Office Building
Washington, DC 20515-4610

The Honorable K. Michael Conaway
2430 Rayburn House Office Building
Washington, DC 20515-4311

The Honorable Gerald E. Connolly
2238 Rayburn House Office Building
Washington, DC 20515-4611

The Honorable John Conyers Jr.
2426 Rayburn House Office Building
Washington, DC 20515-2213

The Honorable Paul Cook
1222 Longworth House Office Building
Washington, DC 20515-0508

The Honorable Jim Cooper
1536 Longworth House Office Building
Washington, DC 20515-4205

The Honorable J. Luis Correa
1039 Longworth House Office Building
Washington, DC 20515-0546

The Honorable Jim Costa
2081 Rayburn House Office Building
Washington, DC 20515-0516

The Honorable Ryan A. Costello
326 Cannon House Office Building
Washington, DC 20515-3806

The Honorable Joe Courtney
2348 Rayburn House Office Building
Washington, DC 20515-0702

The Honorable Kevin Cramer
1717 Longworth House Office Building
Washington, DC 20515-3400

The Honorable Eric A. "Rick" Crawford
2422 Rayburn House Office Building
Washington, DC 20515-0401

The Honorable Charlie Crist
427 Cannon House Office Building
Washington, DC 20515-0913

The Honorable Joseph Crowley
1035 Longworth House Office Building
Washington, DC 20515-3214

The Honorable Henry Cuellar
2209 Rayburn House Office Building
Washington, DC 20515-4328

The Honorable John Abney Culberson
2161 Rayburn House Office Building
Washington, DC 20515-4307

The Honorable Elijah E. Cummings
2163 Rayburn House Office Building
Washington, DC 20515-2007

The Honorable Carlos Curbelo
1404 Longworth House Office Building
Washington, DC 20515-0926

The Honorable Warren Davidson
1004 Longworth House Office Building
Washington, DC 20515-3508

The Honorable Danny K. Davis
2159 Rayburn House Office Building
Washington, DC 20515-1307

The Honorable Rodney Davis
1740 Longworth House Office Building
Washington, DC 20515-1313

The Honorable Susan A. Davis
1214 Longworth House Office Building
Washington, DC 20515-0553

The Honorable Peter A. DeFazio
2134 Rayburn House Office Building
Washington, DC 20515-3704

The Honorable Diana DeGette
2111 Rayburn House Office Building
Washington, DC 20515-0601

The Honorable John K. Delaney
1632 Longworth House Office Building
Washington, DC 20515-2006

The Honorable Rosa L. DeLauro
2413 Rayburn House Office Building
Washington, DC 20515-0703

The Honorable Suzan K. DelBene
2442 Rayburn House Office Building
Washington, DC 20515-4701

The Honorable Val Butler Demings
238 Cannon House Office Building
Washington, DC 20515-0910

The Honorable Jeff Denham
1730 Longworth House Office Building
Washington, DC 20515-0510

The Honorable Charles W. Dent
2082 Rayburn House Office Building
Washington, DC 20515-3815

The Honorable Ron DeSantis
1524 Longworth House Office Building
Washington, DC 20515-0906

The Honorable Mark DeSaulnier
115 Cannon House Office Building
Washington, DC 20515-0511

The Honorable Scott DesJarlais
2301 Rayburn House Office Building
Washington, DC 20515-4204

The Honorable Theodore E. Deutch
2447 Rayburn House Office Building
Washington, DC 20515-0922

The Honorable Mario Diaz-Balart
440 Cannon House Office Building
Washington, DC 20515-0925

The Honorable Debbie Dingell
116 Cannon House Office Building
Washington, DC 20515-2212

The Honorable Lloyd Doggett
2307 Rayburn House Office Building
Washington, DC 20515-4335

The Honorable Daniel M. Donovan Jr.
1541 Longworth House Office Building
Washington, DC 20515-3211

The Honorable Michael F. Doyle
239 Cannon House Office Building
Washington, DC 20515-3814

The Honorable Sean P. Duffy
2330 Rayburn House Office Building
Washington, DC 20515-4907

The Honorable Jeff Duncan
2229 Rayburn House Office Building
Washington, DC 20515-4003

The Honorable John J. Duncan Jr.
2207 Rayburn House Office Building
Washington, DC 20515-4202

The Honorable Neal P. Dunn
423 Cannon House Office Building
Washington, DC 20515-0902

The Honorable Keith Ellison
2263 Rayburn House Office Building
Washington, DC 20515-2305

The Honorable Tom Emmer
315 Cannon House Office Building
Washington, DC 20515-2306

The Honorable Eliot L. Engel
2462 Rayburn House Office Building
Washington, DC 20515-3216

The Honorable Anna G. Eshoo
241 Cannon House Office Building
Washington, DC 20515-0518

The Honorable Adriano Espaillat
1630 Longworth House Office Building
Washington, DC 20515-3213

The Honorable Elizabeth H. Esty
221 Cannon House Office Building
Washington, DC 20515-0705

The Honorable Dwight Evans
1105 Longworth House Office Building
Washington, DC 20515-3802

The Honorable Blake Farenthold
2331 Rayburn House Office Building
Washington, DC 20515-4327

The Honorable John J. Faso
1616 Longworth House Office Building
Washington, DC 20515-3219

The Honorable A. Drew Ferguson IV
1032 Longworth House Office Building
Washington, DC 20515-1003

The Honorable Brian K. Fitzpatrick
514 Cannon House Office Building
Washington, DC 20515-3808

The Honorable
   Charles J. "Chuck" Fleischmann
2410 Rayburn House Office Building
Washington, DC 20515-4203

The Honorable Bill Flores
2440 Rayburn House Office Building
Washington, DC 20515-4317

The Honorable Jeff Fortenberry
1514 Longworth House Office Building
Washington, DC 20515-2701

The Honorable Bill Foster
1224 Longworth House Office Building
Washington, DC 20515-1311

The Honorable Virginia Foxx
2262 Rayburn House Office Building
Washington, DC 20515-3305

The Honorable Lois Frankel
1037 Longworth House Office Building
Washington, DC 20515-0921

The Honorable Trent Franks
2435 Rayburn House Office Building
Washington, DC 20515-0308

The Honorable Rodney P. Frelinghuysen
2306 Rayburn House Office Building
Washington, DC 20515-3011

The Honorable Marcia L. Fudge
2344 Rayburn House Office Building
Washington, DC 20515-3511

The Honorable Tulsi Gabbard
1433 Longworth House Office Building
Washington, DC 20515-1102

The Honorable Matt Gaetz
507 Cannon House Office Building
Washington, DC 20515-0901

The Honorable Mike Gallagher
1007 Longworth House Office Building
Washington, DC 20515-4908

The Honorable Ruben Gallego
1218 Longworth House Office Building
Washington, DC 20515-0307

The Honorable John Garamendi
2438 Rayburn House Office Building
Washington, DC 20515-0503

The Honorable Thomas A. Garrett Jr.
415 Cannon House Office Building
Washington, DC 20515-4605

The Honorable Bob Gibbs
2446 Rayburn House Office Building
Washington, DC 20515-3507

The Honorable Louie Gohmert
2243 Rayburn House Office Building
Washington, DC 20515-4301

The Honorable Vicente Gonzalez
113 Cannon House Office Building
Washington, DC 20515-4315

The Honorable Jenniffer González-Colón
1529 Longworth House Office Building
Washington, DC 20515-5401

The Honorable Bob Goodlatte
2309 Rayburn House Office Building
Washington, DC 20515-4606

The Honorable Paul A. Gosar
2057 Rayburn House Office Building
Washington, DC 20515-0304

The Honorable Josh Gottheimer
213 Cannon House Office Building
Washington, DC 20515-3005

The Honorable Trey Gowdy
2418 Rayburn House Office Building
Washington, DC 20515-4004

The Honorable Kay Granger
1026 Longworth House Office Building
Washington, DC 20515-4312

The Honorable Garret Graves
430 Cannon House Office Building
Washington, DC 20515-1806

The Honorable Sam Graves
1135 Longworth House Office Building
Washington, DC 20515-2506

The Honorable Tom Graves
2078 Rayburn House Office Building
Washington, DC 20515-1014

The Honorable Al Green
2347 Rayburn House Office Building
Washington, DC 20515-4309

The Honorable Gene Green
2470 Rayburn House Office Building
Washington, DC 20515-4329

The Honorable H. Morgan Griffith
2202 Rayburn House Office Building
Washington, DC 20515-4609

The Honorable Raúl M. Grijalva
1511 Longworth House Office Building
Washington, DC 20515-0303

The Honorable Glenn Grothman
1217 Longworth House Office Building
Washington, DC 20515-4906

The Honorable Brett Guthrie
2434 Rayburn House Office Building
Washington, DC 20515-1702

The Honorable Luis V. Gutiérrez
2408 Rayburn House Office Building
Washington, DC 20515-1304

The Honorable Colleen Hanabusa
422 Cannon House Office Building
Washington, DC 20515-1101

The Honorable Gregg Harper
2227 Rayburn House Office Building
Washington, DC 20515-2403

The Honorable Andy Harris
1533 Longworth House Office Building
Washington, DC 20515-2001

The Honorable Vicky Hartzler
2235 Rayburn House Office Building
Washington, DC 20515-2504

The Honorable Alcee L. Hastings
2353 Rayburn House Office Building
Washington, DC 20515-0920

The Honorable Denny Heck
425 Cannon House Office Building
Washington, DC 20515-4710

The Honorable Jeb Hensarling
2228 Rayburn House Office Building
Washington, DC 20515-4305

The Honorable Jaime Herrera Beutler
1107 Longworth House Office Building
Washington, DC 20515-4703

The Honorable Jody B. Hice
324 Cannon House Office Building
Washington, DC 20515-1010

The Honorable Brian Higgins
2459 Rayburn House Office Building
Washington, DC 20515-3226

The Honorable Clay Higgins
1711 Longworth House Office Building
Washington, DC 20515-1803

The Honorable J. French Hill
1229 Longworth House Office Building
Washington, DC 20515-0402

The Honorable James A. Himes
1227 Longworth House Office Building
Washington, DC 20515-0704

The Honorable George Holding
1110 Longworth House Office Building
Washington, DC 20515-3302

The Honorable Trey Hollingsworth
1641 Longworth House Office Building
Washington, DC 20515-1409

The Honorable Steny H. Hoyer
1705 Longworth House Office Building
Washington, DC 20515-2005

The Honorable Richard Hudson
429 Cannon House Office Building
Washington, DC 20515-3308

The Honorable Jared Huffman
1406 Longworth House Office Building
Washington, DC 20515-0502

The Honorable Bill Huizenga
2232 Rayburn House Office Building
Washington, DC 20515-2202

The Honorable Randy Hultgren
2455 Rayburn House Office Building
Washington, DC 20515-1314

The Honorable Duncan Hunter
2429 Rayburn House Office Building
Washington, DC 20515-0550

The Honorable Will Hurd
317 Cannon House Office Building
Washington, DC 20515-4323

The Honorable Darrell E. Issa
2269 Rayburn House Office Building
Washington, DC 20515-0549

The Honorable Sheila Jackson Lee
2187 Rayburn House Office Building
Washington, DC 20515-4318

The Honorable Pramila Jayapal
319 Cannon House Office Building
Washington, DC 20515-4707

The Honorable Hakeem S. Jeffries
1607 Longworth House Office Building
Washington, DC 20515-3208

The Honorable Evan H. Jenkins
1609 Longworth House Office Building
Washington, DC 20515-4803

The Honorable Lynn Jenkins
1526 Longworth House Office Building
Washington, DC 20515-1602

The Honorable Bill Johnson
1710 Longworth House Office Building
Washington, DC 20515-3506

The Honorable Eddie Bernice Johnson
2468 Rayburn House Office Building
Washington, DC 20515-4330

The Honorable
  Henry C. "Hank" Johnson Jr.
2240 Rayburn House Office Building
Washington, DC 20515-1004

The Honorable Mike Johnson
327 Cannon House Office Building
Washington, DC 20515-1804

The Honorable Sam Johnson
2304 Rayburn House Office Building
Washington, DC 20515-4303

The Honorable Walter B. Jones
2333 Rayburn House Office Building
Washington, DC 20515-3303

The Honorable Jim Jordan
2056 Rayburn House Office Building
Washington, DC 20515-3504

The Honorable David P. Joyce
1124 Longworth House Office Building
Washington, DC 20515-3514

The Honorable Marcy Kaptur
2186 Rayburn House Office Building
Washington, DC 20515-3509

The Honorable John Katko
1620 Longworth House Office Building
Washington, DC 20515-3224

The Honorable William R. Keating
2351 Rayburn House Office Building
Washington, DC 20515-2109

The Honorable Mike Kelly
1707 Longworth House Office Building
Washington, DC 20515-3803

The Honorable Robin L. Kelly
1239 Longworth House Office Building
Washington, DC 20515-1302

The Honorable Trent Kelly
1721 Longworth House Office Building
Washington, DC 20515-2401

The Honorable Joseph P. Kennedy III
434 Cannon House Office Building
Washington, DC 20515-2104

The Honorable Ro Khanna
513 Cannon House Office Building
Washington, DC 20515-0517

The Honorable Ruben Kihuen
313 Cannon House Office Building
Washington, DC 20515-2804

The Honorable Daniel T. Kildee
227 Cannon House Office Building
Washington, DC 20515-2205

The Honorable Derek Kilmer
1520 Longworth House Office Building
Washington, DC 20515-4706

The Honorable Ron Kind
1502 Longworth House Office Building
Washington, DC 20515-4903

The Honorable Peter T. King
339 Cannon House Office Building
Washington, DC 20515-3202

The Honorable Steve King
2210 Rayburn House Office Building
Washington, DC 20515-1504

The Honorable Adam Kinzinger
2245 Rayburn House Office Building
Washington, DC 20515-1316

The Honorable Stephen Knight
1023 Longworth House Office Building
Washington, DC 20515-0525

The Honorable Raja Krishnamoorthi
515 Cannon House Office Building
Washington, DC 20515-1308

The Honorable Ann M. Kuster
137 Cannon House Office Building
Washington, DC 20515-2902

The Honorable David Kustoff
508 Cannon House Office Building
Washington, DC 20515-4208

The Honorable Raúl R. Labrador
1523 Longworth House Office Building
Washington, DC 20515-1201

The Honorable Darin LaHood
1424 Longworth House Office Building
Washington, DC 20515-1318

The Honorable Doug LaMalfa
322 Cannon House Office Building
Washington, DC 20515-0501

The Honorable Doug Lamborn
2402 Rayburn House Office Building
Washington, DC 20515-0605

The Honorable Leonard Lance
2352 Rayburn House Office Building
Washington, DC 20515-3007

The Honorable James R. Langevin
2077 Rayburn House Office Building
Washington, DC 20515-3902

The Honorable Rick Larsen
2113 Rayburn House Office Building
Washington, DC 20515-4702

The Honorable John B. Larson
1501 Longworth House Office Building
Washington, DC 20515-0701

The Honorable Robert E. Latta
2448 Rayburn House Office Building
Washington, DC 20515-3505

The Honorable Brenda L. Lawrence
1213 Longworth House Office Building
Washington, DC 20515-2214

The Honorable Al Lawson Jr.
1337 Longworth House Office Building
Washington, DC 20515-0905

The Honorable Barbara Lee
2267 Rayburn House Office Building
Washington, DC 20515-0513

The Honorable Sander M. Levin
1236 Longworth House Office Building
Washington, DC 20515-2209

The Honorable Jason Lewis
418 Cannon House Office Building
Washington, DC 20515-2302

The Honorable John Lewis
343 Cannon House Office Building
Washington, DC 20515-1005

The Honorable Ted Lieu
236 Cannon House Office Building
Washington, DC 20515-0533

The Honorable Daniel Lipinski
2346 Rayburn House Office Building
Washington, DC 20515-1303

The Honorable Frank A. LoBiondo
2427 Rayburn House Office Building
Washington, DC 20515-3002

The Honorable David Loebsack
1527 Longworth House Office Building
Washington, DC 20515-1502

The Honorable Zoe Lofgren
1401 Longworth House Office Building
Washington, DC 20515-0519

The Honorable Billy Long
2454 Rayburn House Office Building
Washington, DC 20515-2507

The Honorable Barry Loudermilk
329 Cannon House Office Building
Washington, DC 20515-1011

The Honorable Mia B. Love
217 Cannon House Office Building
Washington, DC 20515-4404

The Honorable Alan S. Lowenthal
125 Cannon House Office Building
Washington, DC 20515-0547

The Honorable Nita M. Lowey
2365 Rayburn House Office Building
Washington, DC 20515-3217

The Honorable Frank D. Lucas
2405 Rayburn House Office Building
Washington, DC 20515-3603

The Honorable Blaine Luetkemeyer
2230 Rayburn House Office Building
Washington, DC 20515-2503

The Honorable Ben Ray Luján
2231 Rayburn House Office Building
Washington, DC 20515-3103

The Honorable Michelle Lujan Grisham
214 Cannon House Office Building
Washington, DC 20515-3101

The Honorable Stephen F. Lynch
2268 Rayburn House Office Building
Washington, DC 20515-2108

The Honorable Thomas MacArthur
506 Cannon House Office Building
Washington, DC 20515-3003

The Honorable Carolyn B. Maloney
2308 Rayburn House Office Building
Washington, DC 20515-3212

The Honorable Sean Patrick Maloney
1027 Longworth House Office Building
Washington, DC 20515-3218

The Honorable Kenny Marchant
2369 Rayburn House Office Building
Washington, DC 20515-4324

The Honorable Tom Marino
2242 Rayburn House Office Building
Washington, DC 20515-3810

The Honorable Roger W. Marshall
312 Cannon House Office Building
Washington, DC 20515-1601

The Honorable Thomas Massie
2453 Rayburn House Office Building
Washington, DC 20515-1704

The Honorable Brian J. Mast
2182 Rayburn House Office Building
Washington, DC 20515-0918

The Honorable Doris O. Matsui
2311 Rayburn House Office Building
Washington, DC 20515-0506

The Honorable Kevin McCarthy
2421 Rayburn House Office Building
Washington, DC 20515-0523

The Honorable Michael T. McCaul
2001 Rayburn House Office Building
Washington, DC 20515-4310

The Honorable Tom McClintock
2312 Rayburn House Office Building
Washington, DC 20515-0504

The Honorable Betty McCollum
2256 Rayburn House Office Building
Washington, DC 20515-2304

The Honorable A. Donald McEachin
314 Cannon House Office Building
Washington, DC 20515-4604

The Honorable James P. McGovern
438 Cannon House Office Building
Washington, DC 20515-2102

The Honorable Patrick T. McHenry
2334 Rayburn House Office Building
Washington, DC 20515-3310

The Honorable David B. McKinley
2239 Rayburn House Office Building
Washington, DC 20515-4801

The Honorable Cathy McMorris Rodgers
1314 Longworth House Office Building
Washington, DC 20515-4705

The Honorable Jerry McNerney
2265 Rayburn House Office Building
Washington, DC 20515-0509

The Honorable Martha McSally
510 Cannon House Office Building
Washington, DC 20515-0302

The Honorable Mark Meadows
1024 Longworth House Office Building
Washington, DC 20515-3311

The Honorable Patrick Meehan
2305 Rayburn House Office Building
Washington, DC 20515-3807

The Honorable Gregory W. Meeks
2234 Rayburn House Office Building
Washington, DC 20515-3205

The Honorable Grace Meng
1317 Longworth House Office Building
Washington, DC 20515-3206

The Honorable Luke Messer
1230 Longworth House Office Building
Washington, DC 20515-1406

The Honorable Paul Mitchell
211 Cannon House Office Building
Washington, DC 20515-2210

The Honorable John R. Moolenaar
117 Cannon House Office Building
Washington, DC 20515-2204

The Honorable Alexander X. Mooney
1232 Longworth House Office Building
Washington, DC 20515-4802

The Honorable Gwen Moore
2252 Rayburn House Office Building
Washington, DC 20515-4904

The Honorable Seth Moulton
1408 Longworth House Office Building
Washington, DC 20515-2106

The Honorable Markwayne Mullin
1113 Longworth House Office Building
Washington, DC 20515-3602

The Honorable Stephanie N. Murphy
1237 Longworth House Office Building
Washington, DC 20515-0907

The Honorable Tim Murphy
2332 Rayburn House Office Building
Washington, DC 20515-3818

The Honorable Jerrold Nadler
2109 Rayburn House Office Building
Washington, DC 20515-3210

The Honorable Grace F. Napolitano
1610 Longworth House Office Building
Washington, DC 20515-0532

The Honorable Richard E. Neal
341 Cannon House Office Building
Washington, DC 20515-2101

The Honorable Dan Newhouse
1318 Longworth House Office Building
Washington, DC 20515-4704

The Honorable Kristi L. Noem
2457 Rayburn House Office Building
Washington, DC 20515-4100

The Honorable Richard M. Nolan
2366 Rayburn House Office Building
Washington, DC 20515-2308

The Honorable Donald Norcross
1531 Longworth House Office Building
Washington, DC 20515-3001

The Honorable Eleanor Holmes Norton
2136 Rayburn House Office Building
Washington, DC 20515-5101

The Honorable Devin Nunes
1013 Longworth House Office Building
Washington, DC 20515-0522

Office of the Fifth
   Congressional District of South Carolina
2350 Rayburn House Office Building
Washington, DC 20515-4005

Office of the Fourth
   Congressional District of Kansas
2452 Rayburn House Office Building
Washington, DC 20515-1604

Office of the Montana
   Congressional District At Large
1419 Longworth House Office Building
Washington, DC 20515-2600

Office of the Sixth
   Congressional District of Georgia
1211 Longworth House Office Building
Washington, DC 20515-1006

Office of the Thirty-Fourth
   Congressional District of California
1226 Longworth House Office Building
Washington, DC 20515-0534

The Honorable Tom O'Halleran
126 Cannon House Office Building
Washington, DC 20515-0301

The Honorable Pete Olson
2133 Rayburn House Office Building
Washington, DC 20515-4322

The Honorable Beto O'Rourke
1330 Longworth House Office Building
Washington, DC 20515-4316

The Honorable Steven M. Palazzo
2349 Rayburn House Office Building
Washington, DC 20515-2404

The Honorable Frank Pallone Jr.
237 Cannon House Office Building
Washington, DC 20515-3006

The Honorable Gary J. Palmer
330 Cannon House Office Building
Washington, DC 20515-0106

The Honorable Jimmy Panetta
228 Cannon House Office Building
Washington, DC 20515-0520

The Honorable Bill Pascrell Jr.
2370 Rayburn House Office Building
Washington, DC 20515-3009

The Honorable Erik Paulsen
127 Cannon House Office Building
Washington, DC 20515-2303

The Honorable Donald M. Payne Jr.
132 Cannon House Office Building
Washington, DC 20515-3010

The Honorable Stevan Pearce
2432 Rayburn House Office Building
Washington, DC 20515-3102

The Honorable Nancy Pelosi
233 Cannon House Office Building
Washington, DC 20515-0512

The Honorable Ed Perlmutter
1410 Longworth House Office Building
Washington, DC 20515-0607

The Honorable Scott Perry
1207 Longworth House Office Building
Washington, DC 20515-3804

The Honorable Scott H. Peters
1122 Longworth House Office Building
Washington, DC 20515-0552

The Honorable Collin C. Peterson
2204 Rayburn House Office Building
Washington, DC 20515-2307

The Honorable Chellie Pingree
2162 Rayburn House Office Building
Washington, DC 20515-1901

The Honorable Robert Pittenger
224 Cannon House Office Building
Washington, DC 20515-3309

The Honorable Stacey E. Plaskett
331 Cannon House Office Building
Washington, DC 20515-5500

The Honorable Mark Pocan
1421 Longworth House Office Building
Washington, DC 20515-4902

The Honorable Ted Poe
2132 Rayburn House Office Building
Washington, DC 20515-4302

The Honorable Bruce Poliquin
1208 Longworth House Office Building
Washington, DC 20515-1902

The Honorable Jared Polis
1727 Longworth House Office Building
Washington, DC 20515-0602

The Honorable Bill Posey
2150 Rayburn House Office Building
Washington, DC 20515-0908

The Honorable David E. Price
2108 Rayburn House Office Building
Washington, DC 20515-3304

The Honorable Mike Quigley
2458 Rayburn House Office Building
Washington, DC 20515-1305

The Honorable
   Aumua Amata Coleman Radewagen
1339 Longworth House Office Building
Washington, DC 20515-5200

The Honorable Jamie Raskin
431 Cannon House Office Building
Washington, DC 20515-2008

The Honorable John Ratcliffe
325 Cannon House Office Building
Washington, DC 20515-4304

The Honorable Tom Reed
2437 Rayburn House Office Building
Washington, DC 20515-3223

The Honorable David G. Reichert
1127 Longworth House Office Building
Washington, DC 20515-4708

The Honorable James B. Renacci
328 Cannon House Office Building
Washington, DC 20515-3516

The Honorable Kathleen M. Rice
1508 Longworth House Office Building
Washington, DC 20515-3204

The Honorable Tom Rice
223 Cannon House Office Building
Washington, DC 20515-4007

The Honorable Cedric L. Richmond
420 Cannon House Office Building
Washington, DC 20515-1802

The Honorable Martha Roby
442 Cannon House Office Building
Washington, DC 20515-0102

The Honorable David P. Roe
336 Cannon House Office Building
Washington, DC 20515-4201

The Honorable Harold Rogers
2406 Rayburn House Office Building
Washington, DC 20515-1705

The Honorable Mike Rogers
2184 Rayburn House Office Building
Washington, DC 20515-0103

The Honorable Dana Rohrabacher
2300 Rayburn House Office Building
Washington, DC 20515-0548

The Honorable Todd Rokita
2439 Rayburn House Office Building
Washington, DC 20515-1404

The Honorable Francis Rooney
120 Cannon House Office Building
Washington, DC 20515-0919

The Honorable Thomas J. Rooney
2160 Rayburn House Office Building
Washington, DC 20515-0917

The Honorable Jacky Rosen
413 Cannon House Office Building
Washington, DC 20515-2803

The Honorable Peter J. Roskam
2246 Rayburn House Office Building
Washington, DC 20515-1306

The Honorable Ileana Ros-Lehtinen
2206 Rayburn House Office Building
Washington, DC 20515-0927

The Honorable Dennis A. Ross
436 Cannon House Office Building
Washington, DC 20515-0915

The Honorable Keith J. Rothfus
1205 Longworth House Office Building
Washington, DC 20515-3812

The Honorable David Rouzer
424 Cannon House Office Building
Washington, DC 20515-3307

The Honorable Lucille Roybal-Allard
2083 Rayburn House Office Building
Washington, DC 20515-0540

The Honorable Edward R. Royce
2310 Rayburn House Office Building
Washington, DC 20515-0539

The Honorable Raul Ruiz
1319 Longworth House Office Building
Washington, DC 20515-0536

The Honorable C. A. Dutch Ruppersberger
2416 Rayburn House Office Building
Washington, DC 20515-2002

The Honorable Bobby L. Rush
2188 Rayburn House Office Building
Washington, DC 20515-1301

The Honorable Steve Russell
128 Cannon House Office Building
Washington, DC 20515-3605

The Honorable John H. Rutherford
230 Cannon House Office Building
Washington, DC 20515-0904

The Honorable Paul D. Ryan
1233 Longworth House Office Building
Washington, DC 20515-4901

The Honorable Tim Ryan
1126 Longworth House Office Building
Washington, DC 20515-3513

The Honorable
   Gregorio Kilili Camacho Sablan
2411 Rayburn House Office Building
Washington, DC 20515-5201

The Honorable Linda T. Sánchez
2329 Rayburn House Office Building
Washington, DC 20515-0538

The Honorable Mark Sanford
2211 Rayburn House Office Building
Washington, DC 20515-4001

The Honorable John P. Sarbanes
2444 Rayburn House Office Building
Washington, DC 20515-2003

The Honorable Steve Scalise
2338 Rayburn House Office Building
Washington, DC 20515-1801

The Honorable Janice D. Schakowsky
2367 Rayburn House Office Building
Washington, DC 20515-1309

The Honorable Adam B. Schiff
2372 Rayburn House Office Building
Washington, DC 20515-0528

The Honorable Bradley Scott Schneider
1432 Longworth House Office Building
Washington, DC 20515-1310

The Honorable Kurt Schrader
2431 Rayburn House Office Building
Washington, DC 20515-3705

The Honorable David Schweikert
2059 Rayburn House Office Building
Washington, DC 20515-0306

The Honorable Austin Scott
2417 Rayburn House Office Building
Washington, DC 20515-1008

The Honorable David Scott
225 Cannon House Office Building
Washington, DC 20515-1013

The Honorable Robert C. "Bobby" Scott
1201 Longworth House Office Building
Washington, DC 20515-4603

The Honorable F. James Sensenbrenner Jr.
2449 Rayburn House Office Building
Washington, DC 20515-4905

The Honorable José E. Serrano
2354 Rayburn House Office Building
Washington, DC 20515-3215

The Honorable Pete Sessions
2233 Rayburn House Office Building
Washington, DC 20515-4332

The Honorable Terri A. Sewell
2201 Rayburn House Office Building
Washington, DC 20515-0107

The Honorable Carol Shea-Porter
1530 Longworth House Office Building
Washington, DC 20515-2901

The Honorable Brad Sherman
2181 Rayburn House Office Building
Washington, DC 20515-0530

The Honorable John Shimkus
2217 Rayburn House Office Building
Washington, DC 20515-1315

The Honorable Bill Shuster
2079 Rayburn House Office Building
Washington, DC 20515-3809

The Honorable Michael K. Simpson
2084 Rayburn House Office Building
Washington, DC 20515-1202

The Honorable Kyrsten Sinema
1725 Longworth House Office Building
Washington, DC 20515-0309

The Honorable Albio Sires
2342 Rayburn House Office Building
Washington, DC 20515-3008

The Honorable Louise McIntosh Slaughter
2469 Rayburn House Office Building
Washington, DC 20515-3225

The Honorable Adam Smith
2264 Rayburn House Office Building
Washington, DC 20515-4709

The Honorable Adrian Smith
320 Cannon House Office Building
Washington, DC 20515-2703

The Honorable Christopher H. Smith
2373 Rayburn House Office Building
Washington, DC 20515-3004

The Honorable Jason Smith
1118 Longworth House Office Building
Washington, DC 20515-2508

The Honorable Lamar Smith
2409 Rayburn House Office Building
Washington, DC 20515-4321

The Honorable Lloyd Smucker
516 Cannon House Office Building
Washington, DC 20515-3816

The Honorable Darren Soto
1429 Longworth House Office Building
Washington, DC 20515-0909

The Honorable Jackie Speier
2465 Rayburn House Office Building
Washington, DC 20515-0514

The Honorable Elise M. Stefanik
318 Cannon House Office Building
Washington, DC 20515-3221

The Honorable Chris Stewart
323 Cannon House Office Building
Washington, DC 20515-4402

The Honorable Steve Stivers
1022 Longworth House Office Building
Washington, DC 20515-3515

The Honorable Thomas R. Suozzi
226 Cannon House Office Building
Washington, DC 20515-3203

The Honorable Eric Swalwell
129 Cannon House Office Building
Washington, DC 20515-0515

The Honorable Mark Takano
1507 Longworth House Office Building
Washington, DC 20515-0541

The Honorable Scott Taylor
412 Cannon House Office Building
Washington, DC 20515-4602

The Honorable Claudia Tenney
512 Cannon House Office Building
Washington, DC 20515-3222

The Honorable Bennie G. Thompson
2466 Rayburn House Office Building
Washington, DC 20515-2402

The Honorable Glenn Thompson
124 Cannon House Office Building
Washington, DC 20515-3805

The Honorable Mike Thompson
231 Cannon House Office Building
Washington, DC 20515-0505

The Honorable Mac Thornberry
2208 Rayburn House Office Building
Washington, DC 20515-4313

The Honorable Patrick J. Tiberi
1203 Longworth House Office Building
Washington, DC 20515-3512

The Honorable Scott R. Tipton
218 Cannon House Office Building
Washington, DC 20515-0603

The Honorable Dina Titus
2464 Rayburn House Office Building
Washington, DC 20515-2801

The Honorable Paul Tonko
2463 Rayburn House Office Building
Washington, DC 20515-3220

The Honorable Norma J. Torres
1713 Longworth House Office Building
Washington, DC 20515-0535

The Honorable David A. Trott
1722 Longworth House Office Building
Washington, DC 20515-2211

The Honorable Niki Tsongas
1714 Longworth House Office Building
Washington, DC 20515-2103

The Honorable Michael R. Turner
2368 Rayburn House Office Building
Washington, DC 20515-3510

The Honorable Fred Upton
2183 Rayburn House Office Building
Washington, DC 20515-2206

The Honorable David G. Valadao
1728 Longworth House Office Building
Washington, DC 20515-0521

The Honorable Juan Vargas
1605 Longworth House Office Building
Washington, DC 20515-0551

The Honorable Marc A. Veasey
1519 Longworth House Office Building
Washington, DC 20515-4333

The Honorable Filemon Vela
437 Cannon House Office Building
Washington, DC 20515-4334

The Honorable Nydia M. Velázquez
2302 Rayburn House Office Building
Washington, DC 20515-3207

The Honorable Peter J. Visclosky
2328 Rayburn House Office Building
Washington, DC 20515-1401

The Honorable Ann Wagner
435 Cannon House Office Building
Washington, DC 20515-2502

The Honorable Tim Walberg
2436 Rayburn House Office Building
Washington, DC 20515-2207

The Honorable Greg Walden
2185 Rayburn House Office Building
Washington, DC 20515-3702

The Honorable Mark Walker
1305 Longworth House Office Building
Washington, DC 20515-3306

The Honorable Jackie Walorski
419 Cannon House Office Building
Washington, DC 20515-1402

The Honorable Mimi Walters
215 Cannon House Office Building
Washington, DC 20515-0545

The Honorable Timothy J. Walz
2313 Rayburn House Office Building
Washington, DC 20515-2301

The Honorable Debbie Wasserman Schultz
1114 Longworth House Office Building
Washington, DC 20515-0923

The Honorable Maxine Waters
2221 Rayburn House Office Building
Washington, DC 20515-0543

The Honorable Bonnie Watson Coleman
1535 Longworth House Office Building
Washington, DC 20515-3012

The Honorable Randy K. Weber Sr.
1708 Longworth House Office Building
Washington, DC 20515-4314

The Honorable Daniel Webster
1210 Longworth House Office Building
Washington, DC 20515-0911

The Honorable Peter Welch
2303 Rayburn House Office Building
Washington, DC 20515-4500

The Honorable Brad R. Wenstrup
2419 Rayburn House Office Building
Washington, DC 20515-3502

The Honorable Bruce Westerman
130 Cannon House Office Building
Washington, DC 20515-0404

The Honorable Roger Williams
1323 Longworth House Office Building
Washington, DC 20515-4325

The Honorable Frederica S. Wilson
2445 Rayburn House Office Building
Washington, DC 20515-0924

The Honorable Joe Wilson
1436 Longworth House Office Building
Washington, DC 20515-4002

The Honorable Robert J. Wittman
2055 Rayburn House Office Building
Washington, DC 20515-4601

The Honorable Steve Womack
2412 Rayburn House Office Building
Washington, DC 20515-0403

The Honorable Rob Woodall
1724 Longworth House Office Building
Washington, DC 20515-1007

The Honorable John A. Yarmuth
131 Cannon House Office Building
Washington, DC 20515-1703

The Honorable Kevin Yoder
2433 Rayburn House Office Building
Washington, DC 20515-1603

The Honorable Ted S. Yoho
511 Cannon House Office Building
Washington, DC 20515-0903

The Honorable David Young
240 Cannon House Office Building
Washington, DC 20515-1503

The Honorable Don Young
2314 Rayburn House Office Building
Washington, DC 20515-0200

The Honorable Lee M. Zeldin
1517 Longworth House Office Building
Washington, DC 20515-3201

"Exhibit C"

**ALABAMA:**

Honorable Robert Bentley
Governor of Alabama
State Capitol
600 Dexter Avenue
Montgomery, Alabama  36130
Telephone:  (334) 242-7100

Honorable Luther Strange
Alabama     State     Attorney
General
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama  36104
Telephone:  (334) 242-7300

Honorable John H. Merrill
Alabama Secretary of State
State  Capitol  Building  –  Suite
S-105
600 Dexter Avenue
Montgomery, Alabama  36130
Telephone:  (334) 242-7200

Alabama State Senate
(35 State Senators)
11 South Union Street
Montgomery, Alabama 36103
Telephone:  (334) 242-7800

Alabama     State     House     of
Representatives
(105 State Representatives)
11 South Union Street
Montgomery, Alabama 36103
Telephone:  (334) 242-7600

**ALASKA:**

Honorable Bill Walker
Governor of Alaska
Alaska State Capitol Building
Third Floor
Juneau, Alaska  99811
Telephone:  (907) 465-3500

Honorable Jahna Lindemuth
Alaska State Attorney General
Department of Law
1031  West  4th  Avenue  –  Suite
200
Anchorage, Alaska  99501
Telephone:  (907) 269-5100

Honorable Josephine Bahnke,
Director
Alaska Division of Elections
Court Plaza Building
240 Main Street – 4th Floor
Juneau, Alaska  99801
Telephone:  (907) 465-4611

Alaska State Senate
(20 State Senators)
State Capitol
Juneau, Alaska  99801
(907) 465-3701

Alaska     State     House     of
Representatives
(40 State Representatives)
State Capitol
Juneau, Alaska  99801
(907) 465-3725

**ARIZONA:**

Honorable Doug Ducey
Governor of Arizona
1700 West Washington Street
Phoenix, Arizona  85007
Telephone:  (602) 542-4331

Honorable Mark Brnovich
Arizona State Attorney General
1275 West Washington Street
Phoenix, Arizona  85007-2926
Telephone:  (602) 542-5025

Honorable Michele Reagan
Secretary of State of Arizona
1700 West Washington Street –
17th Floor
Phoenix, Arizona  85007-2808
Telephone:  (602) 542-8683

Arizona State Senate
(30 State Senators)
Arizona State Capitol Complex
1700 West Washington Street
Phoenix, Arizona  85007
(602) 926-3559

Arizona     State     House     of
Representatives
(60 State Representatives)
Arizona State Capitol Complex
1700 West Washington Street
Phoenix, Arizona  85007
(602) 926-4221

**ARKANSAS:**

Honorable Asa Hutchinson
Governor of Arkansas
State Capitol Room 250
500 Woodland Street
Little Rock, Arkansas  72201
Telephone:  (501) 682-2345

Honorable Leslie Rutledge
Arkansas    State    Attorney
General
323 Center Street – Suite 200
Little Rock, Arkansas  72201
Telephone:  (501) 682-2007

Honorable Mark Martin
Arkansas Secretary of State
State Capitol
500  Woodlane  Street  –  Suite
256
Little Rock, Arkansas  72201
Telephone:  (501) 682-1010

Arkansas State Senate
(35 State Senators)
State Capitol
500  Woodlane  Street  –  Suite
320
Little Rock, Arkansas  72201
(501) 682-2902

Arkansas    State    House    of
Representatives
(100 State Representatives)
State Capitol
500  Woodlane  Street  –  Suite
350
Little Rock, Arkansas  72201
(501) 682-6211

**CALIFORNIA:**

Honorable Edmund G. Brown,
Jr.
Governor of California
State Capitol – Suite 1173
Sacramento, California  95814
Telephone:  (916) 445-2841

Honorable Xavier Becerra
California    State    Attorney
General
1300 I Street
Sacramento, California  95814
Telephone:  (916) 445-9555

Honorable Alex Padilla
California Secretary of State
Elections Division
1500 11th Street – 5th Floor
Sacramento, California  95814
Telephone:  (916) 657-2166

California State Senate
(40 State Senators)
State Capitol
Sacramento, California  95814

California State Assembly
(80 State Representatives)
State Capitol
Sacramento, California  95814

**COLORADO:**

Honorable John Hickenlooper
Governor of Colorado
136 State Capitol Building
Denver Colorado  80203
Telephone:  (303) 866-2471

Honorable Cynthia H. Coffman
Colorado    State    Attorney
General
Ralph L. Carr Judicial Building
1300 Broadway – 10th Floor
Denver, Colorado  80203
Telephone:  (720) 508-6000

Honorable Wayne W. Williams
Colorado Secretary of State
1700 Broadway – Suite 200
Denver, Colorado  80290
Telephone:  (303) 894-2200

Colorado State Senate
(40 State Senators)
State Capitol
200 East Colfax Avenue
Denver, Colorado  80203

Colorado    State    House    of
Representatives
(80 State Representatives)
State Capitol
200 East Colfax Avenue
Denver, Colorado  80203

**CONNECTICUT:**

Honorable Daniel P. Mallo
Governor of Connecticut
210 Capitol Avenue
Hartford, Connecticut  06106
Telephone:  (860) 566-4840

Honorable George Jepsen
Connecticut State Attorney
General
55 Elm Street
Hartford, Connecticut  06106
Telephone:  (860) 808-5318

Honorable Denise W. Merrill
Connecticut Secretary of State
30 Trinity Street
Hartford, Connecticut  06106
Telephone:  (860) 509-6200

Connecticut State Senate
(36 State Senators)
State Capitol
Hartford, Connecticut  16016

Connecticut State House of
Representatives
(151 State Representatives)
State Capitol
Hartford, Connecticut  16016

**DELAWARE:**

Honorable John Carney
Governor of Delaware
150 Martin Luther King, Jr.
Blvd. – 2nd Floor
Dover, Delaware  19901
Telephone:  (302) 744-4101

Honorable Matthew Denn
Delaware State Attorney
General
102 West Water Street
Dover, Delaware  19904
Telephone:  (302) 739-7652

Honorable Elaine Manlove
Department of Elections
State Election Commissioner
905 South Governors Avenue –
Suite 170
Dover, Delaware  19904
Telephone:  (302) 739-6794

Delaware State Senate
(21 State Senators)
State Capitol
411 Legislative Avenue
Dover, Delaware  19901
Telephone:  (302) 744-4114

Delaware State House of
Representatives
(41 State Representatives)
State Capitol
411 Legislative Avenue
Dover, Delaware  19901
Telephone:  (302) 744-4114

**FLORIDA:**

Honorable Rick Scott
Governor of Florida
The Capitol
400 South Monroe Street
Tallahassee, Florida  32399-
0001
Telephone:  (850) 717-9337

Honorable Pam Bondi
Florida State Attorney General
The Capitol PL-01
Tallahassee, Florida  32399-
1050
Telephone:  (850) 414-3300

Honorable Ken Detzner
Florida Secretary of State
Florida Department of State
R. A. Gray Building
500 South Bronough Street
Tallahassee, Florida  32399-
0250
Telephone:  (850) 245-6500

Florida State Senate
(35 State Senators)
Florida State Capitol
400 South Monroe Street
Tallahassee, Florida 32399

Florida State House of
Representatives
(105 State Representatives)
Florida State Capitol
400 South Monroe Street
Tallahassee, Florida 32399

**GEORGIA:**

Honorable Nathan Deal
Governor of Georgia
206 Washington Street
111 State Capitol
Atlanta, Georgia  30334
Telephone:  (404) 656-1776

Honorable Christopher M. Carr
Georgia State Attorney General
40 Capitol Square, South West
Atlanta, Georgia  30334
Telephone:  (404) 656-3300

Honorable Brian P. Kemp
Georgia Secretary of State
2 Martin Luther King, Jr. Drive
Suite 802 – Floyd West Tower
Atlanta, Georgia  30334
Telephone:  (404) 656-2871

Georgia State Senate
(56 State Senators)
State Capitol Building
Atlanta, Georgia  30334

Georgia State House of Representatives
(180 State Representatives)
State Capitol Building
Atlanta, Georgia  30334

**HAWAII:**

Honorable David Y. Ige
Governor of Hawaii
Executive Chambers
State Capitol
Honolulu, Hawaii  96813
Telephone:  (808) 586-0034

Honorable Doug Chin
Hawaii Attorney General
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1500

Honorable Scott T. Nago
Chief Election Officer
State of Hawaii Office of Elections
802 Lehua Avenue
Pearl City, Hawaii  96782
Telephone:  (808) 453-8683

Hawaii State Senate
(25 State Senators)
State Capitol
415 South Beretania Street
Honolulu, Hawaii  96813

Hawaii State House of Representatives
(51 State Representatives)
State Capitol
415 South Beretania Street
Honolulu, Hawaii  96813

**IDAHO:**

Honorable C. L. "Butch" Otter
Governor of Idaho
State Capitol
Boise, Idaho  83720
Telephone:  (208) 334-2100

Honorable Lawrence Wasden
Idaho Attorney General
700 West Jefferson Street
Boise, Idaho  83720-0010
Telephone:  (208) 334-2400

Honorable Lawrence Denney
Idaho Secretary of State
700 West Jefferson Street
Room E205
Boise, Idaho  83720-0080
Telephone:  (208) 334-2852

Idaho State Senate
(35 State Senators)
State Capitol
700 West Jefferson Street
Boise, Idaho  83703

Idaho State House of Representatives
(70 State Representatives)
State Capitol
700 West Jefferson Street
Boise, Idaho  83703

**ILLINOIS:**

Honorable Bruce Rauner
Governor of Illinois
207 State House
Springfield, Illinois  62706
Telephone:  (217) 782-0244

Honorable Lisa Madigan
Illinois State Attorney General
500 South Second Street
Springfield, Illinois  62701
Telephone:  (217) 782-1090

Honorable Steve Sandvoss
Executive Director
Illinois State Board of Elections
2329  South  MacArthur
Boulevard
Springfield, Illinois  62704
Telephone:  (217) 782-4141

Illinois State Senate
(59 State Senators)
Illinois State Capitol
Springfield, Illinois  62756

Illinois  State  House  of
Representatives
(70 State Representatives)
Illinois State Capitol
Springfield, Illinois  62756

**INDIANA:**

Honorable Eric J. Holcomb
Governor of Indiana
Statehouse
Indianapolis,  Indiana  46204-
2797
Telephone:  (317) 232-4567

Honorable Curtis Hill
Indiana State Attorney General
Indiana  Government  Center
South
302 West Washington Street –
5th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 232-6201

Honorable Connie Lawson
Indiana Secretary of State
200 West Washington Street –
Room 201
Indianapolis, Indiana  46204
Telephone:  (317) 232-6531

Indiana State Senate
(50 State Senators)
State Capitol
Indianapolis, Indiana  46204

Indiana  State  House  of
Representatives
(100 State Representatives)
State Capitol
Indianapolis, Indiana  46204

**IOWA:**

Honorable Terry Branstad
Governor of Iowa
State Capitol
1007 East Grand Avenue
Des Moines, Iowa  50319
Telephone:  (515) 281-5211

Honorable Tom Miller
Iowa State Attorney General
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa  50319
Telephone:  (515) 281-5926

Honorable Paul D. Pate
Iowa Secretary of State
First Floor, Lucas Building
321 East 12th Street
Des Moines, Iowa  50319
Telephone:  (515) 281-5204

Iowa State Senate
(35 State Senators)
State Capitol
1007 East Grand Avenue
Des Moines, Iowa  50319

Iowa  State  House  of
Representatives
(105 State Senators)
State Capitol
1007 East Grand Avenue
Des Moines, Iowa  50319

**KANSAS:**

Honorable Sam Brownback
Governor of Kansas
300 Sosuth West 10th Street
Topeka, Kansas 66612
Telephone: (785) 368-8500

Honorable Derek Schmidt
Kansas State Attorney General
120 South West 10th Avenue,
2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-6296

Honorable Kris W. Kobach
Kansas Secretary of State
Memorial Hall, 1st Floor
120 South West 10th Avenue
Topeka, Kansas 66612
Telephone: (785) 296-4564

Kansas State Senate
(40 State Senators)
State Capitol
300 South West 10th Street
Topeka, Kansas 66612

Kansas State House of
Representatives
(125 State Senators)
State Capitol
300 South West 10th Street
Topeka, Kansas 66612

**KENTUCKY:**

Honorable Matt Bevin
Governor of Kentucky
700 Capitol Avenue – Suite 100
Frankfort, Kentucky 40601
Telephone: (502) 564-2611

Honorable Andy Beshear
Kentucky Attorney General
700 Capitol Avenue – Suite 118
Frankfort, Kentucky 40601-3499
Telephone: (502) 696-5300

Honorable Alison Lundergan
Grimes
Kentucky Secretary of State
700 Capital Avenue – Suite 152
Frankfort, Kentucky 40601
Telephone: (502) 564-3490

Kentucky State Senate
(38 State Senators)
State Capitol
700 Capitol Avenue Loop
Frankfort, Kentucky 40601

Kentucky State House of
Representatives
(100 State Representatives)
State Capitol
700 Capitol Avenue Loop
Frankfort, Kentucky 40601

**LOUISIANA:**

Honorable John Bel Edwards
Governor of Louisiana
State House – Office of the Governor
Baton Rouge, Louisiana 70804
Telephone: (225) 343-7015

Honorable Jeff Landry
Louisiana Attorney General
1885 North Third Street
Baton Rouge Louisiana 70802
Telephone: (225) 326-6079

Honorable Tom Schedler
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809
Telephone: (225) 922-2880

Louisiana State Senate
(39 State Senators)
State House
P.O. Box 94183
Baton Rouge, Louisiana 70804
Telephone: (225) 342-2040

Louisiana State House of
Representatives
(105 State Representatives)
State House
900 North Third Street
Baton Rouge, Louisiana 70804
Telephone: (225) 342-7259

## MAINE:

Honorable Paul LePage
Governor of Maine
#1 State House Station
Augusta, Maine  04333
Telephone:  (207) 287-3531

Honorable Janet T. Mills
Maine State Attorney General
6 State House Station
Augusta, Maine  04333
Telephone:  (207) 626-8801

Honorable Matthew Dunlap
Maine Secretary of State
111 Sewall Street #4
Augusta, Maine  04330
Telephone:  (207) 626-8400

Maine State Senate
(35 State Senators)
State Capitol
7 State Highway 11
Augusta, Maine  04333

Maine  State  House  of
Representatives
(151 State Representatives)
State Capitol
7 State Highway 11
Augusta, Maine  04333

## MARYLAND:

Honorable Larry Hogan
Governor of Maryland
State House
100 State Circle
Annapolis. Maryland  21401
Telephone:  (410) 974-3901

Honorable Brian Frosh
Maryland    State    Attorney
General
200 St. Paul Place
Baltimore, Maryland  21202
Telephone:  (410) 576-6300

Honorable John C. Wobensmith
Maryland Secretary of State
16 Francis Street
Annapolis, Maryland  21401
Telephone:  (410) 974-5221

Maryland State Senate
(47 State Senators)
90 State Circle
Annapolis, Maryland  21401
Telephone:  (410) 841-3000

Maryland    State    House    of
Delegates
(141 State Delegates)
90 State Circle
Annapolis, Maryland  21401
Telephone:  (410) 841-3000

## MASSACHUSETTS:

Honorable Charlie Baker
Governor of Massachusetts
State House
Office of the Governor – room
360
Boston, Massachusetts  02133
Telephone:  (617) 725-4005

Honorable Maura Healey
Massachusetts  State  Attorney
General
One Ashburton Place
Boston, Massachusetts  02108
Telephone:  (617) 727-2200

Honorable William Francis
Galvin
Secretary of the Commonwealth
of Massachusetts
Elections Division
McCormack Building
One  Ashburn  Place  –  Room
1705
Boston, Massachusetts  02108
Telephone:  (617) 727-2828

Massachusetts State Senate
(40 State Senators)
State House
24 Beacon Street – Room 335
Boston, Massachusetts  02133
Telephone:  (617) 722-1276

Massachusetts  State  House  of
Representatives
(160 Representatives)
State House
24 Beacon Street – Room 145
Boston, Massachusetts  02133
Telephone:  (617) 722-2356

**MICHIGAN:**

Honorable Rick Snyder
Governor of Michigan
1504 West Washington – Suite B
Marquette, Michigan 49855
Telephone: 517) 373-3400

Honorable Bill Schultte
Michigan State Attorney General
G. Mennen Williams Building – 7th Floor
535 West Ottawa Street
Lansing, Michigan 48909
Telephone: (517) 373-1101

Honorable Ruth Johnson
Michigan Secretary of State
Michigan Department of State
Lansing, Michigan 48918
Telephone: (888) SOS-MICH

Michigan State Senate
(38 State Senators)
Capitol Building – P.O. Box 30035
Lansing, Michigan 48909
Telephone: (517) 373-2400

Michigan State House of Representatives
(110 State Representatives)
124 North Capitol Avenue
Lansing, Michigan 48933
Telephone: (517) 373-6339

**MINNESOTA:**

Honorable Mark Dayton
Governor of Minnesota
130 State Capitol
75 Reverend Dr. Martin Luther King, Jr. Boulevard
St. Paul, Minnesota 55155
Telephone: (651) 201-3400

Honorable Lori Swanson
Minnesota State Attorney General
445 Minnesota Street – Suite 1400
St. Paul, Minnesota 55101
Telephone: (651) 296-3353

Honorable Steve Simon
Minnesota Secretary of State
180 State Office Building
100 Rev. Dr. Martin Luther King, Jr. Boulevard
St. Paul, Minnesota 55155
Telephone: (651) 215-1440

Minnesota State Senate
(67 State Senators)
Minnesota Senate Building
95 University Avenue West
St. Paul, Minnesota 55155
Telephone: (651) 296-0540

Minnesota State House of Representatives
(134 State Representatives)
100 Rev. Dr. Martin Luther King, Jr. Boulevard
St. Paul, Minnesota 55155
Telephone: (651) 296-2146

**MISSISSIPPI:**

Honorable Phil Bryant
Governor of Mississippi
P.O. Box 139
Jackson, Mississippi 39205
Telephone: (601) 359-3150

Honorable Jim Hood
Mississippi State Attorney General
550 High Street
Jackson, Mississippi 39201
Telephone: (601) 359-3680

Honorable Delbert Hosemann
Mississippi Secretary of State
401 Mississippi Street
Jackson, Mississippi 39201
Telephone: (601) 359-1350

Mississippi State Senate
(52 State Senators)
State Capitol
400 High Street
Jackson, Mississippi 39201
Telephone: (601) 359-3770

Mississippi State House of Representatives
(122 State Representatives)
State Capitol
400 High Street
Jackson, Mississippi 39201
Telephone: (601) 359-3770

## MISSOURI:

Honorable Eric Greitens
Governor of Missouri
Capitol Building – Room 216
Jefferson City, Missouri  65102
Telephone:  (573) 751-3222

Honorable Joshua Hawley
Missouri Attorney General
Supreme Court Building
207 West High Street - P.O.
Box 899
Jefferson City, Missouri  65102
Telephone: (573) 751-3221

Honorable John R. Ashcroft
Missouri Secretary of State
Elections Division
600 West Main Street
Jefferson City, Missouri  65101
Telephone:  (573) 751-2379

Missouri State Senate
(34 State Senators)
State Capitol
201 West Capitol Avenue
Jefferson City, Missouri  65101
Telephone:  (573) 751-4186

Missouri State House of
Representatives
(163 State Representatives)
State Capitol
201 West Capitol Avenue
Jefferson City, Missouri  65101
Telephone:  (573) 751-4186

## MONTANA:

Honorable Steve Bullock
Governor of Montana
State Capitol
Helena, Montana  59620-0801
Telephone:  (406) 444-3111

Honorable Tim Fox
Montana Attorney General
Montana Department of Justice
215 North Sanders Street
Helena, Montana  59620
Telephone:  (406) 444-2026

Honorable Corey Stapleton
Montana Secretary of State
1301 East 6th Avenue #2
Helena, Montana  59601
Telephone:  (406) 444-4800

Montana State Senate
(50 State Senators)
State House
P.O. Box 200500
Helena, Montana  59620-0500
Telephone:  (406) 444-4801

Montana State House of
Representatives
(100 State Representatives)
State House
P.O. Box 200400
Helena, Montana  59620-0400
Telephone:  (406) 444-4200

## NEBRASKA:

Honorable Pete Ricketts
Governor of Nebraska
P.O. Box 94848
Lincoln, Nebraska  68509
Telephone:  (402) 471-2244

Honorable Doug Peterson
Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska  68500
Telephone:  (402) 471-2683

Honorable John A. Gale
Nebraska Secretary of State
State Capitol
1445 K Street – Third Floor
Lincoln, Nebraska  68508
Telephone:  (402) 471-2555

Nebraska Unicameral State
Legislature
(49 Members)
Nebraska State Capitol
1445 K Street
Lincoln, Nebraska  68508
Telephone:  (402) 471-2271

**NEVADA:**

Honorable Brian Sandoval
Governor of Nevada
Capitol Building
Carson City, Nevada 89701
Telephone: (775) 684-5670

Honorable Adam Paul Laxalt
Nevada State Attorney General
100 North Carson Street
Carson City, Nevada 89701
Telephone: (775) 684-1100

Honorable Barbara K. Cegavske
Nevada Secretary of State
101 North Carson Street –Suite 3
Carson City, Nevada 89701
Telephone: (775) 684-5708

Nevada State Senate
(21 State Senators)
401 South Carson Street
Carson City, Nevada 89701-447
Telephone: (775) 684-6827

Nevada State House of Representatives
(42 State Representatives)
401 South Carson Street
Carson City, Nevada 89701-447
Telephone: (775) 684-6827

**NEW HAMPSHIRE:**

Honorable Chris Sununu
Governor of New Hampshire
107 North Main Street – Room 208
Concord, New Hampshire 03301
Telephone: (603) 271-2121

Honorable Joseph Foster
New Hampshire State Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301
Telephone: (603) 271-3658

Honorable William M. Gardner
New Hampshire Secretary of State
Secretary of State's Office – Elections Division
State House, Room 204
107 North Main Street
Concord, New Hampshire 03301
Telephone: (603) 271-3242

New Hampshire State Senate
(24 State Senators)
State House
107 North Main Street
Concord, New Hampshire 03301
Telephone: (603) 271-2111

New Hampshire State House of Representatives
(400 State Representatives)
State House
107 North Main Street
Concord, New Hampshire 03301
Telephone: (603) 271-2548

**NEW JERSEY:**

Honorable Chris Christie
Governor of New Jersey
The State House
West State Street
Trenton, New Jersey 08625
Telephone: (609) 292-6000

Honorable Kim Guadagno
Lt. Governor / Secretary of State
Department of State – Division of Elections
33 West State Street – 4th Floor
Trenton, New Jersey 08625

Honorable Christopher S. Porrino
Acting Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street
Trenton, New Jersey 08625
Telephone: (609) 292-4925

New Jersey State Senate
(40 State Senators)
State House – Room 115
Trenton, New Jersey 08625
Telephone: (609) 847-3915

New Jersey State General Assembly
(80 State Representatives)
State House – Room 214
Trenton, New Jersey 08625
Telephone: (609) 847-3115

| **NEW MEXICO:** | **NEW YORK:** | **NORTH CAROLINA:** |
|---|---|---|
| Honorable Susana Martinez<br>Governor of New Mexico<br>State Capitol – Fourth Floor<br>Santa Fe, New Mexico  87501<br>Telephone:  (505) 476-2200 | Honorable Andrew Cuomo<br>Governor of New York<br>State Capitol<br>Albany, New York  12224<br>Telephone:  (518) 474-8390 | Honorable Ray Cooper<br>Governor of North Carolina<br>20301 Mail Service Center<br>Raleigh, North Carolina  27699<br>Telephone:  (919) 814-2000 |
| Honorable Hector Balderas<br>New Mexico State Attorney General<br>408 Galistero Street<br>Santa Fe, New Mexico  87501<br>Telephone:  (505) 490-4060 | Honorable Eric Schneiderman<br>New York State Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, New York  12224-0341<br>Telephone:  (800) 771-7755 | Honorable Josh Stein<br>North Carolina State Attorney General<br>9001 Mail Service Center<br>Raleigh, North Carolina  27699-9001<br>Telephone:  (919) 716-6400 |
| Honorable Dianna Duran<br>New Mexico Secretary of State<br>New Mexico Capital Annex North<br>325 Don Gaspar – Suite 300<br>Santa Fe, New Mexico  87501<br>Telephone:  (800) 477-3632 | Honorable Rossana Rosado<br>New York Secretary of State<br>One Commerce Plaza<br>99 Washington Avenue<br>Albany, New York  10038-3804<br>Telephone:  (518) 473-3355 | Honorable Elaine F. Marshall<br>North Carolina Secretary of State<br>2 Salisbury Street<br>Raleigh, North Carolina  27601-2903<br>Telephone:  (919) 807-2000 |
| New Mexico State Senate<br>(24 State Senators)<br>State House<br>Corner of Old Santa Fe Trail and<br>Paseo de Peralta<br>Santa Fe, New Mexico  87501<br>Telephone:  (505) 986-4714 | New York State Senate<br>(63 State Senators)<br>Capitol Building<br>Washington Avenue<br>Albany, New York  12224<br>Telephone:  (518) 474-2418 | North Carolina State Senate<br>(50 State Senators)<br>State House<br>Raleigh, North Carolina  27601-1096<br>Telephone:  (919) 733-4111 |
| New Mexico State House of Representatives<br>(70 State Representatives)<br>Corner of Old Santa Fe Trail and<br>Paseo de Peralta<br>Santa Fe, New Mexico  87501<br>Telephone:  (505) 986-4751 | New York State House of Representatives<br>(150 State Representatives)<br>Capitol Building<br>Washington Avenue<br>Albany, New York  12224<br>Telephone:  (518) 474-2418 | North Carolina State House of Representatives<br>(120 State Representatives)<br>State House<br>Raleigh, North Carolina  27601-1096<br>Telephone:  (919) 733-4111 |

**NORTH DAKOTA:**

Honorable Doug Burgum
Governor of North Dakota
Dept. 101
600 East Boulevard Avenue
Bismarck, North Dakota 58505
Telephone: (701) 328-2200

Honorable Wayne Stenehjem
North Dakota Attorney General
600 East Boulevard Avenue
Dep. 125
Bismarck, North Dakota 58505
Telephone: (701) 328-2210

Honorable Al Jaeger
North Dakota Secretary of State
600 East Boulevard Avenue
Dep. 108
Bismarck, North Dakota
58505-0500
Telephone: (701) 328-2900

North Dakota State Senate
(47 State Senators)
State Capitol
600 East Boulevard
Bismarck, North Dakota 58505
Telephone: (701) 328-3373

North Dakota State House of
Representatives
(94 State Representatives)
State Capitol
600 East Boulevard
Bismarck, North Dakota 58505
Telephone: (701) 328-3373

**OHIO:**

Honorable John Kasich
Governor of Ohio
30th Floor
77 South High Street
Columbus, Ohio 43215
Telephone: (614) 466-3555

Honorable Mike DeWine
Ohio State Attorney General
30 East Broad Street – 14th
Floor
Columbus, Ohio 43215
Telephone: (614) 466-4986

Honorable Jon Husted
Ohio Secretary of State
Continental Plaza
180 East Broad Street
Columbus, Ohio 432315
Telephone: (877) 767-6446

Ohio State Senate
(33 State Senators)
Office of the Secretary
Senate Building
1 Capitol Square
Columbus, Ohio 43215
Telephone: (800) 282-0253

Ohio State House of
Representatives
(99 State Representatives)
Office of the Clerk
77 South High Street
Columbus, Ohio 43215
Telephone: (800) 282-0253

**OKLAHOMA:**

Honorable Mary Fallin
Governor of Oklahoma
Capitol Building
2300 Lincoln Boulevard –
Room 212
Oklahoma City, Oklahoma
73105
Telephone: (405) 521-2343

Honorable Mike Hunter
Oklahoma State Attorney
General
313 North East 21st Street
Oklahoma City, Oklahoma
73105
Telephone: (405) 521-3921

Honorable Hike Hunter
Oklahoma Secretary of State
Oklahoma State Capitol
2300 North Lincoln Boulevard
– Suite 101
Oklahoma City, Oklahoma
73105
Telephone: (405) 521-3912

Oklahoma State Senate
(48 State Senators)
State Capitol Building
2300 North Lincoln Boulevard
Oklahoma City, Oklahoma
73105
Telephone: (405) 524-0126

Oklahoma State House of
Representatives
(101 State Representatives)
State Capitol Building
2300 North Lincoln Boulevard
Oklahoma City, Oklahoma
73105
Telephone: (405) 521-2711

## OREGON:

Honorable Kate Brown
Governor of Oregon
State Capitol – Room 160
900 Court Street North
Salem, Oregon  97301
Telephone:  (503) 378-4582

Honorable Ellen F. Rosenblum
Oregon State Attorney General
Oregon Department of Justice
1162 Court Street North East
Salem, Oregon  97301-4096
Telephone:  (503) 378-4400

Honorable Dennis Richardson
Oregon Secretary of State
Elections Division
Public Service Building – Suite 501
255 Capitol Street North East
Salem, Oregon  97310
Telephone:  (503) 373-7414

Oregon State Senate
(30 State Senators)
Oregon State Capitol
900 Court Street North East
Salem, Oregon  97301
Telephone:  (503) 986-1851

Oregon State House of Representatives
(60 State Representatives)
Oregon State Capitol
900 Court Street North East
Salem, Oregon  97301
Telephone:  (503) 986-1870

## PENNSYLVANIA:

Honorable Tom Wolf
Governor of Pennsylvania
Room 225
Main Capitol Building
Harrisburg,        Pennsylvania
17120
Telephone:  (717) 787-2500

Honorable Josh Shapiro
Pennsylvania  State  Attorney
General
16th Floor – Strawberry Square
Harrisburg,        Pennsylvania
17120
Telephone:  (717) 787-3391

Honorable Pedro A. Cortes
Pennsylvania Secretary of State
302 North Office Building
Harrisburg,        Pennsylvania
17120
Telephone:  (717) 787-6458

Pennsylvania State Senate
(50 State Senators)
Pennsylvania  State  Capitol
Building
Commonwealth Avenue
Harrisburg,        Pennsylvania
17120
Telephone:  (800) 868-7672

Pennsylvania  State  House  of
Representatives
(203 State Representatives)
Pennsylvania  State  Capitol
Building
Commonwealth Avenue
Harrisburg,        Pennsylvania
17120
Telephone:  (800) 868-7672

## RHODE ISLAND:

Honorable Gina Raimondo
Governor of Rhode Island
82 Smith Street
Providence,    Rhode    Island
02903
Telephone:  (401) 222-2080

Honorable Peter F. Kilmartin
Rhode Island Attorney General
150 South Main Street
Providence,    Rhode    Island
02903
Telephone:  (401) 274-4400

Honorable Nellie M. Gorbea
Rhode Island Secretary of State
Rhode Island State House
82 Smith Street #217
Providence,    Rhode    Island
02903
Telephone:  (401) 222-2357

Rhode Island State Senate
(38 State Senators)
Rhode Island State House
82 Smith Street
Providence,    Rhode    Island
02903
Telephone:  (401) 222-6655

Rhode Island State House of
Representatives
(75 State Representatives)
Rhode Island State House
82 Smith Street
Providence,    Rhode    Island
02903
Telephone:  (401) 222-2466

**SOUTH CAROLINA:**

Honorable Henry McMaster
Governor of South Carolina
1205 Pendleton Street
Columbia,   South   Carolina
29201
Telephone: (803) 734-2100

Honorable Alan Wilson
South   Carolina   Attorney
General
Rembert Dennis Building
1000 Assembly Street – Room
519
Columbia,   South   Carolina
29201
Telephone: (803) 734-3970

Honorable Mark Hammond
South Carolina Secretary of
State
Edgar Brown Building
1205 Pendleton Street – Suite
525
Columbia,   South   Carolina
29201
Telephone: (803) 734-2170

South Carolina State Senate
(46 State Senators)
State House
Columbia,   South   Carolina
29201
Telephone: (803) 734-2430

South Carolina State House of
Representatives
(179 State Representatives)
State House
Columbia,   South   Carolina
29201
Telephone: (803) 734-2430

**SOUTH DAKOTA:**

Honorable Dennis Daugaard
Governor of South Dakota
500 East Capitol Street
Pierre, South Dakota  57501
Telephone: (605) 773-3212

Honorable Marty Jackley
South Dakota Attorney General
1302 East Highway 14 – Suite 1
Pierre,  South  Dakota   57501-
8501
Telephone: (605) 773-3215

Honorable Shantel Krebs
South Dakota Secretary of State
South Dakota State Capitol
500 East Capitol Avenue #204
Pierre, South Dakota  57501
Telephone: (605) 773-3537

South Dakota State Senate
(35 State Senators)
Capitol Building
500 East Capital Avenue
Pierre, South Dakota  57501
Telephone: (605) 773-3251

South Dakota State House of
Representatives
(70 State Representatives)
Capitol Building
500 East Capital Avenue
Pierre, South Dakota  57501
Telephone: (605) 773-3251

**TENNESSEE:**

Honorable Bill Haslam
Governor of Tennessee
Tennessee State Capitol
Nashville, Tennessee   37243-
0001
Telephone: (615) 741-2001

Honorable Herbert R. Slattery,
III
Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee   37202-
0207
Telephone: (615) 741-2009

Honorable Tre Hargett
Tennessee Secretary of State
Division of Elections
312 Rosa L. Parks Avenue
7th Floor, Snodgrass tower
Nashville, Tennessee   37243-
1102
Telephone: (615)741-2286

Tennessee State Senate
(33 State Senators)
State Capitol, 2nd Floor
Nashville, Tennessee 37243
Telephone: (615) 741-2730

Tennessee   State   House   of
Representatives
(99 State Representatives)
19 Legislative Plaza
Nashville, Tennessee   37243-
0104
Telephone: (615) 741-0709

**VIRGINIA:**

Honorable Terry McAuliffe
Governor of Virginia
Capitol Square
1111 East Broad Street
Richmond, Virginia 23218
Telephone: 804-786-2211

Honorable Mark Herring
Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-2071

Honorable Kelly Thomasson
Secretary to the Commonwealth
of Virginia
Capitol Square
1111 East Broad Street
Richmond, Virginia 23218
Telephone: (804) 786-2441

Virginia State Senate
(40 State Senators)
State Capitol
1000 Bank Street
Richmond, Virginia 23219
Telephone: (804) 698-7400

Virginia House of Delegates
(100 State Delegates)
State Capitol
1000 Bank Street
Richmond, Virginia 23219
Telephone: (804) 698-1619

**WASHINGTON:**

Honorable Jay Inslee
Governor of Washington
P.O. Box 40002
Olympia, Washington 98504-0002
Telephone: (360) 902-4111

Honorable Bob Ferguson
Washington State Attorney General
1125 Washington Street South East
P.O. Box 40100
Olympia, Washington 98504-0100

Honorable Kim Wyman
Washington Secretary of State
Legislative Building – P.O. Box 40220
Olympia, Washington 98504-0220
Telephone: (360) 902-4151

Washington State Senate
(49 State Senators)
P.O. Box 40482
Olympia, Washington 98504-0482
Telephone: (360) 786-7550

Washington State House of Representatives
(98 State Representatives)
P.O. Box 40600
Olympia, Washington 98504-0600
Telephone: (360) 786-7101

**WEST VIRGINIA:**

Honorable Jim Justice
Governor of West Virginia
1900 Kanawah Street
Charleston, West Virginia 25305
Telephone: (304) 558-2000

Honorable Patrick Morrisey
West Virginia State Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25305
Telephone: (304) 558-2021

Honorable Mac Warner
West Virginia Secretary of State
Building 1, Suite 157-K
1900 Kanawha Boulevard East
Charleston, West Virginia 25305-0770
Telephone: (304) 558-6000

West Virginia State Senate
(34 State Senators)
1900 Kanawha Boulevard East
Charleston, West Virginia 25311
Telephone: (877) 565-3447

West Virginia State House of Representatives
(100 State Representatives)
1900 Kanawha Boulevard East
Charleston, West Virginia 25311
Telephone: (877) 565-3447

## WISCONSIN:

Honorable Scott Walker
Governor of Wisconsin
115 East State Capitol
Madison, Wisconsin 53707
Telephone: (608) 266-1212

Honorable Brad Schimel
Wisconsin State Attorney
General
Wisconsin Department of
Justice
17 West Main Street - P.O. Box
7857
Madison, Wisconsin 53703-
7857
Telephone: (608) 266-1221

Honorable Doug La Follette
Wisconsin Secretary of State
B41 West
State Capitol
Madison, Wisconsin 53702
Telephone: (608) 266-8888

Wisconsin State Senate
(33 State Senators)
P.O. Box 7882
Madison, Wisconsin 53702
Telephone: (608) 266-2511

Wisconsin State House of
Representatives
(99 State Representatives)
17 West Main Street – room
401
Madison, Wisconsin 53703
Telephone: (698) 266-1501

## WYOMING:

Honorable Matthew Mead
Governor of Wyoming
State Capitol Building – Room
124
Cheyenne, Wyoming 82002
Telephone: (307) 777-7434

Honorable Peter K. Michael
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Telephone: (307) 777-7841

Honorable Ed Murray
Wyoming Secretary of State
Elections Division
2020 Carey Avenue – Suite 600
Cheyenne, Wyoming 82002-
0020
Telephone: (307) 777-5860

Wyoming State Senate
(30 State Senators)
213 State Capitol
Cheyenne, Wyoming 82002
Telephone: (307) 777-7881

Wyoming State House of
Representatives
(60 State Representatives)
213 State Capitol
Cheyenne, Wyoming 82002
Telephone: (307) 777-7881

**"Exhibit D"**

12

# LIST OF SENATORS BY STATE

Republicans in roman (52); Democrats in *italic* (46); Independents in SMALL CAPS (2); vacancies (0); total 100.

*Alabama*—Richard C. Shelby and Luther Strange[1]
*Alaska*—Lisa Murkowski and Dan Sullivan
*Arizona*—John McCain and Jeff Flake
*Arkansas*—John Boozman and Tom Cotton
*California*—*Dianne Feinstein* and *Kamala D. Harris*
*Colorado*—*Michael F. Bennet* and Cory Gardner
*Connecticut*—*Richard Blumenthal* and *Christopher Murphy*
*Delaware*—*Thomas R. Carper* and *Christopher A. Coons*
*Florida*—*Bill Nelson* and Marco Rubio
*Georgia*—Johnny Isakson and David Perdue
*Hawaii*—*Brian Schatz* and *Mazie K. Hirono*
*Idaho*—Mike Crapo and James E. Risch
*Illinois*—*Richard J. Durbin* and *Tammy Duckworth*
*Indiana*—*Joe Donnelly* and Todd Young
*Iowa*—Chuck Grassley and Joni Ernst
*Kansas*—Pat Roberts and Jerry Moran
*Kentucky*—Mitch McConnell and Rand Paul
*Louisiana*—Bill Cassidy and John Kennedy
*Maine*—Susan M. Collins and ANGUS S. KING, JR.
*Maryland*—*Benjamin L. Cardin* and *Chris Van Hollen*
*Massachusetts*—*Elizabeth Warren* and *Edward J. Markey*
*Michigan*—*Debbie Stabenow* and *Gary C. Peters*
*Minnesota*—*Amy Klobuchar* and *Al Franken*
*Mississippi*—Thad Cochran and Roger F. Wicker
*Missouri*—*Claire McCaskill* and Roy Blunt
*Montana*—*Jon Tester* and Steve Daines
*Nebraska*—Deb Fischer and Ben Sasse
*Nevada*—Dean Heller and *Catherine Cortez Masto*
*New Hampshire*—*Jeanne Shaheen* and *Maggie Hassan*
*New Jersey*—*Robert Menendez* and *Cory A. Booker*
*New Mexico*—*Tom Udall* and *Martin Heinrich*
*New York*—*Charles E. Schumer* and *Kirsten E. Gillibrand*
*North Carolina*—Richard Burr and Thom Tillis
*North Dakota*—John Hoeven and *Heidi Heitkamp*
*Ohio*—*Sherrod Brown* and Rob Portman
*Oklahoma*—James M. Inhofe and James Lankford
*Oregon*—*Ron Wyden* and *Jeff Merkley*
*Pennsylvania*—*Robert P. Casey, Jr.*, and Patrick J. Toomey
*Rhode Island*—*Jack Reed* and *Sheldon Whitehouse*
*South Carolina*—Lindsey Graham and Tim Scott
*South Dakota*—John Thune and Mike Rounds
*Tennessee*—Lamar Alexander and Bob Corker
*Texas*—John Cornyn and Ted Cruz
*Utah*—Orrin G. Hatch and Mike Lee
*Vermont*—*Patrick J. Leahy* and BERNARD SANDERS
*Virginia*—*Mark R. Warner* and *Tim Kaine*
*Washington*—*Patty Murray* and *Maria Cantwell*
*West Virginia*—*Joe Manchin III* and Shelley Moore Capito
*Wisconsin*—Ron Johnson and *Tammy Baldwin*
*Wyoming*—Michael B. Enzi and John Barrasso

[1] Jeff Sessions resigned on February 8, 2017.

"Exhibit E"

# UNITED STATES SENATE

Washington, D.C. 20510

### 115th CONGRESS
### SUITE AND TELEPHONE LIST

Copies Available in Sergeant at Arms/IT Support Services, SH–121

SR—Russell Building
SD—Dirksen Building
SH—Hart Building

All telephone numbers preceded by 22 prefix

INFORMATION
From Outside Dial:
Senate—224–3121
House—225–3121
From Inside Dial:
0 for Capitol Operator Assistance
9 for an Outside Line

| Senator | | Suite | Phone | Senator | | Suite | Phone |
|---|---|---|---|---|---|---|---|
| Vice President | | | | KAINE, Tim | (D-VA) | SR-231 | 4-4024 |
| PENCE, Michael R. | | | 4-2424 | KENNEDY, John | (R-LA) | SR-383 | 4-4623 |
| ALEXANDER, Lamar | (R-TN) | SD-455 | 4-4944 | KING, Jr., Angus S. | (I-ME) | SH-133 | 4-5344 |
| BALDWIN, Tammy | (D-WI) | SH-709 | 4-5653 | KLOBUCHAR, Amy | (D-MN) | SH-302 | 4-3244 |
| BARRASSO, John | (R-WY) | SD-307 | 4-6441 | LANKFORD, James | (R-OK) | SH-316 | 4-5754 |
| BENNET, Michael F. | (D-CO) | SR-261 | 4-5852 | LEAHY, Patrick J. | (D-VT) | SR-437 | 4-4242 |
| BLUMENTHAL, Richard | (D-CT) | SH-706 | 4-2823 | LEE, Mike | (R-UT) | SR-361A | 4-5444 |
| BLUNT, Roy | (R-MO) | SR-260 | 4-5721 | MANCHIN III, Joe | (D-WV) | SH-306 | 4-3954 |
| BOOKER, Cory A. | (D-NJ) | SD-359 | 4-3224 | MARKEY, Edward J. | (D-MA) | SD-255 | 4-2742 |
| BOOZMAN, John | (R-AR) | SH-141 | 4-4843 | McCAIN, John | (R-AZ) | SR-218 | 4-2235 |
| BROWN, Sherrod | (D-OH) | SH-713 | 4-2315 | McCASKILL, Claire | (D-MO) | SH-503 | 4-6154 |
| BURR, Richard | (R-NC) | SR-217 | 4-3154 | McCONNELL, Mitch | (R-KY) | SR-317 | 4-2541 |
| CANTWELL, Maria | (D-WA) | SH-511 | 4-3441 | MENENDEZ, Robert | (D-NJ) | SH-528 | 4-4744 |
| CAPITO, Shelley Moore | (R-WV) | SR-172 | 4-6472 | MERKLEY, Jeff | (D-OR) | SH-313 | 4-3753 |
| CARDIN, Benjamin L. | (D-MD) | SH-509 | 4-4524 | MORAN, Jerry | (R-KS) | SD-521 | 4-6521 |
| CARPER, Thomas R. | (D-DE) | SH-513 | 4-2441 | MURKOWSKI, Lisa | (R-AK) | SH-522 | 4-6665 |
| CASEY, Jr., Robert P. | (D-PA) | SR-393 | 4-6324 | MURPHY, Christopher | (D-CT) | SH-136 | 4-4041 |
| CASSIDY, Bill | (R-LA) | SH-520 | 4-5824 | MURRAY, Patty | (D-WA) | SR-154 | 4-2621 |
| COCHRAN, Thad | (R-MS) | SD-113 | 4-5054 | NELSON, Bill | (D-FL) | SH-716 | 4-5274 |
| COLLINS, Susan M. | (R-ME) | SD-413 | 4-2523 | PAUL, Rand | (R-KY) | SR-167 | 4-4343 |
| COONS, Christopher A. | (D-DE) | SR-127A | 4-5042 | PERDUE, David | (R-GA) | SR-455 | 4-3521 |
| CORKER, Bob | (R-TN) | SD-425 | 4-3344 | PETERS, Gary C. | (D-MI) | SH-724 | 4-6221 |
| CORNYN, John | (R-TX) | SH-517 | 4-2934 | PORTMAN, Rob | (R-OH) | SR-448 | 4-3353 |
| CORTEZ MASTO, Catherine | (D-NV) | SR-204 | 4-3542 | REED, Jack | (D-RI) | SH-728 | 4-4642 |
| COTTON, Tom | (R-AR) | SR-124 | 4-2353 | RISCH, James E. | (R-ID) | SR-483 | 4-2752 |
| CRAPO, Mike | (R-ID) | SD-239 | 4-6142 | ROBERTS, Pat | (R-KS) | SH-109 | 4-4774 |
| CRUZ, Ted | (R-TX) | SR-404 | 4-5922 | ROUNDS, Mike | (R-SD) | SH-502 | 4-5842 |
| DAINES, Steve | (R-MT) | SH-320 | 4-2651 | RUBIO, Marco | (R-FL) | SR-284 | 4-3041 |
| DONNELLY, Joe | (D-IN) | SH-720 | 4-4814 | SANDERS, Bernard | (I-VT) | SD-332 | 4-5141 |
| DUCKWORTH, Tammy | (D-IL) | SH-524 | 4-2854 | SASSE, Ben | (R-NE) | SR-136 | 4-4224 |
| DURBIN, Richard J. | (D-IL) | SH-711 | 4-2152 | SCHATZ, Brian | (D-HI) | SH-722 | 4-3934 |
| ENZI, Michael B. | (R-WY) | SR-379A | 4-3424 | SCHUMER, Charles E. | (D-NY) | SH-322 | 4-6542 |
| ERNST, Joni | (R-IA) | SR-111 | 4-3254 | SCOTT, Tim | (R-SC) | SH-717 | 4-6121 |
| FEINSTEIN, Dianne | (D-CA) | SH-331 | 4-3841 | SHAHEEN, Jeanne | (D-NH) | SH-506 | 4-2841 |
| FISCHER, Deb | (R-NE) | SR-454 | 4-6551 | SHELBY, Richard C. | (R-AL) | SR-304 | 4-5744 |
| FLAKE, Jeff | (R-AZ) | SR-413 | 4-4521 | STABENOW, Debbie | (D-MI) | SH-731 | 4-4822 |
| FRANKEN, Al | (D-MN) | SH-309 | 4-5641 | STRANGE, Luther | (R-AL) | SR-326 | 4-4124 |
| GARDNER, Cory | (R-CO) | SR-354 | 4-5941 | SULLIVAN, Dan | (R-AK) | SH-702 | 4-3004 |
| GILLIBRAND, Kirsten E. | (D-NY) | SR-478 | 4-4451 | TESTER, Jon | (D-MT) | SH-311 | 4-2644 |
| GRAHAM, Lindsey | (R-SC) | SR-290 | 4-5972 | THUNE, John | (R-SD) | SD-511 | 4-2321 |
| GRASSLEY, Chuck | (R-IA) | SH-135 | 4-3744 | TILLIS, Thom | (R-NC) | SD-185 | 4-6342 |
| HARRIS, Kamala D. | (D-CA) | SH-112 | 4-3553 | TOOMEY, Patrick J. | (R-PA) | SR-248 | 4-4254 |
| HASSAN, Maggie | (D-NH) | SH-330 | 4-3324 | UDALL, Tom | (D-NM) | SH-531 | 4-6621 |
| HATCH, Orrin G. | (R-UT) | SH-104 | 4-5251 | VAN HOLLEN, Chris | (D-MD) | SH-110 | 4-4654 |
| HEINRICH, Martin | (D-NM) | SH-303 | 4-5521 | WARNER, Mark R. | (D-VA) | SH-703 | 4-2023 |
| HEITKAMP, Heidi | (D-ND) | SH-516 | 4-2043 | WARREN, Elizabeth | (D-MA) | SH-317 | 4-4543 |
| HELLER, Dean | (R-NV) | SH-324 | 4-6244 | WHITEHOUSE, Sheldon | (D-RI) | SH-530 | 4-2921 |
| HIRONO, Mazie K. | (D-HI) | SH-730 | 4-6361 | WICKER, Roger F. | (R-MS) | SD-555 | 4-6253 |
| HOEVEN, John | (R-ND) | SR-338 | 4-2551 | WYDEN, Ron | (D-OR) | SD-221 | 4-5244 |
| INHOFE, James M. | (R-OK) | SR-205 | 4-4721 | YOUNG, Todd | (R-IN) | SR-400 | 4-5623 |
| ISAKSON, Johnny | (R-GA) | SR-131 | 4-3643 | | | | |
| JOHNSON, Ron | (R-WI) | SH-328 | 4-5323 | | | | |

Published by the Senate Sergeant at Arms/IT Support Services
March 31, 2017

Honorable Lamar Alexander
United States Senator
Dirksen Building – Suite 455
Washington, D.C. 20510

Honorable Tammy Baldwin
United States Senator
Hart Building – Suite 709
Washington, D.C. 20510

Honorable John Barrasso
United States Senator
Dirksen Building – Suite 307
Washington, D.C. 20510

Honorable Michael F. Bennet
United States Senator
Russell Building – Suite 261
Washington, D.C. 20510

Honorable Richard Blumenthal
United States Senator
Hart Building – Suite 706
Washington, D.C. 20510

Honorable Roy Blunt
United States Senator
Russell Building – Suite 260
Washington, D.C. 20510

Honorable Corey A. Booker
United States Senator
Dirksen Building – Suite 359
Washington, D.C. 20510

Honorable John Boozman
United States Senator
Hart Building – Suite 141
Washington, D.C. 20510

Honorable Sherrod Brown
United States Senator
Hart Building – Suite 713
Washington, D.C. 20510

Honorable Richard Burr
United States Senator
Russell Building – Suite 217
Washington, D.C. 20510

Honorable Maria Cantwell
United States Senator
Hart Building – Suite 511
Washington, D.C. 20510

Honorable Shelly Moore Capito
United States Senator
Russell Building – Suite 172
Washington, D.C. 20510

Honorable Benjamin L. Cardin
United States Senator
Hart Building – Suite 509
Washington, D.C. 20510

Honorable Thomas R. Carper
United States Senator
Hart Building – Suite 513
Washington, D.C. 20510

Honorable Robert P. Casey, Jr.
United States Senator
Russell Building – Suite 393
Washington, D.C. 20510

Honorable Bill Cassidy
United States Senator
Hart Building – Suite 520
Washington, D.C. 20510

Honorable Thad Cochran
United States Senator
Dirksen Building – Suite 113
Washington, D.C. 20510

Honorable Susan Collins
United States Senator
Dirksen Building – Suite 413
Washington, D.C. 20510

Honorable Christopher Coons
United States Senator
Russell Building – Suite 127A
Washington, D.C. 20510

Honorable Bob Corker
United States Senator
Dirksen Building – Suite 425
Washington, D.C. 20510

Honorable John Cornyn
United States Senator
Hart Building – Suite 517
Washington, D.C. 20510

Honorable Catherine Cortez Masto
United States Senator
Russell Building – Suite 204
Washington, D.C. 20510

Honorable Tom Cotton
United States Senator
Russell Building – Suite 124
Washington, D.C. 20510

Honorable Mike Crapo
United States Senator
Dirksen Building – Suite 239
Washington, D.C. 20510

Honorable Ted Cruz
United States Senator
Russell Building – Suite 404
Washington, D.C. 20510

Honorable Steve Daines
United States Senator
Hart Building – Suite 320
Washington, D.C. 20510

Honorable Joe Donnelly
United States Senator
Hart Building – Suite 720
Washington, D.C. 20510

Honorable Tammy Duckworth
United States Senator
Hart Building – Suite 524
Washington, D.C. 20510

Honorable Richard Durbin
United States Senator
Hart Building – Suite 711
Washington, D.C. 20510

Honorable Michael B. Enzi
United States Senator
Russell Building – Suite 379A
Washington, D.C. 20510

Honorable Joni Ernst
United States Senator
Russell Building – Suite 111
Washington, D.C. 20510

Honorable Diane Feinstein
United States Senator
Hart Building – Suite 331
Washington, D.C. 20510

Honorable Deb Fisher
United States Senator
Russell Building – Suite 454
Washington, D.C. 20510

Honorable Jeff Flake
United States Senator
Russell Building – Suite 413
Washington, D.C. 20510

Honorable Al Franken
United States Senator
Hart Building – Suite 309
Washington, D.C. 20510

Honorable Cory Gardner
United States Senator
Russell Building – Suite 354
Washington, D.C. 20510

Honorable Kirsten E. Gillibrand
United States Senator
Russell Building – Suite 478
Washington, D.C. 20510

Honorable Lindsey Graham
United States Senator
Russell Building – Suite 290
Washington, D.C. 20510

Honorable Chuck Grassley
United States Senator
Hart Building – Suite 135
Washington, D.C. 20510

Honorable Kamala D. Harris
United States Senator
Hart Building – Suite 112
Washington, D.C. 20510

Honorable Maggie Hassan
United States Senator
Hart Building – Suite 330
Washington, D.C. 20510

Honorable Orrin G. Hatch
United States Senator
Hart Building – Suite 104
Washington, D.C. 20510

Honorable Martin Heinrich
United States Senator
Hart Building – Suite 303
Washington, D.C. 20510

Honorable Heidi Heitkamp
United States Senator
Hart Building – Suite 516
Washington, D.C. 20510

Honorable Dean Heller
United States Senator
Hart Building – Suite 324
Washington, D.C. 20510

Honorable Mazie K. Hirono
United States Senator
Hart Building – Suite 730
Washington, D.C. 20510

Honorable John Hoeven
United States Senator
Russell Building – Suite 338
Washington, D.C. 20510

Honorable James M. Inhofe
United States Senator
Russell Building – Suite 205
Washington, D.C. 20510

Honorable Johnny Isakson
United States Senator
Russell Building – Suite 131
Washington, D.C. 20510

Honorable Ron Johnson
United States Senator
Hart Building – Suite 328
Washington, D.C. 20510

Honorable Tim Kaine
United States Senator
Russell Building – Suite 231
Washington, D.C. 20510

Honorable John Kennedy
United States Senator
Russell Building – Suite 383
Washington, D.C. 20510

Honorable Angus S. King, Jr.
United States Senator
Hart Building -- Suite 133
Washington, D.C. 20510

Honorable Amy Klobuchar
United States Senator
Hart Building – Suite 302
Washington, D.C. 20510

Honorable James Lankford
United States Senator
Hart Building – Suite 316
Washington, D.C. 20510

Honorable Patrick Leahy
United States Senator
Russell Building – Suite 437
Washington, D.C.  20510

Honorable Mike Lee
United States Senator
Russell Building – Suite 361A
Washington, D.C.  20510

Honorable Joe Manchin III
United States Senator
Hart Building – Suite 306
Washington, D.C.  20510

Honorable Edward J. Markey
United States Senator
Dirksen Building – Suite 255
Washington, D.C.  20510

Honorable John McCain
United States Senator
Russell Building – Suite 218
Washington, D.C.  20510

Honorable Claire McCaskill
United States Senator
Hart Building – Suite 503
Washington, D.C.  20510

Honorable Mitch McConnell
United States Senator
Russell Building – Suite 317
Washington, D.C.  20510

Honorable Robert Menendez
United States Senator
Hart Building – Suite 528
Washington, D.C.  20510

Honorable Jeff Merkley
United States Senator
Hart Building – Suite 313
Washington, D.C.  20510

Honorable Jerry Moran
United States Senator
Dirksen Building – Suite 521
Washington, D.C.  20510

Honorable Lisa Murkowski
United States Senator
Hart Building – Suite 522
Washington, D.C.  20510

Honorable Christopher Murphy
United States Senator
Hart Building – Suite 136
Washington, D.C.  20510

Honorable Patty Murray
United States Senator
Russell Building – Suite 154
Washington, D.C.  20510

Honorable Bill Nelson
United States Senator
Hart Building – Suite 716
Washington, D.C.  20510

Honorable Rand Paul
United States Senator
Russell Building – Suite 167
Washington, D.C.  20510

Honorable David Perdue
United States Senator
Russell Building – Suite 455
Washington, D.C.  20510

Honorable Gary Peters
United States Senator
Hart Building – Suite 724
Washington, D.C.  20510

Honorable Rob Portman
United States Senator
Russell Building – Suite 448
Washington, D.C.  20510

Honorable Jack Reed
United States Senator
Hart Building – Suite 728
Washington, D.C.  20510

Honorable James E. Risch
United States Senator
Russell Building – Suite 483
Washington, D.C.  20510

Honorable Pat Roberts
United States Senator
Hart Building – Suite 109
Washington, D.C.  20510

Honorable Mike Rounds
United States Senator
Hart Building – Suite 502
Washington, D.C.  20510

Honorable Marco Rubio
United States Senator
Russell Building – Suite 284
Washington, D.C.  20510

Honorable Bernard Sanders
United States Senator
Dirksen Building – Suite 332
Washington, D.C.  20510

Honorable Ben Sasse
United States Senator
Russell Building – Suite 136
Washington, D.C.  20510

Honorable Brian Schatz
United States Senator
Hart Building – Suite 722
Washington, D.C.  20510

Honorable Charles E. Schumer
United States Senator
Hart Building – Suite 322
Washington, D.C.  20510

Honorable Tim Scott
United States Senator
Hart Building – Suite 717
Washington, D.C.  20510

Honorable Jeanne Shaheen
United States Senator
Hart Building – Suite 506
Washington, D.C.  20510

Honorable Richard Shelby
United States Senator
Russell Building – Suite 304
Washington, D.C.  20510

Honorable Debbie Stabenow
United States Senator
Hart Building – Suite 731
Washington, D.C.  20510

Honorable Luther Strange
United States Senator
Russell Building – Suite 326
Washington, D.C.  20510

Honorable Dan Sullivan
United States Senator
Hart Building – Suite 702
Washington, D.C.  20510

Honorable Jon Tester
United States Senator
Hart Building – Suite 311
Washington, D.C.  20510

Honorable John Thune
United States Senator
Dirksen Building – Suite 511
Washington, D.C.  20510

Honorable Thom Tillis
United States Senator
Dirksen Building – Suite 185
Washington, D.C.  20510

Honorable Tom Udall
United States Senator
Russell Building – Suite 248
Washington, D.C.  20510

Honorable Chris Van Hollen
United States Senator
Hart Building – Suite 110
Washington, D.C.  20510

Honorable Mark Warner
United States Senator
Hart Building – Suite 110
Washington, D.C.  20510

Honorable Elizabeth Warren
United States Senator
Hart Building – Suite 317
Washington, D.C.  20510

Honorable Sheldon Whitehouse
United States Senator
Hart Building – Suite 530
Washington, D.C.  20510

Honorable Roger F. Wicker
United States Senator
Dirksen Building – Suite 555
Washington, D.C.  20510

Honorable Ron Wyden
United States Senator
Dirksen Building – Suite 221
Washington, D.C.  20510

Honorable Todd Young
United States Senator
Russell Building – Suite 400
Washington, D.C.  20510

**"Exhibit F"**



NATIONAL
ARCHIVES

FOR IMMEDIATE RELEASE                                    December 7, 2010

### The National Archives Presents the ORIGINAL Bill of Rights – with 12 Amendments!
*Bill of Rights Day is December 15 – 219th Anniversary*

*Washington, DC. . . .The following is a document alert -- part of a program sponsored by the National Archives to notify the media of documents in the holdings of the National Archives that are relevant to national holidays, anniversaries or current events. This program is based on original records from the National Archives, its 13 Presidential libraries and 14 regional facilities, and is designed to offer the media an historical perspective on events that occur periodically and to highlight historical antecedents to current political or diplomatic initiatives.*

Americans cherish the first amendment as the expression of this country's most treasured personal freedoms. However, the ringing phrases that inventory freedom of speech, press, assembly, petition, and the right to a fair and speedy trial were not originally the first amendment in the Bill of Rights.

The Bill of Rights is actually an informal name for the joint resolution which the first Congress passed on September 25, 1789. The original resolution, engrossed (written in a large hand) on parchment and signed by Speaker of the House Frederick Augustus Muhlenberg, and President of the Senate John Adams, is the Federal government's official copy which is on permanent display in the Rotunda for the Charters of Freedom at the National Archives in Washington, DC. It contains 12 – not 10 – amendments.

In this *original* Bill of Rights, the first article outlines the ratio of constituents to each congressional representative:

**Article the first** *[Not Ratified]*
After the first enumeration required by the first article of the Constitution, there shall be one Representative for every thirty thousand, until the number shall amount to one hundred, after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor less than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred; after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor more than one Representative for every fifty thousand persons.

Had this been ratified, there would be far more than 435 members of Congress –nearly 6,000. Currently, each member represents on average about 650,000 people.

The second article concerns congressional pay (this article was ratified in 1992 as the 27th amendment - 203 years after it was first suggested):

**Article the second**
No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of Representatives shall have intervened.

And the *third* article outlines personal freedoms:

**Article the third**
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

The then-11 states voted on this resolution on December 15, 1791. When the final votes were counted, only the latter ten of the 12 articles were ratified. These articles, originally numbered three through 12, became the first ten amendments to the U.S. Constitution, also known as the U.S. Bill of Rights. Thus Article the third became Article the first - the First Amendment.

The original Bill of Rights came to the National Archives in 1938 from the Department of State, which served as the keeper of important government records prior to the establishment of the National Archives in 1934. The other two documents on permanent display at the National Archives, the Declaration of Independence and the Constitution, came to the National Archives in 1952 from the Library of Congress.

Background
The Bill of Rights was not initially part of the U.S. Constitution. At the Constitutional Convention, the proposal to include a bill of rights was considered and defeated.

The fact that the Constitution did not include a bill of rights to specifically protect Americans' hard-won rights sparked the most heated debates during the ratification process. To the Federalists, those who favored the Constitution, a bill of rights was unnecessary because the Federal Government was limited in its powers and could not interfere with the rights of the people or the states; also, most states had bills of rights. To the Anti-Federalists, those who opposed the Constitution, the prospect of establishing a strong central government without an explicit list of rights guaranteed to the people was unthinkable. Some states resisted ratifying a Constitution that had no guarantee of individual freedoms. Throughout the ratification process, individuals and state ratification conventions called for the adoption of a bill of rights.

The First Federal Congress at Federal Hall in New York City took up the question of a bill of rights almost immediately, and engaged in passionate debate. Throughout the summer of 1789, Congress drafted and passed a resolution proposing 12 articles as first amendments to the new Constitution, now known as the Bill of Rights. The proposed articles guaranteed individual rights and freedoms and were critical to the formation of a democratic government. On September 25, by joint resolution, Congress passed 12 articles of amendment. President George Washington signed this resolution on October 2, 1789 and forwarded copies to the 11 states that had ratified the U.S. Constitution. Washington also forwarded courtesy copies to Rhode Island and North Carolina, states that had not ratified the Constitution and could not act on this resolution.

"Exhibit G"

# CONGRESS OF THE UNITED STATES.

## In the HOUSE of REPRESENTATIVES,

### Monday, 24th August, 1789,

RESOLVED, BY THE SENATE AND HOUSE OF REPRESENTATIVES OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED, two thirds of both Houses deeming it neceſſary, That the following Articles be propoſed to the Legiſlatures of the ſeveral States, as Amendments to the Conſtitution of the United States, all or any of which Articles, when ratified by three fourths of the ſaid Legiſlatures, to be valid to all intents and purpoſes as part of the ſaid Conſtitution—Viz.

ARTICLES in addition to, and amendment of, the Conſtitution of the United States of America, propoſed by Congreſs, and ratified by the Legiſlatures of the ſeveral States, purſuant to the fifth Article of the original Conſtitution.

## A R T I C L E THE  F I R S T.

After the firſt enumeration, required by the firſt Article of the Conſtitution, there ſhall be one Repreſentative for every thirty thouſand, until the number ſhall amount to one hundred, after which the proportion ſhall be ſo regulated by Congreſs, that there ſhall be not leſs than one hundred Repreſentatives, nor leſs than one Repreſentative for every forty thouſand perſons, until the number of Repreſentatives ſhall amount to two hundred, after which the proportion ſhall be ſo regulated by Congreſs, that there ſhall not be leſs than two hundred Repreſentatives, nor leſs than one Repreſentative for every fifty thouſand perſons.

## A R T I C L E THE  S E C O N D.

No law varying the compenſation to the members of Congreſs, ſhall take effect, until an election of Repreſentatives ſhall have intervened.

## A R T I C L E THE  T H I R D.

Congreſs ſhall make no law eſtabliſhing religion or prohibiting the free exerciſe thereof, nor ſhall the rights of Conſcience be infringed.

## A R T I C L E THE  F O U R T H.

The Freedom of Speech, and of the Preſs, and the right of the People peaceably to aſſemble, and conſult for their common good, and to apply to the Government for a redreſs of grievances, ſhall not be infringed.

[ 2 ]

## ARTICLE THE FIFTH.

A well regulated militia, composed of the body of the People, being the best security of a free State, the right of the People to keep and bear arms, shall not be infringed, but no one religiously scrupulous of bearing arms, shall be compelled to render military service in person.

## ARTICLE THE SIXTH.

No soldier shall, in time of peace, be quartered in any house without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

## ARTICLE THE SEVENTH.

The right of the People to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## ARTICLE THE EIGHTH.

No person shall be subject, except in case of impeachment, to more than one trial, or one punishment for the same offence, nor shall be compelled in any criminal case, to be a witness against himself, nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

## ARTICLE THE NINTH.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, to be informed of the nature and cause of the accusation, to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.

## ARTICLE THE TENTH.

The trial of all crimes (except in cases of impeachment, and in cases arising in the land or naval forces, or in the militia when in actual service in time of War or public danger) shall be by an Impartial Jury of the Vicinage, with the requisite of unanimity for conviction, the right of challenge, and other accustomed requisites; and no person shall be held to answer for a capital, or otherways infamous crime, unless on a presentment or indictment by a Grand Jury; but if a crime be committed in a place in the possession of an enemy, or in which an insurrection may prevail, the indictment and trial may by law be authorised in some other place within the same State.

[ 3 ]

## ARTICLE THE ELEVENTH.

No appeal to the Supreme Court of the United States, fhall be allowed, where the value in controverfy fhall not amount to one thoufand dollars, nor fhall any fact, triable by a Jury according to the courfe of the common law, be otherwife re-examinable, than according to the rules of common law.

## ARTICLE THE TWELFTH.

In fuits at common law, the right of trial by Jury fhall be prefe rved.

## ARTICLE THE THIRTEENTH.

Exceffive bail fhall not be required, nor exceffive fines impofed, nor cruel and unufual punifhments inflicted.

## ARTICLE THE FOURTEENTH.

No State fhall infringe the right of trial by Jury in criminal cafes, nor the rights of confcience, nor the freedom of fpeech, or of the prefs.

## ARTICLE THE FIFTEENTH.

The enumeration in the Conftitution of certain rights, fhall not be conftrued to deny or difparage others retained by the people.

## ARTICLE THE SIXTEENTH.

The powers delegated by the Conftitution to the government of the United States, fhall be exercifed as therein appropriated, fo that the Legiflative fhall never exercife the powers vefted in the Executive or Judicial; nor the Executive the powers vefted in the Legiflative or Judicial; nor the Judicial the powers vefted in the Legiflative or Executive.

## ARTICLE THE SEVENTEENTH.

The powers not delegated by the Conftitution, nor prohibited by it, to the States, are referved to the States refpectively.

Tefte,

### JOHN BECKLEY, CLERK.

*In Senate, Auguft 25, 1789.*

Read and ordered to be printed for the confideration of the Senate.

Atteft,        SAMUEL A. OTIS, SECRETARY.

New-York, Printed by T. GREENLEAF, near the Coffee-Houfe.

-- 165 --

**"Exhibit H"**

The Committees of the two Houses appointed to confer on their different votes on the Amendments proposed by the Senate to the Resolution proposing Amendments to the Constitution, and disagreed to by the House of Representatives, have had a conference, and have agreed that it will be proper for the House of Representatives to agree to the said Amendments proposed by the Senate, with an Amendment to their fifth Amendment, so that the third Article shall read as follows "Congress shall make no law respecting an "establishment of Religion, or prohibiting the free ex- "-ercise thereof; or abridging the freedom of speech, or "of the Press; or the right of the people peaceably to "assemble and to petition the Government for a redress of grievances": — And with an Amendment to the fourteenth Amendment proposed by the Senate, so that the eighth Article, as numbered in the Amendments proposed by the Senate, shall read as follows "In all criminal prosecutions, the accused shall enjoy the right to a speedy & publick trial by an impartial jury of the district wherein the crime shall have been committed, as the district shall have been pre- viously ascertained by law, and to be informed of

the

" the nature and cause of the accusation, to be con-
" fronted with the witnesses against him; and to have
" compulsory process for obtaining witnesses against him
" in his favour, & have the assistance of counsel for his
" defence."

The Committees were also of opinion,
it would be proper for both Houses to agree to amend the
first Article, by striking out the word "less" in the last line
but one, and inserting in its place, the word "more", and
accordingly recommend that the said Article be reconsidered
for that purpose.

"Exhibit I"

# J O U R N A L

## O F  T H E

## HOUSE of REPRESENTATIVES

### O F  T H E

## U N I T E D  S T A T E S.

ANNO M,DCC,LXXXIX, AND OF THE INDEPENDENCE OF THE
UNITED STATES THE THIRTEENTH.

N E W - Y O R K :
PRINTED BY FRANCIS CHILDS AND JOHN SWAINE.

152    JOURNAL of the HOUSE

ORDERED, That the clerk of this House do carry the said bill to the Senate, and defire their concurrence.

An engroffed bill making appropriations for the fervice of the prefent year, was read the third time, and, on a motion made, ordered to be re-committed to a committee of the whole House this day.

Mr. Gerry from the committee to whom it was referred to prepare an eftimate of the grofs amount and net produce of the impoft and tonnage duties for one year, made a report which was read and ordered to lie on the table.

On motion,

ORDERED, That a committee be appointed to afcertain the amount of the compenfations due to the members of this House refpectively, and of the feveral officers thereof, together with the contingent expences of the feffion ;

And a committee was appointed of Mr. Fitzfimons, Mr. Smith (of Maryland) and Mr. Baldwin.

A petition of Thomas Barclay, was prefented to the House and read, praying that he may receive compenfation for fervices rendered to the United States, in various public ftations in Europe.

ORDERED, That the faid petition do lie on the table.

A meffage was received from the Prefident of the United States, notifying that the Prefident approves of the act making compenfation to the Prefident and Vice-Prefident of the United States, and has this day affixed his fignature thereto : And the meffenger delivered in the faid act, and then withdrew.

A meffage from the Senate, by Mr. Otis their fecretary,

Mr. Speaker, I am directed to inform this Houfe, that the Prefident of the United States has returned to the Senate an act to eftablifh the judicial courts of the United States : alfo a refolve to provide for the fafe-keeping of prifoners committed under authority of the United States, both of which have received his approbation and fignature : And then he withdrew.

The Houfe proceeded to confider the report of a committee of conference, on the fubject matter of the amendments, depending between the two Houfes to the feveral articles of amendment to the conftitution of the United States, as propofed by this Houfe : Whereupon,

RESOLVED, That this Houfe doth recede from their difagreement to the firft, third, fifth, fixth, feventh, ninth, tenth, eleventh, fourteenth, fifteenth, feventeenth, twentieth, twenty-firft, twenty-fecond, twenty-third, and twenty-fourth amendments, infifted on by the Senate : PROVIDED, That the two articles which by the amendments of the Senate are now propofed to be inferted as the third and eighth articles, fhall be amended to read as followeth ;

Article the third.   " Congrefs fhall make no law refpecting an eftablifhment of religion, or prohibiting the free exercife thereof ; or abridging the freedom of fpeech, or of the prefs ; or the right of the people peaceably to affemble, and to petition the government for a redrefs of grievances."

Article the eighth.   " In all criminal profecutions, the accufed fhall enjoy the right to a fpeedy and public trial by an impartial jury of the ftate and diftrict wherein the crime fhall have been committed, which diftrict fhall have been previoufly afcertained by law, and to be informed of the nature and caufe of the accufation, to be confronted with the witnefs againft him, to have compulfory procefs for obtaining witneffes in his favor, and to have the affiftance of council for his defence."

AND PROVIDED ALSO, That the firft article be amended by ftriking out the word " lefs," in the laft place of the faid firft article, and inferting in the lieu thereof, the word " more."

"Exhibit J"

# A C T S

PASSED AT A

# C O N G R E S S

OF THE

# UNITED STATES

O F

# A M E R I C A,

BEGUN AND HELD AT THE CITY OF NEW-YORK,
ON *WEDNESDAY* THE *FOURTH* OF *MARCH*,
IN THE YEAR *M,DCC,LXXXIX.*

AND OF THE

𝔦𝔫𝔡𝔢𝔭𝔢𝔫𝔡𝔢𝔫𝔠𝔢 of the 𝔲𝔫𝔦𝔱𝔢𝔡 𝔰𝔱𝔞𝔱𝔢𝔰,

THE THIRTEENTH.

BEING THE ACTS PASSED AT THE FIRST SESSION OF THE FIRST CONGRESS OF THE UNITED STATES, TO WIT, NEW-HAMPSHIRE, MASSACHUSETTS, CONNECTICUT, NEW-YORK, NEW-JERSEY, PENNSYLVANIA, DELAWARE, MARYLAND, VIRGINIA, SOUTH-CAROLINA, AND GEORGIA; WHICH ELEVEN STATES RESPECTIVELY RATIFIED THE CONSTITUTION OF GOVERNMENT FOR THE UNITED STATES, PROPOSED BY THE FEDERAL CONVENTION, HELD IN PHILADELPHIA, ON THE SEVEN-TEENTH OF SEPTEMBER, ONE THOUSAND SEVEN HUNDRED AND EIGHTY-SEVEN.

*NEW-YORK:*

PRINTED BY FRANCIS CHILDS AND JOHN SWAINE,

PRINTERS TO THE UNITED STATES.

[ 92 ]

CONGRESS of the UNITED STATES, begun and held at the city of New-York, on Wednesday the fourth of March, one thousand seven hundred and eighty-nine.

*The Conventions of a number of the States having at the time of their adopting the Constitution expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added : And as extending the ground of public confidence in the government will best insure the beneficent ends of its institution—*

RESOLVED, by the Senate and House of Representatives of the United States of America in Congress assembled, two thirds of both Houses concurring, that the following articles be proposed to the legislatures of the several states, as amendments to the constitution of the United States, all or any of which articles, when ratified by three fourths of the said legislatures, to be valid to all intents and purposes, as part of the said constitution, viz.

ARTICLES in Addition to, and Amendment of, the CONSTITUTION OF THE UNITED STATES OF AMERICA, proposed by Congress, and ratified by the legislatures of the several states, pursuant to the fifth article of the original constitution.

#### Article the First.

After the first enumeration required by the first article of the constitution, there shall be one representative for every thirty thousand, until the number shall amount to one hundred, after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred representatives, nor less than one representative for every forty thousand persons, until the number of representatives shall amount to two hundred; after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred representatives, nor more than one representative for every fifty thousand persons.

#### Article the Second.

No law varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of Representatives shall have intervened.

#### Article the Third.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof, or abridging the freedom of speech, or of the press ; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

#### Article the Fourth.

A well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed.

#### Article the Fifth.

No soldier shall in time of peace be quartered in any house without the consent of the owner ; nor in time of war, but in a manner to be prescribed by law.

#### Article the Sixth.

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated ; and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

[ 93 ]

### Article the Seventh.

No perſon ſhall be held to anſwer for a capital, or otherwiſe infamous crime, unleſs on a preſentment or indictment of a Grand Jury, except in caſes ariſing in the land or naval forces, or in the militia when in actual ſervice in time of war or public danger ; nor ſhall any perſon be ſubject for the ſame offence to be twice put in jeopardy of life or limb ; nor ſhall be compelled in any criminal caſe, to be a witneſs againſt himſelf, nor be deprived of life, liberty or property, without due proceſs of law ; nor ſhall private property be taken for public uſe without juſt compenſation.

### Article the Eighth.

In all criminal proſecutions the accuſed ſhall enjoy the right to a ſpeedy and public trial, by an impartial jury of the ſtate and diſtrict wherein the crime ſhall have been committed, which diſtrict ſhall have been previouſly aſcertained by law, and to be informed of the nature and cauſe of the accuſation; to be confronted with the witneſſes againſt him ; to have compulſory proceſs for obtaining witneſſes in his favor, and to have the aſſiſtance of counſel for his defence.

### Article the Ninth.

In ſuits at common law, where the value in controverſy ſhall exceed twenty dollars, the right of trial by Jury, ſhall be preſerved, and no fact, tried by a Jury, ſhall be otherwiſe re-examined in any court of the United States, than according to the rules of the common law.

### Article the Tenth.

Exceſſive bail ſhall not be required, nor exceſſive fines impoſed, nor cruel and unuſual impriſonments inflicted.

### Article the Eleventh.

The enumeration in the conſtitution, of certain rights, ſhall not be conſtrued to deny or diſparage others retained by the people.

### Article the Twelfth.

The powers not delegated to the United States by the conſtitution, nor prohibited by it to the ſtates, are reſerved to the ſtates reſpectively, or to the people.

FREDERICK AUGUSTUS MUHLENBERG,
Speaker of the Houſe of Repreſentatives.

JOHN ADAMS, Vice-Preſident of the United States,
and Preſident of the Senate.

ATTEST.   JOHN BECKLEY, Clerk of the Houſe of Repreſentatives.
SAMUEL A. OTIS, Secretary of the Senate.

A a

"Exhibit K"



**UNITED STATES DEPARTMENT OF COMMERCE**
The Secretary of Commerce
Washington, D.C. 20230

DEC 2 1 2010

The President
The White House
Washington, DC  20500

Dear Mr. President:

In accordance with the provisions of Title 13, United States Code, Section 141(b), I am transmitting the statement showing the apportionment population for each of the 50 States on April 1, 2010, as ascertained by the Twenty-Third Decennial Census of the United States. The 2010 Decennial Census determined that the total apportionment population of the United States is 309,183,463, an increase of 9.9 percent over the 2000 Census apportionment population.

The enclosed table shows the apportionment population for each State, as well as the number of Representatives to which each State is entitled, based on the apportionment population and the change, if any, since the 2000 Census in the number of Representatives for each State. The United States Census Bureau prepared these calculations using the existing size of the U.S. House of Representatives (435 members) and the Method of Equal Proportions, as directed by Congress and provided for in Title 2, United States Code, Section 2a, enacted in 1929 and thereafter amended, as well as Title 2, United States Code, Section 2b, enacted in 1941. The methodology for calculating the apportionment totals has not changed since the 1940 Census.

The population of the District of Columbia is not included in the apportionment population. Under Section 2a, you are to send this information to the 112th Congress during the first week of its first regular session.

Respectfully,

Gary Locke

Enclosure



A59

U.S. Department of Commerce
U.S. Census Bureau

APPORTIONMENT POPULATION AND NUMBER OF REPRESENTATIVES, BY STATE: 2010 CENSUS

| STATE | APPORTIONMENT POPULATION (APRIL 1, 2010) | NUMBER OF APPORTIONED REPRESENTATIVES BASED ON 2010 CENSUS | CHANGE FROM CENSUS 2000 APPORTIONMENT |
|---|---|---|---|
| Alabama | 4,802,982 | 7 | 0 |
| Alaska | 721,523 | 1 | 0 |
| Arizona | 6,412,700 | 9 | +1 |
| Arkansas | 2,926,229 | 4 | 0 |
| California | 37,341,989 | 53 | 0 |
| Colorado | 5,044,930 | 7 | 0 |
| Connecticut | 3,581,628 | 5 | 0 |
| Delaware | 900,877 | 1 | 0 |
| Florida | 18,900,773 | 27 | +2 |
| Georgia | 9,727,566 | 14 | +1 |
| Hawaii | 1,366,862 | 2 | 0 |
| Idaho | 1,573,499 | 2 | 0 |
| Illinois | 12,864,380 | 18 | -1 |
| Indiana | 6,501,582 | 9 | 0 |
| Iowa | 3,053,787 | 4 | -1 |
| Kansas | 2,863,813 | 4 | 0 |
| Kentucky | 4,350,606 | 6 | 0 |
| Louisiana | 4,553,962 | 6 | -1 |
| Maine | 1,333,074 | 2 | 0 |
| Maryland | 5,789,929 | 8 | 0 |
| Massachusetts | 6,559,644 | 9 | -1 |
| Michigan | 9,911,626 | 14 | -1 |
| Minnesota | 5,314,879 | 8 | 0 |
| Mississippi | 2,978,240 | 4 | 0 |
| Missouri | 6,011,478 | 8 | 0 |
| Montana | 994,416 | 1 | 0 |
| Nebraska | 1,831,825 | 3 | 0 |
| Nevada | 2,709,432 | 4 | +1 |
| New Hampshire | 1,321,445 | 2 | 0 |
| New Jersey | 8,807,501 | 12 | -1 |
| New Mexico | 2,067,273 | 3 | 0 |
| New York | 19,421,055 | 27 | -2 |
| North Carolina | 9,565,781 | 13 | 0 |
| North Dakota | 675,905 | 1 | 0 |
| Ohio | 11,568,495 | 16 | -2 |
| Oklahoma | 3,764,882 | 5 | 0 |
| Oregon | 3,848,606 | 5 | 0 |
| Pennsylvania | 12,734,905 | 18 | -1 |
| Rhode Island | 1,055,247 | 2 | 0 |
| South Carolina | 4,645,975 | 7 | +1 |
| South Dakota | 819,761 | 1 | 0 |
| Tennessee | 6,375,431 | 9 | 0 |
| Texas | 25,268,418 | 36 | +4 |
| Utah | 2,770,765 | 4 | +1 |
| Vermont | 630,837 | 1 | 0 |
| Virginia | 8,037,736 | 11 | 0 |
| Washington | 6,753,369 | 10 | +1 |
| West Virginia | 1,859,815 | 3 | 0 |
| Wisconsin | 5,698,230 | 8 | 0 |
| Wyoming | 568,300 | 1 | 0 |
| TOTAL APPORTIONMENT POPULATION[1] | 309,183,463 | 435 | |

[1] Includes the resident population for the 50 states, as ascertained by the Twenty-Third Decennial Census under Title 13, United States Code, and counts of overseas U.S. military and federal civilian employees (and their dependents living with them) allocated to their home state, as reported by the employing federal agencies. The apportionment population excludes the population of the District of Columbia.


A60

"Exhibit L"



AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

112th Congress, 1st Session – – – – – – – – – – – – – – House Document 112–5

## STATEMENT OF APPORTIONMENT POPULATION

## MESSAGE

FROM

# THE PRESIDENT OF THE UNITED STATES

TRANSMITTING

HIS REPORT ON THE APPORTIONMENT POPULATION FOR EACH STATE AS OF APRIL 1, 2010, AND THE NUMBER OF REPRESENT-ATIVES TO WHICH EACH STATE WOULD BE ENTITLED, PURSU-ANT TO 2 U.S.C. 2a(a) AND 13 U.S.C. 141(b)



JANUARY 6, 2011.—Message and accompanying papers referred to the Committees on the Judiciary and Oversight and Government Reform, and ordered to be printed

U.S. GOVERNMENT PRINTING OFFICE
99–011                       WASHINGTON : 2011

A66


*To the Congress of the United States:*

Pursuant to title 2, United States Code, section 2a(a), I transmit herewith the statement showing the apportionment population for each State as of April 1, 2010, and the number of Representatives to which each State would be entitled.

BARACK OBAMA.

THE WHITE HOUSE, *January 5, 2011.*

(1)



2

U.S. Department of Commerce
U.S. Census Bureau

APPORTIONMENT POPULATION AND NUMBER OF REPRESENTATIVES, BY STATE: 2010 CENSUS

| STATE | APPORTIONMENT POPULATION (APRIL 1, 2010) | NUMBER OF APPORTIONED REPRESENTATIVES BASED ON 2010 CENSUS | CHANGE FROM CENSUS 2000 APPORTIONMENT |
|---|---|---|---|
| Alabama | 4,802,982 | 7 | 0 |
| Alaska | 721,523 | 1 | 0 |
| Arizona | 6,412,700 | 9 | +1 |
| Arkansas | 2,926,229 | 4 | 0 |
| California | 37,341,989 | 53 | 0 |
| Colorado | 5,044,930 | 7 | 0 |
| Connecticut | 3,581,628 | 5 | 0 |
| Delaware | 900,877 | 1 | 0 |
| Florida | 18,900,773 | 27 | +2 |
| Georgia | 9,727,566 | 14 | +1 |
| Hawaii | 1,366,862 | 2 | 0 |
| Idaho | 1,573,499 | 2 | 0 |
| Illinois | 12,864,380 | 18 | -1 |
| Indiana | 6,501,582 | 9 | 0 |
| Iowa | 3,053,787 | 4 | -1 |
| Kansas | 2,863,813 | 4 | 0 |
| Kentucky | 4,350,606 | 6 | 0 |
| Louisiana | 4,553,962 | 6 | -1 |
| Maine | 1,333,074 | 2 | 0 |
| Maryland | 5,789,929 | 8 | 0 |
| Massachusetts | 6,559,644 | 9 | -1 |
| Michigan | 9,911,626 | 14 | -1 |
| Minnesota | 5,314,879 | 8 | 0 |
| Mississippi | 2,978,240 | 4 | 0 |
| Missouri | 6,011,478 | 8 | -1 |
| Montana | 994,416 | 1 | 0 |
| Nebraska | 1,831,825 | 3 | 0 |
| Nevada | 2,709,432 | 4 | +1 |
| New Hampshire | 1,321,445 | 2 | 0 |
| New Jersey | 8,807,501 | 12 | -1 |
| New Mexico | 2,067,273 | 3 | 0 |
| New York | 19,421,055 | 27 | -2 |
| North Carolina | 9,565,781 | 13 | 0 |
| North Dakota | 675,905 | 1 | 0 |
| Ohio | 11,568,495 | 16 | -2 |
| Oklahoma | 3,764,882 | 5 | 0 |
| Oregon | 3,848,606 | 5 | 0 |
| Pennsylvania | 12,734,905 | 18 | -1 |
| Rhode Island | 1,055,247 | 2 | 0 |
| South Carolina | 4,645,975 | 7 | +1 |
| South Dakota | 819,761 | 1 | 0 |
| Tennessee | 6,375,431 | 9 | 0 |
| Texas | 25,268,418 | 36 | +4 |
| Utah | 2,770,765 | 4 | +1 |
| Vermont | 630,337 | 1 | 0 |
| Virginia | 8,037,769 | 11 | 0 |
| Washington | 6,753,869 | 10 | +1 |
| West Virginia | 1,859,815 | 3 | 0 |
| Wisconsin | 5,698,230 | 8 | 0 |
| Wyoming | 568,300 | 1 | 0 |
| TOTAL APPORTIONMENT POPULATION[1] | 309,183,463 | 435 | |

[1] Includes the resident population for the 50 states, as ascertained by the Twenty-Third Decennial Census under Title 13, United States Code, and counts of overseas U.S. military and federal civilian employees (and their dependents living with them) allocated to their home state, as reported by the employing federal agencies. The apportionment population excludes the population of the District of Columbia.

O

A68



"Exhibit M"

KAREN L. HAAS
CLERK

H–154 THE CAPITOL

# Office of the Clerk
## U.S. House of Representatives
### Washington, DC 20515–6601

January 12, 2011

The Honorable Chris Christie
Governor, State of New Jersey
125 West State Street
Trenton, New Jersey 08625

Dear Governor Christie:

Pursuant to the provisions of Section 2a (b) of Title 2 of the United States Code, I am hereby transmitting to you a certificate stating the number of Representatives to which your State is entitled in the United States House of Representatives in the 113th Congress and in each subsequent Congress until a new reapportionment takes effect.

Sincerely,

Karen L. Haas, Clerk
U.S. House of Representatives



FILED

SEP 19 2011

KIM GUADAGNO
SECRETARY OF STATE

A63



# Certificate of Entitlement

## HOUSE OF REPRESENTATIVES
### OFFICE OF THE CLERK
### WASHINGTON, D.C.

I, Karen L. Haas, Clerk of the House of Representatives of the United States, Hereby Certify, Pursuant to the Provisions of Title 2, United States Code, Section 2a (b), That the State of

## NEW JERSEY

Shall be Entitled, in the One Hundred Thirteenth Congress and in Each Congress Thereafter Until a Subsequent Reapportionment Shall Take Effect Under Applicable Statute, to

## TWELVE REPRESENTATIVES

in the House of Representatives of the Congress of the United States.



*In Witness Whereof I Hereto Affix My Name and the Seal of the House of Representatives of the United States of America this Eleventh Day of January, Anno Domini 2011, in the City of Washington, District of Columbia*

Karen L. Haas

CLERK OF THE HOUSE OF REPRESENTATIVES
OF THE UNITED STATES

A64

"Exhibit N"

# TWENTY THIRD DECENNIAL CENSUS
## UNITED STATES HOUSE OF REPRESENTATIVES
### APPORTIONMENT SURVEY AND CORRECTION CHART: ©

| State: | Total Members of State Legislature: | | 2010 Census Population: | 1929 Act (435) Reps & 2010 Ratio: | | *Article the First* Correct Reps & 2010 Ratio: | |
|---|---|---|---|---|---|---|---|
| ALABAMA | (35 Senate, 105 House) | 140 | 4,802,982 | 7 | 1 / 686,140 | 96 | 1 / 50,000 |
| ALASKA | (20 Senate, 40 House) | 60 | 721,523 | 1 | 1 / 721,523 | 15 | 1 / 48,101 |
| ARIZONA | (30 Senate, 60 House) | 90 | 6,412,700 | 9 | 1 / 712,522 | 129 | 1 / 49,710 |
| ARKANSAS | (35 Senate, 100 House) | 135 | 2,926,229 | 4 | 1 / 731,557 | 59 | 1 / 49,597 |
| CALIFORNIA | (40 Senate, 80 House) | 120 | 37,341,989 | 53 | 1 / 704,565 | 747 | 1 / 49,989 |
| COLORADO | (35 Senate, 65 House) | 100 | 5,044,930 | 7 | 1 / 720,704 | 101 | 1 / 49, 949 |
| CONNECTICUT | (36 Senate, 151 House) | 187 | 3,581,628 | 5 | 1 / 716,325 | 72 | 1 / 49,744 |
| DELAWARE | (21 Senate, 41 House) | 62 | 900,877 | 1 | 1 / 900,877 | 19 | 1 / 47,414 |
| FLORIDA | (35 Senate, 105 House) | 140 | 18,900,773 | 27 | 1 / 700,028 | 379 | 1 / 49,870 |
| GEORGIA | (56 Senate, 180 House) | 236 | 9,727,566 | 14 | 1 / 694,826 | 195 | 1 / 49,884 |
| HAWAII | (25 Senate, 51 House) | 76 | 1,366,862 | 2 | 1 / 683,431 | 28 | 1 / 48,816 |
| IDAHO | (35 Senate, 70 House) | 105 | 1,573,499 | 2 | 1 / 786,749 | 32 | 1 / 49,171 |
| ILLINOIS | (59 Senate, 118 House) | 177 | 12,864,380 | 18 | 1 / 714,687 | 258 | 1 / 49,861 |
| INDIANA | (50 Senate, 100 House) | 150 | 6,501,582 | 9 | 1 / 722,398 | 131 | 1 / 49,630 |
| IOWA | (35 Senate, 105 House) | 140 | 3,053,787 | 4 | 1 / 763,446 | 62 | 1 / 49,254 |
| KANSAS | (40 Senate, 125 House) | 165 | 2,863,813 | 4 | 1 / 715,953 | 58 | 1 / 49,376 |
| KENTUCKY | (38 Senate, 100 House) | 138 | 4,350,606 | 6 | 1 / 725,101 | 88 | 1 / 49,438 |
| LOUISIANA | (39 Senate, 105 House) | 144 | 5,553,962 | 6 | 1 / 925,660 | 112 | 1 / 49,558 |
| MAINE | (35 Senate, 151 House +3 nv) | 186 | 1,222,074 | 2 | 1 / 611,037 | 25 | 1 / 48,882 |
| MARYLAND | (47 Senate, 141 House) | 188 | 5,789,929 | 8 | 1 / 723,741 | 116 | 1 / 49,913 |
| MASSACHUSETTS | (40 Senate, 160 House) | 200 | 6,559,644 | 9 | 1 / 728,849 | 132 | 1 / 49,694 |
| MICHIGAN | (38 Senate, 110 House) | 148 | 9,911,626 | 14 | 1 / 707,973 | 199 | 1 / 49,807 |
| MINNESOTA | (67 Senate, 134 House) | 201 | 5,314,679 | 8 | 1 / 664,334 | 107 | 1 / 49,669 |
| MISSISSIPPI | (52 Senate, 122 House) | 174 | 2,978,240 | 4 | 1 / 744,560 | 60 | 1 / 49,639 |
| MISSOURI | (34 Senate, 163 House) | 197 | 6,011,478 | 8 | 1 / 751,434 | 121 | 1 / 49,681 |

| State: | Total Members of State Legislature: | | 2010 Census Population: | 1929 Act (435) Reps & 2010 Ratio: | | *Article the First* Correct Reps & 2010 Ratio: | |
|---|---|---|---|---|---|---|---|
| MONTANA | (50 Senate, 100 House) | 150 | 994,416 | 1 | 1 / 994,416 | 20 | 1 / 49,720 |
| NEBRASKA | (49 "Senate") | 49 | 1,831,825 | 3 | 1 / 610,608 | 37 | 1 / 49,508 |
| NEVADA | (21 Senate, 42 House) | 63 | 2,709,432 | 4 | 1 / 677,358 | 55 | 1 / 49,262 |
| NEW HAMPSHIRE | (24 Senate, 400 House) | 424 | 1,321,445 | 2 | 1 / 660,722 | 27 | 1 / 48,942 |
| NEW JERSEY | (40 Senate, 80 House) | 120 | 8,807,501 | 12 | 1 / 733,958 | 177 | 1 / 49,759 |
| NEW MEXICO | (42 Senate, 70 House) | 112 | 2,087,273 | 3 | 1 / 695,757 | 42 | 1 / 49,696 |
| NEW YORK | (63 Senate, 150 House) | 213 | 19,421,055 | 27 | 1 / 719,298 | 389 | 1 / 49,425 |
| NORTH CAROLINA | (50 Senate, 120 House) | 170 | 9,565,781 | 13 | 1 / 735,829 | 192 | 1 / 49,821 |
| NORTH DAKOTA | (47 Senate, 94 House) | 141 | 675,905 | 1 | 1 / 675,905 | 14 | 1 / 48,278 |
| OHIO | (33 Senate, 99 House) | 132 | 11,568,495 | 16 | 1 / 723,030 | 232 | 1 / 49,864 |
| OKLAHOMA | (48 Senate, 101 House) | 149 | 3,764,882 | 5 | 1 / 752,976 | 76 | 1 / 49,537 |
| OREGON | (30 Senate, 60 House) | 90 | 3,848,606 | 5 | 1 / 769,721 | 77 | 1 / 49,981 |
| PENNSYLVANIA | (50 Senate, 203 House) | 253 | 12,734,905 | 18 | 1 / 707,494 | 255 | 1 / 49,940 |
| RHODE ISLAND | (38 Senate, 75 House) | 108 | 1,055,247 | 2 | 1 / 527,623 | 22 | 1 / 47,965 |
| SOUTH CAROLINA | (46 Senate, 170 House) | 216 | 4,645,975 | 7 | 1 / 663,710 | 93 | 1 / 49,956 |
| SOUTH DAKOTA | (35 Senate, 70 House) | 105 | 819,761 | 1 | 1 / 819,761 | 17 | 1 / 48,221 |
| TENNESSEE | (33 Senate, 99 House) | 132 | 6,375,431 | 9 | 1 / 708,381 | 128 | 1 / 49,808 |
| TEXAS | (31 Senate, 150 House) | 181 | 25,268,411 | 36 | 1 / 701,900 | 506 | 1 / 49,939 |
| UTAH | (29 Senate, 75 House) | 104 | 2,770,765 | 4 | 1 / 692,691 | 56 | 1 / 49,447 |
| VERMONT | (30 Senate, 150 House) | 180 | 630,337 | 1 | 1 / 630,337 | 13 | 1 / 48,487 |
| VIRGINIA | (40 Senate, 100 House) | 140 | 8,037,736 | 11 | 1 / 730,703 | 161 | 1 / 49,923 |
| WASHINGTON | (49 Senate, 98 House) | 147 | 6,753,369 | 10 | 1 / 675,336 | 136 | 1 / 49,657 |
| WEST VIRGINIA | (34 Senate, 100 House) | 134 | 1,859,815 | 3 | 1 / 619,938 | 38 | 1 / 48,942 |
| WISCONSIN | (33 Senate, 99 House) | 132 | 5,698,230 | 8 | 1 / 712,278 | 114 | 1 / 49,984 |
| WYOMING | (30 Senate, 60 House) | 90 | 568,300 | 1 | 1 / 568,300 | 12 | 1 / 47,358 |
| | TOTAL: | 7,605 | 309,183,463 | 435 | | 6,230 | |

NOTE: DISTRICT OF COLUMBIA, AMERICAN SAMOA, GUAM, NORTHERN MARIANA ISLANDS, PUERTO RICO and VIRGIN ISLANDS have non-voting Representatives.

© 2017 Eugene Martin LaVergne

"Exhibit O"

## 2016 UNITED STATE HOUSE OF REPRESENTATIVES VACANCY CHART BY STATE: ©

| State: | 1929 Act 435 Reps: | Article the First: 6,230 Reps: | Number of Vacancies to be filled at "Special Elections": |
|---|---|---|---|
| ALABAMA | 7 | 96 | 96 – 7 = **89** |
| ALASKA | 1 | 15 | 15 – 1 = **14** |
| ARIZONA | 9 | 129 | 129 – 9 = **120** |
| ARKANSAS | 4 | 59 | 59 – 4 = **55** |
| CALIFORNIA | 53 | 747 | 747 – 53 = **694** |
| COLORADO | 7 | 101 | 101 – 7 = **94** |
| CONNECTICUT | 5 | 72 | 72 – 5 = **67** |
| DELAWARE | 1 | 19 | 19 – 1 = **18** |
| FLORIDA | 27 | 379 | 379 – 27 = **352** |
| GEORGIA | 14 | 195 | 195 – 14 = **181** |
| HAWAII | 2 | 28 | 28 – 2 = **26** |
| IDAHO | 2 | 32 | 32 – 2 = **30** |
| ILLINOIS | 18 | 258 | 258 – 18 = **240** |
| INDIANA | 9 | 131 | 131 – 9 = **122** |
| IOWA | 4 | 62 | 62 – 4 = **58** |
| KANSAS | 4 | 58 | 58 – 4 = **54** |
| KENTUCKY | 6 | 88 | 88 – 6 = **82** |
| LOUISIANA | 6 | 112 | 112 – 6 = **106** |
| MAINE | 2 | 25 | 25 – 2 = **23** |
| MARYLAND | 8 | 116 | 116 – 8 = **108** |
| MASSACHUSETTS | 9 | 132 | 132 – 9 = **123** |
| MICHIGAN | 14 | 119 | 119 – 14 = **105** |
| MINNESOTA | 8 | 107 | 107 – 8 = **99** |
| MISSISSIPPI | 4 | 60 | 60 – 4 = **56** |
| MISSOURI | 8 | 121 | 121 – 8 = **113** |

| State: | 1929 Act 435 Reps: | Article the First: 6,230 Reps: | Number of Vacancies to be filled at "Special Elections": |
|---|---|---|---|
| MONTANA | 1 | 20 | 20 – 1 = **19** |
| NEBRASKA | 3 | 37 | 37 – 3 = **34** |
| NEVADA | 4 | 55 | 55 – 4 = **51** |
| NEW HAMPSHIRE | 2 | 27 | 27 – 2 = **25** |
| NEW JERSEY | 12 | 177 | 117 – 12 = **165** |
| NEW MEXICO | 3 | 42 | 42 – 3 = **39** |
| NEW YORK | 27 | 389 | 389 – 27 = **362** |
| NORTH CAROLINA | 13 | 192 | 192 – 13 = **179** |
| NORTH DAKOTA | 1 | 14 | 14 – 1 = **13** |
| OHIO | 16 | 232 | 232 – 16 = **216** |
| OKLAHOMA | 5 | 76 | 76 – 5 = **71** |
| OREGON | 5 | 77 | 77 – 5 = **72** |
| PENNSYLVANIA | 18 | 255 | 255 – 18 = **237** |
| RHODE ISLAND | 2 | 22 | 22 – 2 = **20** |
| SOUTH CAROLINA | 7 | 93 | 93 – 7 = **86** |
| SOUTH DAKOTA | 1 | 17 | 17 – 1 = **16** |
| TENNESSEE | 9 | 128 | 128 – 9 = **119** |
| TEXAS | 36 | 506 | 506 – 36 = **470** |
| UTAH | 4 | 56 | 56 – 4 = **52** |
| VERMONT | 1 | 13 | 13 – 1 = **12** |
| VIRGINIA | 11 | 161 | 161 – 11 = **150** |
| WASHINGTON | 10 | 136 | 136 – 10 = **126** |
| WEST VIRGINIA | 3 | 38 | 38 – 3 = **35** |
| WISCONSIN | 8 | 114 | 114 – 8 = **106** |
| WYOMING | 1 | 12 | 12 – 1 = **11** |

© 2017 Eugene Martin LaVergne

**NOTE: Non-Voting "Delegates" or "Resident Commissioners" in the U.S House at the 115th United States Congress:**
AMERICAN SAMOA (1 at-large Delegate)
DISTRICT OF COLUMBIA (1 at-large Delegate)
GUAM (1 at-large Delegate)
NORTHERN MARIANA ISLANDS (1 at-large Delegate)
PUERTO RICO (1 at-large Resident Commissioner)
VIRGIN ISLANDS (1 at-large Delegate)

"Exhibit P"

AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

115TH CONGRESS
1ST SESSION **S. J. RES. 34**

# JOINT RESOLUTION

Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Federal Communications Commission relating to "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services".

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That Congress disapproves the rule submitted by the Federal Communications Commission relating to "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services" (81 Fed. Reg. 87274 (December 2, 2016)), and such rule shall have no force or effect.

Passed the Senate March 23, 2017.

Attest:

*Secretary.*

115TH CONGRESS
1ST SESSION

# S. J. RES. 34

## JOINT RESOLUTION

Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Federal Communications Commission relating to "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services".