UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

RECEIVED
JUN 11 2018
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Eugene Martin LaVergne, *et als.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> United States House of Representatives, *et als.*, <br><br> *Defendants,* <br><br> and <br><br> Mike Pence, *Vice President of the United States and President of the United States Senate, et als.,* <br><br> *Interested Parties.* | Civil Action No. 1:17-cv-00793-CKK-CP-RDM <br><br> Honorable Cornelia T. L. Pillard, C.J. (Presiding) <br> Honorable Colleen Kollar-Kotelly, U.S.D.J. <br> Honorable Randolph D. Moss, U.S.D.J. <br><br><br> *Civil Action:* |

---

**NOTICE OF DIRECT APPEAL TO THE UNITED STATES SUPREME COURT FROM THIS THREE-JUDGE DISTRICT COURT'S DENIAL OF PLAINTIFF'S APPLICATION FOR PERMANT INJUNCTIVE RELIEF**
(28 *U.S.C.* §1253)

---

**PLEASE TAKE NOTICE** pursuant to *Rule* 18 of the *United States Supreme Court Rules* that Plaintiff Eugene Martin LaVergne hereby directly appeals to the United States Supreme Court seeking review of this Three Judge District-Court's Order dated June 6, 2018 **[Document 124]** DENYING Plaintiff's Motion

1

**[Document 123]** seeking Summary Judgment and Permanent Injunctive Relief on an Expedited Basis; and

**PLEASE TAKE FURTHER NOTICE** that this direct Appeal is taken pursuant to the authority of 28 *U.S.C.* §1253 which provides for the immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order denying an application for permanent injunctive relief.

_____
Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey 07764
Telephone: (732) 515-8229
Email:    emlesqnj@hotmail.com
**Plaintiff** *Pro Se*

**Dated: June 11, 2018**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Eugene Martin LaVergne, *et als.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> United States House of Representatives, *et als.*, <br><br> *Defendants,* <br><br> and <br><br> Mike Pence, *Vice President of the United States and President of the United States Senate, et als.,* <br><br> *Interested Parties.* | Civil Action No. 1:17-cv-00793-CKK-CP-RDM <br><br> Honorable Cornelia T. L. Pillard, C.J. (Presiding) <br> Honorable Colleen Kollar-Kotelly, U.S.D.J. <br> Honorable Randolph D. Moss, U.S.D.J. <br><br><br> *Civil Action:* |

**28 *U.S.C.* §1746 DECLARATION AND *Rule* 29(5)(c) PROOF OF SERVICE OF NOTICE OF APPEAL ON ALL PARTIES**

EUGENE MARTIN LaVERGNE hereby swears, certifies and declares pursuant to 28 *U.S.C.* §1746 and United States Supreme Court *Rule* 29(5)(c) as follows:

1

1. I am the first named Plaintiff in the above matter and as such I am familiar with all facts relevant to this case.

2. By Order dated June 6, 2018 **[Document 124]** the full Three-Judge District Court convened to hear this matter entered an Order and DENIED my Motion **[Document 123]** seeking Summary Judgment and Permanent Injunctive Relief on an Expedited Basis.

3. As such, I have this day filed with the Clerk of the District Court a Notice of Appeal pursuant to the authority of 28 *U.S.C.* §1253 which provides for the immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order denying an application for permanent injunctive relief.

4. As per the requirements of United States Supreme Court *Rule* 29(5)(c), I certify that all parties have been served with a true copy of the Notice of Appeal and this separate Proof of Service in the manner as indicated as to each party below in bold and underlined italics above each name:

***Via Hand Delivery:***
Angela Cesare, Clerk of the Court
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

2

***Via Hand Delivery of courtesy copy to the District Court Clerk's Office and electronically through PACER® once "Filed" by the District Court Clerk:***
Honorable Cornelia T.L. Pillard, C.J. (Presiding)
United States Court of Appeals
For the District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


***Via Hand Delivery of courtesy copy to the District Court Clerk's Office and electronically through PACER® once "Filed" by the District Court Clerk:***
Honorable Colleen Kollar-Kotelly, U.S.D.J.
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


***Via Hand Delivery of courtesy copy to the District Court Clerk's Office and electronically through PACER® once "Filed" by the District Court Clerk:***
Honorable Randolph Moss, U.S.D.J.
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


***Via Regular U.S. Mail:***
Frederick John LaVergne
312 Walnut Street
Delanco, New Jersey 08075
Plaintiff *Pro Se*

3

***Via Regular U.S. Mail:***
Leonard P. Marshall
303 Spinnaker Way
Neptune, New Jersey 08757
Plaintiff *Pro Se*

***Via Regular U.S. Mail:***
Scott Neuman
1325 Englemere Boulevard
Toms River, New Jersey 08757
Plaintiff *Pro Se*

***Via Regular U.S. Mail:***
Allen J. Cannon
7 Brookside Drive
Titusville, New Jersey 08560
Plaintiff *Pro Se*

***Via Regular U.S. Mail and electronically through PACER® once "Filed" by the District Court Clerk:***
Scott Stafne, Esq.
Sara S. Hemphill, Esq.
STAFNE LAW ADVOCY AND CONSULTING
239 North Olympic Avenue
Arlington, Washington, 98223
    *and*
Alexander Penley, Esq.
GLOBAL PENLEY LAW
4111 Crittenden Street
Hyattsville, Maryland 20781
<u>Attorney for Proposed Intervenors (Motion Pending since December 2017):</u>
Citizens for Fair Representation
Mark Baird
Steven Baird
Win Carpenter
Tanya Nemcik
Terry Rapoza

4

***Via Regular U.S. Mail and electronically through PACER® once "Filed" by the District Court Clerk:***
Johnny H. Walker
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C. 20530
<u>Attorney for all "Federal Defendants"</u>:
(1)  United States House of Representatives
(2) Individual Members of the U.S. House of the 115th Congress
(3) Honorable Paul Ryan, U.S. Representative of Wisconsin
(4) Honorable David S. Ferriero, Archivist of the United States
(5) Honorable Wilbur Ross, U.S. Secretary of Commerce
(6) Honorable Donald J. Trump, President of the United States
(7) Honorable Karen L. Hass, Clerk of the U.S. House of Representatives
<u>Attorney for all "Federal Interested Parties"</u>:
(257) Michael Pence, Vice President of the United States and
         President of the United States Senate
(258) United States Senate
(259) Individual Members of the U.S. Senate of the 115th Congress


***Via Regular U.S. Mail and electronically through PACER® once "Filed" by the District Court Clerk:***
Brian Vernon Church
Clay R. Smith
Deputy Attorneys General
Idaho State Attorney General's Office
954 West Jefferson Street - 2d Floor
P.O. Box 83720
Boise, Idaho  83720-0010
<u>Attorney for State Defendants:</u>
(73)  C.L. "Butch" Otter, Governor of Idaho
(74)  Lawrence Wasden, Idaho Attorney General
(75)  Lawrence Denney, Idaho Secretary of State
(76)  Idaho State Senate (35 State Senators)
(77)  Idaho State House of Representatives (70 State Representatives)

***Via Regular U.S. Mail and electronically through PACER® once "Filed" by the District Court Clerk:***
Jeffrey T. Even
Deputy Solicitor General
Washington State Attorney General's Office
P.O. Box 4010
Olympia, Washington 98504-0100
<u>Attorney for State Defendants:</u>
(237) Honorable Jay Inslee, Governor of Washington
(238) Honorable Bob Ferguson, Washington State Attorney General
(239) Honorable Kim Wyman, Washington Secretary of State
(240) Washington State Senate (49 Senators)
(241) Washington State House of Representatives (98 State Representatives)

*NOTE:* All other Defendants and Interested Parties who have been served and who have entered an appearance shall be served ***electronically through PACER® once the Notice of Appeal is "Filed" by the District Court Clerk on the Docket:***

5. Additionally, pursuant to *United States Supreme Court Rule* 29(4), as the United States and both the United States Department of Commerce and the United States National Archives and Records Administration are parties that are required to be separately served again, in addition to the mail and electronic service on their counsel below Johnny Walker, Assistant United States Attorney below, I have also this day served a copy of the Notice of Appeal and this Proof of Service upon the following as reflected:

6

*Via Regular U.S. Mail:*
Solicitor General of the United States
Room 561
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001


*Via Regular U.S. Mail:*
Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, D.C. 20230


*Via Regular U.S. Mail:*
David S. Ferriero, Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue NW
Washington, D.C. 20408


**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED THIS 11TH DAY OF JUNE 2018.**

_____
Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey  07764
Telephone: (732) 515-8229
Email:      emlesqnj@hotmail.com
**Plaintiff** *Pro Se*

Dated:  June 11, 2018