# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| Eugene Martin LaVergne, *et als.,*<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>United States House of Representatives, *et als.,*<br><br>*Defendants,*<br><br>*and*<br><br>Mike Pence, *Vice President of the United States and President of the United States Senate, et als.,*<br><br>*Interested Parties.* | Civil Action No. 1:17-cv-00793-CKK-CP-RDM<br><br>Honorable Corneila T. L. Pillard, C.J. (Presiding)<br>Honorable Colleen Kollar-Kotelly, U.S.D.J.<br>Honorable Randolph D. Moss, U.S.D.J.<br><br><br><br>*Civil Action:* |

---

## NOTICE OF DIRECT APPEAL TO THE UNITED STATES SUPREME COURT FROM THIS THREE-JUDGE DISTRICT COURT'S DENIAL OF PLAINTIFF'S APPLICATION FOR PERMANT INJUNCTIVE RELIEF
### (28 *U.S.C.* §1253)

---

**PLEASE TAKE NOTICE** pursuant to *Rule* 18 of the *United States Supreme Court Rules* that Plaintiff Eugene Martin LaVergne hereby directly appeals to the United States Supreme Court seeking review of this Three Judge District-Court's

MEMORANDUM OPINION AND ORDER dated September 6, 2018 [Document

RECEIVED
Mail Room

SEP 1 3 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**127]** DISMISSING the entirety of Plaintiff Eugene Martin LaVergne's claims asserted in the First Amended Complaint, which included requests for Permanent Injunctive Relief; and

**PLEASE TAKE FURTHER NOTICE** that this direct Appeal is taken pursuant to the authority of 28 *U.S.C.* §1253 as clarified in *Abbott v. Perez,* 538 *U.S.* ___ (2018) which collectively provide for the immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order denying an application for permanent injunctive relief or the immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order that has "... *the same practical effect as one granting or denying an injunction."* *Abbott v. Perez,* 538 *U.S.* ___ (2018) (slip op. at 12-13 and 16); and

**PLEASE TAKE FURTHER NOTICE** that Plaintiff Eugene Martin LaVergne maintains that the Three-Judge Court's September 6, 2018 MEMORANDUM OPINION AND ORDER is a nullity as having been entered without jurisdiction or authority by virtue of the fact that there is already a direct appeal to the United States Supreme Court filed on June 11, 2018 under 28 *U.S.C.* §1253 and *Abbott v. Perez,* 538 *U.S.* ___ (2018) which has been docketed and which remains pending; and

**PLEASE TAKE FURTHER NOTICE** that Plaintiff Eugene Martin LaVergne has filed contemporaneous with this document a separate Motion asking the Three-Judge District Court to declare their September 6, 2018 MEMORANDUM OPINION AND ORDER a nullity as having been entered without

jurisdiction or authority, or alternatively requesting that the Three-Judge District Court amplify their September 6, 2018 MEMORANDUM OPINION AND ORDER and explain the basis of their claimed retained jurisdiction and authority to take any action on September 6, 2018; and

**PLEASE TAKE FURTEHR NOTICE** that this Notice of Direct Appeal is being filed as a prophylactic measure to preserve the rights of Plaintiff Eugene Martin LaVergne and, if the Three-Judge District Court does not grant the referenced Motion and forthwith dismiss the September 6, 2018 MEMORANDUM OPINION AND ORDER as void under *F.R.Civ.P.* 60(b)(4), that Plaintiff Eugene Martin LaVergne will file a Jurisdictional Statement under *Supreme Court Rule* 18 with the Clerk of the United States Supreme Court within 60 days and will also then and there at that time simultaneously move to consolidate this direct appeal with the already docketed and pending direct appeal in this case identified as No. 18-290.

_____
Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey 07764
Telephone: (732) 515-8229
Email:      emlesqnj@hotmail.com
Plaintiff *Pro Se*

**Dated: September 10, 2018**

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Eugene Martin LaVergne, *et als.,* <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> United States House of Representatives, *et als.,* <br><br> *Defendants,* <br><br> *and* <br><br> Mike Pence, *Vice President of the United States and President of the United States Senate, et als.,* <br><br> *Interested Parties.* | Civil Action No. 1:17-cv-00793-CKK-CP-RDM <br><br> Honorable Corneila T. L. Pillard, C.J. (Presiding) <br> Honorable Colleen Kollar-Kotelly, U.S.D.J. <br> Honorable Randolph D. Moss, U.S.D.J. <br><br><br><br> *Civil Action:* |

---

**28 *U.S.C.* §1746 DECLARATION AND *Rule* 29(5)(c) PROOF OF SERVICE OF NOTICE OF APPEAL ON ALLL PARTIES**

---

EUGENE MARTIN LaVERGNE hereby swears, certifies and declares pursuant to 28 *U.S.C.* §1746 and United States Supreme Court *Rule* 29(5)(c) as follows:

1

1.   I am the first named Plaintiff in the above matter and as such I am familiar with all facts relevant to this case.

2.   By Order dated September 6, 2018 **[Document 127]** the full Three-Judge District Court issued a MEMORANDUM OPINION AND ORDER wherein they Dismissed all of my claims as asserted in the First Amended Complaint where I was specifically seeking permanent injunctive relief.   28 *U.S.C.* §1253 as clarified in *Abbott v. Perez,* 538 *U.S.* ___ (2018) confirm my right to take an immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order denying an application for permanent injunctive relief or an immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order that has "*... the same practical effect as one granting or denying an injunction.*" *Abbott v. Perez,* 538 *U.S.* ___ (2018) (slip op. at 12-13 and 16).

3.   As such, I have this day filed with the Clerk of the District Court a Notice of Direct Appeal pursuant to the authority of 28 *U.S.C.* §1253 and *Abbott v. Perez,* 538 *U.S.* ___ (2018).

4.      As per the requirements of United States Supreme Court *Rule* 29(5)(c), I

certify that all parties have been served with a true copy of the Notice of

Appeal and this separate Proof of Service in the manner as indicated as to

each party below in bold and underlined italics above each name:

***Via Regular U.S. Mail:***
Angela Cesare, Clerk of the Court
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

***Via PACER® once "Filed" by the District Court Clerk:***
Honorable Cornelia T.L. Pillard, C.J. (Presiding)
United States Court of Appeals
For the District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

***Via PACER® once "Filed" by the District Court Clerk:***
Honorable Colleen Kollar-Kotelly, U.S.D.J.
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

***Via PACER® once "Filed" by the District Court Clerk:***
Honorable Randolph Moss, U.S.D.J.
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.

3

Washington, D.C.  20001

***Via Regular U.S. Mail:***
Frederick John LaVergne
312 Walnut Street
Delanco, New Jersey  08075
Plaintiff *Pro Se*

***Via Regular U.S. Mail:***
Leonard P. Marshall
303 Spinnaker Way
Neptune, New Jersey 08757
Plaintiff *Pro Se*

***Via Regular U.S. Mail:***
Scott Neuman
1325 Englemere Boulevard
Toms River, New Jersey  08757
Plaintiff *Pro Se*

***Via Regular U.S. Mail:***
Allen J. Cannon
7 Brookside Drive
Titusville, New Jersey  08560
Plaintiff *Pro Se*

***Via PACER® once "Filed" by the District Court Clerk:***
Scott Stafne, Esq.
Sara S. Hemphill, Esq.
STAFNE LAW ADVOCY AND CONSULTING
239 North Olympic Avenue
Arlington, Washington, 98223
        *and*
Alexander Penley, Esq.
GLOBAL PENLEY LAW
4111 Crittenden Street
Hyattsville, Maryland  20781
Attorney for Proposed Intervenors (Motion Pending since December 2017):
Citizens for Fair Representation
Mark Baird
Steven Baird
Win Carpenter
Tanya Nemcik
Terry Rapoza

***Via PACER® once "Filed" by the District Court Clerk:***
Johnny H. Walker
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C.  20530
Attorney for all "Federal Defendants":
(1)  United States House of Representatives
(2) Individual Members of the U.S. House of the 115th Congress
(3) Honorable Paul Ryan, U.S. Representative of Wisconsin
(4) Honorable David S. Ferriero, Archivist of the United States
(5) Honorable Wilbur Ross, U.S. Secretary of Commerce
(6) Honorable Donald J. Trump, President of the United States
(7) Honorable Karen L. Hass, Clerk of the U.S. House of Representatives
Attorney for all "Federal Interested Parties":
(257) Michael Pence, Vice President of the United States and
        President of the United States Senate
(258) United States Senate
(259) Individual Members of the U.S. Senate of the 115th Congress

***Via PACER® once "Filed" by the District Court Clerk:***
Brian Vernon Church
Clay R. Smith
Deputy Attorneys General
Idaho State Attorney General's Office
954 West Jefferson Street - 2d Floor
P.O. Box 83720
Boise, Idaho  83720-0010
Attorney for State Defendants:
(73)  C.L. "Butch" Otter, Governor of Idaho
(74)  Lawrence Wasden, Idaho Attorney General
(75)  Lawrence Denney, Idaho Secretary of State
(76)  Idaho State Senate (35 State Senators)
(77)  Idaho State House of Representatives (70 State Representatives)

***Via PACER® once "Filed" by the District Court Clerk:***
Jeffrey T. Even
Deputy Solicitor General
Washington State Attorney General's Office
P.O. Box 4010
Olympia, Washington  98504-0100
Attorney for State Defendants:
(237)  Honorable Jay Inslee, Governor of Washington
(238)  Honorable Bob Ferguson, Washington State Attorney General
(239)  Honorable Kim Wyman, Washington Secretary of State
(240)  Washington State Senate (49 Senators)
(241)  Washington State House of Representatives (98 State
         Representatives)


*NOTE:* All other Defendants and Interested Parties who have been served and who have entered and appearance shall be served ***electronically through PACER® once the Notice of Appeal is "Filed" by the District Court Clerk on the Docket:***


5.    Additionally, pursuant to *United States Supreme Court Rule* 29(4), as both

the United States and the United States Department of Commerce and the

United States National Archives and Records Administration are parties that

are required to be separately served again, in addition to the mail and

electronic service on their counsel below Johnny Walker, Assistant United

States Attorney below, I have also this day served a copy of the Notice of

Appeal and this Proof of Service upon the following as reflected:

*Via Regular U.S. Mail:*
Solicitor General of the United States
Room 561
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001


*Via Regular U.S. Mail:*
Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, D.C.  20230


*Via Regular U.S. Mail:*
David S. Ferriero, Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue NW
Washington, D.C. 20408


**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED THIS 10TH DAY OF SEPTEMBER 2018.**

_____

Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey  07764
Telephone:  (732) 515-8229
Email:         emlesqnj@hotmail.com
Plaintiff *Pro Se*

**Dated:  September 10, 2018**

7