# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 5, 2018

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC 20001

Re: Eugene Martin LaVergne, et al.
v. United States House of Representatives, et al.
No. 18-290
(Your No. 1:17-cv-793) – CKK

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The appeal is dismissed for want of jurisdiction.

Sincerely,

Scott S. Harris, Clerk



RECEIVED
Mail Room

NOV 1 9 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
US POSTAGE $000.47
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120021
11/08/2018