# Supreme Court of the United States

No.     18-290

**EUGENE MARTIN LAVERGNE, ET AL.,**

Appellants

**v.**

**UNITED STATES HOUSE OF REPRESENTATIVES, ET AL.**

**ON APPEAL FROM** the United States District Court for the District of Columbia.

**THIS CAUSE** having been submitted on the statement as to jurisdiction.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.

November 5, 2018

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 7, 2018

Clerk
United States District Court
  for the District of Columbia
1333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

      **Re:  Eugene Martin LaVergne, et al.**
          **v.  United States House of Representatives, et al.,**
          **No. 18-290 (Your docket No.  1:17-cv-793)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      Hervé Bocage
      Judgments/Mandates Clerk

Enc.
cc:    All counsel of record
.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 7, 2018

Mr. Eugene Martin LaVergne, Esq.
543 Cedar Avenue
West Long Branch, New Jersey 07764

      **Re:   Eugene Martin LaVergne, et al.
          v.  United States House of Representatives, et al.,
          No. 18-290**

Dear Mr. LaVergne:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the District of Columbia.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      Herve' Bocage
      Judgments/Mandates Clerk

cc:     Clerk, United States District Court for the District of Columbia
         (Your docket No. 1:17-cv-793)
        All counsel of record