UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE MARTIN LaVERGNE, FREDERICK JOHN LaVERGNE, LEONARD P. MARSHALL, SCOTT NEUMAN, ALLEN J. CANNON,<br><br>    Plaintiffs,<br><br>v<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES from the 50 States that have been seated so far at the One Hundred Fifteenth Congress, *et al*<br><br>    Defendants. | No. 1:17-cv-00793<br><br>HON. COLLEN KOLLAR-KOTELLY<br><br><br>**SUBSTITUTION OF COUNSEL** |

Eugene Martin LaVergne
In Pro Per
53 Cedar Avenue
West Long Beach NJ 07764
(732) 515-8229

Frederick John LaVergne
In Pro Per
312 Walnut Street
Delcano NJ 07764
(609) 276-1630

Leonard P. Marshall
In Pro Per
303 Spinnaker Way
Neptune NJ 07753
(732) 233-9613

Frederick John LaVergne
In Pro Per
312 Walnut Street
Delcano NJ 07764
(609) 276-1630

Scott Neuman
In Pro Per
1325 Englemere Boulevard
Toms River NJ 08757
(804) 333-8899

Allen J. Cannon
In Pro Per
7 Brookside Drive
Titusville NJ 08560

1

| | |
|---|---|
| Scott A. Mertens (P60069)<br>Michigan Assistant Attorney General<br>Attorney for State of Michigan Defendants<br>Michigan Department of Attorney General<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 373-6434<br>bartond@michigan.gov | Jeffrey T. Even 20367<br>Attorney for Honorable Inslee,<br>Governor, et al<br>Office of the Attorney General<br>P. O. Box 40100<br>Olympia, WA 98504-0100<br>jeffe@atg.wa.gov<br>(360) 586-0728 |
| Leeann Morrill 38742<br>First Assistant Attorney General<br>Attorney for defendants Williams, Coffman,<br>and Hickenlooper<br>Colorado Attorney General's Office<br>1300 Broadway, 6th Floor<br>Denver, CO 80203<br>(720) 508-6157<br>leeann.morrill@coag.gov | |

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Michigan Assistant Attorney General Scott A. Mertens for and on behalf of State of Michigan Defendants for and in the place of former Assistant Attorney General Denise C. Barton.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    *s/Scott A. Mertens*
    Scott A. Mertens (P60069)
    Michigan Assistant Attorney General
    Attorney for State of Michigan Defendants
    P.O. Box 30217
    Lansing MI 48909
    517-373-6434
    mertenss@michigan.gov

Dated: January 4, 2019    P60069

**CERTIFICATE OF SERVICE (E-FILE)**

I hereby certify that on January 4, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Scott A. Mertens*
Scott A. Mertens (P60069)
Assistant Attorney General
Attorney for Defendants
P. O. Box 30217
Lansing MI 48909
517-373-6434
mertenss@michigan.gov
P60069
