3JUD–PANEL,APPEAL,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:17–cv–00793–CKK–CP–RDM</u>

| | |
|---|---|
| LAVERGNE et al v. UNITED STATES HOUSE OF REPRESENTATIVES et al | Date Filed: 04/28/2017 |
| Panel: Judge Colleen Kollar–Kotelly | Jury Demand: None |
|      Circuit Judge Cornelia T.L. Pillard | Nature of Suit: 441 Voting |
|      Judge Randolph D. Moss | Jurisdiction: U.S. Government Defendant |
| Cause: 05:702 Administrative Procedure Act | |

**<u>Plaintiff</u>**

**EUGENE MARTIN LAVERGNE**
*TERMINATED: 09/06/2018*

represented by **EUGENE MARTIN LAVERGNE**
543 Cedar Avenue
West Long Beach, NJ 07764
732–515–8229
PRO SE

**<u>Plaintiff</u>**

**FREDERICK JOHN LAVERGNE**

represented by **FREDERICK JOHN LAVERGNE**
312 Walnut Street
Delcano, NJ 08075
609–276–1630
PRO SE

**Scott E. Stafne**
STAFNE LAW ADVOCACY &
CONSULTING
239 N. Olympic Avenue
Arlington, WA 98223
(360) 403–8700
Fax: (360) 386–4005
Email: scott@stafnelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**LEONARD P. MARSHALL**

represented by **LEONARD P. MARSHALL**
303 Spinnaker Way
Neptune, NJ 07753
732–233–9613
PRO SE

**Scott E. Stafne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**SCOTT NEUMAN**                    represented by  **SCOTT NEUMAN**
                                                    1325 Englemere Boulevard
                                                    Toms River, NJ 08757
                                                    804–333–8899
                                                    PRO SE

                                                    **Scott E. Stafne**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALLEN J. CANNON**                 represented by  **ALLEN J. CANNON**
                                                    7 Brookside Drive
                                                    Titusville, NJ 08560
                                                    PRO SE

                                                    **Scott E. Stafne**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**CINDY BROWN**                     represented by  **Alexander Penley**
                                                    PENLEY GLOBAL LAW
                                                    4111 Crittenden Street
                                                    Hyattsville, MD 20781
                                                    (917) 582–8172
                                                    Email: alexander@penleygloballaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott E. Stafne**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES HOUSE OF**          represented by  **Johnny Hillary Walker , III**
**REPRESENTATIVES**                                 U.S. ATTORNEY'S OFFICE
                                                    Civil Division
                                                    555 Fourth Street, NW
                                                    Washington, DC 20530
                                                    (202) 252–2575
                                                    Fax: (202) 252–2599
                                                    Email: johnny.walker@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDIVIDUAL MEMBERS OF THE**             represented by   **Johnny Hillary Walker , III**
**UNITED STATES HOUSE OF**                                 (See above for address)
**REPRESENTATIVES**                                        *LEAD ATTORNEY*
*From the 50 States that have been seated*                 *ATTORNEY TO BE NOTICED*
*so far at the One Hundred Fifteenth*
*Congress*

**Defendant**

**PAUL RYAN**                             represented by   **Johnny Hillary Walker , III**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID S. FERRIERO**                     represented by   **Johnny Hillary Walker , III**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**WILBUR ROSS**                           represented by   **Johnny Hillary Walker , III**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**DONALD J. TRUMP**                       represented by   **Johnny Hillary Walker , III**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**KAREN L. HAAS**                         represented by   **Johnny Hillary Walker , III**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**TERRY MCAULIFFE**                       represented by   **Adam John Yost**
                                                           OFFICE OF THE VIRGINIA ATTORNEY
                                                           GENERAL
                                                           202 N. Ninth St.
                                                           Richmond, VA 23219
                                                           (804) 225–4486
                                                           Email: ayost@oag.state.va.us

*TERMINATED: 12/07/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Thurston Towell**
OFFICE OF THE ATTORNEY GENERAL
OF VIRGINIA
Civil Division
202 N. Ninth Street
Richmond, VA 23219
(804) 786–6731
Email: stowell@oag.state.va.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK HERRING**                          represented by   **Adam John Yost**
                                                          (See above for address)
                                                          *TERMINATED: 12/07/2017*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel Thurston Towell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**KELLY THOMASSON**                       represented by   **Adam John Yost**
                                                          (See above for address)
                                                          *TERMINATED: 12/07/2017*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel Thurston Towell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**VIRGINIA STATE SENATE**                 represented by   **Samuel Thurston Towell**
                                                          OFFICE OF THE ATTORNEY GENERAL
                                                          OF VIRGINIA
                                                          202 N. Ninth Street
                                                          Richmond, VA 23219
                                                          (804) 786–6731
                                                          Email: stowell@oag.state.va.us
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**VIRGINIA HOUSE OF DELEGATES**    represented by   **Samuel Thurston Towell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANIEL P. MALLOY**

**Defendant**

**GEORGE JEPSEN**

**Defendant**

**DENISE W. MERRILL**

**Defendant**

**CONNECTICUT STATE SENATE**

**Defendant**

**CONNECTICUT STATE HOUSE OF
REPRESENTATIVES**

**Defendant**

**MATT BEVIN**    represented by   **Matthew Franklin Kuhn**
OFFICE OF THE GOVERNOR OF
KENTUCKY
700 Capital Avenue
Suite 101
Frankfort, KY 40601
(502) 564–2611
Email: matt.kuhn@ky.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANDY BESHEAR**    represented by   **Shandeep Jonathan Dutta**
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Captiol Avenue
#18
Frankfort, KY 40601
(502) 696–5626
Email: shan.dutta@ky.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALISON LUNDERGAN GRIMES**

**Defendant**

**KENTUCKY STATE SENATE**

represented by

**John Choate. Roach**
RANSDELL ROACH & ROYSE, PLLC
176 Pasadena Drive
Building One
Lexington, KY 40503
(859) 276–6262
Email: john@rrrfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KENTUCKY STATE HOUSE OF REPRESENTATIVES**

represented by

**John Choate. Roach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT BENTLEY**

**Defendant**

**LUTHER J. STRANGE**

represented by

**Winfield James Sinclair**
STATE OF ALABAMA OFFICE OF THE
ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 353–9110
Email: wsinclair@ago.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN H. MERRILL**

represented by

**Winfield James Sinclair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALABAMA STATE SENATE**

**Defendant**

**ALABAMA STATE HOUSE OF REPRESENTATIVES**

**Defendant**

**BILL WALKER**
*TERMINATED: 11/01/2017*

**Defendant**

**JAHNA LINDEMUTH**
*TERMINATED: 11/01/2017*

**Defendant**

**JOSEPHINE BAHNKE**
*TERMINATED: 11/01/2017*

**Defendant**

**ALASKA STATE SENATE**
*TERMINATED: 11/01/2017*

**Defendant**

**ALASKA STATE HOUSE OF REPRESENTATIVES**
*TERMINATED: 11/01/2017*

**Defendant**

**DOUG DUCEY**
*TERMINATED: 11/01/2017*

**Defendant**

**MARK BRNOVICH**
*TERMINATED: 11/01/2017*

**Defendant**

**MICHELE REAGAN**
*TERMINATED: 11/01/2017*

**Defendant**

**ARIZONA STATE SENATE**
*TERMINATED: 11/01/2017*

**Defendant**

**ARIZONA STATE HOUSE OF REPRESENTATIVES**
*TERMINATED: 11/01/2017*

**Defendant**

**ASA HUTCHINSON**
*TERMINATED: 11/01/2017*

**Defendant**

**LESLIE RUTLEDGE**
*TERMINATED: 11/01/2017*

**Defendant**

**MARK MARTIN**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**ARKANSAS STATE SENATE**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**ARKANSAS STATE HOUSE OF REPRESENTATIVES**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**EDMUND G. BROWN, JR.**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**XAVIER BECERRA**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**ALEX PADILLA**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**CALIFORNIA STATE SENATE**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**CALIFORNIA STATE ASSEMBLY**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**JOHN HICKENLOOPER**                    represented by   **LeeAnn Morrill**
COLORADO ATTORNEY GENERAL'S OFFICE
1300 Broadway
6th Floor
Denver, CO 80203
(720) 508–6159
Email: leeann.morrill@coag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**CYNTHIA H. COFFMAN**                   represented by   **LeeAnn Morrill**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**WAYNE W. WILLIAMS**                    represented by   **LeeAnn Morrill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**COLORADO STATE SENATE**

**Defendant**

**COLORADO STATE HOUSE OF
REPRESENTATIVES**

**Defendant**

**JOHN CARNEY**
*Governor of Delaware*

**Defendant**

**MATTHEW DENN**
*Delaware State Attorney*

**Defendant**

**ELAINE MANLOVE**
*Department of Elections*

**Defendant**

**DELAWARE STATE SENATE**

**Defendant**

**DELAWARE STATE HOUSE
REPRESENTATIVES**

**Defendant**

**RICK SCOTT**
*Governor of Florida*
*TERMINATED: 11/01/2017*

**Defendant**

**PAM BONDI**
*Florida State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**KEN DETZNER**
*Florida Secretary of State*

*TERMINATED: 11/01/2017*

**Defendant**

**FLORIDA STATE HOUSE OF
REPRESENTATIVES**
*TERMINATED: 11/01/2017*

**Defendant**

**NATHAN DEAL**
*Governor of Georgia*
*TERMINATED: 11/01/2017*

**Defendant**

**CHRISTOPHER M. CARR**
*Georgia State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**BRIAN P. KEMP**
*Georgia Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**GEORGIA STATE SENATE**
*TERMINATED: 11/01/2017*

**Defendant**

**GEORGIA STATE HOSE OF
REPRESENTATIVES**
*TERMINATED: 11/01/2017*

**Defendant**

**DAVID Y. IGE**
*Governor of Hawaii*
*TERMINATED: 11/01/2017*

**Defendant**

**DOUG CHINM**
*Hawaii Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**SCOTT T. NAGO**
*Chief Election Officer*
*TERMINATED: 11/01/2017*

**Defendant**

**HAWAII STATE SENATE**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**HAWAII STATE HOUSE OF REPRESENTATIVES**
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **C.L. OTTER**<br>*"BUTCH" – Govenor of Idaho* | represented by | **Brian Vernon Church**<br>IDAHO OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 83720<br>Boise, ID 83720–0010<br>(208) 334–4550<br>Email: brian.church@ag.idaho.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Clay Riggs Smith**
IDAHO ATTORNEY GENERAL'S OFFICE
P. O. Box 83720
Boise, ID 8372–0010
(208) 334–4118
Email: clay.smith@ag.idaho.gov
*TERMINATED: 04/27/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **LAWRENCE G. WASDEN**<br>*Idaho Attorney General* | represented by | **Brian Vernon Church**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Clay Riggs Smith**
(See above for address)
*TERMINATED: 04/27/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **LAWRENCE DENNEY**<br>*Idaho Secretary of State* | represented by | **Brian Vernon Church**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Clay Riggs Smith**
(See above for address)

*TERMINATED: 04/27/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IDAHO STATE HOUSE**      represented by    **Brian Vernon Church**
**REPRESENTATIVES**                                    (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Clay Riggs Smith**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/27/2018*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**BRUCE RAUNER**
*Governor of Illinois*

**Defendant**

**LISA MADIGAN**        represented by    **Sarah Hughes Newman**
*Illinois State Attorney General*                             OFFICE OF THE ATTORNEY GENERAL
                                                                  OF THE STATE OF ILLINOIS
                                                                  100 W. Randolph St.
                                                                  13th Floor
                                                                  Chicago, IL 60601
                                                                  (312) 814–6131
                                                                  Email: snewman@atg.state.il.us
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**STEVE SANDVOSS**
*Executive Director, Illinois State Board*
*of Elections*

**Defendant**

**ILLINOIS STATE SENATE**

**Defendant**

**ILLINOIS STATE HOUSE OF**
**REPRESENTATIVES**

**Defendant**

**ERIC J. HOLCOMB**
*Govenor of Indiana*
*TERMINATED: 11/01/2017*

**Defendant**

**CURTIS HILL**
*Indiana State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**CONNIE LAWSON**
*Indiana Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**INDIANA STATE SENATE**
*50 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**INDIANA STATE HOUSE OF**
**REPRESENTATIVES**
*100 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**TERRY BRANSTAD**                    represented by   **Layne M. Lindebak**
*Governor of Iowa*                                     ATTORNEY GENERAL'S OFFICE FOR
                                                       THE STATE OF IOWA
                                                       1305 East Walnut Street
                                                       2nd Floor
                                                       Des Moines, IA 50319
                                                       (515) 281–7054
                                                       Fax: (515) 281–4902
                                                       Email: Layne.Lindebak@iowa.gov
                                                       *TERMINATED: 01/12/2018*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Max Merrick Miller**
                                                       ATTORNEY GENERAL'S OFFICE FOR
                                                       THE STATE OF IOWA
                                                       1305 East Walnut Street
                                                       2nd Floor
                                                       Des Moines, IA 50319
                                                       (515) 281–5926
                                                       Fax: (515) 281–6771
                                                       Email: Max.Miller@ag.Iowa.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

                                      represented by

**TOM MILLER**
*Iowa State Attorney General*

Layne M. Lindebak
(See above for address)
*TERMINATED: 01/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max Merrick Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAUL D. PATE**
*Iowa Secretary of State*

represented by   **Layne M. Lindebak**
(See above for address)
*TERMINATED: 01/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max Merrick Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IOWA STATE SENATE**
*35 State Senators*

represented by   **Layne M. Lindebak**
(See above for address)
*TERMINATED: 01/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max Merrick Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IOWA STATE HOUSE OF REPRESENTATIVES**
*105 State Senators*

represented by   **Layne M. Lindebak**
(See above for address)
*TERMINATED: 01/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max Merrick Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAY INSLEE**
*Governor of Washington*

represented by   **Clay Riggs Smith**
(See above for address)

*TERMINATED: 04/27/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Even**
ATTORNEY GENERAL OF THE STATE
OF WASHINGTON
P.O. Box 40100
Olympia, WA 98504–0100
(360) 586–0728
Fax: (360) 664–2963
Email: jeff.even@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BOB FERGUSON**                          represented by   **Clay Riggs Smith**
*Washington State Attorney General*                       (See above for address)
                                                          *TERMINATED: 04/27/2018*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey T. Even**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**KIM WYMAN**                             represented by   **Clay Riggs Smith**
*Washington Secretary of State*                           (See above for address)
                                                          *TERMINATED: 04/27/2018*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey T. Even**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**WASHINGTON STATE SENATE**               represented by   **Clay Riggs Smith**
                                                          (See above for address)
                                                          *TERMINATED: 04/27/2018*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey T. Even**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

15

**Defendant**

| | | |
|---|---|---|
| **WASHINGTON STATE HOUSE OF REPRESENTATIVES** | represented by | **Clay Riggs Smith** |

(See above for address)
*TERMINATED: 04/27/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Even**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **JOHN KASICH** | represented by | **Heather L. Buchanan** |
| *Governor of Ohio* | | |

OHIO ATTORNEY GENERAL
30 East Broad Street
Columbus, OH 43215
614–466–2872
Fax: 614–728–7592
Email: heather.buchanan@ohioattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Voigt**
OHIO ATTORNEY GENERAL
30 East Broad Street
Columbus, OH 43215
614–466–2872
Fax: 614–728–7592
Email: steven.voigt@ohioattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **MIKE DEWINE** | represented by | **Heather L. Buchanan** |
| *Ohio State Attorney General* | | |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Voigt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **OHIO STATE SENATE** | represented by | **Heather L. Buchanan** |
| *(33 State Senators)* | | |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Voigt**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**JON HUSTED**
*Ohio Secretary of State*

represented by **Heather L. Buchanan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Voigt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OHIO STATE HOUSE OF
REPRESENTATIVES**
*(99 State Representatives)*

represented by **Heather L. Buchanan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Voigt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROLANDO PABLOS**
*Texas Secretary of State*

represented by **Christine M. H. Smith**
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548
Capitol Station
Austin, TX 78711–2548
(512) 463–2120
Email: christine.smith@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KEN PAXTON**
*Texas State Attorney General*

represented by **Christine M. H. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TEXAS STATE HOUSE OF
REPRESENTATIVES**
*150 State Representatives*

represented by **Christine M. H. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TEXAS STATE SENATE**
*31 State Senators*

represented by **Christine M. H. Smith**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GREG ABBOTT**                          represented by   **Christine M. H. Smith**
*Honorable, Governor of Texas*                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**IDAHO STATE SENATE**                   represented by   **Brian Vernon Church**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Clay Riggs Smith**
                                                          (See above for address)
                                                          *TERMINATED: 04/27/2018*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN R. ASHCROFT**
*Missouri Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**CHARLIE BAKER**                        represented by   **Cassandra Bolanos**
*Governor of Massachusetts*                               OFFICE OF THE ATTORNEY GENERAL
                                                          OF MASSACHUSETTS
                                                          One Ashburton St.
                                                          20th Floor
                                                          Boston, MA 02108
                                                          (617) 963–2052
                                                          Email: cassandra.bolanos@state.ma.us
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Julie Elisabeth Green**
                                                          OFFICE OF ATTORNEY GENERAL/MA
                                                          One Ashburton Place
                                                          Boston, MA 02108
                                                          (617) 963–2085
                                                          Email: julie.green@state.ma.us
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**SAM BROWNBACK**
*Govenor of Kansas*

*TERMINATED: 11/01/2017*

**Defendant**

**PHIL BRYANT**
*Govenor of Mississippi*
*TERMINATED: 11/01/2017*

**Defendant**

**STEVE BULLOCK**
*Governor of Montana*
*TERMINATED: 11/01/2017*

**Defendant**

**MARK DAYTON**
*Governor of Minnesota*
*TERMINATED: 11/01/2017*

**Defendant**

**MATTHEW DUNLAP**
*Maine Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**JOHN BEL EDWARDS**
*Governor of Louisiana*
*TERMINATED: 11/01/2017*

**Defendant**

**FLORIDA STATE SENATE**
*TERMINATED: 11/01/2017*

**Defendant**

**BRIAN FROSH**
*Maryland State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**WILLIAM FRANCIS GALVIN**          represented by   **Cassandra Bolanos**
*Secretary of the Commonwealth of*                    (See above for address)
*Massachusetts*                                        *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Julie Elisabeth Green**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**ERIC GREITENS**
*Governor of Missouri*
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**JOSHUA HAWLEY**
*Missouri Attorney General*
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**MAURA HEALEY**                          represented by   **Cassandra Bolanos**
*Massachusetts State Attorney General*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Julie Elisabeth Green**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**LARRY HOGAN**
*Governor of Maryland*
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**JIM HOOD**
*Mississippi State Attorney General*
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**DELBERT HOSEMANN**
*Mississippi Secretary of State*
*TERMINATED: 11/01/2017*

<u>**Defendant**</u>

**RUTH JOHNSON**                          represented by   **Denise Carole Barton**
*Michigan Secretary of State*                             MICHIGAN DEPARTMENT OF
                                                          ATTORMEY GENERAL
                                                          P.O. Box 30736
                                                          525 W. Ottawa
                                                          Lansing, MI 48933
                                                          (517) 373–6434
                                                          Email: bartond@michigan.gov
                                                          *TERMINATED: 01/04/2019*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Erik Alexander Grill**

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
P.O. Box 30736
Lansing, MI 48909
(517) 373–6434
Email: grille@michigan.gov
*TERMINATED: 12/13/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Allen Mertens**
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
P.O. Box 30217
525 W. Ottawa
Lansing, MI 48933
(517) 373–6434
Email: mertenss@michigan.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KANSAS STATE HOUSE OF
REPRESENTATIVES**
*TERMINATED: 11/01/2017*

**Defendant**

**KRIS W. KOBACH**
*Kansas Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**JEFF LANDRY**
*Louisiana Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**PAUL LEPAGE**
*Governor of Maine*
*TERMINATED: 11/01/2017*

**Defendant**

**LOUISIANA STATE HOUSE OF
REPRESENTATIVES**
*TERMINATED: 11/01/2017*

**Defendant**

**LOUISIANA STATE SENATE**
*TERMINATED: 11/01/2017*

**Defendant**

**MAINE STATE HOUSE OF
REPRESENTATIVES**
*151 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**MAINE STATE SENATE**
*(35 State Senators)*
*TERMINATED: 11/01/2017*

**Defendant**

**MARYLAND STATE HOUSE OF
DELEGATES**
*141 State Delegates*
*TERMINATED: 11/01/2017*

**Defendant**

**MARYLAND STATE SENATE**
*47 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**MASSACHUSETTS STATE HOUSE
OF REPRESENTATIVES**
*160 Representatives*
*TERMINATED: 11/01/2017*

represented by **Cassandra Bolanos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Elisabeth Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MASSACHUSETTS STATE SENATE**
*40 State Senators*

represented by **Cassandra Bolanos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Elisabeth Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHIGAN STATE HOUSE OF
REPRESENTATIVES**
*110 State Representatives*

represented by **Denise Carole Barton**
(See above for address)
*TERMINATED: 01/04/2019*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Alexander Grill**
(See above for address)
*TERMINATED: 12/13/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Allen Mertens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHIGAN STATE SENATE**                    represented by    **Denise Carole Barton**
*38 State Senators*                                            (See above for address)
                                                              *TERMINATED: 01/04/2019*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Erik Alexander Grill**
                                                              (See above for address)
                                                              *TERMINATED: 12/13/2017*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Scott Allen Mertens**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**JANET T. MILLS**
*Maine State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**MINNESOTA STATE SENATE**
*134 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**MISSISSIPPI STAE HOUSE OF
REPRESENTATIVES**
*122 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**MISSISSIPPI STATE SENATE**
*52 State Senators*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**MISSOURI STATE HOUSE OF
REPRESENTATIVES**
*163 State Representatives*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**MISSOURI STATE SENATE**
*34 State Senators*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**TOM SCHEDLER**
*Louisiana Secretary of State*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**DEREK SCHMIDT**
*Kansas State Attorney General*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**BILL SCHULTTE**                    represented by   **Denise Carole Barton**
*Michigan State Attorney General*                     (See above for address)
                                                      *TERMINATED: 01/04/2019*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erik Alexander Grill**
                                                      (See above for address)
                                                      *TERMINATED: 12/13/2017*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Scott Allen Mertens**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**STEVE SIMON**
*Minnesota Secretary of State*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**RICK SNYDER**
*Governor of Michigan*

represented by **Denise Carole Barton**
(See above for address)
*TERMINATED: 01/04/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Alexander Grill**
(See above for address)
*TERMINATED: 12/13/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Allen Mertens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LORI SWANSON**
*Minnesota State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**LAWRENCE WASDEN**
*Idaho Attorney General*

represented by **Brian Vernon Church**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clay Riggs Smith**
(See above for address)
*TERMINATED: 04/27/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN C. WOBENSMITH**
*Maryland Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**TIM FOX**
*Montana Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**MONTANA STATE HOUSE OF
REPRESENTATIVES**
*100 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**MONTANA STATE SENATE**
*50 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**COREY STAPLETON**
*Montana Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

| | | |
|---|---|---|
| **MASSACHUSETTS STATE HOUSE OF REPRESENTATIVES**<br>*160 Representatives*<br>*TERMINATED: 11/01/2017* | represented by | **Cassandra Bolanos**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julie Elisabeth Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **MASSACHUSETTS STATE SENATE** | represented by | **Cassandra Bolanos**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julie Elisabeth Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **BARBARA K. CEGAVSKE**<br>*Nevada Secretary of State* | represented by | **Charles W. Howle**<br>OFFICE OF THE ATTORNEY GENERAL<br>100 North Carson Street<br>Carson City, NV 89701<br>(775) 684–1227<br>Fax: (775) 684–1108<br>Email: whowle@ag.nv.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**JOHN A. GALE**
*Nebraska Secretary of State*

**Defendant**

**ADAM PAUL LAXALT**                  represented by   **Charles W. Howle**
*Nevada State Attorney General*                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**NEBRASKA UNICAMERAL STATE
LEGISLATURE**
*49 Members*

**Defendant**

**NEVADA STATE HOUSE OF
REPRESENTATIVES**                     represented by   **Charles W. Howle**
*42 State Representatives*                             (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**NEVADA STATE SENATE**               represented by   **Charles W. Howle**
*21 State Senators*                                    (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**DOUG PETERSON**
*Nebraska Attorney General*

**Defendant**

**PETE RICKETTS**
*Governor of Nebraska*

**Defendant**

**BRIAN SANDOVAL**                    represented by   **Charles W. Howle**
*Governor of Nevada*                                   (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**NELLIE M. GORBEA**                  represented by   **Michael Wayne Field**
*Rhode Island Secretary of State*                      RHODE ISLAND DEPARTMENT OF
                                                       ATTORNEY GENERAL
                                                       150 South Main Street
                                                       Providence, RI 02903
                                                       (410) 274–4400 x2380
                                                       Email: mfield@riag.ri.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**PETER F. KILMARTIN**
*Rhode Island Attorney General*

represented by   **Michael Wayne Field**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GINA RAIMONDO**
*Governor of Rhode Island*

represented by   **Michael Wayne Field**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RHODE ISLAND STATE HOUSE OF REPRESENTATIVES**
*75 State Representatives*

represented by   **Michael Wayne Field**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RHODE ISLAND STATE SENATE**
*38 State Senators*

represented by   **Michael Wayne Field**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DENNIS DAUGAARD**
*Governor of South Dakota*
*TERMINATED: 11/01/2017*

**Defendant**

**MARK HAMMOND**
*South Carolina Secretary of State*

represented by   **James Emory Smith , Jr.**
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 11549
1000 Assembly Street
Columbia, SC 29211
(803) 734–3680
Email: esmith@scag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARTY JACKLEY**
*South Dakota Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**SHANTEL KREBS**
*South Dakota Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**DOUG LA FOLLETTE**                    represented by    **Steven C. Kilpatrick**
*Wisconsin Secretary of State*                            STATE OF WISCONSIN DEPARTMENT
                                                          OF JUSTICE
                                                          P. O. Box 7857
                                                          17 West Main Street
                                                          Madison, WI 53707
                                                          (608) 266–1792
                                                          Email: kilpatricksc@doj.state.wi.us
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**HENRY MCMASTER**                      represented by    **James Emory Smith , Jr.**
*Governor of South Carolina*                              (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**BRAD SCHIMEL**                        represented by    **Steven C. Kilpatrick**
*Wisconsin Secretary of State*                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**SOUTH CAROLINA STATE HOUSE**          represented by    **James Emory Smith , Jr.**
**OF REPRESENTATIVES**                                    (See above for address)
*179 State Representatives*                               *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**SOUTH CAROLINA STATE**                represented by    **James Emory Smith , Jr.**
**SENATE**                                                (See above for address)
*46 Senators*                                             *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**SOUTH DAKOTA STATE HOUSE**
**OF REPRESENTATIVES**
*70 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**SOUTH DAKOTA STATE SENATE**
*35 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**SCOTT WALKER**
*Governor of Wisconsin*

represented by **Steven C. Kilpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALAN WILSON**
*South Carolina Attorney General*

represented by **James Emory Smith , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WISCONSIN STATE HOUSE OF
REPRESENTATIVES**
*99 State Representatives*

represented by **Steven C. Kilpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WISCONSIN STATE SENATE**
*33 State Senators*

represented by **Steven C. Kilpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HECTOR BALDERAS**
*Honorable New Mexico State Attorney
General*
*TERMINATED: 11/01/2017*

**Defendant**

**DIANNA DURAN**
*Honorabale New Mexico Secretary of
State*
*TERMINATED: 11/01/2017*

**Defendant**

**JOSEPH FOSTER**
*Honorable New Hampshire State
Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**WILLIAM M. GARDNER**
*Honorable New Hampshire Secretary of
State*
*TERMINATED: 11/01/2017*

**Defendant**

**KIM GUADAGNO**
*Honorable Lt. Governor/Secretary of*
*State*

**Defendant**

**SUSANA MARTINEZ**
*Honorable Governor of New Mexico*
*TERMINATED: 11/01/2017*

**Defendant**

**NEW HAMPSHIRE STATE HOUSE**
**OF REPRESENTATIVES**
*400 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**NEW HAMPSHIRE STATE SENATE**
*24 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**NEW JERSEY STATE GENERAL**
**ASSEMBLY**
*80 State Representatives*

**Defendant**

**NEW JERSEY STATE SENATE**
*40 State Senators*

**Defendant**

**NEW MEXICO STATE HOUSE OF**
**REPRESENTATIVES**
*70 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**NEW MEXICO STATE SENATE**
*24 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**CHRISTOPHER PORRINO**
*Honorable Acting New Jersey State*
*Attorney General*

**Defendant**

**CHRIS SUNUNU**
*Honorable, Govenor of New Hampshire*

*TERMINATED: 11/01/2017*

**Defendant**

**CHRISTOPHER J. CHRISTIE**
*Honorable Governor of New Jersey*

**Defendant**

**ANDREW M. CUOMO**
*Honorable Governor of New York*
*TERMINATED: 11/01/2017*

**Defendant**

**NEW YORK STATE HOUSE OF REPRESENTATIVES**
*150 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**NEW YORK STATE SENATE**
*63 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**ROSSANA ROSADO**
*Honorable New York Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**ERIC T. SCHNEIDERMAN**
*Honorable New York State Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**DOUG BURGUM**
*Honorable Governor of North Dakota*
*TERMINATED: 11/01/2017*

**Defendant**

**RAY A. COOPER**
*Honorable Governor of North Carolina*
*TERMINATED: 11/01/2017*

**Defendant**

**ELAINE F. MARSHALL**
*Honorable North Carolina Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**NORTH CAROLINA STATE
HOUSE OF REPRESENTATIVES**
*120 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**NORTH CAROLINA STATE
SENATE**
*50 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**NORTH DAKOTA STATE HOUSE
OF REPRESENTATIVES**
*94 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**NORTH DAKOTA STATE SENATE**
*47 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**JOSH STEIN**
*Honorable North Carolina State
Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**WAYNE STENEHJEM**
*Honorable North Dakota Attorney
General*
*TERMINATED: 11/01/2017*

**Defendant**

**MARY FALLIN**
*Honorable Governor of Oklahoma*
*TERMINATED: 11/01/2017*

**Defendant**

**MIKE HUNTER**
*Honorable Oklahoma State Attorney
General*
*TERMINATED: 11/01/2017*

**Defendant**

**KATE ANGELINA BROWN**
*Honorable Governor of Oregan*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**MIKE HUNTER**
*Honorable Oklahoma State Attorney*
*General/Secretary of State*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**OKLAHOMA STATE HOUSE OF**
**REPRESENTATIVES**
*101 State Representatives*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**OKLAHOMA STATE SENATE**
*48 State Senators*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**OREGON STATE HOUSE OF**
**REPRESENTATIVES**
*60 State Representatives*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**OREGON STATE SENATE**
*30 State Senators*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**DENNIS RICHARDSON**
*Honorable Oregon Secretary of State*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**ELLEN F. ROSENBLUM**
*Honorable Oregon State Attorney*
*General*
*TERMINATED: 11/01/2017*

<u>Defendant</u>

**PEDRO A. CORTES**                    represented by   **Caleb Curtis Enerson**
*Honorable Pennsylvania Secretary of*                PENNSYLVANIA OFFICE OF
*State*                                              ATTORNEY GENERAL
                                                     15th Floor, Strawberry Square

Harrisburg, PA 17120
(717) 705–5774
Email: cenerson@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SPENCER J. COX**
*Honorable Utah Lieutenant Governor*
*TERMINATED: 11/01/2017*

**Defendant**

**TRE HARGETT**
*Honorable Tennessee Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**BILL HASLAM**
*Honorable Governor of Tennessee*
*TERMINATED: 11/01/2017*

**Defendant**

**GARY R. HERBERT**
*Honorable Governor of Utah*
*TERMINATED: 11/01/2017*

**Defendant**

**PENNSYLVANIA STATE HOUSE**          represented by   **Jason B. Torchinsky**
**OF REPRESENTATIVES**                                 HOLTZMAN VOGEL JOSEFIAK
*203 State Representatives*                             TORCHINSKY, PLLC
                                                        45 North Hill Drive
                                                        Suite 100
                                                        Warrenton, VA 20186
                                                        (540) 341–8808
                                                        Fax: (540) 341–8809
                                                        Email: jtorchinsky@hvjt.law
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**PENNSYLVANIA STATE SENATE**          represented by   **Jason B. Torchinsky**
*50 State Senators*                                     (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**SEAN D. REYES**
*Honorable Utah Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**JOSH SHAPIRO**
*Honorable Pennsylvania State Attorney*
*General*

represented by   **Caleb Curtis Enerson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HERBERT R. SLATTERY, III**
*Honorable Tennessee Attorney General*
*TERMINATED: 11/01/2017*

**Defendant**

**TENNESSEE STATE HOUSE OF**
**REPRESENTATIVES**
*99 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**TENNESSEE STATE SENATE**
*33 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**UTAH STATE HOUSE OF**
**REPRESENTATIVES**
*75 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**UTAH STATE SENATE**
*29 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**TOM WOLF**
*Honorable Governor of Pennsylvania*

represented by   **Caleb Curtis Enerson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JIM CONDOS**
*Honorable Vermont Secretary of State*

represented by   **Eleanor Laurel Pullin Spottswood**
VERMONT ATTORNEY GENERAL'S
OFFICE
109 State Street
Montpelier, VT 05609
(802) 828–5500
Email: eleanor.spottswood@vermont.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**TJ DONOVAN**                                    represented by   **Eleanor Laurel Pullin Spottswood**
*Honorable Vermont Attorney General*                              (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**INDIVIDUAL MEMBERS OF THE**                     represented by   **Johnny Hillary Walker , III**
**UNITED STATES SENATE FROM**                                     (See above for address)
**THE 50 STATES THAT HAVE**                                       *LEAD ATTORNEY*
**BEEN SEATED AT THE ONE**                                        *ATTORNEY TO BE NOTICED*
**HUNDRED FIFTEENTH**
**CONGRESS**

**Defendant**

**JIM JUSTICE**
*Honorable Governor of West Virginia*
*TERMINATED: 11/01/2017*

**Defendant**

**MATTHEW MEAD**
*Honorable Governor of Wyoming*
*TERMINATED: 11/01/2017*

**Defendant**

**PETER k. MICHAEL**
*Honorable Wyoming State Attorney*
*General*
*TERMINATED: 11/01/2017*

**Defendant**

**PATRICK MORRISEY**
*Honorable West Virginia State Attorney*
*General*
*TERMINATED: 11/01/2017*

**Defendant**

**ED MURRAY**
*Honorable Wyoming Secretary of State*
*TERMINATED: 11/01/2017*

**Defendant**

**MICHAEL R. PENCE**                              represented by   **Johnny Hillary Walker , III**
*Vice President of the United States and*                         (See above for address)
*President of the United States Senate*                           *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**PHILIP B. SCOTT**                         represented by   **Eleanor Laurel Pullin Spottswood**
*Honorable Governor of Vermont*                             (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES SENATE**                    represented by   **Johnny Hillary Walker , III**
*A body politic created and constituted by*                 (See above for address)
*Article I of the United States*                            *LEAD ATTORNEY*
*Constitution, as amended*                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**VERMONT STATE HOUSE OF**                  represented by   **Eleanor Laurel Pullin Spottswood**
**REPRESENTATIVES**                                         (See above for address)
*150 State Representatives*                                 *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**VERMONT STATE SENATE**                    represented by   **Eleanor Laurel Pullin Spottswood**
*30 State Senators*                                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**MAC WARNER**
*Honorable West Virginia Secretary of*
*State*
*TERMINATED: 11/01/2017*

**Defendant**

**WEST VIRGINIA STATE HOUSE**
**OF REPRESENTATIVES**
*100 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**WEST VIRGINIA STATE SENATE**
*34 State Senators*
*TERMINATED: 11/01/2017*

**Defendant**

**WYOMING STATE HOUSE OF**
**REPRESENTATIVES**
*60 State Representatives*
*TERMINATED: 11/01/2017*

**Defendant**

**WYOMING STATE SENATE**
*30 State Senators*
*TERMINATED: 11/01/2017*

<u>**Movant**</u>

**MARK BAIRD**                        represented by **Alexander Penley**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Scott E. Stafne**
                                      (See above for address)
                                      *PRO HAC VICE*
                                      *ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**STEVEN BAIRD**                      represented by **Alexander Penley**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Scott E. Stafne**
                                      (See above for address)
                                      *PRO HAC VICE*
                                      *ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**WIN CARPENTER**                     represented by **Alexander Penley**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Scott E. Stafne**
                                      (See above for address)
                                      *PRO HAC VICE*
                                      *ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**CITIZENS FOR FAIR**                 represented by **Alexander Penley**
**REPRESENTATION**                    (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Scott E. Stafne**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**TANYA NEMCIK**                      represented by

**Alexander Penley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Stafne**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**TERRY RAPOZA**                    represented by  **Alexander Penley**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott E. Stafne**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**Intervenor**

**ALEXANDER PENLEY**                represented by  **Alexander Penley**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/28/2017 | 1 | | COMPLAINT against All Defendants ( Filing fee $ 400, receipt number 4616084239) filed by FREDERICK JOHN LAVERGNE, EUGENE MARTIN LAVERGNE, LEONARD P. MARSHALL, SCOTT NEUMAN. (Attachments: # 1 Civil Cover Sheet)(td) (Entered: 05/01/2017) |
| 04/28/2017 | 2 | | NOTICE of Proposed Order by EUGENE MARTIN LAVERGNE, FREDERICK JOHN LAVERGNE, LEONARD P. MARSHALL, SCOTT NEUMAN (td) (Entered: 05/01/2017) |
| 05/02/2017 | 3 | | ORDER Establishing Procedures for Cases Assigned to Judge Colleen Kollar–Kotelly. Signed by Judge Colleen Kollar–Kotelly on May 2, 2017. (NS) (Entered: 05/02/2017) |
| 05/09/2017 | 4 | | AMENDED COMPLAINT against All Defendants filed by FREDERICK JOHN LAVERGNE, EUGENE MARTIN LAVERGNE, LEONARD P. MARSHALL, SCOTT NEUMAN, ALLEN J. CANNON.(td) (Entered: 05/10/2017) |
| 05/09/2017 | 5 | | MOTION to Convene Three–Judge Court by ALLEN J. CANNON, EUGENE MARTIN LAVERGNE, FREDERICK JOHN LAVERGNE, LEONARD P. MARSHALL, SCOTT NEUMAN (td) (Entered: 05/10/2017) |
| 05/15/2017 | 6 | | |

| | | | |
|---|---|---|---|
| | | | REQUEST FOR DESIGNATION OF A THREE–JUDGE COURT. Signed by Judge Colleen Kollar–Kotelly on 5/15/2017. (lcckk3) (Entered: 05/15/2017) |
| 05/18/2017 | 7 | | USCA ORDER filed in USCA on 5/18/2017 FOR DESIGNATION OF JUDGES TO SERVE ON THREE–JUDGE DISTRICT COURT; designating Circuit Judge Cornelia T.L. Pillard and Judge Randolph D. Moss to hear and determine this case. The U.S. Circuit Court Judge to preside over this case. (ad) (Entered: 05/19/2017) |
| 06/05/2017 | | | Summons (259) Issued as to ALABAMA STATE HOUSE OF REPRESENTATIVES, ALABAMA STATE SENATE, ALASKA STATE HOUSE OF REPRESENTATIVES, ALASKA STATE SENATE, ARIZONA STATE HOUSE OF REPRESENTATIVES, ARIZONA STATE SENATE, ARKANSAS STATE HOUSE OF REPRESENTATIVES, ARKANSAS STATE SENATE, JOSEPHINE BAHNKE, XAVIER BECERRA, ROBERT BENTLEY, ANDY BESHEAR, MATT BEVIN, PAM BONDI, TERRY BRANSTAD, MARK BRNOVICH, EDMUND G. BROWN, JR, CALIFORNIA STATE ASSEMBLY, CALIFORNIA STATE SENATE, JOHN CARNEY, CHRISTOPHER M. CARR, DOUG CHINM, CYNTHIA H. COFFMAN, COLORADO STATE HOUSE OF REPRESENTATIVES, COLORADO STATE SENATE, CONNECTICUT STATE HOUSE OF REPRESENTATIVES, CONNECTICUT STATE SENATE, NATHAN DEAL, DELAWARE STATE HOUSE REPRESENTATIVES, DELAWARE STATE SENATE, MATTHEW DENN, LAWRENCE DENNEY, KEN DETZNER, DOUG DUCEY, DAVID S. FERRIERO, FLORIDA STATE HOUSE OF REPRESENTATIVES, GEORGIA STATE HOSE OF REPRESENTATIVES, GEORGIA STATE SENATE, ALISON LUNDERGAN GRIMES, KAREN L. HAAS, HAWAII STATE HOUSE OF REPRESENTATIVES, HAWAII STATE SENATE, MARK HERRING, JOHN HICKENLOOPER, CURTIS HILL, ERIC J. HOLCOMB, ASA HUTCHINSON, IDAHO STATE HOUSE REPRESENTATIVES, DAVID Y. IGE, ILLINOIS STATE HOUSE OF REPRESENTATIVES, ILLINOIS STATE SENATE, INDIANA STATE HOUSE OF REPRESENTATIVES, INDIANA STATE SENATE, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, IOWA STATE HOUSE OF REPRESENTATIVES, IOWA STATE SENATE, GEORGE JEPSEN, BRIAN P. KEMP, KENTUCKY STATE HOUSE OF REPRESENTATIVES, KENTUCKY STATE SENATE, CONNIE LAWSON, JAHNA LINDEMUTH, LISA MADIGAN, DANIEL P. MALLOY, ELAINE MANLOVE, MARK MARTINS, TERRY MCAULIFFE, DENISE W. MERRILL, JOHN J. MERRILL, TOM MILLER, SCOTT T. NAGO, SCOTT NEUMAN, C.L. OTTER, ALEX PADILLA, PAUL D. PATE, BRUCE RAUNER, MICHELE REAGAN, WILBUR ROSS, LESLIE RUTLEDGE, PAUL RYAN, STEVE SANDVOSS, RICK SCOTT, LUTHER J. STRANGE, KELLY THOMASSON, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, VIRGINIA HOUSE OF DELEGATES, VIRGINIA STATE SENATE, BILL WALKER, LAWRENCE G. WASDEN, WAYNE W. WILLIAMS. (td) (Entered: 06/05/2017) |
| 06/05/2017 | | | SUMMONS (2) Not Issued as to U.S. Attorney and U.S. Attorney General (td) (Entered: 06/05/2017) |
| 07/06/2017 | 8 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Jeffrey T. Even on behalf of BOB FERGUSON, JAY INSLEE, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN (Even, Jeffrey) (Entered: 07/06/2017) |
| 07/14/2017 | 9 | | NOTICE of Appearance by Heather L. Buchanan on behalf of JOHN KASICH, MIKE DEWINE, OHIO STATE SENATE, JON HUSTED, OHIO STATE HOUSE OF REPRESENTATIVES (Buchanan, Heather) (Main Document 9 replaced on 7/17/2017) (jf). (Entered: 07/14/2017) |
| 07/14/2017 | 10 | | NOTICE of Appearance by Steven T. Voigt on behalf of MIKE DEWINE, JON HUSTED, JOHN KASICH, OHIO STATE HOUSE OF REPRESENTATIVES, OHIO STATE SENATE (Voigt, Steven) (Main Document 10 replaced on 7/17/2017) (jf). (Entered: 07/14/2017) |
| 07/17/2017 | 11 | | RULE 4(m) ORDER. The Clerk of the Court shall mail a copy of this Order, overnight, to Plaintiffs' addresses of record. Signed by Judge Colleen Kollar–Kotelly on 7/17/2017. (lcckk3) (Entered: 07/17/2017) |
| 07/19/2017 | 12 | | NOTICE of Appearance by Clay Riggs Smith on behalf of LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, C.L. OTTER, LAWRENCE G. WASDEN (Smith, Clay) (Entered: 07/19/2017) |
| 07/20/2017 | 13 | | NOTICE of Appearance by Adam John Yost on behalf of MARK HERRING, TERRY MCAULIFFE, KELLY THOMASSON (Yost, Adam) (Entered: 07/20/2017) |
| 07/20/2017 | 14 | | NOTICE of Appearance by Samuel Thurston Towell on behalf of MARK HERRING, TERRY MCAULIFFE, KELLY THOMASSON (Towell, Samuel) (Entered: 07/20/2017) |
| 07/21/2017 | 15 | | NOTICE of Appearance by Christine M. H. Smith on behalf of GREG ABBOTT, ROLANDO PABLOS, KEN PAXTON, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE (Smith, Christine) (Entered: 07/21/2017) |
| 07/24/2017 | 21 | | WAIVER OF SERVICE by EUGENE MARTIN LAVERGNE. GREG ABBOTT waiver sent on 6/14/2017, answer due 8/13/2017; CHARLIE BAKER waiver sent on 6/14/2017, answer due 8/13/2017; BARBARA K. CEGAVSKE waiver sent on 6/14/2017, answer due 8/13/2017; CYNTHIA H. COFFMAN waiver sent on 6/14/2017, answer due 8/13/2017; LAWRENCE DENNEY waiver sent on 6/14/2014, answer due 8/13/2014; MIKE DEWINE waiver sent on 6/14/2017, answer due 8/13/2017; BOB FERGUSON waiver sent on 6/14/2017, answer due 8/13/2017; JOHN A. GALE waiver sent on 6/14/2017, answer due 8/13/2017; WILLIAM FRANCIS GALVIN waiver sent on 6/14/2017, answer due 8/13/2017; NELLIE M. GORBEA waiver sent on 6/14/2017, answer due 8/13/2017; MARK HAMMOND waiver sent on 6/14/2017, answer due 8/13/2017; MAURA HEALEY waiver sent on 6/14/2017, answer due 8/13/2017; MARK HERRING waiver sent on 6/14/2017, answer due 8/13/2017; JOHN HICKENLOOPER waiver sent on 6/14/2017, answer due 8/13/2017; JON HUSTED waiver sent on 6/14/2017, answer due 8/13/2017; IDAHO STATE HOUSE REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; IDAHO STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; JAY INSLEE waiver sent on 6/14/2017, answer due 8/13/2017; RUTH JOHNSON waiver sent on |

6/14/2017, answer due 8/13/2017; JOHN KASICH waiver sent on 6/14/2017, answer due 8/13/2017; PETER F. KILMARTIN waiver sent on 6/14/2017, answer due 8/13/2017; DOUG LA FOLLETTE waiver sent on 6/14/2017, answer due 8/13/2017; ADAM PAUL LAXALT waiver sent on 6/14/2017, answer due 8/13/2017; MASSACHUSETTS STATE HOUSE OF REPRESENTATIVES(160 Representatives) waiver sent on 6/14/2017, answer due 8/13/2017; MASSACHUSETTS STATE SENATE(40 State Senators) waiver sent on 6/14/2017, answer due 8/13/2017; TERRY MCAULIFFE waiver sent on 6/14/2017, answer due 8/13/2017; HENRY MCMASTER waiver sent on 6/14/2017, answer due 8/13/2017; MICHIGAN STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; MICHIGAN STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; NEBRASKA UNICAMERAL STATE LEGISLATURE waiver sent on 6/14/2017, answer due 8/13/2017; NEVADA STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; NEVADA STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; OHIO STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; OHIO STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; C.L. OTTER waiver sent on 6/14/2017, answer due 8/13/2017; ROLANDO PABLOS waiver sent on 6/14/2017, answer due 8/13/2017; KEN PAXTON waiver sent on 6/14/2017, answer due 8/13/2017; DOUG PETERSON waiver sent on 6/14/2017, answer due 8/13/2017; GINA RAIMONDO waiver sent on 6/14/2017, answer due 8/13/2017; RHODE ISLAND STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; RHODE ISLAND STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; PETE RICKETTS waiver sent on 6/14/2017, answer due 8/13/2017; BRIAN SANDOVAL waiver sent on 6/14/2017, answer due 8/13/2017; BRAD SCHIMEL waiver sent on 6/14/2017, answer due 8/13/2017; BILL SCHULTTE waiver sent on 6/14/2017, answer due 8/13/2017; RICK SNYDER waiver sent on 6/14/2017, answer due 8/13/2017; SOUTH CAROLINA STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; SOUTH CAROLINA STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; TEXAS STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; TEXAS STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; KELLY THOMASSON waiver sent on 6/14/2017, answer due 8/13/2017; SCOTT WALKER waiver sent on 6/14/2017, answer due 8/13/2017; LAWRENCE WASDEN waiver sent on 6/14/2017, answer due 8/13/2017; WASHINGTON STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; WASHINGTON STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; WAYNE W. WILLIAMS waiver sent on 6/14/2017, answer due 8/13/2017; ALAN WILSON waiver sent on 6/14/2017, answer due 8/13/2017; WISCONSIN STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; WISCONSIN STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; KIM WYMAN waiver sent on 6/14/2017, answer due 8/13/2017. (td) (Entered: 07/28/2017)

| 07/28/2017 | 16 | NOTICE of Appearance by Layne M. Lindebak on behalf of TERRY BRANSTAD (Lindebak, Layne) (Entered: 07/28/2017) |
| 07/28/2017 | 17 | NOTICE of Appearance by Layne M. Lindebak on behalf of TOM MILLER |

| | | | |
|---|---|---|---|
| | | | (Lindebak, Layne) (Entered: 07/28/2017) |
| 07/28/2017 | 18 | | NOTICE of Appearance by Layne M. Lindebak on behalf of IOWA STATE HOUSE OF REPRESENTATIVES (Lindebak, Layne) (Entered: 07/28/2017) |
| 07/28/2017 | 19 | | NOTICE of Appearance by Layne M. Lindebak on behalf of IOWA STATE SENATE (Lindebak, Layne) (Entered: 07/28/2017) |
| 07/28/2017 | 20 | | NOTICE of Appearance by Layne M. Lindebak on behalf of PAUL D. PATE (Lindebak, Layne) (Entered: 07/28/2017) |
| 07/31/2017 | | | NOTICE OF ERROR re 16 Notice of Appearance; emailed to Layne.Lindebak@iowa.gov, cc'd 10 associated attorneys –– The PDF file you docketed contained errors: 1. In future, only one entry is required per attorney appearance; select all appropriate parties as filers for one entry. (znmw, ) (Entered: 07/31/2017) |
| 08/01/2017 | 22 | | NOTICE of Appearance by Michael Wayne Field on behalf of NELLIE M. GORBEA, PETER F. KILMARTIN, GINA RAIMONDO, RHODE ISLAND STATE HOUSE OF REPRESENTATIVES, RHODE ISLAND STATE SENATE (Field, Michael) (Entered: 08/01/2017) |
| 08/01/2017 | 23 | | NOTICE of Appearance by Charles W. Howle on behalf of BARBARA K. CEGAVSKE, ADAM PAUL LAXALT, NEVADA STATE HOUSE OF REPRESENTATIVES, NEVADA STATE SENATE, BRIAN SANDOVAL (Howle, Charles) (Entered: 08/01/2017) |
| 08/01/2017 | 24 | | MOTION for Hearing *Fed. R. Civ. P. 16 Scheduling Conference*, MOTION to Stay *of Duty to file Responsive Pleading or Fed. R. Civ. P. 12(b) Motion* by LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, C.L. OTTER, LAWRENCE WASDEN (Attachments: # 1 Idaho Defendants' Memorandum in Support of Motion for Rule 16 Scheduling Conference and Stay of Duty to File a Responsive Pleading or Rule 12(b) Motion, # 2 [Proposed] Order)(Smith, Clay) Modified reliefs on 8/2/2017 (znmw). (Entered: 08/01/2017) |
| 08/03/2017 | 25 | | NOTICE of Appearance by Cassandra Bolanos on behalf of CHARLIE BAKER, WILLIAM FRANCIS GALVIN, MAURA HEALEY, MASSACHUSETTS STATE HOUSE OF REPRESENTATIVES(160 Representatives), MASSACHUSETTS STATE SENATE(40 State Senators), MASSACHUSETTS STATE SENATE (Bolanos, Cassandra) (Main Document 25 replaced on 8/4/2017) (znmw). (Entered: 08/03/2017) |
| 08/03/2017 | 26 | | NOTICE of Appearance by James Emory Smith, Jr on behalf of MARK HAMMOND, HENRY MCMASTER, SOUTH CAROLINA STATE HOUSE OF REPRESENTATIVES, SOUTH CAROLINA STATE SENATE, ALAN WILSON (Smith, James) (Entered: 08/03/2017) |
| 08/03/2017 | 27 | | NOTICE of Appearance by Winfield James Sinclair on behalf of JOHN H. MERRILL, LUTHER J. STRANGE (Sinclair, Winfield) (Entered: 08/03/2017) |
| 08/04/2017 | 28 | | NOTICE of Joinder re 24 MOTION for Hearing *Fed. R. Civ. P. 16 Scheduling Conference*, MOTION to Stay *of Duty to file Responsive Pleading or Fed. R. Civ. P. 12(b) Motion* by GREG ABBOTT, CHARLIE BAKER, TERRY BRANSTAD, BARBARA K. CEGAVSKE, MIKE DEWINE, BOB FERGUSON, WILLIAM FRANCIS GALVIN, NELLIE M. GORBEA, |

| | | | |
|---|---|---|---|
| | | | MARK HAMMOND, MAURA HEALEY, MARK HERRING, JON HUSTED, IOWA STATE HOUSE OF REPRESENTATIVES, IOWA STATE SENATE, JOHN KASICH, PETER F. KILMARTIN, ADAM PAUL LAXALT, MASSACHUSETTS STATE HOUSE OF REPRESENTATIVES(160 Representatives), MASSACHUSETTS STATE SENATE(40 State Senators), MASSACHUSETTS STATE SENATE, TERRY MCAULIFFE, HENRY MCMASTER, JOHN H. MERRILL, TOM MILLER, NEVADA STATE HOUSE OF REPRESENTATIVES, NEVADA STATE SENATE, OHIO STATE HOUSE OF REPRESENTATIVES, OHIO STATE SENATE, ROLANDO PABLOS, PAUL D. PATE, KEN PAXTON, GINA RAIMONDO, RHODE ISLAND STATE HOUSE OF REPRESENTATIVES, RHODE ISLAND STATE SENATE, BRIAN SANDOVAL, SOUTH CAROLINA STATE HOUSE OF REPRESENTATIVES, SOUTH CAROLINA STATE SENATE, LUTHER J. STRANGE, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, KELLY THOMASSON, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, ALAN WILSON, KIM WYMAN (Even, Jeffrey) Modified to add link on 8/15/2017 (nmw). (Entered: 08/04/2017) |
| 08/08/2017 | 29 | | ORDER Regarding Idaho Defendants' 24 Motion for Rule 16 Scheduling Conference and Stay of Duty to File a Responsive Pleading or Rule 12(b) Motion. The Clerk of the Court shall mail a copy of this Order, overnight, to Plaintiffs' addresses of record. Signed by Judge Colleen Kollar–Kotelly on 8/8/2017. (lcckk3) (Entered: 08/08/2017) |
| 08/11/2017 | 30 | | NOTICE of Appearance by Steven C. Kilpatrick on behalf of DOUG LA FOLLETTE, BRAD SCHIMEL, SCOTT WALKER, WISCONSIN STATE HOUSE OF REPRESENTATIVES, WISCONSIN STATE SENATE (Kilpatrick, Steven) (Entered: 08/11/2017) |
| 08/14/2017 | 31 | | NOTICE of Appearance by Erik Alexander Grill on behalf of RUTH JOHNSON, MICHIGAN STATE HOUSE OF REPRESENTATIVES, MICHIGAN STATE SENATE, BILL SCHULTTE, RICK SNYDER (Grill, Erik) (Entered: 08/14/2017) |
| 08/14/2017 | 32 | | NOTICE of Appearance by LeeAnn Morrill on behalf of CYNTHIA H. COFFMAN, JOHN HICKENLOOPER, WAYNE W. WILLIAMS (Morrill, LeeAnn) (Entered: 08/14/2017) |
| 08/14/2017 | 33 | | MOTION for Joinder re 24 MOTION for Hearing *Fed. R. Civ. P. 16 Scheduling Conference,* MOTION to Stay *of Duty to file Responsive Pleading or Fed. R. Civ. P. 12(b) Motion* by RUTH JOHNSON, MICHIGAN STATE HOUSE OF REPRESENTATIVES, MICHIGAN STATE SENATE, BILL SCHULTTE, RICK SNYDER (Grill, Erik) Modified on 8/15/2017 (nmw). (Entered: 08/14/2017) |
| 08/14/2017 | 34 | | NOTICE *of Joinder in Idaho Defendants' Motion and Memorandum in Support* by CYNTHIA H. COFFMAN, JOHN HICKENLOOPER, WAYNE W. WILLIAMS re 24 MOTION for HearingMOTION to Stay (Morrill, LeeAnn) (Entered: 08/14/2017) |
| 08/14/2017 | 35 | | Memorandum in opposition to re 24 MOTION for HearingMOTION to Stay filed by EUGENE MARTIN LAVERGNE. (td) (Entered: 08/16/2017) |
| 08/14/2017 | 36 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Order by EUGENE MARTIN LAVERGNE (td) (Entered: 08/16/2017) |
| 08/16/2017 | 37 | | REPLY to opposition to motion re 24 MOTION for HearingMOTION to Stay filed by LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, C.L. OTTER, LAWRENCE WASDEN. (Attachments: # 1 Declaration of Clay R. Smith, # 2 Exhibit A to Declaration of Clay R. Smith)(Smith, Clay) (Entered: 08/16/2017) |
| 08/17/2017 | 38 | | ORDER Extending Plaintiffs' Deadline to Serve and Setting Teleconference. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Colleen Kollar–Kotelly on 8/17/2017. (lcckk3) (Entered: 08/17/2017) |
| 08/17/2017 | | | Set/Reset Deadlines/Hearings: Time to effectuate service upon party due by 10/6/2017. Telephone Conference on the record set for 10/20/2017 at 11:00 AM in Chambers before Judge Colleen Kollar–Kotelly. (dot) (Entered: 08/17/2017) |
| 09/21/2017 | 39 | | NOTICE of Appearance by Eleanor Laurel Pullin Spottswood on behalf of JIM CONDOS, TJ DONOVAN, PHILIP B. SCOTT, VERMONT STATE HOUSE OF REPRESENTATIVES, VERMONT STATE SENATE (Spottswood, Eleanor) (Entered: 09/21/2017) |
| 09/22/2017 | 40 | | NOTICE of Appearance by Sarah Hughes Newman on behalf of LISA MADIGAN (Newman, Sarah) (Entered: 09/22/2017) |
| 09/25/2017 | 41 | | MEMORANDUM re 38 Order on Motion for Hearing, Order on Motion to Stay, Order on Motion for Joinder, Order on Motion for Order by GREG ABBOTT, CHARLIE BAKER, TERRY BRANSTAD, BARBARA K. CEGAVSKE, CYNTHIA H. COFFMAN, JIM CONDOS, LAWRENCE DENNEY, MIKE DEWINE, TJ DONOVAN, BOB FERGUSON, JOHN A. GALE, WILLIAM FRANCIS GALVIN, NELLIE M. GORBEA, MARK HAMMOND, MAURA HEALEY, MARK HERRING, JOHN HICKENLOOPER, JON HUSTED, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, IOWA STATE HOUSE OF REPRESENTATIVES, IOWA STATE SENATE, RUTH JOHNSON, JOHN KASICH, PETER F. KILMARTIN, DOUG LA FOLLETTE, ADAM PAUL LAXALT, LISA MADIGAN, MASSACHUSETTS STATE HOUSE OF REPRESENTATIVES(160 Representatives), MASSACHUSETTS STATE SENATE(40 State Senators), MASSACHUSETTS STATE SENATE, TERRY MCAULIFFE, HENRY MCMASTER, JOHN H. MERRILL, MICHIGAN STATE HOUSE OF REPRESENTATIVES, MICHIGAN STATE SENATE, TOM MILLER, NEBRASKA UNICAMERAL STATE LEGISLATURE, NEVADA STATE HOUSE OF REPRESENTATIVES, NEVADA STATE SENATE, OHIO STATE HOUSE OF REPRESENTATIVES, OHIO STATE SENATE, C.L. OTTER, ROLANDO PABLOS, PAUL D. PATE, KEN PAXTON, DOUG PETERSON, GINA RAIMONDO, RHODE ISLAND STATE HOUSE OF REPRESENTATIVES, RHODE ISLAND STATE SENATE, PETE RICKETTS, BRIAN SANDOVAL, BRAD SCHIMEL, BILL SCHULTTE, PHILIP B. SCOTT, RICK SNYDER, SOUTH CAROLINA STATE HOUSE OF REPRESENTATIVES, SOUTH CAROLINA STATE SENATE, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, |

| | | | |
|---|---|---|---|
| | | | KELLY THOMASSON, VERMONT STATE HOUSE OF REPRESENTATIVES, VERMONT STATE SENATE, SCOTT WALKER, LAWRENCE WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, WAYNE W. WILLIAMS, ALAN WILSON, WISCONSIN STATE HOUSE OF REPRESENTATIVES, WISCONSIN STATE SENATE, KIM WYMAN. (Even, Jeffrey) (Entered: 09/25/2017) |
| 10/11/2017 | 42 | | NOTICE of Appearance by Jason B. Torchinsky on behalf of PENNSYLVANIA STATE SENATE (Torchinsky, Jason) (Main Document 42 replaced on 10/12/2017) (znmw). (Entered: 10/11/2017) |
| 10/17/2017 | 43 | | NOTICE of Appearance by Johnny Hillary Walker, III on behalf of DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 10/17/2017) |
| 10/17/2017 | 44 | | ORDER Regarding October 20, 2017 Teleconference. Signed by Judge Colleen Kollar–Kotelly on 10/17/2017. (lcckk3) (Entered: 10/17/2017) |
| 10/19/2017 | 45 | | NOTICE by All Defendants Pursuant to the Court's October 17, 2017, Order by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE re 44 Order (Walker, Johnny) (Entered: 10/19/2017) |
| 10/19/2017 | 46 | | NOTICE of Appearance by John Choate. Roach on behalf of KENTUCKY STATE HOUSE OF REPRESENTATIVES, KENTUCKY STATE SENATE (Roach, John) (Entered: 10/19/2017) |
| 10/19/2017 | 47 | | NOTICE of Joinder of Defendants' Joint Notice Pursuant to October 17, 2017 Order by KENTUCKY STATE HOUSE OF REPRESENTATIVES, KENTUCKY STATE SENATE re 45 Notice (Other), (Roach, John) (Entered: 10/19/2017) |
| 10/19/2017 | 48 | | ORDER Regarding October 20, 2017 Teleconference. Signed by Judge Colleen Kollar–Kotelly on 10/19/2017. (lcckk3) (Entered: 10/19/2017) |
| 10/19/2017 | | | Set/Reset Hearings: Telephone Conference set for 10/20/2017 at 11:00 AM before Judge Colleen Kollar–Kotelly, Circuit Judge Cornelia T.L. Pillard and Judge Randolph D. Moss. (dot) (Entered: 10/19/2017) |
| 10/19/2017 | 49 | | NOTICE of Appearance by Shandeep Jonathan Dutta on behalf of ANDY BESHEAR (Dutta, Shandeep) (Entered: 10/19/2017) |
| 10/19/2017 | 50 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Jason B. Torchinsky on behalf of PENNSYLVANIA STATE HOUSE OF REPRESENTATIVES (Torchinsky, Jason) (Entered: 10/19/2017) |
| 10/19/2017 | 52 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PENNSYLVANIA STATE HOUSE OF REPRESENTATIVES served on 10/6/2017, answer due 10/27/2017 (zrdj) (Entered: 10/20/2017) |
| 10/19/2017 | 53 | | WAIVER OF SERVICE by EUGENE MARTIN LAVERGNE. JIM CONDOS waiver sent on 6/14/2017, answer due 8/13/2017; TJ DONOVAN waiver sent on 6/14/2017, answer due 8/13/2017; PHILIP B. SCOTT waiver sent on 6/14/2017, answer due 8/13/2017; VERMONT STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; VERMONT STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017. (zrdj) (Entered: 10/20/2017) |
| 10/20/2017 | 51 | | ORDER Setting Briefing Schedule. Signed by Judge Colleen Kollar–Kotelly on 10/20/2017. (lcckk3) (Entered: 10/20/2017) |
| 10/20/2017 | | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly Circuit Judge Cornelia T.L. Pillard and Judge Randolph D. Moss: Telephone Conference held on 10/20/2017. Federal Defendants' and or State Defendants' Motions regarding collateral estoppel due by 11/13/2017. Responses due by 11/27/2017. Replies due by 12/22/2017. (Court Reporter Patricia Kaneshiro–Miller.) (dot) (Entered: 10/20/2017) |
| 10/20/2017 | 54 | | MOTION for Summary Judgment by EUGENE MARTIN LAVERGNE (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(jf) (Entered: 10/23/2017) |
| 10/20/2017 | 57 | | WAIVER OF SERVICE by EUGENE MARTIN LAVERGNE. LISA MADIGAN waiver sent on 6/14/2017, answer due 8/13/2017. (td) (Entered: 10/25/2017) |
| 10/20/2017 | 58 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JOHN CARNEY served on 10/6/2017; PEDRO A. CORTES served on 10/6/2017; DELAWARE STATE HOUSE REPRESENTATIVES served on 10/6/2017; MATTHEW DENN served on 10/6/2017; ELAINE MANLOVE served on 10/6/2017; PENNSYLVANIA STATE SENATE served on 10/6/2017; JOSH SHAPIRO served on 10/6/2017; TOM WOLF served on 10/6/2017; DELAWARE STATE SENATE served (no date given) (td) (Entered: 10/25/2017) |
| 10/23/2017 | 55 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DAVID S. FERRIERO served on 9/28/2017; KAREN L. HAAS served on 9/28/2017; INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES served on 9/28/2017; INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS served on 9/28/2017; MICHAEL R. PENCE served on 9/28/2017; WILBUR ROSS served on 9/28/2017; PAUL RYAN served on 9/28/2017; DONALD J. TRUMP served on 9/28/2017; UNITED STATES HOUSE OF REPRESENTATIVES served on 9/28/2017; UNITED STATES SENATE served on 9/28/2017, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DAVID S. FERRIERO served on 9/28/2017; KAREN L. |

| | | | |
|---|---|---|---|
| | | | HAAS served on 9/28/2017; INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES served on 9/28/2017; INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS served on 9/28/2017; MICHAEL R. PENCE served on 9/28/2017; WILBUR ROSS served on 9/28/2017; PAUL RYAN served on 9/28/2017; DONALD J. TRUMP served on 9/28/2017; UNITED STATES HOUSE OF REPRESENTATIVES served on 9/28/2017; UNITED STATES SENATE served on 9/28/2017, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ANDY BESHEAR served on 10/5/2017, answer due 10/26/2017; MATT BEVIN served on 10/5/2017, answer due 10/26/2017; JOHN CARNEY served on 10/5/2017, answer due 10/26/2017; CHRIS CHRISTIE served on 10/5/2017, answer due 10/26/2017; CONNECTICUT STATE HOUSE OF REPRESENTATIVES served on 10/5/2017, answer due 10/26/2017; CONNECTICUT STATE SENATE served on 10/5/2017, answer due 10/26/2017; PEDRO A. CORTES served on 10/5/2017, answer due 10/26/2017; DELAWARE STATE HOUSE REPRESENTATIVES served on 10/5/2017, answer due 10/26/2017; DELAWARE STATE SENATE served on 10/5/2017, answer due 10/26/2017; MATTHEW DENN served on 10/5/2017, answer due 10/26/2017; ALISON LUNDERGAN GRIMES served on 10/5/2017, answer due 10/26/2017; KIM GUADAGNO served on 10/5/2017, answer due 10/26/2017; GEORGE JEPSEN served on 10/5/2017, answer due 10/26/2017; KENTUCKY STATE HOUSE OF REPRESENTATIVES served on 10/5/2017, answer due 10/26/2017; KENTUCKY STATE SENATE served on 10/5/2017, answer due 10/26/2017; DANIEL P. MALLOY served on 10/5/2017, answer due 10/26/2017; ELAINE MANLOVE served on 10/5/2017, answer due 10/26/2017; DENISE W. MERRILL served on 10/5/2017, answer due 10/26/2017; NEW JERSEY STATE GENERAL ASSEMBLY served on 10/5/2017, answer due 10/26/2017; NEW JERSEY STATE SENATE served on 10/5/2017, answer due 10/26/2017; PENNSYLVANIA STATE SENATE served on 10/6/2017, answer due 10/27/2017; CHRISTOPHER PORRINO served on 10/5/2017, answer due 10/26/2017; JOSH SHAPIRO served on 10/5/2017, answer due 10/26/2017; VIRGINIA HOUSE OF DELEGATES served on 10/5/2017, answer due 10/26/2017; VIRGINIA STATE SENATE served on 10/5/2017, answer due 10/26/2017; TOM WOLF served on 10/5/2017, answer due 10/26/2017WAIVER OF SERVICE LAVERGNE. TERRY BRANSTAD waiver sent on 6/14/2017, answer due 8/13/2017; IOWA STATE HOUSE OF REPRESENTATIVES waiver sent on 6/14/2017, answer due 8/13/2017; IOWA STATE SENATE waiver sent on 6/14/2017, answer due 8/13/2017; TOM MILLER waiver sent on 6/14/2017, answer due 8/13/2017; PAUL D. PATE waiver sent on 6/14/2017, answer due 8/13/2017. (zrdj) (Entered: 10/23/2017) |
| 10/23/2017 | 59 | | Letter from plaintiff Eugene Martin LaVergne "Leave to file Granted" by Judge C. Kollar–Kotelly (td) (Entered: 10/25/2017) |
| 10/25/2017 | 56 | | Mail Returned as Undeliverable by FedEx: Sent to Eugene Martin LaVergne; Type of Document Returned: Order 44 dated 10/17/2017; Resent at New Address: Did not resend. (dot) (Entered: 10/25/2017) |
| 10/31/2017 | 60 | | MOTION to Stay re 54 MOTION for Summary Judgment *Idaho and Washington Defendants' Motion to Stay Duty to Respond to Plaintiff Eugene* |

| | | |
|---|---|---|
| | | *Martin LaVergne's Motion for Summary Judgment* by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN (Attachments: # 1 Text of Proposed Order)(Smith, Clay) (Entered: 10/31/2017) |
| 10/31/2017 | 61 | Consent MOTION to Hold in Abeyance re 54 MOTION for Summary Judgment by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Walker, Johnny) (Entered: 10/31/2017) |
| 10/31/2017 | 63 | NOTICE of Filing of Exhibit by EUGENE MARTIN LAVERGNE re 54 MOTION for Summary Judgment (Attachments: # 1 Part 2 of 4, # 2 Part 3 of 4, # 3 Part 4 of 4)(ztd) (Entered: 11/02/2017) |
| 11/01/2017 | 62 | ORDER Regarding Proof or Waiver of Service. Signed by Judge Colleen Kollar–Kotelly on 11/1/2017. (lcckk3) (Entered: 11/01/2017) |
| 11/13/2017 | 64 | MOTION to Dismiss *Plaintiff Eugene Martin LaVergne's First, Second and Third Counts as Collaterally Estopped* by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN (Attachments: # 1 Memorandum in Support of Motion to Dismiss Plaintiff Eugene Martin LaVergne's First, Second and Third Counts as Collaterally Estopped, # 2 Second Declaration of Clay R. Smith, # 3 Exhibit A to Second Declaration of Clay R. Smith, # 4 Exhibit B to Second Declaration of Clay R. Smith, # 5 Text of Proposed Order)(Smith, Clay) (Entered: 11/13/2017) |
| 11/13/2017 | 65 | MOTION to Dismiss *as to Eugene LaVergne on Grounds of Collateral Estoppel* by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Exhibit 1)(Walker, Johnny) (Entered: 11/13/2017) |
| 11/20/2017 | 66 | NOTICE of Appearance by Matthew Franklin Kuhn on behalf of MATT BEVIN (Kuhn, Matthew) (Entered: 11/20/2017) |
| 11/20/2017 | 67 | CERTIFICATE OF SERVICE by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, |

| | | | |
|---|---|---|---|
| | | | WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN re 64 MOTION to Dismiss *Plaintiff Eugene Martin LaVergne's First, Second and Third Counts as Collaterally Estopped* . (Smith, Clay) (Entered: 11/20/2017) |
| 11/22/2017 | 68 | | NOTICE of Appearance by Samuel Thurston Towell on behalf of VIRGINIA HOUSE OF DELEGATES, VIRGINIA STATE SENATE (Towell, Samuel) (Entered: 11/22/2017) |
| 12/01/2017 | 69 | | MOTION Under FRCP 60(b)(4) Colllaterally attacking the Validity of Judge Sheridan's December 16, 2011 Single Judge District Court Memorandum & Order in the earlier LaVergne v. Bryson case and to the extent permitted by Law the Validity of the Third Circuit's September 20, 2012 Opinion and Judgment in the Earlier Lavergne v. Bryson Case by EUGENE MARTIN LAVERGNE (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(td) Modified on 12/1/2017 (td)."Leave to file Granted" by Judge C. Kollar–Kotelly (Entered: 12/01/2017) |
| 12/01/2017 | 70 | | Memorandum in opposition to re 65 MOTION to Dismiss *as to Eugene LaVergne on Grounds of Collateral Estoppel*, 64 MOTION to Dismiss *Plaintiff Eugene Martin LaVergne's First, Second and Third Counts as Collaterally Estopped* filed by EUGENE MARTIN LAVERGNE. "Leave to file Granted" by Judge C. Kollar–Kotelly (td) (Main Document 70 replaced on 12/6/2017 due to pages missing) (td). Modified on 12/6/2017 (td). (Entered: 12/01/2017) |
| 12/05/2017 | 71 | | NOTICE of Appearance by Caleb Curtis Enerson on behalf of PEDRO A. CORTES, JOSH SHAPIRO, TOM WOLF (Attachments: # 1 Declaration)(Enerson, Caleb) (Entered: 12/05/2017) |
| 12/07/2017 | 72 | | MOTION to Intervene by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, ALEXANDER PENLEY, TERRY RAPOZA (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Penley, Alexander) (Entered: 12/07/2017) |
| 12/07/2017 | 73 | | LARGE ADDITIONAL ATTACHMENT(S) *Proposed Intervener Complaint & Exhibits* by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA 72 MOTION to Intervene filed by ALEXANDER PENLEY, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, WIN CARPENTER, MARK BAIRD, CINDY BROWN, STEVEN BAIRD, TERRY RAPOZA. (Attachments: # 1 Exhibit, # 2 Exhibit)(Penley, Alexander) (Entered: 12/07/2017) |
| 12/07/2017 | 74 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– SCOTT E. STAFNE, :Firm– STAFNE LAW ADVOCACY & CONSULTING, :Address– 239 N OLYMPIC AVENUE ARLINGTON, WA 98223. Phone No. – 360–403–8700. Fax No. – 360–386–4005 Filing fee $ 100, receipt number 0090–5237892. Fee Status: Fee Paid. by ALEXANDER PENLEY (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Penley, Alexander) (Entered: 12/07/2017) |
| 12/07/2017 | 75 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MARK HERRING, TERRY MCAULIFFE, KELLY THOMASSON. Attorney Adam John Yost terminated. (Yost, Adam) (Entered: 12/07/2017) |

| 12/11/2017 | 76 | | Joint MOTION for Extension of Time to File Response/Reply as to 69 MOTION Under FRCP 60(b)(4) Colllaterally attacking the Validity of Judge Sheridan's December 16, 2011 Single Judge District Court Memorandum & Order in the earlier LaVergne v. Bryson case and to the extent permitted by Law the Validity of the Thir by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Walker, Johnny) (Entered: 12/11/2017) |
|---|---|---|---|
| 12/13/2017 | 77 | | NOTICE OF SUBSTITUTION OF COUNSEL by Denise Carole Barton on behalf of RUTH JOHNSON, MICHIGAN STATE HOUSE OF REPRESENTATIVES, MICHIGAN STATE SENATE, BILL SCHULTTE, RICK SNYDER Substituting for attorney Erik A. Grill (Barton, Denise) (Entered: 12/13/2017) |
| 12/14/2017 | 78 | | ORDER GRANTING Defendants' 76 Joint Motion for Extension of Time. Signed by Judge Colleen Kollar–Kotelly on 12/14/2017. (lcckk3) (Entered: 12/14/2017) |
| 12/14/2017 | | | Set/Reset Deadlines: Response due by 12/22/2017. Reply due by 1/11/2018. (dot) (Entered: 12/20/2017) |
| 12/20/2017 | 79 | | RESPONSE re 72 MOTION to Intervene filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Even, Jeffrey) (Entered: 12/20/2017) |
| 12/21/2017 | 80 | | ORDER DENYING WITHOUT PREJUDICE Plaintiffs' 54 Motion for Summary Judgment, DENYING AS MOOT Defendants' 60 and 61 Motions to either stay the duty to respond to Plaintiffs' motion, or to hold that motion in abeyance, and GRANTING the 74 Motion to Appear Pro Hac Vice filed on behalf of Scott E. Stafne. Signed by Judge Colleen Kollar–Kotelly on 12/21/2017. (lcckk3) (Entered: 12/21/2017) |
| 12/22/2017 | 81 | | RESPONSE re 69 MOTION Under FRCP 60(b)(4) Colllaterally attacking the Validity of Judge Sheridan's December 16, 2011 Single Judge District Court Memorandum & Order in the earlier LaVergne v. Bryson case and to the extent permitted by Law the Validity of the Thir filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Smith, Clay) (Entered: 12/22/2017) |
| 12/22/2017 | 82 | | REPLY re 65 MOTION to Dismiss *as to Eugene LaVergne on Grounds of Collateral Estoppel* filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, |

| | | | |
|---|---|---|---|
| | | | JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Attachments: # 1 Third Declaration of Clay R. Smith)(Smith, Clay) (Entered: 12/22/2017) |
| 12/22/2017 | | | Set/Reset Deadlines: Defendants Response to the Motion to Intervene due by 1/5/2018; Proposed–intervenors reply due by 1/12/2018. (kt) (Entered: 12/22/2017) |
| 12/22/2017 | 83 | | REPLY to opposition to motion re 65 MOTION to Dismiss *as to Eugene LaVergne on Grounds of Collateral Estoppel* filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 12/22/2017) |
| 12/22/2017 | 84 | | Memorandum in opposition to re 69 MOTION Under FRCP 60(b)(4) Colllaterally attacking the Validity of Judge Sheridan's December 16, 2011 Single Judge District Court Memorandum & Order in the earlier LaVergne v. Bryson case and to the extent permitted by Law the Validity of the Thir filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 12/22/2017) |
| 12/22/2017 | 85 | | NOTICE *of Supplemental Filing of Exhibits* by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE re 83 Reply to opposition to Motion,, 84 Memorandum in Opposition,, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service)(Walker, Johnny) (Entered: 12/22/2017) |
| 01/05/2018 | 86 | | Memorandum in opposition to re 72 MOTION to Intervene filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 01/05/2018) |

| 01/05/2018 | 87 | | RESPONSE re 72 MOTION to Intervene filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE WASDEN, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Even, Jeffrey) (Entered: 01/05/2018) |
|---|---|---|---|
| 01/08/2018 | 88 | | MOTION for Extension of Time to File Response/Reply as to 69 MOTION Under FRCP 60(b)(4) Colllaterally attacking the Validity of Judge Sheridan's December 16, 2011 Single Judge District Court Memorandum & Order in the earlier LaVergne v. Bryson case and to the extent permitted by Law the Validity of the Thir by EUGENE MARTIN LAVERGNE (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(td) (Entered: 01/11/2018) |
| 01/12/2018 | 89 | | ORDER GRANTING Plaintiffs' 88 Motion for Extension of Time. Signed by Judge Colleen Kollar–Kotelly on 1/12/2018. (lcckk3) (Entered: 01/12/2018) |
| 01/12/2018 | 90 | | NOTICE OF SUBSTITUTION OF COUNSEL by Max Merrick Miller on behalf of TERRY BRANSTAD, IOWA STATE HOUSE OF REPRESENTATIVES, IOWA STATE SENATE, TOM MILLER, PAUL D. PATE Substituting for attorney Layne M. Lindebak (Miller, Max) (Entered: 01/12/2018) |
| 01/12/2018 | 91 | | REPLY to opposition to motion re 72 MOTION to Intervene filed by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA. (Stafne, Scott) (Entered: 01/12/2018) |
| 01/12/2018 | | | Set/Reset Deadlines: Plaintiffs' Reply to 69 due by 2/12/2018. (dot) (Entered: 01/16/2018) |
| 01/16/2018 | 92 | | STRICKEN PURSUANT TO ORDER FILED 1/18/2018.....SECOND AMENDED COMPLAINT against All Defendants filed by SCOTT NEUMAN. (Stafne, Scott) Modified on 1/17/2018 (znmw). Modified on 1/19/2018 (znmw). (Entered: 01/16/2018) |
| 01/17/2018 | | | NOTICE OF ERROR re 92 Amended Complaint; emailed to scott@stafnelaw.com, cc'd 48 associated attorneys –– The PDF file you docketed contained errors: 1. Pro se amended complaint filed by an attorney; If plaintiff is represented by an attorney, counsel must file an appearance and sign the amended complaint; refile as an Errata. (znmw, ) (Entered: 01/17/2018) |
| 01/18/2018 | 93 | | ORDER STRIKING Plaintiff Scott Neuman's 92 Second Amended Complaint. Signed by Judge Colleen Kollar–Kotelly on 1/18/2018. (lcckk3) (Entered: 01/18/2018) |
| 01/19/2018 | 94 | | NOTICE OF SUPPLEMENTAL AUTHORITY by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA (Attachments: # 1 Exhibit)(Stafne, Scott) (Entered: 01/19/2018) |
| 01/29/2018 | 95 | | LEAVE TO FILE DENIED– Scott Neuman's Second Amended Complaint. This document is unavailable as the Court denied its filing. "Leave to file Denied on same grounds as in docket #93." Signed by Judge Colleen Kollar–Kotelly on 1/29/18. (td) Modified text on 1/31/2018 (td). Modified on |

| | | | 2/1/2018 (znmw). (Entered: 01/30/2018) |
|---|---|---|---|
| 02/05/2018 | 97 | | MOTION to Amend/Correct 4 Amended Complaint by SCOTT NEUMAN (td) (Main Document 97 replaced on 2/8/2018) (td). (Entered: 02/07/2018) |
| 02/06/2018 | 96 | | MOTION to Take Judicial Notice *Washington Defendants' Request for Judicial Noice* by BOB FERGUSON, JAY INSLEE, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN (Even, Jeffrey) Modified event title on 2/7/2018 (znmw). (Entered: 02/06/2018) |
| 02/07/2018 | 98 | | Memorandum in Opposition to re 96 MOTION to Take Judicial Notice filed by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Stafne, Scott) Modified event title and link on 2/8/2018 (znmw). (Entered: 02/07/2018) |
| 02/07/2018 | 99 | | MOTION (in the Alternative) to Take Judicial Notice by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA. (See Docket Entry 98 to view document). (znmw) (Entered: 02/08/2018) |
| 02/12/2018 | 100 | | MOTION for Briefing Schedule *Regarding Plaintiff Scott Neuman's Motion for Leave to Amend His Complaint* by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Walker, Johnny) (Entered: 02/12/2018) |
| 02/12/2018 | 102 | | WITHDRAWN PURSUANT TO ORDER OF COURT 121 FILED ON 5/10/18..... MOTION for a Temporary Stay of Consideration of Defendants' Pending Motions and Plaintiff's Pending Cross–Motion, MOTION for Judicial Notice of Forthcoming Judicial Decision in Related Case by EUGENE MARTIN LAVERGNE (Attachments: # 1 Text of Proposed Order)(td) (Additional attachment(s) added on 2/15/2018: # 2 Memorandum in Support) (td). Modified on 5/10/2018 (kt). (Entered: 02/15/2018) |
| 02/12/2018 | 103 | | REPLY to opposition to motion re 69 MOTION Under FRCP 60(b)(4) Colllaterally attacking the Validity of Judge Sheridan's December 16, 2011 Single Judge District Court Memorandum & Order in the earlier LaVergne v. Bryson case and to the extent permitted by Law the Validity of the Thir filed by EUGENE MARTIN LAVERGNE. (td) (Entered: 02/15/2018) |
| 02/12/2018 | 104 | | MOTION for Imposition of Rule 11 Sanctions by EUGENE MARTIN LAVERGNE (Attachments: # 1 Text of Proposed Order)(td) (Entered: 02/15/2018) |
| 02/13/2018 | 101 | | ORDER GRANTING Federal Defendants' 100 Motion to Schedule a Date to Respond to Scott Neuman's Motion to Amend his Complaint. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Colleen Kollar–Kotelly on 2/13/2018. (lcckk3) (Entered: 02/13/2018) |

| 02/13/2018 | | | Set/Reset Deadlines: Responses to 97 due by 3/2/2018. Mr. Neuman's Reply due by 3/23/2018. (dot) (Entered: 02/14/2018) |
|---|---|---|---|
| 02/26/2018 | 105 | | RESPONSE re 102 MOTION to Stay MOTION for Judicial Notice of Forthcoming Judicial Decision in Related Case filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Smith, Clay) (Entered: 02/26/2018) |
| 02/26/2018 | 106 | | RESPONSE re 104 MOTION for Sanctions filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Smith, Clay) (Entered: 02/26/2018) |
| 02/26/2018 | 107 | | Memorandum in opposition to re 102 MOTION to Stay MOTION for Judicial Notice of Forthcoming Judicial Decision in Related Case, 104 MOTION for Sanctions filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 02/26/2018) |
| 03/02/2018 | 108 | | Consent MOTION for Extension of Time to File Response/Reply as to 97 MOTION to Amend/Correct 4 Amended Complaint by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Walker, Johnny) (Entered: 03/02/2018) |
| 03/02/2018 | 109 | | ORDER GRANTING 108 Consent Motion for Extension of Time. Signed by Judge Colleen Kollar–Kotelly on 3/2/2018. (lcckk3) (Entered: 03/02/2018) |
| 03/02/2018 | 110 | | REPLY to opposition to motion re 102 MOTION to Stay MOTION for Judicial Notice of Forthcoming Judicial Decision in Related Case, 104 MOTION for Sanctions filed by EUGENE MARTIN LAVERGNE. (td) (Entered: 03/05/2018) |
| 03/05/2018 | 111 | | Memorandum in opposition to re 97 MOTION to Amend/Correct 4 Amended Complaint filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL |

| | | | |
|---|---|---|---|
| | | | RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 03/05/2018) |
| 03/05/2018 | 112 | | RESPONSE re 97 MOTION to Amend/Correct 4 Amended Complaint filed by LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, C.L. OTTER, LAWRENCE WASDEN, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Even, Jeffrey) (Entered: 03/05/2018) |
| 03/23/2018 | 113 | | NOTICE *of Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(h)(3)* by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA re 111 Memorandum in Opposition,, (Attachments: # 1 Declaration, # 2 Exhibit)(Stafne, Scott) (Entered: 03/23/2018) |
| 04/04/2018 | 114 | | NOTICE *of Related Decision* by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Exhibit A: Order, LaVergne v. Bryson, No. 11–7117 (D.N.J. Apr. 2, 2018), # 2 Certificate of Service)(Walker, Johnny) (Entered: 04/04/2018) |
| 04/20/2018 | 115 | | MOTION Joint Request for Immediate Telephonic Case Management & Scheduling Conference before the full 3 judge court with all parties by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA (Attachments: # 1 Declaration Eugene Martin LaVergne, # 2 Declaration Scott E. Stafne, # 3 Exhibit 1 to Declaration of Scott E. Stafne, # 4 Certificate of Service)(Stafne, Scott) (Entered: 04/20/2018) |
| 04/23/2018 | 116 | | AFFIDAVIT (Verification and Declaration) pursuant to 28 U.S.C. 1746 and L.Cv.R.11.1(2) by EUGENE MARTIN LAVERGNE; "Let this be filed" signed 4/23/18 by Judge C. Kollar–Kotelly (td) (Entered: 04/25/2018) |
| 04/23/2018 | 117 | | MOTION for Hearing Schedule All Pending Motions for Oral Argument and Disposition by EUGENE MARTIN LAVERGNE; "Let this be filed" signed 4/23/18 by Judge C. Kollar–Kotelly (td) (Entered: 04/25/2018) |
| 04/27/2018 | 118 | | NOTICE of Appearance and Substitution by Brian Vernon Church on behalf of LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, C.L. OTTER, LAWRENCE WASDEN, LAWRENCE G. WASDEN (Church, Brian) Modified event title on 4/30/2018 (znmw). (Entered: 04/27/2018) |
| 05/03/2018 | 119 | | NOTICE of Appearance by Julie Elisabeth Green on behalf of CHARLIE BAKER, WILLIAM FRANCIS GALVIN, MAURA HEALEY, MASSACHUSETTS STATE HOUSE OF REPRESENTATIVES(160 Representatives), MASSACHUSETTS STATE SENATE(40 State Senators), |

| | | | MASSACHUSETTS STATE SENATE (Green, Julie) (Entered: 05/03/2018) |
|---|---|---|---|
| 05/04/2018 | 120 | | Memorandum in opposition to re 115 MOTION Joint Request for Immediate Telephonic Case Management & Scheduling Conference before the full 3 judge court with all parties , 117 MOTION for Hearing filed by LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, C.L. OTTER, LAWRENCE WASDEN, LAWRENCE G. WASDEN. (Attachments: # 1 Text of Proposed Order Proposed order)(Church, Brian) (Entered: 05/04/2018) |
| 05/10/2018 | 121 | | ORDER DENYING Plaintiff Eugene Martin Lavergne and Scott E. Stafne, Esq.'s 115 Joint Request for an Immediate Telephone Case Management and Scheduling Conference Before the Full Three Judge Court with all Parties, and Plaintiff Lavergne's 117 Request to Schedule all Pending Motions for Oral Argument and Disposition. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Colleen Kollar–Kotelly on 5/10/2018. (lcckk3) (Entered: 05/10/2018) |
| 05/10/2018 | 122 | | RESPONSE re 115 MOTION Joint Request for Immediate Telephonic Case Management & Scheduling Conference before the full 3 judge court with all parties , 117 MOTION for Hearing filed by MARK BAIRD, STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, TERRY RAPOZA. (Attachments: # 1 Declaration Scott E. Stafne, # 2 Certificate of Service)(Stafne, Scott) (Entered: 05/10/2018) |
| 05/31/2018 | 123 | | MOTION for CM/ECF Password, MOTION for Orders under 28 U.S.C. 2284(b)(3) and 28 U.S.C. 1657 by EUGENE MARTIN LAVERGNE (ztd) (Entered: 06/04/2018) |
| 06/06/2018 | 124 | | ORDER DENYING Plaintiff's 123 Motions. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Colleen Kollar–Kotelly on 6/6/2018. (lcckk3) (Entered: 06/06/2018) |
| 06/11/2018 | 125 | | NOTICE OF DIRECT APPEAL TO THE UNITED STATES SUPREME COURT as to 124 Order on Motion for CM/ECF Password, Order on Motion for Order by STEVEN BAIRD, CINDY BROWN, WIN CARPENTER, CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, MARK BAIRD, TERRY RAPOZA. Filing fee $ 505, receipt number 0090–5526954. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)(Stafne, Scott) Modified on 6/11/2018 to edit Court (zrdj). (Entered: 06/11/2018) |
| 06/11/2018 | 126 | | NOTICE OF DIRECT APPEAL TO THE UNITED STATES SUPREME COURT by EUGENE MARTIN LAVERGNE re 124 Order on Motion for CM/ECF Password, Order on Motion for Order (ztd) (Entered: 06/13/2018) |
| 09/06/2018 | 127 | | MEMORANDUM OPINION AND ORDER GRANTING Defendants' Motions to Dismiss the Claims of Eugene Martin LaVergne 64 , 65 ; DENYING Plaintiff Eugene Martin LaVergne's Rule 60(b) Motion 70 ; and DENYING Plaintiff Eugene Martin LaVergne's Motion for Sanctions 104 . The Clerk of the Court shall mail a copy of this Memorandum Opinion and Order to Plaintiffs' addresses of record. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9/6/2018. (lcrdm1, ) Modified on 9/7/2018 to change document type to opinion (kt). |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/06/2018) |
| 09/07/2018 | 128 | | ORDER granting 96 Motion to Take Judicial Notice; granting 99 Motion to Take Judicial Notice. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9/07/2018. (lcckk3) (Entered: 09/07/2018) |
| 09/07/2018 | 129 | | ORDER granting 97 Motion to Amend/Correct. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9/07/2018. (lcckk3) (Entered: 09/07/2018) |
| 09/13/2018 | 131 | | NOTICE of Direct Appeal to the United States Supreme Court from this Three–Judge District Court's Denial of Plaintiff's Application for Permanent Injunctive Relief by EUGENE MARTIN LAVERGNE (ztd) (Entered: 09/17/2018) |
| 09/15/2018 | 130 | | ORDER DENYING WITHOUT PREJUDICE 72 Motion to Intervene. The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9–14–2018. (lcckk3) (Entered: 09/15/2018) |
| 09/17/2018 | 132 | | ORDER The Clerk of the Court shall mail a copy of this Order to Plaintiffs' addresses of record. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9–17–2018. (lcckk3) (Entered: 09/17/2018) |
| 09/17/2018 | | | Set/Reset Deadlines: Federal Defendants' and State Defendants' Motion due by 10/17/2018. Response due by 11/16/2018. Reply due by 12/1/2018. (dot) (Entered: 09/19/2018) |
| 09/18/2018 | 133 | | MOTION for Reconsideration re 127 Order on Motion to Dismiss,,,,,, Order on Motion for Miscellaneous Relief,,, Order on Motion for Sanctions,, by EUGENE MARTIN LAVERGNE (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Text of Proposed Order); ("Leave to file granted by three judge panel" signed by Judge C. Kollar–Kotelly on 9/18/18)(ztd) (Entered: 09/20/2018) |
| 09/20/2018 | 134 | | NOTICE of Appearance by Scott E. Stafne on behalf of ALLEN J. CANNON, FREDERICK JOHN LAVERGNE, LEONARD P. MARSHALL, SCOTT NEUMAN (Stafne, Scott) (Entered: 09/20/2018) |
| 09/20/2018 | 135 | | MOTION for Preliminary Injunction *and Summary Judgement* by ALLEN J. CANNON, FREDERICK JOHN LAVERGNE, LEONARD P. MARSHALL (Attachments: # 1 Memorandum in Support Memorandum of Points and Authorities, # 2 Statement of Facts, # 3 Text of Proposed Order, # 4 Text of Proposed Order, # 5 Declaration, # 6 Exhibit A, # 7 Exhibit B & C, # 8 Exhibit D, # 9 Exhibit E & F, # 10 Exhibit G – part 1, # 11 Exhibit G – part 2, # 12 Exhibit G – part 3, # 13 Exhibit G – part 4, # 14 Exhibit G – part 5, # 15 Exhibit H, I & J, # 16 Certificate of Service)(Stafne, Scott). Added MOTION for Summary Judgment, MOTION for Permanent Injunction on 9/21/2018 (ztd). (Entered: 09/20/2018) |
| 09/25/2018 | 136 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Consolidate Consideration, MOTION for Extension of Time to File Response/Reply *to preliminary injunction motion (ECF doc. 135)*, MOTION to Hold in Abeyance *motion for summary judgment and request for permanent injunctive relief (ECF doc. 135)* by LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, C.L. OTTER, LAWRENCE WASDEN, LAWRENCE G. WASDEN (Attachments: # 1 Text of Proposed Order Proposed order)(Church, Brian) Modified on 9/26/2018 (ztd). (Entered: 09/25/2018) |
| 09/25/2018 | | | MINUTE ORDER. The Court is in receipt of Defendants' 136 Motion to Consolidate Consideration of the Preliminary Injunction Motion with Motions to Dismiss, and to Hold in Abeyance the Summary Judgment Motion and its Request for Permanent Injunctive Relief. The Court ORDERS Plaintiffs to file an expedited Response to Defendants' 136 Motion by SEPTEMBER 26, 2018 at 12:00 p.m. as Defendants' Response to Plaintiffs' 135 Motion for a Preliminary Injunction is currently due on SEPTEMBER 27, 2018. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9–25–2018. (lcckk3) (Entered: 09/25/2018) |
| 09/26/2018 | 137 | | RESPONSE re 136 MOTION for Extension of Time to File Response/Reply *to preliminary injunction motion (ECF doc. 135)* MOTION to Hold in Abeyance *motion for summary judgment and request for permanent injunctive relief (ECF doc. 135)* MOTION for Briefing Schedule *for responses to preliminary injunction motion (ECF doc. 135)* MOTION consolidate consideration, and hold in abeyance , 135 MOTION for Preliminary Injunction *and Summary Judgement* MOTION for Summary Judgment MOTION for Permanent Injunction filed by ALLEN J. CANNON, FREDERICK JOHN LAVERGNE, LEONARD P. MARSHALL. (Attachments: # 1 Declaration Scott E. Stafne, # 2 Certificate of Service)(Stafne, Scott) (Entered: 09/26/2018) |
| 09/26/2018 | 138 | | ORDER GRANTING DEFENDANTS' 136 Motion. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 9–26–2018. (lcckk3) (Entered: 09/26/2018) |
| 09/27/2018 | | | Set/Reset Deadlines: Defendants to respond to Plaintiffs motion for a preliminary injunction on 10/17/2018; Plaintiffs to file a reply in support of their preliminary injunction on 11/16/2018. (kt) (Entered: 09/27/2018) |
| 10/02/2018 | 139 | | Memorandum in opposition to re 133 MOTION for Reconsideration re 127 Order on Motion to Dismiss,,,,,, Order on Motion for Miscellaneous Relief,,, Order on Motion for Sanctions,, filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 10/02/2018) |
| 10/02/2018 | 140 | | Memorandum in opposition to re 133 MOTION for Reconsideration re 127 Order on Motion to Dismiss,,,,,, Order on Motion for Miscellaneous Relief,,, Order on Motion for Sanctions,, filed by LAWRENCE DENNEY, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, C.L. |

| | | | |
|---|---|---|---|
| | | | OTTER, LAWRENCE WASDEN, LAWRENCE G. WASDEN. (Attachments: # 1 Text of Proposed Order Proposed order)(Church, Brian) (Entered: 10/02/2018) |
| 10/17/2018 | 141 | | MOTION to Dismiss for Lack of Jurisdiction by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Certificate of Service)(Walker, Johnny) (Entered: 10/17/2018) |
| 10/17/2018 | 142 | | Memorandum in opposition to re 135 MOTION for Preliminary Injunction *and Summary Judgement* MOTION for Summary Judgment MOTION for Permanent Injunction filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 10/17/2018) |
| 10/17/2018 | 143 | | RESPONSE re 135 MOTION for Preliminary Injunction *and Summary Judgement* MOTION for Summary Judgment MOTION for Permanent Injunction filed by GREG ABBOTT, LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, LISA MADIGAN, C.L. OTTER, ROLANDO PABLOS, KEN PAXTON, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, LAWRENCE WASDEN, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Even, Jeffrey) (Entered: 10/17/2018) |
| 10/17/2018 | 144 | | MOTION to Dismiss by GREG ABBOTT, LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, LISA MADIGAN, C.L. OTTER, ROLANDO PABLOS, KEN PAXTON, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, LAWRENCE WASDEN, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN (Even, Jeffrey) (Entered: 10/17/2018) |
| 10/17/2018 | 145 | | MEMORANDUM re 144 MOTION to Dismiss filed by KEN PAXTON, KIM WYMAN, LAWRENCE DENNEY, LISA MADIGAN, LAWRENCE G. WASDEN, WASHINGTON STATE SENATE, BOB FERGUSON, GREG ABBOTT, IDAHO STATE SENATE, C.L. OTTER, IDAHO STATE HOUSE REPRESENTATIVES, LAWRENCE WASDEN, JAY INSLEE, TEXAS STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, ROLANDO PABLOS |

| | | |
|---|---|---|
| | | by GREG ABBOTT, LAWRENCE DENNEY, BOB FERGUSON, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, LISA MADIGAN, C.L. OTTER, ROLANDO PABLOS, KEN PAXTON, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, LAWRENCE WASDEN, LAWRENCE G. WASDEN, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN. (Even, Jeffrey) (Entered: 10/17/2018) |
| 10/17/2018 | 146 | MOTION to Dismiss by ANDY BESHEAR, VIRGINIA STATE SENATE, VIRGINIA HOUSE OF DELEGATES, KELLY THOMMASSON, DENISE W. MERRILL TERRY MCAULIFFE, DANIEL P. MALLOY, KENTUCKY STATE SENATE KENTUCKY STATE HOUSE OF REPRESENTATIVES, GEORGE JEPSEN, MARK HERRING, ALISON LUNGERGAN GRIMES, CONNECTICUT STATE SENATE, CONNECTICUT STATE HOUSE OF REPRESENTATIVES, MATT BEVIN (Attachments: # 1 Text of Proposed Order)(Dutta, Shandeep) Modified to add filers per counsel on 10/19/2018 (ztd). (Entered: 10/17/2018) |
| 10/17/2018 | 147 | MOTION Joinder in ECF Nos. 143, 144, & 145 re 143 Response to motion,, 144 MOTION to Dismiss , 145 Memorandum,,, by CHARLIE BAKER, TERRY BRANSTAD, JIM CONDOS, MIKE DEWINE, TJ DONOVAN, BOB FERGUSON, JOHN A. GALE, WILLIAM FRANCIS GALVIN, NELLIE M. GORBEA, MARK HAMMOND, MAURA HEALEY, JON HUSTED, JAY INSLEE, IOWA STATE HOUSE OF REPRESENTATIVES, IOWA STATE SENATE, RUTH JOHNSON, JOHN KASICH, PETER F. KILMARTIN, DOUG LA FOLLETTE, HENRY MCMASTER, JOHN H. MERRILL, TOM MILLER, NEBRASKA UNICAMERAL STATE LEGISLATURE, OHIO STATE HOUSE OF REPRESENTATIVES, OHIO STATE SENATE, PAUL D. PATE, DOUG PETERSON, GINA RAIMONDO, RHODE ISLAND STATE HOUSE OF REPRESENTATIVES, RHODE ISLAND STATE SENATE, PETE RICKETTS, BRAD SCHIMEL, BILL SCHULTTE, PHILIP B. SCOTT, RICK SNYDER, SOUTH CAROLINA STATE HOUSE OF REPRESENTATIVES, SOUTH CAROLINA STATE SENATE, LUTHER J. STRANGE, VERMONT STATE HOUSE OF REPRESENTATIVES, VERMONT STATE SENATE, SCOTT WALKER, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, ALAN WILSON, WISCONSIN STATE HOUSE OF REPRESENTATIVES, WISCONSIN STATE SENATE, KIM WYMAN (Even, Jeffrey) (Entered: 10/17/2018) |
| 10/17/2018 | 148 | NOTICE of Proposed Orders for ECF Nos. 143, 144, 145 & 147 re 143 Response to motion,, 144 MOTION to Dismiss , 147 MOTION Joinder in ECF Nos. 143, 144, & 145 re 143 Response to motion,, 144 MOTION to Dismiss , 145 Memorandum,,, , 145 Memorandum,,, by BOB FERGUSON, JAY INSLEE, WASHINGTON STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, KIM WYMAN (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order)(Even, Jeffrey) Modified text on 10/18/2018 (ztd). (Entered: 10/17/2018) |
| 11/16/2018 | 149 | RESPONSE re 144 MOTION to Dismiss , 148 MOTION Proposed Orders for ECF Nos. 143, 144, 145 & 147 re 143 Response to motion,, 144 MOTION to Dismiss , 147 MOTION Joinder in ECF Nos. 143, 144, & 145 re 143 Response |

| | | |
|---|---|---|
| | | to motion,, <u>144</u> MOTION to Dismiss , <u>145</u> , <u>147</u> MOTION Joinder in ECF Nos. 143, 144, & 145 re <u>143</u> Response to motion,, <u>144</u> MOTION to Dismiss , <u>145</u> Memorandum,,, , <u>135</u> MOTION for Preliminary Injunction *and Summary Judgement* MOTION for Summary Judgment MOTION for Permanent Injunction, <u>146</u> MOTION to Dismiss , <u>141</u> MOTION to Dismiss for Lack of Jurisdiction *Plaintiffs' Response to Motion to Dismiss and Request for Judicial Notice* filed by ALLEN J. CANNON. (Attachments: # <u>1</u> Request for Judicial Notice)(Stafne, Scott) (Entered: 11/16/2018) |
| 11/19/2018 | <u>150</u> | SUPREME COURT ORDER as to <u>125</u> Notice of Appeal to the Supreme Court of the United States, filed by CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, WIN CARPENTER, MARK BAIRD, CINDY BROWN, STEVEN BAIRD, TERRY RAPOZA (ztd) Modified on 12/12/2018 (zrdj). (Entered: 11/27/2018) |
| 11/30/2018 | <u>151</u> | REPLY to opposition to motion re <u>141</u> MOTION to Dismiss for Lack of Jurisdiction filed by DAVID S. FERRIERO, KAREN L. HAAS, INDIVIDUAL MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, INDIVIDUAL MEMBERS OF THE UNITED STATES SENATE FROM THE 50 STATES THAT HAVE BEEN SEATED AT THE ONE HUNDRED FIFTEENTH CONGRESS, MICHAEL R. PENCE, WILBUR ROSS, PAUL RYAN, DONALD J. TRUMP, UNITED STATES HOUSE OF REPRESENTATIVES, UNITED STATES SENATE. (Walker, Johnny) (Entered: 11/30/2018) |
| 11/30/2018 | <u>152</u> | REPLY to opposition to motion re <u>144</u> MOTION to Dismiss , <u>147</u> MOTION Joinder in ECF Nos. 143, 144, & 145 re <u>143</u> Response to motion,, <u>144</u> MOTION to Dismiss , <u>145</u> Memorandum,,, , <u>146</u> MOTION to Dismiss filed by GREG ABBOTT, CHARLIE BAKER, ANDY BESHEAR, MATT BEVIN, TERRY BRANSTAD, JIM CONDOS, CONNECTICUT STATE HOUSE OF REPRESENTATIVES, CONNECTICUT STATE SENATE, LAWRENCE DENNEY, MIKE DEWINE, TJ DONOVAN, BOB FERGUSON, JOHN A. GALE, WILLIAM FRANCIS GALVIN, NELLIE M. GORBEA, ALISON LUNDERGAN GRIMES, MARK HAMMOND, MAURA HEALEY, MARK HERRING, JON HUSTED, IDAHO STATE HOUSE REPRESENTATIVES, IDAHO STATE SENATE, JAY INSLEE, IOWA STATE HOUSE OF REPRESENTATIVES, IOWA STATE SENATE, GEORGE JEPSEN, RUTH JOHNSON, JOHN KASICH, KENTUCKY STATE HOUSE OF REPRESENTATIVES, KENTUCKY STATE SENATE, PETER F. KILMARTIN, DOUG LA FOLLETTE, LISA MADIGAN, DANIEL P. MALLOY, TERRY MCAULIFFE, HENRY MCMASTER, DENISE W. MERRILL, JOHN H. MERRILL, TOM MILLER, NEBRASKA UNICAMERAL STATE LEGISLATURE, OHIO STATE HOUSE OF REPRESENTATIVES, OHIO STATE SENATE, C.L. OTTER, ROLANDO PABLOS, PAUL D. PATE, KEN PAXTON, DOUG PETERSON, GINA RAIMONDO, RHODE ISLAND STATE HOUSE OF REPRESENTATIVES, RHODE ISLAND STATE SENATE, SOUTH CAROLINA STATE HOUSE OF REPRESENTATIVES, SOUTH CAROLINA STATE SENATE, LUTHER J. STRANGE, TEXAS STATE HOUSE OF REPRESENTATIVES, TEXAS STATE SENATE, KELLY THOMASSON, VERMONT STATE HOUSE OF REPRESENTATIVES, VERMONT STATE SENATE, VIRGINIA HOUSE OF DELEGATES, VIRGINIA STATE SENATE, SCOTT WALKER, LAWRENCE WASDEN, LAWRENCE G. WASDEN, WASHINGTON |

| | | | |
|---|---|---|---|
| | | | STATE HOUSE OF REPRESENTATIVES, WASHINGTON STATE SENATE, ALAN WILSON, WISCONSIN STATE HOUSE OF REPRESENTATIVES, WISCONSIN STATE SENATE, KIM WYMAN. (Church, Brian) (Entered: 11/30/2018) |
| 12/07/2018 | 153 | | US SUPREME COURT JUDGMENT as to 125 Notice of Appeal to the Federal Circuit, filed by CITIZENS FOR FAIR REPRESENTATION, TANYA NEMCIK, WIN CARPENTER, MARK BAIRD, CINDY BROWN, STEVEN BAIRD, TERRY RAPOZA (zrdj) (Entered: 12/12/2018) |
| 01/02/2019 | 154 | 75 | MEMORANDUM OPINION AND ORDER denying Plaintiff's Motion for Reconsideration, Dkt. 133 . The Clerk of the Court shall mail a copy of this Memorandum Opinion and Order to Plaintiff's address of record. Signed by Judge Cornelia T.L. Pillard, Judge Colleen Kollar–Kotelly, and Judge Randolph D. Moss on 1/2/2019. (lcrdm1, ) (Entered: 01/02/2019) |
| 01/04/2019 | 155 | | NOTICE OF SUBSTITUTION OF COUNSEL by Scott Allen Mertens on behalf of RUTH JOHNSON, MICHIGAN STATE HOUSE OF REPRESENTATIVES, MICHIGAN STATE SENATE, BILL SCHULTTE, RICK SNYDER Substituting for attorney Denise C. Barton (Mertens, Scott) (Entered: 01/04/2019) |
| 01/31/2019 | 156 | 65 | NOTICE OF APPEAL as to 154 Order on Motion for Reconsideration, by EUGENE MARTIN LAVERGNE. Filing fee $ 505, receipt number 4616096516. Fee Status: Fee Paid. Parties have been notified. (ztd) (Entered: 01/31/2019) |

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

Civil Action No. 1:17-cv-00793-CKK-CP-RDM

Eugene Martin LaVergne, *et als.,*

*Plaintiffs,*

*vs.*

United States House of Representatives, *et als.,*

*Defendants,*

*and*

Mike Pence, *Vice President of the United States and President of the United States Senate, et als.,*

*Interested Parties.*

Honorable Corneila T. L. Pillard, C.J. (Presiding)
Honorable Colleen Kollar-Kotelly, U.S.D.J.
Honorable Randolph D. Moss, U.S.D.J.

*Civil Action:*

---

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT FROM THE ORDER OF THE (3 JUDGE COURT) DISTRICT COURT DATED JANUARY 2ND, 2019, DISMISSING PLAINTIFFS COMPLAINT

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616096516
Cashier ID: kpadilla
Transaction Date: 01/31/2019
Payer Name: LEONARD MARSHALL
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: LEONARD MARSHALL
  Amount:        $505.00
------------------------------------
Paper Check Conversion
  Check/Money Order Num: 1777
  Amt Tendered:  $505.00
------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```

17-793 *CKK*

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey 07764
Telephone: (732) 515-8229
Email:    emlesqnj@hotmail.com
Plaintiff *Pro Se*
Dated: January 25, 2019



RECEIVED
Mail Room

JAN 2 8 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

65

## PROOF OF SERVICE:

**EUGENE MARTIN LaVERGNE** hereby swears, certifies and declares as follows:

1. On Friday January 25, 2019 I sent the moving papers in this case to the Clerk of the Court for filing via US Mail.

2. Each of the Federal and State Defendants will be served electronically in due course once the Clerk of the Court downloads the papers onto the electronic docket.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED THIS 25TH DAY OF JANUARY 2019.**

_____

**Eugene Martin LaVergne**

**Plaintiff *Pro Se***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE MARTIN LAVERGNE, *et al.*,

    *Plaintiffs,*

    v.

UNITED STATES HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants.*

Civil Action No. 17-793-CKK-CP-RDM

## MEMORANDUM OPINION AND ORDER

Eugene Martin LaVergne ("LaVergne") originally brought this action along with four co-plaintiffs. LaVergne, however, faced a hurdle his co-plaintiffs did not: he had previously brought, litigated, and lost essentially the same case before the United States District Court for the District of New Jersey. *See LaVergne v. Bryson*, No. 11-7117, 2011 WL 13192893 (D.N.J. Dec. 16, 2011). Unsurprisingly, Defendants moved to dismiss LaVergne's claims on grounds of collateral estoppel. ECF No. 64; ECF No. 65. Agreeing that LaVergne's claims were barred as a matter of issue preclusion, this Court granted Defendants' motions and dismissed LaVergne from the case. ECF No. 127.

Not ready to concede, LaVergne now returns to this Court, arguing that the Court's order dismissing him from the action was "entered without authority or jurisdiction" and, accordingly, is "a nullity." ECF No. 133. The Court lacked jurisdiction, in his view, because it had previously denied without prejudice his motion for summary judgment, and he had appealed that denial to the United States Supreme Court, purportedly divesting this Court of jurisdiction. *Id.*

On that theory, he argues that the Court should vacate its prior order pursuant to Federal Rule of Civil Procedure 60(b)(4) and restore his claims. *Id.*

As explained below, LaVergne is incorrect that an interlocutory appeal of the denial of a motion for summary judgment—particularly a denial entered without prejudice and only for the purpose of managing the sequence in which the Court proposed to consider the parties' arguments—divests a district court of jurisdiction. The Court will, accordingly, **DENY** LaVergne's motion for reconsideration.

## I.  BACKGROUND

LaVergne and his co-plaintiffs brought this action on April 28, 2017, ECF No. 1, and filed an amended complaint on May 9, 2017, ECF No. 4. The Court extended Plaintiffs' time to effect service until October 6, 2017 and set a telephonic status conference for October 20, 2017 "to set a schedule for proceedings in th[e] matter." ECF No. 38. As required by Court order, *see* ECF No. 44, Defendants filed a notice on October 19, 2017 identifying the dispositive motions that they intended to file before answering the amended complaint. ECF No. 45. Among those motions, Defendants indicated that they intended to move to dismiss "some or all of . . . LaVergne's claims based on" collateral estoppel. *Id.* Then, immediately prior to the scheduling conference, LaVergne (apparently without his co-plaintiffs) filed a motion for summary judgment. ECF No. 54.

After the telephonic status conference, Judge Kollar-Kotelly entered an order on behalf of the three-judge court addressing the efficient management of the case. ECF No. 51. That order directed that the Defendants file their motions to dismiss LaVergne's claims on grounds of collateral estoppel on or before November 13, 2017 and specified that Defendants could "file additional dispositive motions raising other grounds for dismissing Plaintiffs' complaint by no

2

later than 30 days after the Court issues an order resolving the collateral estoppel issue." *Id.* Moreover, in light of the discussion at the telephonic conference and the schedule that the Court set for threshold motions, Defendants requested that the Court "stay" their duty to respond to LaVergne's motion for summary judgment pending further order of the Court. ECF No. 60; ECF No. 61. Rather than stay Defendants' time to respond indefinitely, however, Judge Kollar-Kotelly entered an order on behalf of the three-judge court denying LaVergne's motion for summary judgment without prejudice "to it being refiled at a later date if and when th[e] case proceeds to a point where the Court considered the merits of Plaintiffs' claims." ECF No. 80.

Five months later, LaVergne filed a motion—while Defendants' motions to dismiss were still pending—seeking, among other things, to set aside the order that Judge Kollar-Kotelly entered denying without prejudice his summary judgment motion. ECF No. 123. On June 6, 2018, in an order signed by all three members of the three-judge court, the Court denied LaVergne's motion. ECF No. 124. As the Court explained, it denied LaVergne's summary judgment motion "without prejudice because, in an exercise of its discretion, the three-judge panel determined that it would be more efficient to consider that motion at a later stage of th[e] case after certain threshold, dispositive legal issues were resolved." *Id.* The Court further noted that, although the earlier order denying LaVergne's motion for summary judgment was issued by Judge Kollar-Kotelly, that order "represented the decision of the three-judge panel." *Id.* Five days later, LaVergne filed a "Notice of Direct Appeal to the United States Supreme Court," seeking review of the Court's June 6 order denying his request to set aside the order previously issued by Judge Kollar-Kotelly. ECF No. 126. LaVergne represents that he subsequently filed a Jurisdictional Statement with the Supreme Court, and he attaches to the pending motion a letter

3

from the Clerk of Supreme Court indicating that LaVergne's appeal was docketed on September 6, 2018. ECF No. 133-2.

The same day that LaVergne's appeal was docketed in the Supreme Court, this Court issued its decision granting Defendants' motions to dismiss LaVergne's claims on the ground of issue preclusion. ECF No. 127. On November 5, 2018, the Supreme Court entered an order dismissing LaVergne's appeal "for want of jurisdiction." ECF No. 153. That brings us to the issue currently before this Court: LaVergne's motion pursuant to Rule 60(b) to set aside this Court's order dismissing his claims, in which he argues that the Court lacked authority to issue that order while his Supreme Court appeal was pending. ECF No. 133-1.

## II.  ANALYSIS

Under Federal Rule of Civil Procedure 60(b), a district court may "relieve a party or its legal representative from a final judgment, order, or proceeding" on one of six grounds. Fed. R. Civ. P. 60(b). Here, LaVergne relies on Rule 60(b)(4), which permits a court to "relieve a party" from an order or final judgment if "the judgment is void." Fed. R. Civ. P. 60(b)(4); *see also* ECF No. 133-1 at 8. Because the Court has not entered judgment in this matter—as to LaVergne or any other party, *see* Fed. R. Civ. P. 54(b)—Rule 60(b)(4) is inapplicable in the present context. The label assigned to LaVergne's motion, however, is of little consequence because the Court must in any event treat LaVergne's motion as though it was "filed under Rule 54(b)," *Cobell v. Jewell*, 802 F.3d 12, 25 (D.C. Cir. 2015), which permits courts to reconsider interlocutory orders "at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities," Fed. R. Civ. P. 54(b). Rule 54(b) "reflect[s] the 'inherent power of the rendering district court to afford such relief from interlocutory orders as justice requires.'" *Cobell*, 802 F.3d at 25 (quoting *Greene v. Union Mut. Life Ins. Co. of Am.*, 764 F.2d 19, 22 (1st Cir. 1985)).

4

Although district courts have substantial discretion to decide whether reconsideration is warranted, the Court's obligation "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, carries with it the obligation to ensure that there is good cause to reopen a matter once resolved, see King v. U.S. Dep't of Justice, 292 F. Supp. 3d 182, 188 (D.D.C. 2017). For present purposes, the Court is prepared to assume that, had it dismissed LaVergne's claims when it lacked jurisdiction to do so, good cause would exist to reconsider that decision. That assumption is immaterial, however, because LaVergne has failed to establish that this Court lacked jurisdiction.

As a general rule, "[t]he filing of a notice of appeal, including an interlocutory appeal, 'confers jurisdiction on the court of appeals [or Supreme Court] and divests the district court of control over those aspects of the case involved in the appeal.'" United States v. DeFries, 129 F.3d 1293, 1302 (D.C. Cir. 1997) (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam)). That rule, however, is subject to "a few narrow exceptions," including circumstances in which "the defendant frivolously appeals . . . or takes an interlocutory appeal from a non-appealable order." Id. (citations omitted); see also Van Allen v. U.S. Dep't of Veterans Affairs, 925 F. Supp. 2d 119, 122 n.1 (D.D.C. 2013); 21 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3950.5 (4th ed.) ("The weight of authority holds that an appeal from a clearly non-appealable order fails to oust district court authority.").

The order that LaVergne sought to appeal here was the denial, without prejudice, of his motion for summary judgment. As the Court made clear on multiple occasions, it did not reach the merits of LaVergne's motion but, rather, denied the motion as premature in light of the threshold legal defenses Defendants planned to assert. ECF No. 80; ECF No. 124. In doing so, the Court did not—by any stretch of the imagination—issue "an order granting or denying, after

5

notice and hearing, an interlocutory or permanent injunction." 28 U.S.C. § 1253. Indeed, *even if* the Court *had* decided LaVergne's motion for summary judgment on the merits, controlling Supreme Court precedent establishes that § 1253 must "be narrowly construed" and that the only "interlocutory orders [appealable] under § 1253" are "orders granting or denying a preliminary injunction." *Goldstein v. Cox*, 396 U.S. 472, 478 (1970). For that reason, the Supreme Court concluded in *Goldstein v. Cox* that it lacked appellate jurisdiction to review an order denying a motion for summary judgment. *Id.* at 475.

The same conclusion follows here, but with even greater force. As explained above, this Court never reached the merits of LaVergne's motion and, instead, merely concluded that the determination of threshold motions should come first. Nor can LaVergne plausibly contend that he sought and was denied a preliminary injunction. His motion was captioned "Motion for Summary Judgment;" it relied on Rule 56 (summary judgment) and made no mention of Rule 65(a) (preliminary injunctions); and it included no analysis of the preliminary injunction factors. ECF No. 54. Likewise, LaVergne's notice of appeal sought review of the Court's order purportedly denying his request for "Summary Judgment and Permanent Injunctive Relief on an Expedited Basis" and, once again, included no reference to any form of preliminary relief. ECF No. 125. And if any doubt remained, LaVergne's current motion for reconsideration asserts in bold, italicized, and underlined typeface that his motion sought "*final injunctive relief.*" ECF 133-1 at 3. Under *Goldstein*, it is settled that a plaintiff may not invoke § 1253 to appeal the interlocutory denial of a claim for final injunctive relief. *Goldstein*, 396 U.S. at 478. LaVergne, in other words, attempted to take "an interlocutory appeal from a non-appealable order." *DeFries*, 129 F.3d at 1302. The Supreme Court apparently reached this same conclusion, and thus dismissed LaVergne's appeal "for want of jurisdiction." ECF No. 153.

6

It follows that this Court was never divested of jurisdiction and that, as a result, there is no basis to reconsider its decision dismissing LaVergne's claims. Any other conclusion, moreover, would invite confusion and inefficiency. As the Supreme Court explained in *Goldstein*, "[i]n the absence of clear and explicit authorization from Congress, piecemeal appellate review is not favored." 396 U.S. at 478. If LaVergne were correct and plaintiffs appearing before three-judge courts were free not only to appeal the denial of a premature motion for summary judgment but, by doing so, to divest the court of jurisdiction to resolve other motions, the orderly and timely resolution of such cases would be frustrated. On LaVergne's theory, he could repeatedly move for summary judgment and, in effect, suspend the progress of the litigation by filing a frivolous appeal each time the Court denied his motion, thereby forcing the Court to adopt his preferred case management plan over that adopted by the Court. Such a rule would subvert "the obligation of the courts 'to secure the just, speedy, and inexpensive determination of every action and proceeding,'" *King*, 292 F. Supp. 3d at 188 (quoting Fed. R. Civ. P. 1), by allowing plaintiffs to wrest control of case management from the Court. For good reason, that is not the law.

One final point bears mention. The preceding analysis turns on the premise that LaVergne improperly sought to appeal an interlocutory order denying his motion for summary judgment. Had LaVergne moved for a preliminary injunction instead, and had this Court denied that motion, LaVergne would have been entitled to appeal that decision pursuant to 28 U.S.C. § 1253. As explained above, he did not do so, and that resolves the issue. Yet, even if LaVergne had moved for a preliminary injunction, the Court had denied that motion, and LaVergne had appealed that decision, such an appeal still would not have divested this Court of jurisdiction to resolve unrelated matters, including Defendants' motions to dismiss LaVergne's claims on

7

73

grounds of issue preclusion.  Under long-settled doctrine, an appeal "from an interlocutory order involving a preliminary injunction does not divest the district court [of] jurisdiction to proceed with the merits of the case, absent a stay" from the appellate court.  *Jack's Canoes & Kayaks, LLC v. Nat'l Park Serv.*, 937 F. Supp. 2d 18, 26 (D.D.C. 2013) (citing *Ex parte National Enameling & Stamping Co.*, 201 U.S. 156, 162 (1906)); *see also Marconi Wireless Co. v. United States*, 320 U.S. 1, 47 (1943).  But, in any event, that is not what happened here.

In short, LaVergne is mistaken that his improper appeal of the Court's procedural denial of his motion for summary judgment divested the Court of jurisdiction.  Because that premise forms the backbone—and, indeed, the entirety—of his motion for reconsideration, his motion necessarily falls with the premise.

## CONCLUSION

For the foregoing reasons, LaVergne's motion to reconsider, ECF No. 133, is hereby **DENIED**.

**SO ORDERED.**

/s/ Cornelia T.L. Pillard
CORNELIA T.L. PILLARD
United States Court of Appeals Judge

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  January 2, 2019

8

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EUGENE MARTIN LAVERGNE, *et al*.,

      *Plaintiffs*,

    v.

UNITED STATES HOUSE OF
REPRESENTATIVES, *et al.*,

      *Defendants*.

Civil Action No. 17-793-CKK-CP-RDM

## MEMORANDUM OPINION AND ORDER

Eugene Martin LaVergne ("LaVergne") originally brought this action along with four co-plaintiffs. LaVergne, however, faced a hurdle his co-plaintiffs did not: he had previously brought, litigated, and lost essentially the same case before the United States District Court for the District of New Jersey. *See LaVergne v. Bryson*, No. 11-7117, 2011 WL 13192893 (D.N.J. Dec. 16, 2011). Unsurprisingly, Defendants moved to dismiss LaVergne's claims on grounds of collateral estoppel. ECF No. 64; ECF No. 65. Agreeing that LaVergne's claims were barred as a matter of issue preclusion, this Court granted Defendants' motions and dismissed LaVergne from the case. ECF No. 127.

Not ready to concede, LaVergne now returns to this Court, arguing that the Court's order dismissing him from the action was "entered without authority or jurisdiction" and, accordingly, is "a nullity." ECF No. 133. The Court lacked jurisdiction, in his view, because it had previously denied without prejudice his motion for summary judgment, and he had appealed that denial to the United States Supreme Court, purportedly divesting this Court of jurisdiction. *Id.*

On that theory, he argues that the Court should vacate its prior order pursuant to Federal Rule of Civil Procedure 60(b)(4) and restore his claims. *Id.*

As explained below, LaVergne is incorrect that an interlocutory appeal of the denial of a motion for summary judgment—particularly a denial entered without prejudice and only for the purpose of managing the sequence in which the Court proposed to consider the parties' arguments—divests a district court of jurisdiction. The Court will, accordingly, **DENY** LaVergne's motion for reconsideration.

## I. BACKGROUND

LaVergne and his co-plaintiffs brought this action on April 28, 2017, ECF No. 1, and filed an amended complaint on May 9, 2017, ECF No. 4. The Court extended Plaintiffs' time to effect service until October 6, 2017 and set a telephonic status conference for October 20, 2017 "to set a schedule for proceedings in th[e] matter." ECF No. 38. As required by Court order, *see* ECF No. 44, Defendants filed a notice on October 19, 2017 identifying the dispositive motions that they intended to file before answering the amended complaint. ECF No. 45. Among those motions, Defendants indicated that they intended to move to dismiss "some or all of . . . LaVergne's claims based on" collateral estoppel. *Id.* Then, immediately prior to the scheduling conference, LaVergne (apparently without his co-plaintiffs) filed a motion for summary judgment. ECF No. 54.

After the telephonic status conference, Judge Kollar-Kotelly entered an order on behalf of the three-judge court addressing the efficient management of the case. ECF No. 51. That order directed that the Defendants file their motions to dismiss LaVergne's claims on grounds of collateral estoppel on or before November 13, 2017 and specified that Defendants could "file additional dispositive motions raising other grounds for dismissing Plaintiffs' complaint by no

later than 30 days after the Court issues an order resolving the collateral estoppel issue." *Id.*
Moreover, in light of the discussion at the telephonic conference and the schedule that the Court
set for threshold motions, Defendants requested that the Court "stay" their duty to respond to
LaVergne's motion for summary judgment pending further order of the Court.  ECF No. 60;
ECF No. 61.  Rather than stay Defendants' time to respond indefinitely, however, Judge Kollar-
Kotelly entered an order on behalf of the three-judge court denying LaVergne's motion for
summary judgment without prejudice "to it being refiled at a later date if and when th[e] case
proceeds to a point where the Court considered the merits of Plaintiffs' claims."  ECF No. 80.

    Five months later, LaVergne filed a motion—while Defendants' motions to dismiss were
still pending—seeking, among other things, to set aside the order that Judge Kollar-Kotelly
entered denying without prejudice his summary judgment motion.  ECF No. 123.  On June 6,
2018, in an order signed by all three members of the three-judge court, the Court denied
LaVergne's motion.  ECF No. 124.  As the Court explained, it denied LaVergne's summary
judgment motion "without prejudice because, in an exercise of its discretion, the three-judge
panel determined that it would be more efficient to consider that motion at a later stage of th[e]
case after certain threshold, dispositive legal issues were resolved."  *Id.*  The Court further noted
that, although the earlier order denying LaVergne's motion for summary judgment was issued by
Judge Kollar-Kotelly, that order "represented the decision of the three-judge panel."  *Id.*  Five
days later, LaVergne filed a "Notice of Direct Appeal to the United States Supreme Court,"
seeking review of the Court's June 6 order denying his request to set aside the order previously
issued by Judge Kollar-Kotelly.  ECF No. 126.  LaVergne represents that he subsequently filed a
Jurisdictional Statement with the Supreme Court, and he attaches to the pending motion a letter

from the Clerk of Supreme Court indicating that LaVergne's appeal was docketed on September 6, 2018. ECF No. 133-2.

The same day that LaVergne's appeal was docketed in the Supreme Court, this Court issued its decision granting Defendants' motions to dismiss LaVergne's claims on the ground of issue preclusion. ECF No. 127. On November 5, 2018, the Supreme Court entered an order dismissing LaVergne's appeal "for want of jurisdiction." ECF No. 153. That brings us to the issue currently before this Court: LaVergne's motion pursuant to Rule 60(b) to set aside this Court's order dismissing his claims, in which he argues that the Court lacked authority to issue that order while his Supreme Court appeal was pending. ECF No. 133-1.

## II. ANALYSIS

Under Federal Rule of Civil Procedure 60(b), a district court may "relieve a party or its legal representative from a final judgment, order, or proceeding" on one of six grounds. Fed. R. Civ. P. 60(b). Here, LaVergne relies on Rule 60(b)(4), which permits a court to "relieve a party" from an order or final judgment if "the judgment is void." Fed. R. Civ. P. 60(b)(4); *see also* ECF No. 133-1 at 8. Because the Court has not entered judgment in this matter—as to LaVergne or any other party, *see* Fed. R. Civ. P. 54(b)—Rule 60(b)(4) is inapplicable in the present context. The label assigned to LaVergne's motion, however, is of little consequence because the Court must in any event treat LaVergne's motion as though it was "filed under Rule 54(b)," *Cobell v. Jewell*, 802 F.3d 12, 25 (D.C. Cir. 2015), which permits courts to reconsider interlocutory orders "at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities," Fed. R. Civ. P. 54(b). Rule 54(b) "reflect[s] the 'inherent power of the rendering district court to afford such relief from interlocutory orders as justice requires.'" *Cobell*, 802 F.3d at 25 (quoting *Greene v. Union Mut. Life Ins. Co. of Am.*, 764 F.2d 19, 22 (1st Cir. 1985)).

4

Although district courts have substantial discretion to decide whether reconsideration is warranted, the Court's obligation "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, carries with it the obligation to ensure that there is good cause to reopen a matter once resolved, *see King v. U.S. Dep't of Justice*, 292 F. Supp. 3d 182, 188 (D.D.C. 2017). For present purposes, the Court is prepared to assume that, had it dismissed LaVergne's claims when it lacked jurisdiction to do so, good cause would exist to reconsider that decision. That assumption is immaterial, however, because LaVergne has failed to establish that this Court lacked jurisdiction.

As a general rule, "[t]he filing of a notice of appeal, including an interlocutory appeal, 'confers jurisdiction on the court of appeals [or Supreme Court] and divests the district court of control over those aspects of the case involved in the appeal.'" *United States v. DeFries*, 129 F.3d 1293, 1302 (D.C. Cir. 1997) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam)). That rule, however, is subject to "a few narrow exceptions," including circumstances in which "the defendant frivolously appeals . . . or takes an interlocutory appeal from a non-appealable order." *Id.* (citations omitted); *see also Van Allen v. U.S. Dep't of Veterans Affairs*, 925 F. Supp. 2d 119, 122 n.1 (D.D.C. 2013); 21 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 3950.5 (4th ed.) ("The weight of authority holds that an appeal from a clearly non-appealable order fails to oust district court authority.").

The order that LaVergne sought to appeal here was the denial, without prejudice, of his motion for summary judgment. As the Court made clear on multiple occasions, it did not reach the merits of LaVergne's motion but, rather, denied the motion as premature in light of the threshold legal defenses Defendants planned to assert. ECF No. 80; ECF No. 124. In doing so, the Court did not—by any stretch of the imagination—issue "an order granting or denying, after

notice and hearing, an interlocutory or permanent injunction." 28 U.S.C. § 1253. Indeed, *even if* the Court *had* decided LaVergne's motion for summary judgment on the merits, controlling Supreme Court precedent establishes that § 1253 must "be narrowly construed" and that the only "interlocutory orders [appealable] under § 1253" are "orders granting or denying a preliminary injunction." *Goldstein v. Cox*, 396 U.S. 472, 478 (1970). For that reason, the Supreme Court concluded in *Goldstein v. Cox* that it lacked appellate jurisdiction to review an order denying a motion for summary judgment. *Id.* at 475.

The same conclusion follows here, but with even greater force. As explained above, this Court never reached the merits of LaVergne's motion and, instead, merely concluded that the determination of threshold motions should come first. Nor can LaVergne plausibly contend that he sought and was denied a preliminary injunction. His motion was captioned "Motion for Summary Judgment;" it relied on Rule 56 (summary judgment) and made no mention of Rule 65(a) (preliminary injunctions); and it included no analysis of the preliminary injunction factors. ECF No. 54. Likewise, LaVergne's notice of appeal sought review of the Court's order purportedly denying his request for "Summary Judgment and Permanent Injunctive Relief on an Expedited Basis" and, once again, included no reference to any form of preliminary relief. ECF No. 125. And if any doubt remained, LaVergne's current motion for reconsideration asserts in bold, italicized, and underlined typeface that his motion sought "***final injunctive relief***." ECF 133-1 at 3. Under *Goldstein*, it is settled that a plaintiff may not invoke § 1253 to appeal the interlocutory denial of a claim for final injunctive relief. *Goldstein*, 396 U.S. at 478. LaVergne, in other words, attempted to take "an interlocutory appeal from a non-appealable order." *DeFries*, 129 F.3d at 1302. The Supreme Court apparently reached this same conclusion, and thus dismissed LaVergne's appeal "for want of jurisdiction." ECF No. 153.

It follows that this Court was never divested of jurisdiction and that, as a result, there is no basis to reconsider its decision dismissing LaVergne's claims. Any other conclusion, moreover, would invite confusion and inefficiency. As the Supreme Court explained in *Goldstein*, "[i]n the absence of clear and explicit authorization from Congress, piecemeal appellate review is not favored." 396 U.S. at 478. If LaVergne were correct and plaintiffs appearing before three-judge courts were free not only to appeal the denial of a premature motion for summary judgment but, by doing so, to divest the court of jurisdiction to resolve other motions, the orderly and timely resolution of such cases would be frustrated. On LaVergne's theory, he could repeatedly move for summary judgment and, in effect, suspend the progress of the litigation by filing a frivolous appeal each time the Court denied his motion, thereby forcing the Court to adopt his preferred case management plan over that adopted by the Court. Such a rule would subvert "the obligation of the courts 'to secure the just, speedy, and inexpensive determination of every action and proceeding,'" *King*, 292 F. Supp. 3d at 188 (quoting Fed. R. Civ. P. 1), by allowing plaintiffs to wrest control of case management from the Court. For good reason, that is not the law.

One final point bears mention. The preceding analysis turns on the premise that LaVergne improperly sought to appeal an interlocutory order denying his motion for summary judgment. Had LaVergne moved for a preliminary injunction instead, and had this Court denied that motion, LaVergne would have been entitled to appeal that decision pursuant to 28 U.S.C. § 1253. As explained above, he did not do so, and that resolves the issue. Yet, even if LaVergne had moved for a preliminary injunction, the Court had denied that motion, and LaVergne had appealed that decision, such an appeal still would not have divested this Court of jurisdiction to resolve unrelated matters, including Defendants' motions to dismiss LaVergne's claims on

7

grounds of issue preclusion. Under long-settled doctrine, an appeal "from an interlocutory order involving a preliminary injunction does not divest the district court [of] jurisdiction to proceed with the merits of the case, absent a stay" from the appellate court. *Jack's Canoes & Kayaks, LLC v. Nat'l Park Serv.*, 937 F. Supp. 2d 18, 26 (D.D.C. 2013) (citing *Ex parte National Enameling & Stamping Co.,* 201 U.S. 156, 162 (1906)); *see also Marconi Wireless Co. v. United States*, 320 U.S. 1, 47 (1943). But, in any event, that is not what happened here.

In short, LaVergne is mistaken that his improper appeal of the Court's procedural denial of his motion for summary judgment divested the Court of jurisdiction. Because that premise forms the backbone—and, indeed, the entirety—of his motion for reconsideration, his motion necessarily falls with the premise.

## CONCLUSION

For the foregoing reasons, LaVergne's motion to reconsider, ECF No. 133, is hereby **DENIED**.

**SO ORDERED**.


/s/ Cornelia T.L. Pillard
CORNELIA T.L. PILLARD
United States Court of Appeals Judge

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge


Date: January 2, 2019

8