ATTN: Clerk of the Court 3/4/2019

Civil Case 1:17-cv-00793-CKK-RDM
LAVERGNE et al v. UNITED STATES HOUSE OF REPRESENTATIVES et al

Panel: Judge Colleen Kollar-Kotelly
circuit Judge Cornelia T.L. Pillard
Judge Randolph D Moss

**PLEASE NOTE:**
I am being Represented by:
Scott E. Stafne
STAFNEY LAW ADVOCACY & CONSULTING
239 N. Olympic Avenue
Arlington, WA 98223
(360) 403-8700
Fax: (360) 386-4005
Email: scott@stafnelaw.com

Thank You
Leonard Marshall



Leonard Marshall
303 Spinnaker Way
Neptune NJ 07753

05 MAR 2019 PM 5 L

Address:
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W. Washington D.C. 20001
ATTN: Office of the Clerk

20001-283700