**Leonard P. Marshall,** *Pro Se*
**303 Spinnaker Way**
**Neptune, New Jersey 07753**
**Telephone: (732) 233-9613**
**Plaintiff** *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Eugene Martin LaVergne,** *et als.*, <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> **U.S. House of Representatives,** *a body politic created and constituted by Article I of the United States Constitution, as amended;* *et als.,* <br><br> *Defendants,* <br><br> *and,* <br><br> **Michael Pence,** *Vice President of the United States and President of the United States Senate, et als.,* <br><br> ***Interested Parties.*** | Case No. 1:17-cv-00793 CKK-CP-RDM <br><br> **Three Judge Court:** <br> **Hon. Cornelia T. L. Pillard, C.J. (Presiding)** <br> **Hon. Colleen Kollar-Kotelly, U.S.D.J.** <br> **Hon. Randolph Moss, U.S.D.J.** <br><br><br><br> *Civil Action:* |

## ORDER

**THIS MATTER** having come before the Court on notice to all parties, and the Court having considered the papers and argument if any, and since the Three Judge District Court acknowledges upon further reflection that the recitation of the Plaintiffs' factual claims as stated in the Court's June 11, 2011 MEMORANDUM OPINION AND ORDER (ECF Document No. 164) is incomplete and therefore inaccurate and misleading and not in conformance with

*F.R.Civ.P.* 12(b)(1) and therefore could operate to later unfairly prejudice Plaintiffs during any further appellate review due to the errors of fact stated by the Court, and since the Court further acknowledges that their legal decision in the June 11, 2011 MEMORANDUM OPINION AND ORDER (ECF Document No. 164) on the nonjusticiability and "political question" doctrine issue does not contain or include the evaluation required to determine justiciability of apportionment challenged as recently articulated on June 27, 2019 by the United States Supreme Court in *Rucho v. Common Cause,* 588 *U.S.* ___ (2019) (slip op., No. 18-422) which is an error of law, and for other good cause shown,

**IS ON THIS** ___ **DAY OF** _____, 2019,

**ORDERED** pursuant *F.R.Civ.P.* 59 and / or *F.R.Civ.P.* 60 that the Three Judge District Court's June 11, 2011 MEMORANDUM OPINION AND ORDER (ECF Document No. 164) is hereby **VACATED IN FULL AND IN ALL RESPECTS**; and

**IT IS FURTHER ORDERED** that this Three Judge District Court will issue a corrected MEMORANDUM OPINION AND ORDER that accurately reflects the facts and accurately reflects Plaintiff's claims and that will include the legal evaluation required by *Rucho v. Common Cause,* 588 *U.S.* ___ (2019) (slip op., No. 18-422) when a Court is called upon to determine the justiciability of an apportionment challenge.

_____
**Cornelia T.L. Pillard, C.J. (Presiding)**

_____
**Honorable Colleen Kollar-Kotelly, U.S.D.J.**

_____
**Honorable Randolph Moss, U.S.D.J.**