UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Eugene Martin LaVergne, *et als.*, *Plaintiffs*, vs. United States House of Representatives, *et als.*, *Defendants*, and Mike Pence, *Vice President of the United States and President of the United States Senate, et als.*, *Interested Parties.* | Civil Action No. 1:17-cv-00793-CKK-CP-RDM Honorable Corneila T. L. Pillard, C.J. (Presiding) Honorable Colleen Kollar-Kotelly, U.S.D.J. Honorable Randolph D. Moss, U.S.D.J. Civil Action: |

JOINT NOTICE OF DIRECT APPEAL TO THE UNITED STATES
SUPREME COURT FROM THREE-JUDGE DISTRICT COURT'S DENIAL
OF PLAINTIFF'S APPLICATION FOR PERMANT INJUNCTIVE RELIEF
(28 *U.S.C.* §1253)

**PLEASE TAKE NOTICE** pursuant to *Rule* 18 of the *United States Supreme Court Rules* that the undersigned hereby jointly directly appeal to the United States Supreme Court from the final judgment of the Three-Judge District Court dismissing the First Amended Complaint entered in this action on October 21, 2019



1

**(ECF Document 179)** specifically seeking review on direct appeal of the following Orders of the Three Judge District-Court in this case:

- The MEMORANDUM OPINION AND ORDER dated September 6, 2018 **[ECF Document 127];**

- The MEMORANDUM OPINION AND ORDER dated January 2, 2019 **[ECF Document 154];**

- The MEMORANDUM OPINION AND ORDER dated June 11, 2019 **[ECF Document 164];**

- The ORDER dated September 27, 2019 **[ECF Document 177];** and

- The MEMORANDUM OPINION AND ORDER dated October 21, 2019 **[ECF Document 179];**

**PLEASE TAKE FURTHER NOTICE** that this direct Appeal is taken pursuant to the authority of 28 *U.S.C.* §1253 as clarified in *Abbott v. Perez*, 538 *U.S.* ___ (2018) which collectively provide for the immediate and direct appeal to the United States Supreme Court from any Three-Judge District Court Order or Orders denying an application for permanent injunctive relief or the immediate and direct

2

appeal to the United States Supreme Court from any Three-Judge District Court Order or Orders that have "... *the same practical effect as one granting or denying an injunction.*"  *Abbott v. Perez*, 538 U.S. ___ (2018) (slip op. at 12-13 and 16).

_____
Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey  07764
Telephone: (732) 693-5327
Email:      emlesqnj@hotmail.com
Plaintiff *Pro Se*
Dated: November 18, 2019

_____
Leonard P. Marshall
303 Spinnaker Way
Neptune, New Jersey  08757
Telephone: (732) 233-9617
Email: len426@optonline.com
Plaintiff *Pro Se*
Dated: November 18, 2019

_____
Scott Stafne, Esq.
STAFNE LAW ADVOCY AND CONSULTING
239 North Olympic Avenue
Arlington, Washington  98223
Telephone: (425) 403-8700
Email: scott@stafnelaw.com
Attorney for Plaintiffs Frederick J. LaVergne, Scott Neuman and Alan Cannon
Dated: November 18, 2019

## JOINT CERTIFICATION OF SERVICE:
### (*Rule* 29(5)(c))

The undersigned hereby state, certify and declare that the Notice of Appeal and Certification of Service was timely filed and served upon all parties listed in the Service List attached hereto as per *Rules of Court*.

*By signing below, each party declares under penalty of perjury that the foregoing is true and correct.*

_____
Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey  07764
Telephone: (732) 693-5327
Email:     emlesqnj@hotmail.com
Plaintiff *Pro Se*
Executed on: November 18, 2019

_____
Leonard P. Marshall
303 Spinnaker Way
Neptune, New Jersey  08757
Telephone: (732) 233-9617
Email: len426@optonline.com
Plaintiff *Pro Se*
Executed on: November 18, 2019

_____
Scott Stafne, Esq.
STAFNE LAW ADVOCY AND CONSULTING
239 North Olympic Avenue
Arlington, Washington  98223
Telephone: (425) 403-8700
Email: scott@stafnelaw.com
Attorney for Plaintiffs Frederick J. LaVergne, Scott Neuman and Alan Cannon
Executed on: November 18, 2019

## **SERVICE LIST:**

Angela Cesare, Clerk of the Court
United States District Court
for the District of Columbia
United States Court House
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Honorable Cornelia T. L. Pillard, C.J. (Presiding)
United States Court of Appeals
for the District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Honorable Colleen Kollar-Kotelly, U.S.D.J.
United States District Court
for the District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Honorable Randolph Moss, U.S.D.J.
United States District Court
for the District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Eugene Martin LaVergne
543 Cedar Avenue
West Long Branch, New Jersey 07764
Telephone: (732) 693-5327
Email: emlesqnj@hotmail.com
Plaintiff *Pro Se*

Case 1:17-cv-00793-CKK-CP-RDM   Document 181   Filed 12/02/19   Page 6 of 9

Leonard P. Marshall
303 Spinnaker Way
Neptune, New Jersey 08757
Telephone: (732) 233-9617
Email: len426@optonline.com
Plaintiff *Pro Se*


Scott Stafne, Esq.
STAFNE LAW ADVOCY AND CONSULTING
239 North Olympic Avenue
Arlington, Washington 98223
Telephone: (425) 403-8700
Email: scott@stafnelaw.com
Attorney for Plaintiffs Frederick J. LaVergne, Scott Neuman and Alan Cannon


Johnny H. Walker
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C. 20530
Attorney for Defendant United States House of Representatives, Defendants Individual Members of the 115th Congress, Defendant Paul Ryan U.S. Representative from Wisconsin, Defendant Honorable David S. Ferriero, Defendant Archivist of the United States; Defendant Honorable Wilbur Ross, U.S. Secretary of Commerce, Defendant Honorable Donald J. Trump, President of the United States; Defendant Honorable Karen L. Hass, Clerk of the U.S. House of Representatives; Defendant Honorable Michael Pence, Vice President of the United States and President of the United States Senate; United States Senate; and Defendants Individual Members of the United States Senate


Solicitor General of the United States
Room 561
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230


David S. Ferriero, Archivist of the United States
National Archives and records Administration
700 Pennsylvania Avenue
Washington, D.C. 20408


Matthew F. Kuhn, Esq.
(D.C. Bar No. 10011084)
Office of the Governor
700 Capitol Avenue - Suite 101
Frankfort, Kentucky 40601
Telephone: (502) 564-2611
Email: Matt.Kuhn@ky.gov
Council for Defendant Kentucky Governor Matthew G. Bevin


Sarah Ellen Adkins, Assistant Attorney General
(Kentucky State Nar License #96632)
Office of the Kentucky Attorney General
The Capitol Building
700 Capitol Avenue - Suire 118
Frankfort, Kentucky 40601
Telephone: (502) 696-5300
Email: sarah.adkins@ky.gov
Counsel for Defendant Kentucky Attorney General Andy Beshear


John C. Roach, Esq.
Randall, Roach & Royce, P.L.L.C.
176 Pasadena Drive - Building One
Lexington, Kentucky 40503
Telephone: (859) 276-6262
Email: John@rrrfirm.com
Counsel for Defendants Kentucky State Senate and Kentucky House of Representatives

Samuel T Towell, Deputy Attorney General
(D.C. Bar No. VA032)
Office of the Virginia Attorney General
Civil Litigation
Barbara Jones Building
202 North Ninth Street
Richmond, Virginia  23210
Telephone:  (804) 786-6731
Email:  stowell@oag.state.va.us
Counsel for Governor Ralph S. Northam, Virginia Attorney General Mark K. Herring, and Secretary Kelly Thomasson


Philip Miller, Assistant Attorney General
(Federal bar No. ct26056)
Office of the Connecticut Attorney General
55 Elm Street - P.O. Box 120
Hartford, Connecticut  06141-0120
Telephone:  (860) 808-5020
Email:  Phil.miller@ct.gov
Counsel for Connecticut State Defendants


Brian Vernon Church
Clay R. Smith
Deputy Attorneys General
Idaho State Attorney General's Office
954 West Jefferson Street - Second Floor
P.O. Box 83720
Boise, Idaho  03720-0010
Attorney for Idaho State  Defendants
Defendant Idaho Governor C. L. "Butch" Otter, Defendant Idaho Attorney General


Jeffrey T. Even
Deputy Solicitor General
Washington State Attorney General's Office
P.O. Box 4010
Olympia, Washington  98504-0100
Attorney for Defendant Washington State Defendants

Eugene LaVergne
543 Cedar Avenue
West Long Branch NJ,
07764

Angela Cesare Clerk of the Court
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Ave.
Washington, D.C. 20001